1  MAUREEN E. MCCLAIN (State Bar No. 062050)
   Email: mcclain@kmm.com
2  KAUFF MCCLAIN & MCGUIRE LLP
   One Post Street, Suite 2600
3  San Francisco, California  94104
   Tel:    (415) 421-3111   Fax:    (415) 421-0938
4  Attorneys for Defendant
   DOLLAR TREE STORES, INC.
5
   SCOTT EDWARD COLE (State Bar No. 160744)
6  Email: www.scalaw.com
   SCOTT COLE & ASSOCIATES, APC
7  1970 Broadway, Ninth Floor
   Oakland, California  94612
8  Tel:    (510) 891-9800   Fax:    (510) 891-7030
   Attorneys for Plaintiff
9  ROBERT RUNNINGS

10 JEREMY R. FIETZ, ESQ. (State Bar No. 139324)
   Email: jeremy@classattorneys.com
11 EDGAR LAW FIRM
   408 College Avenue
12 Santa Rosa, California  95401
   Tel:    (707) 545-3200   Fax:    (707) 578-3040
13 Attorneys for Plaintiffs
   MIGUEL A. CRUZ and JOHN D. HANSEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL A. CRUZ, and JOHN D. HANSEN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DOLLAR TREE STORES, INC.,<br><br>Defendant. | CASE NO.  C 07 2050 SC |
| ROBERT RUNNINGS individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DOLLAR TREE STORES, INC.,<br><br>Defendant. | CASE NO. C 07 04012 SC<br><br>**JOINT STIPULATION AND (PROPOSED ORDER) FOR CONSOLIDATION OF ACTIONS**<br>**FRCivP 42 (a)**<br><br>**JUDGE:**   Hon. Samuel Conti<br>**COMPLAINTS FILED:**   April 11, 2007<br>                                              July 6, 2007<br>**TRIAL DATES:**   No dates set. |

KAUFF MCCLAIN & MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

JOINT STIPULATION AND (PROPOSED ORDER) FOR
CONSOLIDATION

CASE NO. C 07 2050 SC
CASE NO. C 07 04012 SC

- 2 -

1  Counsel for all Parties to the above cases hereby enter into a Stipulation
2  (and Proposed Order) consolidating the above cases (*Hansen and Cruz v. Dollar Tree
3  Stores, Inc.* (Case No. C 07 2050 SC) and *Runnings v. Dollar Tree Stores, Inc.* (Case
4  No. C 07 04012 SC) pursuant to FRCivP 42 (a).  Such actions were previously deemed
5  related by Court Order August 30, 2007.

6  While raising separate claims, both cases have as a core allegation the
7  contention that Dollar Tree Store Managers in California are not exempt from overtime
8  payment under state and/or federal law, a contention disputed by Defendant.  Both
9  cases are pled on a class basis.  Both cases are at a preliminary stage in the litigation
10 with the first case management conference set for November 16, 2007.  The Parties
11 therefore believe that consolidation will serve interests of efficiencies and the avoidance
12 of inconsistent rulings.

13 In entering into this Stipulation, Defendant Dollar Tree expressly reserves
14 its right and ability throughout the litigation of these matters to argue that each case
15 presents unique facts concerning, inter alia, the individualized circumstances of each
16 Plaintiff's employment with Dollar Tree.  All Parties agree that this Stipulation and
17 Proposed Order cannot be used, at either class certification motion stage or at any other
18 proceeding in the litigation, to argue against Dollar Tree's position that common
19 questions of law and fact do not predominate relative to either case.

20 The Parties further reserve the right to move for a severance of the cases
21 or to otherwise separate the cases for trial or for any other purpose under applicable law.
22 / / /
23 / / /
24 / / /
25 / / /

KAUFF MCCLAIN &
MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

JOINT STIPULATION (AND PROPOSED ORDER) FOR
CONSOLIDATION

CASE NO. C 07 2050 SC
CASE NO. C 07 4012 SC

| | | | |
|---|---|---|---|
| 1 | DATED: | November 16, 2007 | KAUFF MCCLAIN & MCGUIRE LLP |

By: _____
MAUREEN E. MCCLAIN

Attorneys for Defendant
DOLLAR TREE STORES, INC.

DATED: November 16, 2007      SCOTT COLE & ASSOCIATES, APC

By: _____
SCOTT EDWARD COLE

Attorneys for Plaintiff
ROBERT RUNNINGS

DATED: November 14, 2007      EDGAR LAW FIRM

By: _____
JEREMY R. FIETZ, ESQ.

Attorneys for Plaintiffs
MIGUEL A. CRUZ and JOHN D HANSEN

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: November 20, 2007

_____
Samuel [signature: Judge Samuel Conti] es District
Court Ju...

IT IS SO ORDERED

4839-5996-5698.1

- 3 -

JOINT STIPULATION (AND PROPOSED ORDER) FOR CONSOLIDATION

CASE NO. C 07 2050 SC
CASE NO. C 07 4012 SC

KAUFF MCCLAIN & MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111