1   MAUREEN E. MCCLAIN (State Bar No. 062050)
    Email: mcclain@kmm.com
2   KAUFF MCCLAIN & MCGUIRE LLP
    One Post Street, Suite 2600
3   San Francisco, California  94104
    Tel:    (415) 421-3111
4   Fax:    (415) 421-0938
    Attorneys for Defendant
5   DOLLAR TREE STORES, INC.

6   SCOTT EDWARD COLE (State Bar No. 160744)
    Email: www.scalaw.com
7   SCOTT COLE & ASSOCIATES, APC
    1970 Broadway, Ninth Floor
8   Oakland, California  94612
    Tel:    (510) 891-9800
9   Fax:    (510) 891-7030
    Attorneys for Plaintiff
10  ROBERT RUNNINGS

11  JEREMY R. FIETZ (State Bar No. 139324)
    Email: jeremy@classattorneys.com
12  EDGAR LAW FIRM
    408 College Avenue
13  Santa Rosa, California   95401
    Tel:    (707) 545-3200
14  Fax:    (707) 578-3040
    Attorneys for Plaintiffs
15  MIGUEL A. CRUZ and JOHN D. HANSEN

16              UNITED STATES DISTRICT COURT

17             NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 18  MIGUEL A. CRUZ, and JOHN D. HANSEN, individually and on behalf of all others 19  similarly situated, | CASE NO. C 07 2050 SC (ENE) and CASE NO. C 07 04012 SC |
| 20              Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO HOLD AN ENE SESSION AND A PRE-SESSION TELEPHONE CONFERENCE** |
| v. 21  DOLLAR TREE STORES, INC., | |
| 22              Defendant. | |
| 23 | |
| 24  ROBERT RUNNINGS individually, and on behalf of all others similarly situated, | **JUDGE:**              Hon. Samuel Conti **COMPLAINTS FILED:** April 11, 2007 |
| 25              Plaintiff, | July 6, 2007 **TRIAL DATES:**    No dates set. |
| v. 26  DOLLAR TREE STORES, INC., | |
| 27              Defendant. | |
| 28 | |

KAUFF MCCLAIN &
MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO HOLD
AN ENE SESSION AND A PRE-SESSION TELEPHONE CONFERENCE

CASE NO. C 07 2050 SC (ENE)
CASE NO. C 07 04012 SC

1    The parties hereby request an extension of the deadline to hold the ENE

2    session and a corresponding continuation of the pre-session telephone conference on

3    the following grounds:

4    1.    On July 26, 2007, counsel for Plaintiffs Cruz/Hansen and Defendant

5    Dollar Tree Stores, Inc. filed a stipulation to conduct an ENE session, requesting that the

6    session be set within 120 days. (Cruz Docket #22). The Court so ordered. (Cruz

7    Docket #24). On September 12, 2007, the ADR administrator appointed Sandra R.

8    McCandless as the Evaluator. (Cruz Docket #37).

9    2.    The Evaluator first contacted the parties for scheduling purposes on

10    November 19, 2007 when she sent a letter by facsimile scheduling a pre-session

11    telephone conference for November 26, 2007. That letter states that the final deadline

12    for holding the session is November 30, 2007, a deadline that does not afford time for

13    counsel to arrange for attendance at the session by clients. Nor does the deadline allow

14    for the filing of meaningful ENE statements.

15    3.    In the interim between the appointment of the Evaluator and the

16    November 19, 2007 letter setting the pre-session telephone conference, the parties have

17    filed a Stipulation and Proposed Order seeking consolidation of the Cruz/Hansen and

18    Runnings cases. (Cruz Docket #43). The Court has so ordered. (Cruz Docket #45.)

19    The cases were previously deemed related by the Court on August 31, 2007. (Cruz

20    Docket #34 and Runnings Docket #21). The parties in Runnings have not agreed upon

21    an ENE session as the appropriate ADR vehicle. An ADR conference was held on

22    November 15, 2007, with a continued session set for March 10, 2008.

23    4.    Also in the interim, the Court has set January 20, 2008 as a

24    deadline for Defendant to file any motion for summary judgment addressed to the

25    individual claims of the three Plaintiffs.

