United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

```
MIGUEL A. CRUZ, and JOHN D. HANSEN,)  Case Nos. 07-2050 SC
individually and on behalf of all  )             07-4012 SC
others similarly situated,         )
                                   )
          Plaintiffs,              )  ORDER REAFFIRMING
                                   )  CLERK'S NOTICE OF
     v.                            )  JULY 30, 2008
                                   )
DOLLAR TREE STORES, INC.,          )
                                   )
          Defendant.                )
_____)
                                   )
ROBERT RUNNINGS, individually, and )
on behalf of all others similarly  )
situated,                          )
          Plaintiffs,              )
                                   )
     v.                            )
                                   )
DOLLAR TREE STORES, INC.,          )
                                   )
          Defendant.                )
                                   )
_____)
```

In response to the apparent confusion regarding the Clerk's Notice issued on July 30, 2008, the Court hereby REAFFIRMS the fact that Plaintiffs are to file any motion for class certification prior to the December 5, 2008, Case Management Conference.  See Docket No. 72.

IT IS SO ORDERED.

Dated: October 15, 2008                    /s/ Samuel Conti
                                        _____
                                        UNITED STATES DISTRICT JUDGE