IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL CRUZ, et al., | **No. C-07-2050 SC** |
|         Plaintiff, | **No. C-07-4012 SC** |
|   v. | **Related Cases** |
| DOLLAR TREE STORES, INC., | |
|         Defendant. | |
| ROBERT RUNNINGS, | **ORDER TO SHOW CAUSE** |
|         Plaintiff, | |
|   v. | |
| DOLLAR TREE STORES, INC., | |
|         Defendant. | |

IT IS HEREBY ORDERED that all parties in the above-entitled action are to appear in Courtroom No. 1, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California, on December 12, 2008 at 10:00 A.M., then and there to show cause by actual appearance in Court, and by certification of counsel filed with the Court by Wednesday, December 10, 2008, why said action should or should not be dismissed for lack of prosecution, or otherwise disposed of. The certificate shall set forth in factual summary the nature of the action and present status and expected future course.

**FAILURE TO COMPLY WITH THIS NOTICE WILL BE DEEMED SUFFICIENT GROUNDS FOR DISMISSAL.**

**IT IS SO ORDERED.**

Dated: December 5, 2008

SAMUEL CONTI
UNITED STATES DISTRICT JUDGE