IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL CRUZ, et al., | **No. C-07-2050 SC** |
|     Plaintiff, | **No. C-07-4012 SC** |
| v. | **Related Cases** |
| DOLLAR TREE STORES, INC., | |
|     Defendant. | |
| | **ORDER WITHDRAWING ORDER TO SHOW CAUSE** |
| ROBERT RUNNINGS, | |
|     Plaintiff, | |
| v. | |
| DOLLAR TREE STORES, INC., | |
|     Defendant. | |

IT IS HEREBY ORDERED that the December 5, 2008, Order to Show Cause (<u>Runnings</u> Docket No. 101, <u>Cruz</u> Docket No. 81) is WITHDRAWN. Pursuant to the Court's Order Granting Plaintiff Robert Runnings' <u>Ex Parte</u> Application To Enlarge Time For Class Certification (<u>Runnings</u> Docket No. 100), the parties are to appear for a Case Management Conference on April 3, 2009. Any motions shall be noticed for April 3, 2009.

**IT IS SO ORDERED.**

Dated: December 5, 2008

                                                               SAMUEL CONTI
                                                               UNITED STATES DISTRICT JUDGE