1  MAUREEN E. McCLAIN (SBN 062050)
   mmcclain@littler.com
2  MATTHEW P. VANDALL (SBN 196962)
   mvandall@littler.com
3  KRISTA STEVENSON JOHNSON (SBN 185241)
   kjohnson@littler.com
4  LITTLER MENDELSON
   A Professional Corporation
5  650 California St, 20th Floor
   San Francisco, CA 94108
6  Telephone:   415.433.1940
   Facsimile:   415.399.8490
7
   Attorneys for Defendant
8  DOLLAR TREE STORES, INC.

9  BETH HIRSCH BERMAN, ESQ. (VA Bar No. 28091)
   Email: bberman@williamsmullen.com
10 WILLIAMS, MULLEN
   999 Waterside Drive
11 1700 Dominion Tower
   Norfolk, VA 23510
12 Telephone:   (757) 629-0604
   Facsimile:   (757) 629-0660
13
   *Pro Hac Vice* Attorneys for Defendant
14 DOLLAR TREE STORES, INC.

15

16                    UNITED STATES DISTRICT COURT

17                   NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 18  MIGUEL A. CRUZ, and JOHN D. HANSEN, individually and on behalf of all others similarly situated, | CASE NO. C 07 2050 SC |
| 19 | CASE NO. C 07 04012 SC |
| 20              Plaintiffs, | **NOTICE OF SUBSTITUTION OF COUNSEL** |
| 21  v. | |
| 22  DOLLAR TREE STORES, INC., | |
|                 Defendant. | |
| 23 | |
| 24  ROBERT RUNNINGS individually, and on behalf of all others similarly situated, | **COMPLAINTS FILED:**   April 11, 2007 |
| 25              Plaintiff, | **TRIAL DATES:**   July 6, 2007 / No dates set. |
| 26  v. | |
| 27  DOLLAR TREE STORES, INC., | |
| 28              Defendant. | |

TO THE ABOVE-ENTITLED COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

Defendant Dollar Tree Stores, Inc. hereby files this Notice of Substitution of Counsel substituting Littler Mendelson, 650 California Street, 20th Floor, San Francisco, CA 94108, tel: (415) 433-1940 and fax: (415) 399-8940 as its attorneys of record in this matter in place of Kauff McClain & McGuire, One Post Street, Suite 2600, San Francisco, CA 94104, tel: (415) 421-3111. The attorneys at Littler Mendelson appearing for Defendant will be Maureen E. McClain, Esq., Matthew P. Vandall, Esq. and Krista Stevenson Johnson, Esq. whose address is as stated above.

Defendant, their former counsel Kauff McClain & McGuire LLP, and their new counsel Littler Mendelson, hereby stipulate to this substitution.

**Defendant's Consent**

Dated: December 23, 2008
DOLLAR TREE STORES, INC.

By: _____
JAMES A. GORRY III
AMY MORRISSEY TURK

**Former Counsel**

Dated: December 28, 2008
KAUFF McCLAIN & McGUIRE LLP

_____
RAYMOND G. McGUIRE
WILLIAM E. ZUCKERMAN

**New Counsel for Dollar Tree Stores, Inc.**

Dated: December 31, 2008

_____
MAUREEN E. McCLAIN
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
DOLLAR TREE STORES, INC.



IT IS SO ORDERED
Judge Samuel Conti

NOTICE OF SUBSTITUTION OF COUNSEL
4848-0913-1523.1

2.

CASE NO. C 07 2050 SC
CASE NO. C 07 04012 SC