| | |
|---|---|
| 1 | MAUREEN E. McCLAIN (SBN 062050) |
| | mmcclain@littler.com |
| 2 | MATTHEW P. VANDALL (SBN 196962) |
| | mvandall@littler.com |
| 3 | KRISTA STEVENSON JOHNSON (SBN 185241) |
| | kjohnson@littler.com |
| 4 | LITTLER MENDELSON |
| | A Professional Corporation |
| 5 | 650 California St, 20th Floor |
| | San Francisco, CA 94108 |
| 6 | Telephone: 415.433.1940 |
| | Facsimile: 415.399.8490 |
| 7 | |
| | Attorneys for Defendant |
| 8 | DOLLAR TREE STORES, INC. |
| | |
| 9 | BETH HIRSCH BERMAN, ESQ. (VA Bar No. 28091) |
| | Email: bberman@williamsmullen.com |
| 10 | WILLIAMS, MULLEN |
| | 999 Waterside Drive |
| 11 | 1700 Dominion Tower |
| | Norfolk, VA 23510 |
| 12 | Telephone: (757) 629-0604 |
| | Facsimile: (757) 629-0660 |
| 13 | |
| | *Pro Hac Vice* Attorneys for Defendant |
| 14 | DOLLAR TREE STORES, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL A. CRUZ, and JOHN D. HANSEN, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> DOLLAR TREE STORES, INC., <br> Defendant. | CASE NO. C 07 2050 SC <br> CASE NO. C 07 04012 SC <br><br> **NOTICE OF SUBSTITUTION OF COUNSEL** |
| ROBERT RUNNINGS individually, and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> DOLLAR TREE STORES, INC., <br> Defendant. | **COMPLAINTS FILED:** April 11, 2007 <br> July 6, 2007 <br> **TRIAL DATES:** No dates set. |

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108
415.433.1940

NOTICE OF SUBSTITUTION OF COUNSEL
4848-0913-1523.1

CASE NO. C 07 2050 SC
CASE NO. C 07 04012 SC

Case 3:07-cv-02050-SC   Document 86   Filed 01/07/09   Page 2 of 2

TO THE ABOVE-ENTITLED COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

Defendant Dollar Tree Stores, Inc. hereby files this Notice of Substitution of Counsel substituting Littler Mendelson, 650 California Street, 20th Floor, San Francisco, CA 94108, tel: (415) 433-1940 and fax: (415) 399-8940 as its attorneys of record in this matter in place of Kauff McClain & McGuire, One Post Street, Suite 2600, San Francisco, CA 94104, tel: (415) 421-3111. The attorneys at Littler Mendelson appearing for Defendant will be Maureen E. McClain, Esq., Matthew P. Vandall, Esq. and Krista Stevenson Johnson, Esq. whose address is as stated above.

Defendant, their former counsel Kauff McClain & McGuire LLP, and their new counsel Littler Mendelson, hereby stipulate to this substitution.

**Defendant's Consent**

Dated: December 23, 2008                DOLLAR TREE STORES, INC.

By: /s/ James A. Gorry III
JAMES A. GORRY III
AMY MORRISSEY TURK

**Former Counsel**

Dated: December 28, 2008                KAUFF McCLAIN & McGUIRE LLP

/s/ Raymond G. McGuire
RAYMOND G. McGUIRE
WILLIAM E. ZUCKERMAN

**New Counsel for Dollar Tree Stores, Inc.**

Dated: December 31, 2008

/s/ Maureen E. McClain
MAUREEN E. McCLAIN
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
DOLLAR TREE STORES, INC.

IT IS SO ORDERED
Judge Samuel Conti
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

4848-0913-1523.1                           CASE NO. C 07 04012 SC