MAUREEN E. MCCLAIN, Bar No. 62050
KRISTA STEVENSON JOHNSON, Bar No. 185241
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Facsimile: 415.399.8490
Email: mmcclain@littler.com
agannon@littler.com
kjohnson@littler.com

Attorneys for Defendant
DOLLAR TREE STORES, INC.

SCOTT EDWARD COLE, Bar No. 160744)
SCOTT COLE & ASSOCIATES, APC
1970 Broadway, Ninth Floor
Oakland, California 94612
Tel: (510) 891-9800
Fax: (510) 891-7030
Email: scole@scalaw.com

Attorneys for Plaintiffs
MIGUEL A. CRUZ, JOHN D. HANSEN, and ROBERT RUNNINGS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL A. CRUZ and JOHN D. HANSEN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DOLLAR TREE STORES, INC.,<br><br>Defendant.<br>_____<br>ROBERT RUNNINGS, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DOLLAR TREE STORES, INC.,<br><br>Defendant. | **Case Nos. C 07 2050 SC and C 07 04012 SC**<br>**STIPULATION OF PARTIES REGARDING DISCOVERY HEARING**<br><br>Date: February 27, 2009<br>Time: 1:30 p.m.<br>Dept.: Telephonic Hearing<br>Judge: Hon. Joseph C. Spero<br><br>Trial Date: No Dates Set<br>Complaints Filed: April 11, 2007<br>July 6, 2007 |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION RE DISCOVERY HEARING                CASE NOS. C 07 2050 SC and C 07 04012 SC

1  The parties, by and through their attorneys of record, stipulate to cancel the
2  Telephonic Hearing before Magistrate Judge Joseph C. Spero, pursuant to an agreement between the
3  parties to resolve the issue. The parties agree this is Stipulation is without prejudice to the right of
4  either party to initiate the Court's discovery procedures regarding the matters at issue in the letters of
5  February 20, 2009 and February 24, 2009 from counsel for Defendants and Plaintiffs, respectively,
6  on file with this Court, at a later date.

7  Dated: February 27, 2009

*[signature: Krista S. Johnson]*

KRISTA STEVENSON JOHNSON
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
DOLLAR TREE STORES, INC.

Dated: February 27, 2009

*[signature]*

SCOTT COLE & ASSOCIATES, APC
Attorneys for Plaintiffs
MIGUEL A. CRUZ, JOHN D. HANSEN, and
ROBERT RUNNINGS

Firmwide:88720690.1 061603.1004

Dated: March 2, 2009

**IT IS SO ORDERED**
*[signature]*
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION RE DISCOVERY HEARING        1.        CASE NOS. C 07 2050 SC and C 07 04012 SC