| | |
|---|---|
| 1 | MAUREEN E. MCCLAIN, Bar No. 62050 |
| | KRISTA STEVENSON JOHNSON, Bar No. 185241 |
| 2 | LITTLER MENDELSON |
| | A Professional Corporation |
| 3 | 650 California Street, 20th Floor |
| | San Francisco, CA 94108.2693 |
| 4 | Telephone: 415.433.1940 |
| | Facsimile: 415.399.8490 |
| 5 | Email: mmcclain@littler.com |
| | agannon@littler.com |
| 6 | kjohnson@littler.com |
| 7 | Attorneys for Defendant |
| | DOLLAR TREE STORES, INC. |
| 8 | |
| | SCOTT EDWARD COLE, Bar No. 160744) |
| 9 | SCOTT COLE & ASSOCIATES, APC |
| | 1970 Broadway, Ninth Floor |
| 10 | Oakland, California 94612 |
| | Tel: (510) 891-9800 |
| 11 | Fax: (510) 891-7030 |
| | Email: scole@scalaw.com |
| 12 | |
| | Attorneys for Plaintiffs |
| 13 | MIGUEL A. CRUZ, JOHN D. HANSEN, and ROBERT RUNNINGS |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL A. CRUZ and JOHN D. HANSEN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DOLLAR TREE STORES, INC.,<br><br>Defendant. | **Case Nos. C 07 2050 SC and C 07 04012 SC**<br>**STIPULATION OF PARTIES REGARDING DISCOVERY HEARING**<br><br>Date: February 27, 2009<br>Time: 1:30 p.m.<br>Dept.: Telephonic Hearing<br>Judge: Hon. Joseph C. Spero<br><br>Trial Date: No Dates Set<br>Complaints Filed: April 11, 2007<br>                         July 6, 2007 |
| ROBERT RUNNINGS, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DOLLAR TREE STORES, INC.,<br><br>Defendant. | |

STIPULATION RE DISCOVERY HEARING           CASE NOS. C 07 2050 SC and C 07 04012 SC

The parties, by and through their attorneys of record, stipulate to cancel the Telephonic Hearing before Magistrate Judge Joseph C. Spero, pursuant to an agreement between the parties to resolve the issue. The parties agree this is Stipulation is without prejudice to the right of either party to initiate the Court's discovery procedures regarding the matters at issue in the letters of February 20, 2009 and February 24, 2009 from counsel for Defendants and Plaintiffs, respectively, on file with this Court, at a later date.

Dated: February 27, 2009

*KRISTA STEVENSON JOHNSON*
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
DOLLAR TREE STORES, INC.

Dated: February 27, 2009

SCOTT COLE & ASSOCIATES, APC
Attorneys for Plaintiffs
MIGUEL A. CRUZ, JOHN D. HANSEN, and
ROBERT RUNNINGS

Firmwide:88720690.1 061603.1004

Dated: March 2, 2009

**IT IS SO ORDERED**
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION RE DISCOVERY HEARING          1.          CASE NOS. C 07 2050 SC and C 07 04012 SC

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
70th Floor
San Francisco, CA 94108 2693
415 433 1940