```
                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| MIGUEL A. CRUZ, and JOHN D. HANSEN, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>DOLLAR TREE STORES, INC.,<br><br>    Defendant.<br>_____<br>ROBERT RUNNINGS, individually, and on behalf of all others similarly situated,<br>    Plaintiffs,<br><br>  v.<br><br>DOLLAR TREE STORES, INC.,<br><br>    Defendant.<br>_____ | Case Nos. 07-2050 SC<br>           07-4012 SC<br><br>ORDER GRANTING PERMISSION FOR CONFIDENTIAL DOCUMENTS TO BE FILED UNDER SEAL IN CONNECTION WITH PLAINTIFFS' MOTION FOR CLASS <u>CERTIFICATION</u> |

    Plaintiffs' counsel submitted an amended administrative motion to file certain documents under seal. In a previous order, the Court instructed Plaintiffs' counsel that the motion itself should not be filed under seal when making such a request. <u>See</u> Cruz Docket No. 93; Runnings Docket No. 121. Despite this instruction, Plaintiff's counsel filed the amended administrative motion under seal. The documents at issue are Defendant's documents that the Plaintiffs have included in their motion for class certification.

Defendant's counsel submitted a declaration indicating that they have significantly narrowed the material they seek to protect, and explaining in detail why the material is proprietary and confidential business information. See Cruz Docket No. 97; Runnings Docket No. 129. The Bates-stamped numbers of the documents the parties seek to have filed under seal are DTC01303; R00992; R00996; R01051; DTC02913-DTC02914; DTC03531-DTC03573; DTC03575; DTC03577; DTC03580-DTC03594; DTC03596-DTC03598; DTC03601-DTC03607; DTC03609-DTC03612; DTC03658, DTC03664-DTC03668; DTC03675; DTC03682-DTC03683; DTC03688-DTC03689; DTC03705-DTC03707; DTC03776-DTC03783; DTC03785-DTC03841; DTC03843-DTC03846; DTC03848-DTC03888. See Cruz Docket No. 98; Runnings Docket No. 130. The Court GRANTS permission for these documents to be filed under seal as part of Plaintiffs' motion for class certification.

IT IS SO ORDERED.

Dated: March 30, 2009

_____
UNITED STATES DISTRICT JUDGE