UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL A. CRUZ, and JOHN D. HANSEN, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>DOLLAR TREE STORES, INC.,<br><br>　　　　Defendant.<br>_____<br>ROBERT RUNNINGS, individually, and on behalf of all others similarly situated,<br>　　　　Plaintiffs,<br><br>　v.<br><br>DOLLAR TREE STORES, INC.,<br><br>　　　　Defendant.<br>_____ | Case Nos. 07-2050 SC<br>　　　　　07-4012 SC<br><br>ORDER RE: PLAINTIFFS' AMENDED ADMINISTRATIVE MOTION TO FILE DOCUMENTS <u>UNDER SEAL</u> |

　　On March 25, 2009, Plaintiffs' counsel submitted an amended administrative motion to file documents under seal. Plaintiffs' counsel also submitted a declaration of Scott Edward Cole in support of the administrative motion. The confidential documents were attached to the declaration. On March 30, 2009, the Court granted permission for the documents attached to the declaration of Scott Edward Cole to be filed under seal. <u>See</u> Cruz Docket Nos. 99, 100; Runnings Docket No. 131. However, the amended administrative motion itself contains no confidential material.

Plaintiffs' request for the amended administrative motion to be filed under seal is DENIED.  Plaintiffs are ORDERED to e-file the amended administrative motion within three (3) days of this order.

IT IS SO ORDERED.

Dated: April 1, 2009

_____
UNITED STATES DISTRICT JUDGE