1

2

3

UNITED STATES DISTRICT COURT

4

NORTHERN DISTRICT OF CALIFORNIA

5

6 MIGUEL A. CRUZ, and JOHN D. HANSEN,)    Case Nos. 07-2050 SC
  individually and on behalf of all )              07-4012 SC
7 others similarly situated,         )
                                     )
8          Plaintiffs,               )    ORDER RE: PLAINTIFFS'
                                     )    AMENDED
9     v.                             )    ADMINISTRATIVE MOTION
                                     )    TO FILE DOCUMENTS
10 DOLLAR TREE STORES, INC.,         )    UNDER SEAL
                                     )
11         Defendant.                )
   ──────────────────────────────────)
12                                   )
   ROBERT RUNNINGS, individually, and )
13 on behalf of all others similarly )
   situated,                         )
14         Plaintiffs,               )
                                     )
15    v.                             )
                                     )
16 DOLLAR TREE STORES, INC.,         )
                                     )
17         Defendant.                )
                                     )
18 ──────────────────────────────────)

19

20     On March 25, 2009, Plaintiffs' counsel submitted an amended

21 administrative motion to file documents under seal.  Plaintiffs'

22 counsel also submitted a declaration of Scott Edward Cole in

23 support of the administrative motion.  The confidential documents

24 were attached to the declaration.  On March 30, 2009, the Court

25 granted permission for the documents attached to the declaration

26 of Scott Edward Cole to be filed under seal.  See Cruz Docket Nos.

27 99, 100; Runnings Docket No. 131.  However, the amended

28 administrative motion itself contains no confidential material.

United States District Court
For the Northern District of California

United States **District Court**
For the Northern District of California

1 Plaintiffs' request for the amended administrative motion to be

2 filed under seal is DENIED.  Plaintiffs are ORDERED to e-file the

3 amended administrative motion within three (3) days of this order.

4

5   IT IS SO ORDERED.

6

7   Dated: April 1, 2009

8 

          UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

       2