1  Scott Edward Cole, Esq. (S.B. #160744)
   Molly A. Kuehn, Esq. (S.B. #230763)
2  **SCOTT COLE & ASSOCIATES, APC**
   1970 Broadway, Ninth Floor
3  Oakland, California 94612
   Telephone: (510) 891-9800
4  Facsimile:  (510) 891-7030
   Web: www.scalaw.com
5
   Attorneys for the Representative Plaintiffs
6  and the Plaintiff Class

7  Maureen E. McClain, Esq. (S.B. #62050)
   **LITTLER MENDELSON, APC**
8  650 California Street, 20th Floor
   San Francisco, California 94108-2693
9  Telephone: (415) 433-4940
   Facsimile:  (415) 399-8490
10 Email: mmcclain@littler.com

11 Attorneys for Defendant Dollar Tree Stores, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MIGUEL A. CRUZ and JOHN D. HANSEN, individually, and on behalf of all others similarly situated, | Case No.: C-07-4012 SC (*Consolidated Action*) |
| | **CLASS ACTION** |
| Plaintiffs, | STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR SUBMISSION OF NOTICE TO THE CLASS |
| vs. | |
| DOLLAR TREE STORES, INC. | |
| Defendant. | |
| ROBERT RUNNINGS, individually, and on behalf of all others similarly situated, | Case No.: C-07-02050 SC (*Consolidated Action*) |
| Plaintiffs, | |
| vs. | |
| DOLLAR TREE STORES, INC. | |
| Defendant. | |

Representative Plaintiffs Miguel A. Cruz, John D. Hansen and Robert Runnings ("Plaintiffs") and Defendant Dollar Tree Stores, Inc. ("Defendant") (collectively "the parties") hereby stipulate by and through their attorneys of record as follows:

WHEREAS, the Court issued an Order Granting Plaintiffs' Amended Motion For Class Certification on May 26, 2009, which instructed the parties to meet and confer in good faith regarding how class members will be notified of the ruling and their participation rights in the case.

WHEREAS, the Court's Order provided that the parties shall either file a Stipulation and Proposed Order explaining how the class will be notified or, if they could not reach agreement, submit, individually, position papers of no more than five pages addressing the problems and proposed solutions.

WHEREAS, the Court imposed a filing deadline of twenty days from the date of its May 26, 2009 Order to file their position papers.

WHEREAS, the parties have met and conferred diligently to resolve class notice issues and have successfully resolved ~~most~~ [many of the] issues initially in dispute, but continue to discuss several key issues pertaining to notification procedures.

WHEREAS, in an attempt to reach agreement on the remaining disputed issues, the parties hereby agree, and do request an additional ten days for filing the individual briefs (if such briefs remain necessary), extending the deadline therefor from June 15, 2009 to June 25, 2009.

Date: June 11, 2009

SCOTT COLE & ASSOCIATES, APC

By: _____
Molly A. Kuehn, Esq.
Attorneys for the Representative Plaintiffs
and the Plaintiff Class

Date: June 11, 2009

LITTLER MENDELSON, APC

By: _____
Maureen McClain, Esq.
Attorneys for Defendant Dollar Tree Stores, Inc.

**IT IS HEREBY ORDERED** that:

The Parties' deadline to file either a Stipulation and Proposed Order explaining how the class will be notified, or to file a brief of no more than five pages addressing the problem and proposing a solution, is extended to June 25, 2009.

Dated: June 11, 2009

Hon. Samuel Conti

IT IS SO ORDERED
Judge Samuel Conti