UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL A. CRUZ, and JOHN D. HANSEN, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>DOLLAR TREE STORES, INC.,<br><br>    Defendant.<br>_____<br>ROBERT RUNNINGS, individually, and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>DOLLAR TREE STORES, INC.,<br><br>    Defendant.<br>_____ | Case Nos. 07-2050 SC<br>          07-4012 SC<br><br>ORDER |

The parties, through their respective counsel, appeared before this Court for a Case Management Conference on March 5, 2010. At that time, the Court ordered the parties to submit a proposed order regarding various deadlines and discovery requests. Instead of submitting a joint proposed order, counsel for the parties submitted separate proposed orders. <u>Runnings</u> Docket Nos. 203, 205.

///
///
///

1    The Court ORDERS counsel for the parties to meet and confer
2    and file a <u>JOINT</u> proposed order no later that March 22, 2010.
3    There should be no blank lines in the proposed order.  The further
4    status conference hearing scheduled for March 19, 2010, is
5    VACATED.

7    IT IS SO ORDERED.

9    Dated: March 17, 2010

                                        _____
                                        UNITED STATES DISTRICT JUDGE