United States District Court<br>For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL A. CRUZ, and JOHN D. HANSEN, individually and on behalf of all others similarly situated,<br>      Plaintiffs,<br>   v.<br>DOLLAR TREE STORES, INC.,<br>      Defendant. | Case Nos. 07-2050 SC<br>          07-4012 SC<br><br>ORDER |
| ROBERT RUNNINGS, individually, and on behalf of all others similarly situated,<br>      Plaintiffs,<br>   v.<br>DOLLAR TREE STORES, INC.,<br>      Defendant. | |

The parties, through their respective counsel, appeared before this Court for a Case Management Conference on March 5, 2010. At that time, the Court ordered the parties to submit a proposed order regarding various deadlines and discovery requests. Instead of submitting a joint proposed order, counsel for the parties submitted separate proposed orders. <u>Runnings</u> Docket Nos. 203, 205.

///

///

///

The Court ORDERS counsel for the parties to meet and confer and file a <u>JOINT</u> proposed order no later that March 22, 2010. There should be no blank lines in the proposed order. The further status conference hearing scheduled for March 19, 2010, is VACATED.

IT IS SO ORDERED.

Dated: March 17, 2010

_____
UNITED STATES DISTRICT JUDGE