MAUREEN E. MCCLAIN, Bar No. 62050
KRISTA STEVENSON JOHNSON, Bar No. 185241
MATTHEW P. VANDALL, Bar No. 196962
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone:  415.433.1940
Facsimile:  415.399.8490
Email:      mmcclain@littler.com
            kjohnson@littler.com
            mvandall@littler.com

Attorneys for Defendant
DOLLAR TREE STORES, INC.

BETH HIRSCH BERMAN, VA Bar No. 28091
WILLIAMS MULLEN
A Professional Corporation
999 Waterside Drive
1700 Dominion Tower
Norfolk, VA 23510
Telephone:  757.629.0604
Facsimile:  757.629.0660
Email:      bberman@williamsmullen.com

*Pro Hac Vice* Attorneys for Defendant
DOLLAR TREE STORES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL A. CRUZ and JOHN D. HANSEN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DOLLAR TREE STORES, INC.,<br><br>Defendant. | Case Nos. C 07 2050 SC and C 07 04012 SC<br><br>[~~PROPOSED~~] ORDER AFTER CASE MANAGEMENT CONFERENCE<br><br>Date:   March 5, 2010<br>Time:   10:00 a.m.<br>Dept.:  Crtrm. 1, 17th Floor<br>Judge:  Hon. Samuel Conti |
| ROBERT RUNNINGS, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DOLLAR TREE STORES, INC.,<br><br>Defendant. | Trial Date:  No Dates Set<br>Complaints Filed:  April 11, 2007<br>                                   July 6, 2007 |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

[PROPOSED] ORDER AFTER CMC

CASE NOS. C 07 2050 SC
and C 07 04012 SC

The parties, through their respective counsel, appeared before this Court for a Case Management Conference on March 5, 2010. At the Conference and at a later Order on March 20, 2010, the Court ordered the parties to meet and confer on the deadlines for discovery to Class Members, and for trial and motion deadlines. Following such meet and confer, the parties submit this Joint Case Management Conference Order. Pursuant to the agreement of the parties, the Court Orders as follows:

**IT IS HEREBY ORDERED** that:

1. Defendant shall serve 10 Special Interrogatories and 10 Requests for the Production of Documents on Class Members. Written discovery shall be served through Class Counsel. Class Counsel preserves all rights to object to such discovery on any grounds.

2. Defendant shall be allowed to depose 16 Class Members who submitted declarations in support of Plaintiffs' Motion for Class Certification and 25 additional Class Members. For each deposition, Defendant shall be entitled to three hours of time on the record and Plaintiff shall be entitled to one hour of on-the-record time. Unless otherwise agreed between the parties and individual deponents, Class Member depositions shall take place in San Francisco or Los Angeles, whichever location is closer to the deponent's residence. Defendant shall serve Notices of these depositions with the deponents' identity, location, and deposition date. The depositions will take place in March, April, and/or May 2010. Class Counsel may serve objections to such Notices in accordance with the Federal Rules of Civil Procedure as they see fit. Class Counsel agrees to employ their best efforts to initiate contact with the individual deponents and to notify them of the date, time and location of the deposition as indicated in the Notice. If Defendant's counsel and Class Counsel agree to change the date, time and/or location of the deposition, Class Counsel shall notify the deponent of such change. Class Counsel shall promptly notify Defendant whether the depositions are confirmed or if they have been unable to reach the deponents.

3. Defendant shall file its Motion for Decertification on or before June 30, 2010. Each party shall have one expert for the Decertification Motion. The parties disagree as to the timing of expert identification and the disclosure of expert reports including whether rebuttal reports shall be allowed and the schedule for deposing such experts. The parties shall submit this dispute to the

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

[PROPOSED] ORDER AFTER CMC    1.    CASE NOS. C 07 2050 SC
and C 07 04012 SC

1  Court for resolution through a Joint Motion for Administrative Relief pursuant to Local Rule 7-11 no
2  later than April 2, 2010.   July 23, 2010 is the hearing date for the Motion for Decertification.

3      4.    If decertification is not ordered, then Defendant shall have until October 15, 2010 to
4  file a Class Motion for Summary Judgment and/or Motions for Summary Judgment as to individual
5  Class Members.  Plaintiffs do not take a position on the filing of a Class Motion for Summary
6  Judgment and/or Motions for Summary Judgment as to individual Class Members and reserve their
7  right to object on any grounds to such Motions.

8      5.    All non-expert discovery shall be concluded, including all motions to be heard
9  thereon, by October 15, 2010.

10      6.    Except for experts identified to be used at the Decertification Motion stage, expert
11  witness disclosure shall proceed according to the Federal Rules of Civil Procedure unless otherwise
12  agreed between the parties or ordered by the Court.  Expert discovery shall conclude on or before
13  ~~January 10, 2011.~~  October 15, 2010.   Last day motions can be heard is November 19, 2010.

14      7.    A pre-trial conference shall occur on ~~January 14, 2011~~. February 18, 2011.

15  ~~8.   A settlement conference shall be held on January 21, 2011~~.

16      9.    The trial in this case shall commence on ~~February 14, 2011~~.   March 7, 2011.

17  **IT IS SO ORDERED.**

18  Dated: _____ March 25, 2010 _____

                                       /s/ Samuel Conti
19                                       HONORABLE SAMUEL CONTI

20  THE UNDERSIGNED HEREBY ATTEST THAT THE CONTENT OF THIS DOCUMENT IS
21  ACCEPTABLE TO ALL PERSONS REQUIRED TO SIGN THIS DOCUMENT.

22  Dated: _____    /X/_____
23                                    Molly Kuehn,
                                  Scott Cole & Associates
24                                    Attorneys for Plaintiffs/Class Members

25  Dated: _____    /X/_____
26                                    Matthew P. Vandall
                                  Littler Mendelson, P.C.
27                                    Attorney for Defendant

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

[PROPOSED] ORDER AFTER CMC         2.         CASE NOS. C 07 2050 SC
and C 07 04012 SC