Scott Edward Cole, Esq. (S.B. #160744)
scole@scalaw.com
Molly A. Kuehn, Esq. (S.B. #230763)
mkuehn@scalaw.com
**SCOTT COLE & ASSOCIATES, APC**
1970 Broadway, Ninth Floor
Oakland, California 94612
Telephone: (510) 891-9800
Facsimile: (510) 891-7030
Web: www.scalaw.com

Attorneys for Representative Plaintiffs
and the Plaintiff Class

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| MIGUEL A. CRUZ, and JOHN D. HANSEN, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DOLLAR TREE STORES, INC.<br><br>Defendant. | **Case No. C-07-2050 SC *(Consolidated Action)***<br><br>**CLASS ACTION**<br><br>**UNOPPOSED REQUEST AND [~~PROPOSED~~] ORDER CONTINUING HEARING ON DISCOVERY CONFERENCE: MOLLY KUEHN RE: MESSER DEPOSITION NOTE** |
| ROBERT RUNNINGS, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DOLLAR TREE STORES, INC.<br><br>Defendant. | **Case No. C-07-4012 SC *(Consolidated Action)***<br><br>Date: April 23, 2010<br>Time: 9:30 a.m.<br>Dept: Courtroom A, 15th Floor<br>Judge: The Hon. Joseph C. Spero |

WHEREAS this Court has ordered Class Counsel Molly A. Kuehn, Esq. to appear at a Discovery Hearing on April 23, 2010;

WHEREAS Ms. Kuehn is unavailable to appear as ordered because she will be out of state on a previously planned vacation;



Firmwide:95097810.1 061603.1004

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

WHEREAS Defendant Dollar Tree Stores, Inc. did not initiate this Order to Appear and does not believe it has the authority to stipulate to such a continuance; as a professional courtesy, Dollar Tree Stores, Inc. does not oppose the request.

**THE PARTIES THEREFORE AGREE AS FOLLOWS:**

Subject to the Court's approval and availability, Ms. Kuehn shall appear at a continued Discovery Hearing on April 30, 2010 at 9:30 a.m. rather than on April 23, 2010.

Dated: April 21, 2010

**SCOTT COLE & ASSOCIATES, APC**

By: [signature]
Molly A. Kuehn, Esq.
Scott Cole & Associates, APC
Attorneys for Plaintiffs
Miguel A. Cruz, John D. Hansen, Robert Runnings and the Plaintiff Class

Dated: April 21, 2010

**LITTLER MENDELSON, APC**

By: [signature]
Krista S. Johnson, Esq.
Littler Mendelson, Esq.
A Professional Corporation
Attorneys for Defendant
Dollar Tree Stores, Inc.

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

## [~~PROPOSED~~] ORDER

**IT IS HEREBY ORDERED** that:

The hearing presently set for April 23, 2010 at 9:30 a.m. is hereby continued until April 30, 2010, at 9:30 a.m.

**IT IS SO ORDERED.**

Dated: April 21, 2010

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

Judge Joseph C. Spero

The Hon. Joseph C. Spero
United States Magistrate Judge

SCOTT COLE & ASSOCIATES, APC
ATTORNEY'S AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800