26    5.    Because of the delayed scheduling notice from the Evaluator, it is

27    not possible for the parties to comply with the requirement of ADR L.R. 5-5(a) to make

28    this request no later than 15 days before the session is to be held.

- 2 -

KAUFF McCLAIN &
MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

1          6.     Given the delayed notice for scheduling the ENE session, the

2    inability of one or more counsel to arrange for their clients' attendance, the non-

3    agreement on ENE for one case in the now consolidated matters, and the pending filing

4    of the motion for summary judgment, the parties do not believe a session at this time will

5    be productive.

6          The parties therefore jointly request that the deadline to hold the ENE

7    session be extended to April 30, 2008, and that the pre-session telephone conference

8    set for November 26, 2007 be correspondingly postponed.

9          **It is so stipulated.**

10

11   DATED:     November _20_, 2007     KAUFF MCCLAIN & MCGUIRE LLP

12

13   By:_____
           MAUREEN E. MCCLAIN

14

15   Attorneys for Defendant
DOLLAR TREE STORES, INC.

16   DATED:     November _20_, 2007     SCOTT COLE & ASSOCIATES, APC

17

18   By:_____
           CARRIE S. LIN

19

20   Attorneys for Plaintiff
ROBERT RUNNINGS

21   DATED:     November _20_, 2007     EDGAR LAW FIRM

22

23   By:_____
           JEREMY R. FIETZ

24

25   Attorneys for Plaintiffs
MIGUEL A. CRUZ and JOHN D HANSEN

26

27

28

KAUFF MCCLAIN &
MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO HOLD AN
ENE SESSION AND A PRE-SESSION TELEPHONE CONFERENCE

CASE NO. C 07 2050 SC (ENE)
CASE NO. C 07 4012 SC

1    **PURSUANT TO STIPULATION, IT IS SO ORDERED** that the deadline for

2    holding an ENE session be continued to April 30, 2008, and that the pre-session

3    telephone conference be likewise continued.

4

5    DATED: _____11/26_____, 2007

6    Samuel [...] ates District
     Court

7    4825-4530-8162.1

IT IS SO ORDERED

Judge Samuel Conti

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 4 -

KAUFF MCCLAIN &
MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA  94104
TELEPHONE (415) 421-3111

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO HOLD AN      CASE NO. C 07 2050 SC (ENE)
ENE SESSION AND A PRE-SESSION TELEPHONE CONFERENCE                  CASE NO. C 07 4012 SC

## PROOF OF SERVICE

I, Rita I. Chavez, declare:

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is One Post Street, Suite 2600, San Francisco, California 94104. On November 21, 2007, I served a copy of the within document(s):

**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO HOLD AN ENE SESSION AND A PRE-SESSION TELEPHONE CONFERENCE**

[x]   by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

[x]   by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

| | |
|---|---|
| Sandra R. McCandless, Esq.<br>Sonnenschein, Nath & Rosenthal<br>525 Market Street, 26th Floor<br>San Francisco, CA 94105-2708<br>Phone: (415) 882-2412<br>Facsimile: (415) 882-0300 | ADR Program<br>USDC-Northern District<br>450 Golden Gate Avenue,<br>16th Floor<br>San Francisco, CA 94102<br>Phone: (415) 522-2199<br>Facsimile: (415) 522-4112 |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 21, 2007, at San Francisco, California.

_____
Rita I. Chavez

- 5 -

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO HOLD AN
ENE SESSION AND A PRE-SESSION TELEPHONE CONFERENCE

CASE NO. C 07 2050 SC (ENE)
CASE NO. C 07 4012 SC