# EXHIBIT 13

Scott Edward Cole, Esq. (S.B. #160744)
Molly A. Kuehn, Esq. (S.B. #230763)
**SCOTT COLE & ASSOCIATES, APC**
1970 Broadway, Ninth Floor
Oakland, California 94612
Telephone: (510) 891-9800
Facsimile: (510) 891-7030
web:    www.scalaw.com

Attorneys for Representative Plaintiffs
and the Plaintiff Class

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MIGUEL A. CRUZ and JOHN D. HANSEN, individually, and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> DOLLAR TREE STORES, INC. <br><br> Defendant. | **Case No.: C-07-02050 SC** (*Consolidated Action*) <br><br> **CLASS ACTION** |
| ROBERT RUNNINGS, individually, and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> DOLLAR TREE STORES, INC. <br><br> Defendant. | **Case No.: C-07-4012 SC** <br><br> **CLASS ACTION** <br><br> **DECLARATION OF JOSEPH BARRETTA** |

I, Joseph Barretta, do hereby declare as follows:

1.      My address is 7821 Margaux Place, Rancho Cucamonga, California 91739. I have personal knowledge of the facts set forth in this declaration and could and would testify competently thereto.

2.      I was employed by Dollar Tree Stores, Inc. (hereinafter "Dollar Tree") as a Store Manager from approximately August 2007 through approximately September 2009. During that time

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL (510) 891-9800

1    I worked at the Dollar Tree store located in Victorville, California.

2         3.      When I was hired as a Store Manager I never underwent a mandatory eight-week

3    training period at any Dollar Tree store.

4         4.      It is my understanding that Store Managers are required to follow the same policies

5    and procedures, as dictated by Dollar Tree, at every Dollar Tree store in California.

6         5.      I am familiar with Dollar Tree's Store Manger Position and Responsibilities. The

7    Store Manager duties require completion of various tasks, including those set forth below.

8              a.     Supervision of Associates:

9                    i.      Preparing associate work schedules by filling in data fields on the

10                          Kronos Timekeeping System;

11                   ii.     Posting associate schedules;

12                   iii.    Conducting new associate training and orientation by reviewing

13                          applicable rules and policies with associates and ensuring new

14                          associate paperwork is completed and entered into the computer;

15                   iv.     Preparing checklists of job assignments;

16                   v.      Walking the store using the Daily Tour Sheet;

17                   vi.     Communicating and interacting with associates and customers

18                          throughout the day;

19                   vii.    Assigning markdowns and checking to ensure they are properly

20                          completed based on Dollar Tree's polices;

21                   viii.   Keeping track of associate attendance; and

22                   ix.     Counting stockroom boxes or cartons to monitor and keep track of

23                          associate productivity.

24              b.     Oversee daily store activities, including opening and closing the store:

25                    i.      Walking the store for general overview of store appearance using the

26                          Daily Tour Sheet;

27                   ii.     Checking all door seals and ensuring door seal numbers match the

28                          most recent entry on the Door Seal Log;

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

| | | |
|---|---|---|
| | iii. | Correcting any time and attendance issues from the previous day; |
| | iv. | Completing cycle-counts before opening, per Dollar Tree procedures; |
| | v. | Ensuring the store opens on time and closes on time; |
| | vi. | Preparing associate schedules according to Dollar Tree's requirements by filling in data fields on the Kronos Timekeeping System; |
| | vii. | Timely posting of associate schedules; |
| | viii. | Calling the store as necessary to ensure proper opening and closing; |
| | ix. | Ensuring there are no customers in the bathroom or back room prior to closing; |
| | x. | Counting money and ensuring the receipts were balanced; |
| | xi. | Taking the deposit to the bank; |
| | xii. | Unlocking and/or locking the store; and |
| | xiii. | Assigning cashiers to cash registers and giving them a till. |
| c. | | Ensure customer and associate safety: |
| | i. | Completing paperwork in connection with associate on-the-job injuries; |
| | ii. | Ensuring associates who are injured on the job received proper medical care; |
| | iii. | Ensuring workers are properly trained on state and federal safety laws by providing them with materials sent from Dollar Tree Corporate; |
| | iv. | Ensuring that merchandise is properly placed on shelves according to Dollar Tree's requirements; |
| | v. | Viewing store security tapes; |
| | vi. | Preparing or checking the preparation of the bank deposit; |
| | vii. | Taking the deposit to the bank; and |
| | viii. | Checking all door seals and ensuring the door seal numbers match the most recent entry on the Door Seal Log. |

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

d. Protect all company assets including store cash, merchandise and equipment:

 i. Ensuring doors are properly locked and secured;

 ii. Ensuring the alarm systems are on;

 iii. Ensuring markdowns are properly completed and completing markdown reports according to Dollar Tree's requirements;

 iv. Viewing store security tapes;

 v. Ensuring there are no customers in the bathroom or back room prior to closing;

 vi. Counting money and ensuring the receipts are balanced;

 vii. Interacting and communicating with upper management regarding asset protection issues;

 viii. Ensuring merchandise is not brought into the break room; and

 ix. Checking emails for cycle counts and ensuring cycle count reports are filled out.

e. Maintain proper sales, banking, inventory, accounting, productivity, payroll and time records:

 i. Preparing or checking the preparation of the bank deposit;

 ii. Taking the deposit to the bank;

 iii. Ordering merchandise according to Dollar Tree's instructions;

 iv. Monitoring and completing required company paperwork;

 v. Using the Order Scorecard to determine what items to order;

 vi. Monitoring associate attendance using the Kronos Timekeeping System;

 vii. Correcting time records as necessary using the Kronos Timekeeping System;

 viii. Reviewing reports of Department Sales, the Top 200 SKUs and the Top 10 selling items;

 ix. Completing cycle-counts before opening; and

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

x.      Conducting store walks by department.

f.      Maintain adequate staffing of the store, recruit, interview, hire, employ and train sales associates. Train associates to properly use all equipment and technology as well as provide thorough merchandise display training:

i.      Reviewing job applications;

ii.     Scheduling job interviews;

iii.    Calling applicants to give them a job offer;

iv.     Conducting new associate orientation, which includes ensuring that the associate filled out all forms in the new hire packet, entering required information into the Dollar Tree computer system, providing new associates with an Associate Handbook and sexual harassment brochure, filling out the New Hire Checklist, and telling associates Dollar Tree's meal and rest break policies;

v.      Counseling, providing written and verbal discipline of store associates and assistant managers in accordance with Dollar Tree's polices;

vi.     Communicating with District Managers and Human Resources representatives as necessary in relation to personnel decisions; and

vii.    Using the computer system to access Dollar Tree's Human Resources functions including performance evaluations, hire documents, and termination documents.

g.      Schedule and assign work to store personnel. Evaluate, motivate, counsel, develop, discipline and discharge sales associates appropriately. Maintain production reports to evaluate job performance of sales associates:

i.      Preparing associate schedules according to Dollar Tree's requirements;

ii.     Reviewing daily SUC reports showing use the of payroll hours;

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

  iii. Using the COMPASS computer system to evaluate and prepare cashier schedules;

  iv. Preparing written performance warnings according to Dollar Tree's polices;

  v. Preparing performance evaluations according to Dollar Tree's policies;

  vi. Communicating with District Manager and Human Resources representatives as necessary in relation to personnel decisions;

  vii. Printing associate rosters; and

  viii. Scheduling and assigning meal and rest breaks.

 h. <u>Provide leadership and direction to store personnel:</u>

  i. Preparing notes to assistant managers;

  ii. Preparing assignment lists and three by five cards with associate assignments; and

  iii. Meeting the delivery trucks and directing where merchandise should be placed on the sales floor and in the stock room.

 i. <u>Communicate company policies to sales associates. Ensure associates comply with company policies and procedures, including safety guidelines and human resources policies:</u>

  i. Training and orientation of store associates, which includes ensuring that the associate filled out all forms in the new hire packet, entering required information into the Dollar Tree computer system, providing new associates with an Associate Handbook and sexual harassment brochure, filling out the New Hire Checklist, and telling associates Dollar Tree's meal and rest break policies;

  ii. Advising associates regarding the store's security procedures; and

  iii. Instructing associates to follow rules and regulations regarding alcohol sales and food stamp/EBT requirements.

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

j. Analyze sales, expenses and profit, review reports, analyze competition, determine customer preferences, manages sales forecasts, meet sales and profit objectives and goals, determine product mix, determine most effective placement of product and ensure standards of merchandise presentation, displays and signage to maximize sales. Assist in developing promotions and advertisements as appropriate:

  i. Reviewing reports of department sales, Top 200 SKUs and the Top 10 items sold;

  ii. Using a PDT gun to order items in the store according to Dollar Tree's requirements;

  iii. Ensuring store compliance with state regulations;

  iv. Reviewing the Monthly Planner; and

  v. Making appropriate assignments to keep shelves, end caps, displays, wow tables, and refrigerators/coolers clean and fully stocked.

k. Control inventory, supervise ordering, receiving, stocking and pricing of goods. Ensure goods are properly marked and mark downs are properly recorded:

  i. Reviewing reports of department sales, Top 200 SKUs and the Top 10 items sold;

  ii. Requesting cycle counts;

  iii. Generating and using the online Order Book to determine inventory on hand, what merchandise to order, and to order merchandise;

  iv. Ensuring proper security of the building and proper accounting for markdowns according to Dollar Tree's requirements;

  v. Making appropriate assignments to keep shelves, end caps, displays, wow tables, and refrigerators/coolers clean and fully stocked; and

  vi. Making decisions and assignments to put stock in "grab bags" or to mark down stock.

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WADHOMA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL. (510) 891-9800

l.   Responsible for overall cleanliness and appearance of store:

    i.    Assigning associates to mop, vacuum, clean windows, and clean restrooms;

    ii.    Training cashiers to keep their cash registers clean;

    iii.    Modifying window signage as appropriate; and

    iv.    Assigning individuals to retrieve shopping carts from the parking lot.

m.   Ensure the highest level of customer service. Handle customer complaints and problems:

    i.    Keeping a friendly environment in the store, talking to and greeting customers.

n.   Ensure accident reports and damage reports are completed in a timely and accurate manner:

    i.    Preparing reports on associate and/or customer injuries and accidents, explaining how an accident happened and why, including a claim and confirmation number; faxing the reports to the corporate office.

o.   Complete management reports in a timely and accurate manner:

    i.    Printing out the order scorecard, department sales, pull and hold, and Top 200 SKUs reports and putting them in the Playbook and/or posting them in the store office;

    ii.    Preparing schedules according to Dollar Tree's requirements;

    iii.    Ordering merchandise according to Dollar Tree's requirements;

    iv.    Completing the Certification of Duties;

    v.    Completing cycle count reports;

    vi.    Using and accessing the Dollar Tree computer system to complete and access reports as necessary;

    vii.    Completing the Deposit Log of all store deposits;

    viii.    Completing the Safe Fund Log at change of safe "ownership" from one member of management to another at shift change;

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

1      ix.    Reconciling selective Receiving Reports for DSD billing; and

2      x.    Completing and submitting the Tax Exempt Log.

3    p.    Ensure compliance with applicable laws and regulations:

4      i.    Ensuring all licenses and permits are properly displayed;

5      ii.    Ensuring the fire extinguisher is not outdated;

6      iii.    Instructing associates to take meal and rest breaks;

7      iv.    Instructing associates to accurately record their time;

8      v.    Reviewing and approving time records and releasing timekeeping

9      information to ensure proper payment of wages; and

10      vi.    Ensuring all accidents are reported.

11    q.    Communicate professionally and effectively with customers, subordinates

12    and supervisors:

13      i.    Talking to District Managers in person, by telephone, and by email;

14      ii.    Reading and printing all emails from Dollar Tree Human Resources

15      and higher-level management; and

16      iii.    Walking the floor and talking to customers and associates.

17    6.    All of the tasks listed above are very basic and require little or no complex thought;

18 I completed each of them in accordance with Dollar Tree's specific requirements and instructions.

19    7.    In addition to the duties listed above, Dollar Tree also requires its Store Managers

20 to physically receive retail product by unloading trucks delivering merchandise from Dollar Tree

21 Distribution Centers. Store Managers have to verify that the inventory received from the Distribution

22 Center or a Direct Store Delivery service is consistent with store needs, orders placed or other

23 delivery standards or protocols. Once merchandise is received, Store Managers are required to

24 organize it in the stockroom and to physically place it on the shelves.

25    8.    Store Managers also have to cashier. This task includes posting transaction voids for

26 customer refunds and covering the register as needed.

27    9.    Dollar Tree sets the price for all items; Store Managers have no authority to mark

28 products down without express approval from Dollar Tree.

1    10.    Store Managers are not permitted to decide how to stock merchandise throughout the
2  store any way they like. Instead, they are required to adhere to the Merchandising Display
3  Guidelines that Dollar Tree's Corporate management selects for the stores.

4    11.    Dollar Tree Corporate routinely sends its Store Managers Merchandising Display
5  Guidelines and Weekly Bulletins via email, which provide detailed instructions on where and how
6  merchandise should be displayed throughout the store. To my knowledge, every California Dollar
7  Tree Store Manager receives these Merchandising Display Guidelines and Weekly Bulletins.

8    12.    The duties of Store Manager include unloading the trucks when they arrive with new
9  shipments of products, counting the loads after they are removed from the trucks, carrying the loads
10  to the stock room, and organizing them. Dollar Tree restricts the payroll hours that Store Managers
11  are permitted to schedule to such a degree that they are required to personally unload shipments
12  alongside the hourly employees who work at their stores.

13    13.    The Store Manager job includes performing routine customer service. Specifically,
14  Store Managers respond to customer questions, handle certain transactions that only management
15  can carry out (such as voids), and cashier. On average, I spent about three to four hours each
16  workday cashiering.

17    14.    The duties of Store Manager also include maintaining the cleanliness of the store and,
18  as such, Store Managers routinely clean up spills, vacuum, clean the bathroom, take trash to the
19  dumpster outside the store and personally handle merchandise recovery.

20    15.    Store Managers are also required to perform routine data entry on the computer and
21  to complete paperwork using pre-fabricated forms prepared by Dollar Tree.

22    16.    Store Managers do not have the authority to order the vast majority, if any, of the
23  supplies for their stores.

24    17.    Store Managers perform the same job tasks and duties on a week-to-week basis. They
25  are rarely, if ever, allowed to deviate from the detailed policies and procedures that Dollar Tree
26  publishes.

27    ·18.    Store Managers do not have the authority to discipline the employees working at their
28  stores. Before Store Managers can write up, suspend or terminate any employee, they are required

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL. (510) 891-9800

- 10 -
Declaration of Joseph Barretta

1    to get approval from Dollar Tree Corporate.

2        19.    I was rarely, if ever, able to take an uninterrupted meal period during a workday.

3 When I did get a meal period, it was seldom a half hour or more, and I often did not get to take any

4 meal periods during the first five hours of my shift. The vast majority of the rest breaks I took were

5 on-duty and frequently interrupted by work duties like responding to inquiries from employees,

6 Dollar Tree management and customers.

7        20.    My typical workweek consisted of six days that varied in length from 11 to 12 hours.

8 It was not rare for me to work seven days per week in order to accomplish all of the duties required

9 of me as a Store Manager.

10        21.    I was paid the same amount of fixed compensation regardless of how many hours I

11 worked during each pay period, and there is no connection between the number of hours I worked

12 and the amount of my salary.

13        22.    I am glad that the Court certified this case as a class action so that I do not have to

14 expend the time and energy that it could take to bring a case against Dollar Tree on my own. I would

15 like this Court to expand the class definition to include Store Managers who worked for Dollar Tree

16 in California through the conclusion of this case. I believe that nothing about the Store Manager

17 position has changed since May 26, 2009, and that class treatment is no less appropriate now than

18 it was then.

19        I declare under penalty of perjury under the laws of the State of California that the foregoing

20 is true and correct. Executed this _12_ day of January 2010 in Rancho Cucamonga, California.

21

22                               _Joseph Barretta_

23                               JOSEPH BARRETTA

24

25

26

27

28

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
1970 BROADWAY, NINTH FLOOR
THE WACHOVIA TOWER
OAKLAND, CA 94612
TEL: (510) 891-9800

# EXHIBIT 14

1  Scott Edward Cole, Esq. (S.B. #160744)
   Molly A. Kuehn, Esq. (S.B. #230763)
2  **SCOTT COLE & ASSOCIATES, APC**
   1970 Broadway, Ninth Floor
3  Oakland, California 94612
   Telephone: (510) 891-9800
4  Facsimile: (510) 891-7030
   web:   www.scalaw.com
5
   Attorneys for Representative Plaintiffs
6  and the Plaintiff Class

7

8                **UNITED STATES DISTRICT COURT**

9      **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

10

11 MIGUEL A. CRUZ and JOHN D.            ) **Case No.: C-07-02050 SC** (*Consolidated Action*)
   HANSEN, individually, and on behalf   )
12 of all others similarly situated,     ) **CLASS ACTION**
                                          )
13            Plaintiffs,                 )
                                          )
14 vs.                                    )
                                          )
15 DOLLAR TREE STORES, INC.              )
                                          )
16            Defendant.                  )
   _____    )
17 ROBERT RUNNINGS, individually,        ) **Case No.: C-07-4012 SC**
   and on behalf of all others similarly )
18 situated,                             ) **CLASS ACTION**
                                          )
19            Plaintiffs,                 ) **DECLARATION OF MARIA BECERRA**
                                          )
20 vs.                                    )
                                          )
21 DOLLAR TREE STORES, INC.              )
                                          )
22            Defendant.                  )
   _____    )

23      I, Maria Becerra, do hereby declare as follows:

24      1.      My address is 726 Lindon Street, Madera, California 93637. I have personal

25 knowledge of the facts set forth in this declaration and could and would testify competently thereto.

26      2.      Upon being hired as a Store Manager I never underwent a mandatory eight-week

27 training period at any Dollar Tree store.

28

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL. (510) 891-9800

3.     I was employed by Dollar Tree Stores, Inc. (hereinafter "Dollar Tree") as a Store Manager from approximately February 2009 through approximately December 2009. During that time I worked at the Dollar Tree store located in Kerman, California.

4.     It is my understanding that Store Managers are required to follow the same policies and procedures, as dictated by Dollar Tree, at every Dollar Tree store in California.

5.     I am familiar with Dollar Tree's Store Manger Position and Responsibilities. The Store Manager duties require completion of various tasks, including those set forth below.

      a.     Ensure compliance with applicable laws and regulations:

            i.     Instructing associates to take meal and rest breaks;

            ii.    Ensuring the fire extinguisher is not outdated;

            iii.   Ensuring all licenses and permits are properly displayed;

            iv.   Ensuring all accidents are reported;

            v.    Instructing associates to accurately record their time; and

            vi.   Reviewing and approving time records and releasing timekeeping information to ensure proper payment of wages.

      b.     Ensure the highest level of customer service. Handle customer complaints and problems:

            i.     Keeping a friendly environment in the store, talking to and greeting customers.

      c.     Analyze sales, expenses and profit, review reports, analyze competition, determine customer preferences, manages sales forecasts, meet sales and profit objectives and goals, determine product mix, determine most effective placement of product and ensure standards of merchandise presentation, displays and signage to maximize sales. Assist in developing promotions and advertisements as appropriate:

            i.     Making appropriate assignments to keep shelves, end caps, displays, wow tables, and refrigerators/coolers clean and fully stocked;

            ii.    Reviewing the Monthly Planner;

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL. (510) 891-9800

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL. (510) 891-9800

iii.    Using a PDT gun to order items in the store according to Dollar Tree's requirements; and

iv.    Reviewing reports of department sales, Top 200 SKUs and the Top 10 items sold.

d.    Complete management reports in a timely and accurate manner:

i.    Completing the Safe Fund Log at change of safe "ownership" from one member of management to another at shift change;

ii.    Printing out the order scorecard, department sales, pull and hold, and Top 200 SKUs reports and putting them in the Playbook and/or posting them in the store office;

iii.    Ordering merchandise according to Dollar Tree's requirements;

iv.    Completing cycle count reports;

v.    Completing the Certification of Duties;

vi.    Completing and submitting the Tax Exempt Log;

vii.    Using and accessing the Dollar Tree computer system to complete and access reports as necessary;

viii.    Completing the Deposit Log of all store deposits; and

ix.    Reconciling selective Receiving Reports for DSD billing.

e.    Provide leadership and direction to store personnel:

i.    Meeting the delivery trucks and directing where merchandise should be placed on the sales floor and in the stock room;

ii.    Preparing notes to assistant managers; and

iii.    Preparing assignment lists and three by five cards with associate assignments.

f.    Supervision of Associates:

i.    Posting associate schedules;

ii.    Preparing checklists of job assignments;

iii.    Walking the store using the Daily Tour Sheet;

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

iv.  Counting stockroom boxes or cartons to monitor and keep track of associate productivity;

v.  Assigning markdowns and checking to ensure they are properly completed based on Dollar Tree's polices;

vi.  Conducting new associate training and orientation by reviewing applicable rules and policies with associates and ensuring new associate paperwork is completed and entered into the computer;

vii.  Preparing associate work schedules by filling in data fields on the Kronos Timekeeping System;

viii.  Communicating and interacting with associates and customers throughout the day; and

ix.  Keeping track of associate attendance.

g.  Maintain proper sales, banking, inventory, accounting, productivity, payroll and time records:

i.  Monitoring and completing required company paperwork;

ii.  Conducting store walks by department;

iii.  Completing cycle-counts before opening;

iv.  Preparing or checking the preparation of the bank deposit;

v.  Correcting time records as necessary using the Kronos Timekeeping System;

vi.  Reviewing reports of Department Sales, the Top 200 SKUs and the Top 10 selling items;

vii.  Monitoring associate attendance using the Kronos Timekeeping System;

viii.  Taking the deposit to the bank;

ix.  Using the Order Scorecard to determine what items to order; and

x.  Ordering merchandise according to Dollar Tree's instructions.

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL. (510) 891-9800

h.     <u>Communicate professionally and effectively with customers, subordinates and supervisors:</u>

     i.     Walking the floor and talking to customers and associates;

     ii.     Talking to District Managers in person, by telephone, and by email; and

     iii.     Reading and printing all emails from Dollar Tree Human Resources and higher-level management.

i.     <u>Schedule and assign work to store personnel. Evaluate, motivate, counsel, develop, discipline and discharge sales associates appropriately. Maintain production reports to evaluate job performance of sales associates:</u>

     i.     Scheduling and assigning meal and rest breaks;

     ii.     Preparing performance evaluations according to Dollar Tree's policies;

     iii.     Using the COMPASS computer system to evaluate and prepare cashier schedules;

     iv.     Communicating with District Manager and Human Resources representatives as necessary in relation to personnel decisions;

     v.     Printing associate rosters;

     vi.     Preparing associate schedules according to Dollar Tree's requirements;

     vii.     Preparing written performance warnings according to Dollar Tree's polices; and

     viii.     Reviewing daily SUC reports showing use the of payroll hours.

j.     <u>Protect all company assets including store cash, merchandise and equipment:</u>

     i.     Counting money and ensuring the receipts are balanced;

     ii.     Ensuring doors are properly locked and secured;

     iii.     Checking emails for cycle counts and ensuring cycle count reports are filled out;

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

1    iv.   Ensuring the alarm systems are on;

2    v.   Interacting and communicating with upper management regarding

3    asset protection issues;

4    vi.   Ensuring markdowns are properly completed and completing

5    markdown reports according to Dollar Tree's requirements;

6    vii.   Ensuring merchandise is not brought into the break room; and

7    viii.   Ensuring there are no customers in the bathroom or back room prior

8    to closing.

9    k.   Communicate company policies to sales associates. Ensure associates comply

10    with company policies and procedures, including safety guidelines and

11    human resources policies:

12    i.   Instructing associates to follow rules and regulations regarding

13    alcohol sales and food stamp/EBT requirements;

14    ii.   Training and orientation of store associates, which includes ensuring

15    that the associate filled out all forms in the new hire packet, entering

16    required information into the Dollar Tree computer system, providing

17    new associates with an Associate Handbook and sexual harassment

18    brochure, filling out the New Hire Checklist, and telling associates

19    Dollar Tree's meal and rest break policies; and

20    iii.   Advising associates regarding the store's security procedures.

21    l.   Maintain adequate staffing of the store, recruit, interview, hire, employ and

22    train sales associates. Train associates to properly use all equipment and

23    technology as well as provide thorough merchandise display training:

24    i.   Using the computer system to access Dollar Tree's Human Resources

25    functions including performance evaluations, hire documents, and

26    termination documents;

27    ii.   Scheduling job interviews;

28    iii.   Reviewing job applications;

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

iv.   Calling applicants to give them a job offer;

v.    Communicating with District Managers and Human Resources representatives as necessary in relation to personnel decisions;

vi.   Conducting new associate orientation, which includes ensuring that the associate filled out all forms in the new hire packet, entering required information into the Dollar Tree computer system, providing new associates with an Associate Handbook and sexual harassment brochure, filling out the New Hire Checklist, and telling associates Dollar Tree's meal and rest break policies; and

vii.  Counseling, providing written and verbal discipline of store associates and assistant managers in accordance with Dollar Tree's polices.

m.    Oversee daily store activities, including opening and closing the store:

i.    Correcting any time and attendance issues from the previous day;

ii.   Ensuring the store opens on time and closes on time;

iii.  Timely posting of associate schedules;

iv.   Counting money and ensuring the receipts were balanced;

v.    Assigning cashiers to cash registers and giving them a till;

vi.   Walking the store for general overview of store appearance using the Daily Tour Sheet;

vii.  Completing cycle-counts before opening, per Dollar Tree procedures;

viii. Unlocking and/or locking the store;

ix.   Calling the store as necessary to ensure proper opening and closing;

x.    Preparing associate schedules according to Dollar Tree's requirements by filling in data fields on the Kronos Timekeeping System;

xi.   Taking the deposit to the bank;

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

        xii.    Ensuring there are no customers in the bathroom or back room prior to closing; and

        xiii.    Checking all door seals and ensuring door seal numbers match the most recent entry on the Door Seal Log.

    n.    <u>Responsible for overall cleanliness and appearance of store:</u>

        i.    Assigning individuals to retrieve shopping carts from the parking lot;

        ii.    Assigning associates to mop, vacuum, clean windows, and clean restrooms;

        iii.    Modifying window signage as appropriate; and

        iv.    Training cashiers to keep their cash registers clean.

    o.    <u>Ensure customer and associate safety:</u>

        i.    Ensuring that merchandise is properly placed on shelves according to Dollar Tree's requirements;

        ii.    Completing paperwork in connection with associate on-the-job injuries;

        iii.    Checking all door seals and ensuring the door seal numbers match the most recent entry on the Door Seal Log;

        iv.    Taking the deposit to the bank;

        v.    Ensuring workers are properly trained on state and federal safety laws by providing them with materials sent from Dollar Tree Corporate;

        vi.    Preparing or checking the preparation of the bank deposit; and

        vii.    Ensuring associates who are injured on the job received proper medical care.

    p.    <u>Ensure accident reports and damage reports are completed in a timely and accurate manner:</u>

        i.    Preparing reports on associate and/or customer injuries and accidents, explaining how an accident happened and why, including a claim and confirmation number; faxing the reports to the corporate office.

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL. (510) 891-9800

q.     Control inventory, supervise ordering, receiving, stocking and pricing of goods. Ensure goods are properly marked and mark downs are properly recorded:

      i.      Making decisions and assignments to put stock in "grab bags" or to mark down stock;

      ii.     Generating and using the online Order Book to determine inventory on hand, what merchandise to order, and to order merchandise;

      iii.    Making appropriate assignments to keep shelves, end caps, displays, wow tables, and refrigerators/coolers clean and fully stocked;

      iv.    Reviewing reports of department sales, Top 200 SKUs and the Top 10 items sold;

      v.     Ensuring proper security of the building and proper accounting for markdowns according to Dollar Tree's requirements; and

      vi.    Requesting cycle counts.

6.     All of the tasks listed above are very basic and require little or no complex thought; I completed each of them in accordance with Dollar Tree's specific requirements and instructions.

7.     The task of cashiering includes posting transaction voids for customer refunds and covering the register as needed. Store Managers also have to do this.

8.     Store Managers are required to adhere to the Merchandising Display Guidelines that Dollar Tree's Corporate management selects for the stores. They are not permitted to decide how to stock merchandise throughout the store.

9.     Store Managers routinely clean up spills, vacuum, clean the bathroom, take trash to the dumpster outside the store and personally handle merchandise recovery. As a Store Manager maintaining the cleanliness of the store was a duty required of me.

10.     Dollar Tree sets the price for all items; Store Managers have no authority to mark products down without express approval from Dollar Tree.

11.     In addition to the duties listed above, Dollar Tree also requires its Store Managers to physically receive retail product by unloading trucks delivering merchandise from Dollar Tree

1    Distribution Centers. Store Managers have to verify that the inventory received from the Distribution
2    Center or a Direct Store Delivery service is consistent with store needs, orders placed or other
3    delivery standards or protocols. Once merchandise is received, Store Managers are required to
4    organize it in the stockroom and to physically place it on the shelves.

5       12.    My typical workweek consisted of six days that varied in length from 9 to 11 hours.
6    It was not rare for me to work seven days per week in order to accomplish all of the duties required
7    of me as a Store Manager.

8       13.    The Store Manager job includes performing routine customer service. Specifically,
9    Store Managers respond to customer questions, handle certain transactions that only management
10   can carry out (such as voids), and cashier. On average, I spent about five to six hours each workday
11   cashiering.

12      14.    I was paid the same amount of fixed compensation regardless of how many hours I
13   worked during each pay period, and there is no connection between the number of hours I worked
14   and the amount of my salary.

15      15.    Store Managers can not write up, suspend or terminate any employee, they are
16   required to get approval from Dollar Tree Corporate. As such, Store Managers have no authority to
17   discipline the employees working at their stores.

18      16.    The detailed polices and procedures that Dollar Tree publishes require Store
19   Managers to perform the same job tasks and duties on a week-to week basis. Store Managers are
20   rarely, if ever, allowed to deviate from these guidelines.

21      17.    I was rarely, if ever, able to take an uninterrupted meal period during a workday.
22   When I did get a meal period, it was seldom a half hour or more, and I often did not get to take any
23   meal periods during the first five hours of my shift. The vast majority of the rest breaks I took were
24   on-duty and frequently interrupted by work duties like responding to inquiries from employees,
25   Dollar Tree management and customers.

26      18.    Dollar Tree Corporate routinely sends its Store Managers Merchandising Display
27   Guidelines and Weekly Bulletins via email, which provide detailed instructions on where and how
28   merchandise should be displayed throughout the store. To my knowledge, every California Dollar

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL. (510) 891-9800

1    Tree Store Manag er receive: these Merchandising Display Guidelines and Weekly Bulletins.

2      19.    Store Managers are also required to perform routine data entry on the computer and

3    to complete paper work using pre-fabricated forms prepared by Dollar Tree.

4      20.    Dollar Tree r stricts the payroll hours that Store Managers are permitted to schedule

5    to such a degree that they are required to personally unload shipments alongside the hourly

6    employees who work at the r stores. As such, the duties of Store Manager include unloading the

7    trucks when they arrive with new shipments of products, counting the loads after they are removed

8    from the trucks, carrying th loads to the stock room, and organizing them.

9      21.    Store Managers do not have the authority to order the vast majority, if any, of the

10    supplies for their stores.

11      22.    I am glad that the Court certified this case as a class action so that I do not have to

12    expend the time and energy that it could take to bring a case against Dollar Tree on my own. I would

13    like this Court to expand the class definition to include Store Managers who worked for Dollar Tree

14    in California through the c nclusion of this case. I believe that nothing about the Store Manager

15    position has changed since May 26, 2009, and that class treatment is no less appropriate now than

16    it was then.

17      I declare under per alty of perjury under the laws of the United States and the State of

18    California that the foregoing is true and correct. Executed this $\underline{2}$ day of March, 2010 in Madera,

19    California.

20

21 

22            MARIA BECERRA

23

24

25

26

27

28

# EXHIBIT 15

1   Scott Edward Cole, Esq. (S.B. #160744)
2   Molly A. Kuehn, Esq. (S.B. #230763)
    **SCOTT COLE & ASSOCIATES, APC**
3   1970 Broadway, Ninth Floor
    Oakland, California 94612
    Telephone: (510) 891-9800
4   Facsimile: (510) 891-7030
    web:     www.scalaw.com
5
    Attorneys for Representative Plaintiffs
6   and the Plaintiff Class

7

8                   **UNITED STATES DISTRICT COURT**

9       **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

10

11  MIGUEL A. CRUZ and JOHN D.                )  **Case No.: C-07-02050 SC** (*Consolidated Action*)
    HANSEN, individually, and on behalf        )
12  of all others similarly situated,          )  **CLASS ACTION**
                                               )
13                          Plaintiffs,        )
                                               )
14  vs.                                        )
                                               )
15  DOLLAR TREE STORES, INC.                   )
                                               )
16                          Defendant.         )
    _____   )
17  ROBERT RUNNINGS, individually,             )  **Case No.: C-07-4012 SC**
    and on behalf of all others similarly      )
    situated,                                  )  **CLASS ACTION**
18                                             )
                            Plaintiffs,        )  **DECLARATION OF VANESSA BLANCO**
19  vs.                                        )
                                               )
20  DOLLAR TREE STORES, INC.                   )
                                               )
21                          Defendant.         )
    _____   )
22

23          I, Vanessa Blanco, do hereby declare as follows:

24          1.      My address is 10100 Stobaugh Street, Lamont, California 93241. I have personal

25  knowledge of the facts set forth in this declaration and could and would testify competently thereto.

26          2.      Upon being hired as a Store Manager I never underwent a mandatory eight-week

27  training period at any Dollar Tree store.

28

                                   - 1 -
                        Declaration of Vanessa Blanco

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

3.     I am employed by Dollar Tree Stores, Inc. (hereinafter "Dollar Tree") as a Store Manager from approximately November 4, 2006 through the present. During that time I worked at the Dollar Tree store located in Lamont, California.

4.     It is my understanding that Store Managers are required to follow the same policies and procedures, as dictated by Dollar Tree, at every Dollar Tree store in California.

5.     I am familiar with Dollar Tree's Store Manger Position and Responsibilities. The Store Manager duties require completion of various tasks, including those set forth below.

       a.    Ensure compliance with applicable laws and regulations:

           i.      Instructing associates to take meal and rest breaks;

           ii.     Ensuring the fire extinguisher is not outdated;

           iii.    Ensuring all licenses and permits are properly displayed;

           iv.    Ensuring all accidents are reported;

           v.      Instructing associates to accurately record their time; and

           vi.    Reviewing and approving time records and releasing timekeeping information to ensure proper payment of wages.

       b.    Ensure the highest level of customer service. Handle customer complaints and problems:

           i.      Keeping a friendly environment in the store, talking to and greeting customers.

       c.    Analyze sales, expenses and profit, review reports, analyze competition, determine customer preferences, manages sales forecasts, meet sales and profit objectives and goals, determine product mix, determine most effective placement of product and ensure standards of merchandise presentation, displays and signage to maximize sales. Assist in developing promotions and advertisements as appropriate:

           i.      Making appropriate assignments to keep shelves, end caps, displays, wow tables, and refrigerators/coolers clean and fully stocked;

           ii.     Reviewing the Monthly Planner;

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
1970 BROADWAY, NINTH FLOOR
THE WACHOVIA TOWER
OAKLAND, CA 94612
TEL: (510) 891-9800

iii.   Using a PDT gun to order items in the store according to Dollar Tree's requirements; and

iv.   Reviewing reports of department sales, Top 200 SKUs and the Top 10 items sold.

d.   <u>Complete management reports in a timely and accurate manner:</u>

i.   Completing the Safe Fund Log at change of safe "ownership" from one member of management to another at shift change;

ii.   Printing out the order scorecard, department sales, pull and hold, and Top 200 SKUs reports and putting them in the Playbook and/or posting them in the store office;

iii.   Ordering merchandise according to Dollar Tree's requirements;

iv.   Completing cycle count reports;

v.   Completing the Certification of Duties;

vi.   Completing and submitting the Tax Exempt Log;

vii.   Using and accessing the Dollar Tree computer system to complete and access reports as necessary;

viii.   Completing the Deposit Log of all store deposits; and

ix.   Reconciling selective Receiving Reports for DSD billing.

e.   <u>Provide leadership and direction to store personnel:</u>

i.   Meeting the delivery trucks and directing where merchandise should be placed on the sales floor and in the stock room;

ii.   Preparing notes to assistant managers; and

iii.   Preparing assignment lists and three by five cards with associate assignments.

f.   <u>Supervision of Associates:</u>

i.   Posting associate schedules;

ii.   Preparing checklists of job assignments;

iii.   Walking the store using the Daily Tour Sheet;

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

1     iv.   Counting stockroom boxes or cartons to monitor and keep track of

2        associate productivity;

3     v.   Assigning markdowns and checking to ensure they are properly

4        completed based on Dollar Tree's polices;

5     vi.   Conducting new associate training and orientation by reviewing

6        applicable rules and policies with associates and ensuring new

7        associate paperwork is completed and entered into the computer;

8     vii.   Preparing associate work schedules by filling in data fields on the

9        Kronos Timekeeping System;

10     viii.   Communicating and interacting with associates and customers

11        throughout the day; and

12     ix.   Keeping track of associate attendance.

13    g.   Maintain proper sales, banking, inventory, accounting, productivity, payroll

14     and time records:

15     i.   Monitoring and completing required company paperwork;

16     ii.   Conducting store walks by department;

17     iii.   Completing cycle-counts before opening;

18     iv.   Preparing or checking the preparation of the bank deposit;

19     v.   Correcting time records as necessary using the Kronos Timekeeping

20        System;

21     vi.   Reviewing reports of Department Sales, the Top 200 SKUs and the

22        Top 10 selling items;

23     vii.   Monitoring associate attendance using the Kronos Timekeeping

24        System;

25     viii.   Taking the deposit to the bank;

26     ix.   Using the Order Scorecard to determine what items to order; and

27     x.   Ordering merchandise according to Dollar Tree's instructions.

28

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

|   |   |   |   |
|---|---|---|---|
| 1 | h. | | Communicate professionally and effectively with customers, subordinates |
| 2 | | | and supervisors: |
| 3 | | i. | Walking the floor and talking to customers and associates; |
| 4 | | ii. | Talking to District Managers in person, by telephone, and by email; |
| 5 | | | and |
| 6 | | iii. | Reading and printing all emails from Dollar Tree Human Resources |
| 7 | | | and higher-level management. |
| 8 | i. | | Schedule and assign work to store personnel. Evaluate, motivate, counsel, |
| 9 | | | develop, discipline and discharge sales associates appropriately. Maintain |
| 10 | | | production reports to evaluate job performance of sales associates: |
| 11 | | i. | Scheduling and assigning meal and rest breaks; |
| 12 | | ii. | Preparing performance evaluations according to Dollar Tree's |
| 13 | | | policies; |
| 14 | | iii. | Using the COMPASS computer system to evaluate and prepare |
| 15 | | | cashier schedules; |
| 16 | | iv. | Communicating with District Manager and Human Resources |
| 17 | | | representatives as necessary in relation to personnel decisions; |
| 18 | | v. | Printing associate rosters; |
| 19 | | vi. | Preparing associate schedules according to Dollar Tree's |
| 20 | | | requirements; |
| 21 | | vii. | Preparing written performance warnings according to Dollar Tree's |
| 22 | | | polices; and |
| 23 | | viii. | Reviewing daily SUC reports showing use the of payroll hours. |
| 24 | j. | | Protect all company assets including store cash, merchandise and equipment: |
| 25 | | i. | Counting money and ensuring the receipts are balanced; |
| 26 | | ii. | Ensuring doors are properly locked and secured; |
| 27 | | iii. | Checking emails for cycle counts and ensuring cycle count reports |
| 28 | | | are filled out; |

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
1970 BROADWAY, NINTH FLOOR
THE WAGHORN TOWER
OAKLAND, CA 94612
TEL: (510) 891-9800

iv.  Interacting and communicating with upper management regarding asset protection issues;

v.  Ensuring markdowns are properly completed and completing markdown reports according to Dollar Tree's requirements;

vi.  Ensuring merchandise is not brought into the break room; and

vii.  Ensuring there are no customers in the bathroom or back room prior to closing.

k.  Communicate company policies to sales associates. Ensure associates comply with company policies and procedures, including safety guidelines and human resources policies:

i.  Instructing associates to follow rules and regulations regarding alcohol sales and food stamp/EBT requirements;

ii.  Training and orientation of store associates, which includes ensuring that the associate filled out all forms in the new hire packet, entering required information into the Dollar Tree computer system, providing new associates with an Associate Handbook and sexual harassment brochure, filling out the New Hire Checklist, and telling associates Dollar Tree's meal and rest break policies; and

iii.  Advising associates regarding the store's security procedures.

l.  Maintain adequate staffing of the store, recruit, interview, hire, employ and train sales associates. Train associates to properly use all equipment and technology as well as provide thorough merchandise display training:

i.  Using the computer system to access Dollar Tree's Human Resources functions including performance evaluations, hire documents, and termination documents;

ii.  Scheduling job interviews;

iii.  Reviewing job applications;

iv.  Calling applicants to give them a job offer;

v.    Communicating with District Managers and Human Resources representatives as necessary in relation to personnel decisions;

vi.    Conducting new associate orientation, which includes ensuring that the associate filled out all forms in the new hire packet, entering required information into the Dollar Tree computer system, providing new associates with an Associate Handbook and sexual harassment brochure, filling out the New Hire Checklist, and telling associates Dollar Tree's meal and rest break policies; and

vii.    Counseling, providing written and verbal discipline of store associates and assistant managers in accordance with Dollar Tree's polices.

m.    <u>Oversee daily store activities, including opening and closing the store:</u>

i.    Correcting any time and attendance issues from the previous day;

ii.    Ensuring the store opens on time and closes on time;

iii.    Timely posting of associate schedules;

iv.    Counting money and ensuring the receipts were balanced;

v.    Assigning cashiers to cash registers and giving them a till;

vi.    Walking the store for general overview of store appearance using the Daily Tour Sheet;

vii.    Completing cycle-counts before opening, per Dollar Tree procedures;

viii.    Unlocking and/or locking the store;

ix.    Calling the store as necessary to ensure proper opening and closing;

x.    Preparing associate schedules according to Dollar Tree's requirements by filling in data fields on the Kronos Timekeeping System;

xi.    Taking the deposit to the bank;

xii.    Ensuring there are no customers in the bathroom or back room prior to closing; and

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL. (510) 891-9800

xiii.   Checking all door seals and ensuring door seal numbers match the most recent entry on the Door Seal Log.

n.   <u>Responsible for overall cleanliness and appearance of store:</u>

i.   Assigning individuals to retrieve shopping carts from the parking lot;

ii.   Assigning associates to mop, vacuum, clean windows, and clean restrooms;

iii.   Modifying window signage as appropriate; and

iv.   Training cashiers to keep their cash registers clean.

o.   <u>Ensure customer and associate safety:</u>

i.   Ensuring that merchandise is properly placed on shelves according to Dollar Tree's requirements;

ii.   Completing paperwork in connection with associate on-the-job injuries;

iii.   Checking all door seals and ensuring the door seal numbers match the most recent entry on the Door Seal Log;

iv.   Taking the deposit to the bank;

v.   Ensuring workers are properly trained on state and federal safety laws by providing them with materials sent from Dollar Tree Corporate;

vi.   Preparing or checking the preparation of the bank deposit; and

vii.   Ensuring associates who are injured on the job received proper medical care.

p.   <u>Ensure accident reports and damage reports are completed in a timely and accurate manner:</u>

i.   Preparing reports on associate and/or customer injuries and accidents, explaining how an accident happened and why, including a claim and confirmation number; faxing the reports to the corporate office.

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

q.   Control inventory, supervise ordering, receiving, stocking and pricing of goods. Ensure goods are properly marked and mark downs are properly recorded:

    i.   Making decisions and assignments to put stock in "grab bags" or to mark down stock;

    ii.   Generating and using the online Order Book to determine inventory on hand, what merchandise to order, and to order merchandise;

    iii.   Making appropriate assignments to keep shelves, end caps, displays, wow tables, and refrigerators/coolers clean and fully stocked;

    iv.   Reviewing reports of department sales, Top 200 SKUs and the Top 10 items sold;

    v.   Ensuring proper security of the building and proper accounting for markdowns according to Dollar Tree's requirements; and

    vi.   Requesting cycle counts.

6.   All of the tasks listed above are very basic and require little or no complex thought; I complete each of them in accordance with Dollar Tree's specific requirements and instructions.

7.   The task of cashiering includes posting transaction voids for customer refunds and covering the register as needed. Store Managers also have to do this.

8.   Store Managers are required to adhere to the Merchandising Display Guidelines that Dollar Tree's Corporate management selects for the stores. They are not permitted to decide how to stock merchandise throughout the store.

9.   Store Managers routinely clean up spills, vacuum, clean the bathroom, take trash to the dumpster outside the store and personally handle merchandise recovery. As a Store Manager maintaining the cleanliness of the store is a duty required of me.

10.   Dollar Tree sets the price for all items; Store Managers have no authority to mark products down without express approval from Dollar Tree.

11.   In addition to the duties listed above, Dollar Tree also requires its Store Managers to physically receive retail product by unloading trucks delivering merchandise from Dollar Tree

1   Distribution Centers. Store Managers have to verify that the inventory received from the Distribution
2   Center or a Direct Store Delivery service is consistent with store needs, orders placed or other
3   delivery standards or protocols. Once merchandise is received, Store Managers are required to
4   organize it in the stockroom and to physically place it on the shelves.

5   12.     My typical workweek consists of six days that vary in length from 10 to 11 hours.
6   It is not rare for me to work seven days per week in order to accomplish all of the duties required
7   of me as a Store Manager.

8   13.     The Store Manager job includes performing routine customer service. Specifically,
9   Store Managers respond to customer questions, handle certain transactions that only management
10  can carry out (such as voids), and cashier. On average, I spend about two to three hours each
11  workday cashiering.

12  14.     I am paid the same amount of fixed compensation regardless of how many hours I
13  work during each pay period, and there is no connection between the number of hours I work and
14  the amount of my salary.

15  15.     Store Managers can not write up, suspend or terminate any employee, they are
16  required to get approval from Dollar Tree Corporate. As such, Store Managers have no authority to
17  discipline the employees working at their stores.

18  16.     The detailed polices and procedures that Dollar Tree publishes require Store
19  Managers to perform the same job tasks and duties on a week-to week basis. Store Managers are
20  rarely, if ever, allowed to deviate from these guidelines.

21  17.     I am rarely, if ever, able to take an uninterrupted meal period during a workday.
22  When I do get a meal period, it is seldom a half hour or more, and I often do not get to take any meal
23  periods during the first five hours of my shift. The vast majority of the rest breaks I take are on-duty
24  and frequently interrupted by work duties like responding to inquiries from employees, Dollar Tree
25  management and customers.

26  18.     Dollar Tree Corporate routinely sends its Store Managers Merchandising Display
27  Guidelines and Weekly Bulletins via email, which provide detailed instructions on where and how
28  merchandise should be displayed throughout the store. To my knowledge, every California Dollar

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
1970 BROADWAY, NINTH FLOOR
THE WACHOVIA TOWER
OAKLAND, CA 94612
TEL: (510) 891-9800

1   Tree Store Manager receives these Merchandising Display Guidelines and Weekly Bulletins.

2        19.    Store Managers are also required to perform routine data entry on the computer and

3   to complete paperwork using pre-fabricated forms prepared by Dollar Tree.

4        20.    Dollar Tree restricts the payroll hours that Store Managers are permitted to schedule

5   to such a degree that they are required to personally unload shipments alongside the hourly

6   employees who work at their stores. As such, the duties of Store Manager include unloading the

7   trucks when they arrive with new shipments of products, counting the loads after they are removed

8   from the trucks, carrying the loads to the stock room, and organizing them.

9        21.    Store Managers do not have the authority to order the vast majority, if any, of the

10  supplies for their stores.

11       22.    I am glad that the Court certified this case as a class action so that I do not have to

12  expend the time and energy that it could take to bring a case against Dollar Tree on my own. I would

13  like this Court to expand the class definition to include Store Managers who worked for Dollar Tree

14  in California through the conclusion of this case. I believe that nothing about the Store Manager

15  position has changed since May 26, 2009, and that class treatment is no less appropriate now than

16  it was then.

17       I declare under penalty of perjury under the laws of the United States and the State of

18  California that the foregoing is true and correct. Executed this _15_ day of February, 2010 in

19  Lamont, California.

20

21                         _VANESSA BLANCO_

22                         VANESSA BLANCO

23

24

25

26

27

28

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

07/05/2016 02:03 FAX   661 845 2248   LAMONT

Ⓩ012/012

# EXHIBIT 16

1   Scott Edward Cole, Esq. (S.B. #160744)
    Molly A. Kuehn, Esq. (S.B. #230763)
2   **SCOTT COLE & ASSOCIATES, APC**
    1970 Broadway, Ninth Floor
3   Oakland, California 94612
    Telephone: (510) 891-9800
4   Facsimile: (510) 891-7030
    web:   www.scalaw.com
5
    Attorneys for Representative Plaintiffs
6   and the Plaintiff Class

7

8               **UNITED STATES DISTRICT COURT**

9   **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

10

11  MIGUEL A. CRUZ and JOHN D.              ) **Case No.: C-07-02050 SC** (*Consolidated Action*)
    HANSEN, individually, and on behalf     )
12  of all others similarly situated,       ) **CLASS ACTION**
                                            )
13               Plaintiffs,                )
                                            )
    vs.                                     )
14                                          )
    DOLLAR TREE STORES, INC.                )
15                                          )
                 Defendant.                 )
16  _____        )
    ROBERT RUNNINGS, individually,          ) **Case No.: C-07-4012 SC**
17  and on behalf of all others similarly   )
    situated,                               ) **CLASS ACTION**
18                                          )
                 Plaintiffs,                ) **DECLARATION OF DORENDIA BROWN**
19  vs.                                     )
                                            )
20  DOLLAR TREE STORES, INC.                )
                                            )
21               Defendant.                 )
                                            )
22  _____        )

23       I, Dorendia Brown, do hereby declare as follows:

24       1.      My address is 530 Erica Place, Oxnard, California 93036. I have personal knowledge

25  of the facts set forth in this declaration and could and would testify competently thereto.

26       2.      I am employed by Dollar Tree Stores, Inc. (hereinafter "Dollar Tree") as a Store

27  Manager from approximately December 2007 through the present. During that time I worked at the

28  Dollar Tree store located in Port Hueneme (Store #3874), California.

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

3.  When I was hired as a Store Manager I underwent a mandatory eight-week training period at the Dollar Tree store in Port Hueneme. Thereafter I was assigned to work at the Dollar Tree store in Port Hueneme, and I did not receive additional training after being transferred.

4.  It is my understanding that Store Managers are required to follow the same policies and procedures, as dictated by Dollar Tree, at every Dollar Tree store in California.

5.  I am familiar with Dollar Tree's Store Manger Position and Responsibilities. The Store Manager duties require completion of various tasks, including those set forth below.

    a.    Supervision of Associates:

        i.    Preparing associate work schedules by filling in data fields on the Compass Timekeeping System;

        ii.    Posting associate schedules;

        iii.    Conducting new associate training and orientation by reviewing applicable rules and policies with associates and ensuring new associate paperwork is completed and entered into the computer;

        iv.    Preparing checklists of job assignments;

        v.    Walking the store using the Daily Tour Sheet;

        vi.    Communicating and interacting with associates and customers throughout the day;

        vii.    Assigning markdowns and checking to ensure they are properly completed based on Dollar Tree's polices;

        viii.    Keeping track of associate attendance; and

        ix.    Counting stockroom boxes or cartons to monitor and keep track of associate productivity.

    b.    Oversee daily store activities, including opening and closing the store:

        i.    Walking the store for general overview of store appearance using the Daily Tour Sheet;

        ii.    Checking all door seals and ensuring door seal numbers match the most recent entry on the Door Seal Log;

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
1970 BROADWAY, NINTH FLOOR
THE WACHOVIA TOWER
OAKLAND, CA 94612
TEL. (510) 891-9800

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

iii.    Correcting any time and attendance issues from the previous day;

iv.    Completing cycle-counts before opening, per Dollar Tree procedures;

v.    Ensuring the store opens on time and closes on time;

vi.    Preparing associate schedules according to Dollar Tree's requirements by filling in data fields on the Compass Timekeeping System;

vii.    Timely posting of associate schedules;

viii.    Calling the store as necessary to ensure proper opening and closing;

ix.    Ensuring there are no customers in the bathroom or back room prior to closing;

x.    Counting money and ensuring the receipts were balanced;

xi.    Taking the deposit to the bank;

xii.    Unlocking and/or locking the store; and

xiii.    Assigning cashiers to cash registers and giving them a till.

c.    Ensure customer and associate safety:

i.    Completing paperwork in connection with associate on-the-job injuries;

ii.    Ensuring associates who are injured on the job received proper medical care;

iii.    Ensuring workers are properly trained on state and federal safety laws by providing them with materials sent from Dollar Tree Corporate;

iv.    Ensuring that merchandise is properly placed on shelves according to Dollar Tree's requirements;

v.    Preparing or checking the preparation of the bank deposit;

vi.    Taking the deposit to the bank; and

vii.    Checking all door seals and ensuring the door seal numbers match the most recent entry on the Door Seal Log.

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL. (510) 891-9800

d.   Protect all company assets including store cash, merchandise and equipment:

    i.    Ensuring doors are properly locked and secured;

    ii.   Ensuring markdowns are properly completed and completing markdown reports according to Dollar Tree's requirements;

    iii.  Ensuring there are no customers in the bathroom or back room prior to closing;

    iv.  Counting money and ensuring the receipts are balanced;

    v.   Interacting and communicating with upper management regarding asset protection issues;

    vi.  Ensuring merchandise is not brought into the break room; and

    vii.  Checking emails for cycle counts and ensuring cycle count reports are filled out.

e.   Maintain proper sales, banking, inventory, accounting, productivity, payroll and time records:

    i.    Preparing or checking the preparation of the bank deposit;

    ii.   Taking the deposit to the bank;

    iii.  Ordering merchandise according to Dollar Tree's instructions;

    iv.  Monitoring and completing required company paperwork;

    v.   Using the Order Scorecard to determine what items to order;

    vi.  Monitoring associate attendance using the Compass Timekeeping System;

    vii.  Correcting time records as necessary using the Compass Timekeeping System;

    viii. Reviewing reports of Department Sales, the Top 200 SKUs and the Top 10 selling items;

    ix.  Completing cycle-counts before opening; and

    x.   Conducting store walks by department.

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL. (510) 891-9800

f.   Maintain adequate staffing of the store, recruit, interview, hire, employ and train sales associates. Train associates to properly use all equipment and technology as well as provide thorough merchandise display training;

   i.   Reviewing job applications;

   ii.   Scheduling job interviews;

   iii.   Calling applicants to give them a job offer;

   iv.   Conducting new associate orientation, which includes ensuring that the associate filled out all forms in the new hire packet, entering required information into the Dollar Tree computer system, providing new associates with an Associate Handbook and sexual harassment brochure, filling out the New Hire Checklist, and telling associates Dollar Tree's meal and rest break policies;

   v.   Counseling, providing written and verbal discipline of store associates and assistant managers in accordance with Dollar Tree's polices;

   vi.   Communicating with District Managers and Human Resources representatives as necessary in relation to personnel decisions; and

   vii.   Using the computer system to access Dollar Tree's Human Resources functions including performance evaluations, hire documents, and termination documents.

g.   Schedule and assign work to store personnel. Evaluate, motivate, counsel, develop, discipline and discharge sales associates appropriately. Maintain production reports to evaluate job performance of sales associates;

   i.   Preparing associate schedules according to Dollar Tree's requirements;

   ii.   Reviewing daily SUC reports showing use the of payroll hours;

   iii.   Using the COMPASS computer system to evaluate and prepare cashier schedules;

                iv. Preparing written performance warnings according to Dollar Tree's polices;

                v. Preparing performance evaluations according to Dollar Tree's policies;

                vi. Communicating with District Manager and Human Resources representatives as necessary in relation to personnel decisions;

                vii. Printing associate rosters; and

                viii. Scheduling and assigning meal and rest breaks.

h. Provide leadership and direction to store personnel:

        i. Preparing notes to assistant managers;

        ii. Preparing assignment lists and three by five cards with associate assignments; and

        iii. Meeting the delivery trucks and directing where merchandise should be placed on the sales floor and in the stock room.

i. Communicate company policies to sales associates. Ensure associates comply with company policies and procedures, including safety guidelines and human resources policies:

        i. Training and orientation of store associates, which includes ensuring that the associate filled out all forms in the new hire packet, entering required information into the Dollar Tree computer system, providing new associates with an Associate Handbook and sexual harassment brochure, filling out the New Hire Checklist, and telling associates Dollar Tree's meal and rest break policies;

        ii. Advising associates regarding the store's security procedures; and

        iii. Instructing associates to follow rules and regulations regarding alcohol sales and food stamp/EBT requirements.

j.  Analyze sales, expenses and profit, review reports, analyze competition, determine customer preferences, manages sales forecasts, meet sales and profit objectives and goals, determine product mix, determine most effective placement of product and ensure standards of merchandise presentation, displays and signage to maximize sales. Assist in developing promotions and advertisements as appropriate:

    i.  Reviewing reports of department sales, Top 200 SKUs and the Top 10 items sold;

    ii.  Using a PDT gun to order items in the store according to Dollar Tree's requirements;

    iii.  Ensuring store compliance with state regulations;

    iv.  Reviewing the Monthly Planner; and

    v.  Making appropriate assignments to keep shelves, end caps, displays, wow tables, and refrigerators/coolers clean and fully stocked.

k.  Control inventory, supervise ordering, receiving, stocking and pricing of goods. Ensure goods are properly marked and mark downs are properly recorded:

    i.  Reviewing reports of department sales, Top 200 SKUs and the Top 10 items sold;

    ii.  Requesting cycle counts;

    iii.  Generating and using the online Order Book to determine inventory on hand, what merchandise to order, and to order merchandise;

    iv.  Ensuring proper security of the building and proper accounting for markdowns according to Dollar Tree's requirements;

    v.  Making appropriate assignments to keep shelves, end caps, displays, wow tables, and refrigerators/coolers clean and fully stocked; and

    vi.  Making decisions and assignments to put stock in "grab bags" or to mark down stock.

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

1        l.    Responsible for overall cleanliness and appearance of store:

2              i.    Assigning associates to mop, vacuum, clean windows, and clean

3                    restrooms;

4              ii.   Training cashiers to keep their cash registers clean;

5              iii.  Modifying window signage as appropriate; and

6              iv.  Assigning individuals to retrieve shopping carts from the parking lot.

7        m.   Ensure the highest level of customer service. Handle customer complaints

8            and problems:

9              i.    Keeping a friendly environment in the store, talking to and greeting

10                    customers.

11        n.   Ensure accident reports and damage reports are completed in a timely and

12            accurate manner:

13              i.    Preparing reports on associate and/or customer injuries and accidents,

14                    explaining how an accident happened and why, including a claim and

15                    confirmation number; faxing the reports to the corporate office.

16        o.    Complete management reports in a timely and accurate manner:

17              i.    Printing out the order scorecard, department sales, pull and hold, and

18                    Top 200 SKUs reports and putting them in the Playbook and/or

19                    posting them in the store office;

20              ii.   Preparing schedules according to Dollar Tree's requirements;

21              iii.  Ordering merchandise according to Dollar Tree's requirements;

22              iv.  Completing the Certification of Duties;

23              v.    Completing cycle count reports;

24              vi.  Using and accessing the Dollar Tree computer system to complete

25                    and access reports as necessary;

26              vii.  Completing the Deposit Log of all store deposits;

27             viii.  Completing the Safe Fund Log at change of safe "ownership" from

28                    one member of management to another at shift change;

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

1              ix.    Reconciling selective Receiving Reports for DSD billing; and

2              x.    Completing and submitting the Tax Exempt Log.

3       p.    Ensure compliance with applicable laws and regulations:

4              i.    Ensuring all licenses and permits are properly displayed;

5              ii.    Ensuring the fire extinguisher is not outdated;

6              iii.    Instructing associates to take meal and rest breaks;

7              iv.    Instructing associates to accurately record their time;

8              v.    Reviewing and approving time records and releasing timekeeping

9                   information to ensure proper payment of wages; and

10             vi.    Ensuring all accidents are reported.

11       q.    Communicate professionally and effectively with customers, subordinates

12      and supervisors:

13              i.    Talking to District Managers in person, by telephone, and by email;

14              ii.    Reading and printing all emails from Dollar Tree Human Resources

15                  and higher-level management; and

16              iii.    Walking the floor and talking to customers and associates.

17    6.    All of the tasks listed above are very basic and require little or no complex thought;

18 I complete each of them in accordance with Dollar Tree's specific requirements and instructions.

19    7.    In addition to the duties listed above, Dollar Tree also requires its Store Managers to

20 physically receive retail product by unloading trucks delivering merchandise from Dollar Tree

21 Distribution Centers. Store Managers have to verify that the inventory received from the Distribution

22 Center or a Direct Store Delivery service is consistent with store needs, orders placed or other

23 delivery standards or protocols. Once merchandise is received, Store Managers are required to

24 organize it in the stockroom and to physically place it on the shelves.

25    8.    Store Managers also have to cashier. This task includes posting transaction voids for

26 customer refunds and covering the register as needed.

27    9.    Store Managers are not permitted to decide how to stock merchandise throughout the

28 store any way they like. Instead, they are required to adhere to the Merchandising Display Guidelines

1 | that Dollar Tree's Corporate management selects for the stores.

2 |     10.    Dollar Tree Corporate routinely sends its Store Managers Merchandising Display

3 | Guidelines and Weekly Bulletins via email, which provide detailed instructions on where and how

4 | merchandise should be displayed throughout the store. To my knowledge, every California Dollar

5 | Tree Store Manager receives these Merchandising Display Guidelines and Weekly Bulletins.

6 |     11.    The duties of Store Manager include unloading the trucks when they arrive with new

7 | shipments of products, counting the loads after they are removed from the trucks, carrying the loads

8 | to the stock room, and organizing them. Dollar Tree restricts the payroll hours that Store Managers

9 | are permitted to schedule to such a degree that they are required to personally unload shipments

10 | alongside the hourly employees who work at their stores.

11 |     12.    The Store Manager job includes performing routine customer service. Specifically,

12 | Store Managers respond to customer questions, handle certain transactions that only management

13 | can carry out (such as voids), and cashier. On average, I spend about two to four hours each workday

14 | cashiering.

15 |     13.    The duties of Store Manager also include maintaining the cleanliness of the store and,

16 | as such, Store Managers routinely clean up spills, vacuum, clean the bathroom, take trash to the

17 | dumpster outside the store and personally handle merchandise recovery.

18 |     14.    Store Managers are also required to perform routine data entry on the computer and

19 | to complete paperwork using pre-fabricated forms prepared by Dollar Tree.

20 |     15.    Store Managers do not have the authority to order the vast majority, if any, of the

21 | supplies for their stores.

22 |     16.    Store Managers perform the same job tasks and duties on a week-to-week basis. They

23 | are rarely, if ever, allowed to deviate from the detailed policies and procedures that Dollar Tree

24 | publishes.

25 |     17.    Store Managers do not have the authority to discipline the employees working at their

26 | stores. Before Store Managers can write up, suspend or terminate any employee, they are required

27 | to get approval from Dollar Tree Corporate.

28 |

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

18. I am rarely, if ever, able to take an uninterrupted meal period during a workday. When I do get a meal period, it is seldom a half hour or more, and I often do not get to take any meal periods during the first five hours of my shift. The vast majority of the rest breaks I take are on-duty and frequently interrupted by work duties like responding to inquiries from employees, Dollar Tree management and customers.

19. My typical workweek consists of six days that vary in length from 10 to 12 hours. It is not rare for me to work seven days per week in order to accomplish all of the duties required of me as a Store Manager.

20. I am paid the same amount of fixed compensation regardless of how many hours I work during each pay period, and there is no connection between the number of hours I work and the amount of my salary.

21. I am glad that the Court certified this case as a class action so that I do not have to expend the time and energy that it could take to bring a case against Dollar Tree on my own. I would like this Court to expand the class definition to include Store Managers who worked for Dollar Tree in California through the conclusion of this case. I believe that nothing about the Store Manager position has changed since May 26, 2009, and that class treatment is no less appropriate now than it was then.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this ____ day of January 2010 in Oxnard, California.

DORENDIA BROWN

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

# EXHIBIT 17

1  Scott Edward Cole, Esq. (S.B. #160744)
   Molly A. Kuehn, Esq. (S.B. #230763)
2  **SCOTT COLE & ASSOCIATES, APC**
   1970 Broadway, Ninth Floor
3  Oakland, California 94612
   Telephone: (510) 891-9800
4  Facsimile: (510) 891-7030
   web:    www.scalaw.com
5
   Attorneys for Representative Plaintiff
6  and the Plaintiff Class
7
8                  **UNITED STATES DISTRICT COURT**
9       **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**
10

| | |
|---|---|
| 11  MIGUEL A. CRUZ and JOHN D. HANSEN, individually, and on behalf 12  of all others similarly situated, | Case No.: C-07-02050 SC (*Consolidated Action*) |
| | **CLASS ACTION** |
| 13              Plaintiffs, | |
| 14  vs. | |
| 15  DOLLAR TREE STORES, INC. | |
| 16              Defendant. | |
| 17  ROBERT RUNNINGS, individually, and on behalf of all others similarly 18  situated, | Case No.: C-07-4012 SC |
| | **CLASS ACTION** |
| 19              Plaintiffs, | **DECLARATION OF SCOTT BROWN** |
| 20  vs. | |
| 21  DOLLAR TREE STORES, INC. | |
| 22              Defendant. | |

23      I, Scott Brown, do hereby declare as follows:

24      1.      My address is 370 Sonoma Avenue, Apt. A, Seaside, CA 93955. I have personal

25  knowledge of the facts set forth in this declaration and could and would testify competently thereto.

26      2.      I was employed by Dollar Tree Stores, Inc. (hereinafter "Dollar Tree") as a Store

27  Manager from approximately October 2005 through approximately May 2006. During that time I

28  worked at the Dollar Tree stores located in Visalia and Tulare, California.

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE MAGNOLIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

1    3.     When I was hired as a Store Manager I never underwent a mandatory eight-week

2  training period at any Dollar Tree store.

3    4.     It is my understanding that Store Managers are required to follow the same policies

4  and procedures, as dictated by Dollar Tree, at every Dollar Tree store in California.

5    5.     I am familiar with Dollar Tree's Store Manger Position and Responsibilities. The

6  Store Manager duties require completion of various tasks, including those set forth below.

7        a.    Supervision of Associates:

8               i.     Preparing associate work schedules by filling in data fields on the

9                    Kronos Timekeeping System;

10             ii.    Posting associate schedules;

11            iii.    Conducting new associate training and orientation by reviewing

12                    applicable rules and policies with associates and ensuring new

13                    associate paperwork is completed and entered into the computer;

14            iv.    Preparing checklists of job assignments;

15             v.     Walking the store using the Daily Tour Sheet;

16            vi.    Communicating and interacting with associates and customers

17                    throughout the day;

18            vii.    Assigning markdowns and checking to ensure they are properly

19                    completed based on Dollar Tree's polices;

20            viii.   Keeping track of associate attendance; and

21             ix.    Counting stockroom boxes or cartons to monitor and keep track of

22                    associate productivity.

23        b.    Oversee daily store activities, including opening and closing the store:

24                i.     Walking the store for general overview of store appearance using the

25                    Daily Tour Sheet;

26             ii.    Checking all door seals and ensuring door seal numbers match the

27                    most recent entry on the Door Seal Log;

28             iii.    Correcting any time and attendance issues from the previous day;

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

SCOTT COLE & ASSOCIATES, APC
ATTORNEY AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR,
OAKLAND, CA 94612
TEL: (510) 891-9800

iv.   Completing cycle-counts before opening, per Dollar Tree procedures;

v.   Ensuring the store opens on time and closes on time;

vi.   Preparing associate schedules according to Dollar Tree's requirements by filling in data fields on the Kronos Timekeeping System;

vii.   Timely posting of associate schedules;

viii.   Calling the store as necessary to ensure proper opening and closing;

ix.   Ensuring there are no customers in the bathroom or back room prior to closing;

x.   Counting money and ensuring the receipts were balanced;

xi.   Taking the deposit to the bank;

xii.   Unlocking and/or locking the store; and

xiii.   Assigning cashiers to cash registers and giving them a till.

c.   Ensure customer and associate safety:

i.   Completing paperwork in connection with associate on-the-job injuries;

ii.   Ensuring associates who are injured on the job received proper medical care;

iii.   Ensuring workers are properly trained on state and federal safety laws by providing them with materials sent from Dollar Tree Corporate;

iv.   Ensuring that merchandise is properly placed on shelves according to Dollar Tree's requirements;

v.   Viewing store security tapes;

vi.   Preparing or checking the preparation of the bank deposit;

vii.   Taking the deposit to the bank; and

viii.   Checking all door seals and ensuring the door seal numbers match the most recent entry on the Door Seal Log.

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

d.   Protect all company assets including store cash, merchandise and equipment:

    i.   Ensuring doors are properly locked and secured;

    ii.   Ensuring the alarm systems are on;

    iii.   Ensuring markdowns are properly completed and completing markdown reports according to Dollar Tree's requirements;

    iv.   Viewing store security tapes;

    v.   Ensuring there are no customers in the bathroom or back room prior to closing;

    vi.   Counting money and ensuring the receipts are balanced;

    vii.   Interacting and communicating with upper management regarding asset protection issues;

    viii.   Ensuring merchandise is not brought into the break room; and

    ix.   Checking emails for cycle counts and ensuring cycle count reports are filled out.

e.   Maintain proper sales, banking, inventory, accounting, productivity, payroll and time records:

    i.   Preparing or checking the preparation of the bank deposit;

    ii.   Taking the deposit to the bank;

    iii.   Ordering merchandise according to Dollar Tree's instructions;

    iv.   Monitoring and completing required company paperwork;

    v.   Using the Order Scorecard to determine what items to order;

    vi.   Monitoring associate attendance using the Kronos Timekeeping System;

    vii.   Correcting time records as necessary using the Kronos Timekeeping System;

    viii.   Reviewing reports of Department Sales, the Top 200 SKUs and the Top 10 selling items;

    ix.   Completing cycle-counts before opening; and

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL (510) 891-9800

x.     Conducting store walks by department.

f.     <u>Maintain adequate staffing of the store, recruit, interview, hire, employ and train sales associates. Train associates to properly use all equipment and technology as well as provide thorough merchandise display training:</u>

     i.     Reviewing job applications;

     ii.     Scheduling job interviews;

     iii.     Calling applicants to give them a job offer;

     iv.     Conducting new associate orientation, which includes ensuring that the associate filled out all forms in the new hire packet, entering required information into the Dollar Tree computer system, providing new associates with an Associate Handbook and sexual harassment brochure, filling out the New Hire Checklist, and telling associates Dollar Tree's meal and rest break policies;

     v.     Counseling, providing written and verbal discipline of store associates and assistant managers in accordance with Dollar Tree's polices;

     vi.     Communicating with District Managers and Human Resources representatives as necessary in relation to personnel decisions; and

     vii.     Using the computer system to access Dollar Tree's Human Resources functions including performance evaluations, hire documents, and termination documents.

g.     <u>Schedule and assign work to store personnel. Evaluate, motivate, counsel, develop, discipline and discharge sales associates appropriately. Maintain production reports to evaluate job performance of sales associates:</u>

     i.     Preparing associate schedules according to Dollar Tree's requirements;

     ii.     Reviewing daily SUC reports showing use the of payroll hours;

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

iii.  Using the COMPASS computer system to evaluate and prepare cashier schedules;

iv.  Preparing written performance warnings according to Dollar Tree's polices;

v.  Preparing performance evaluations according to Dollar Tree's policies;

vi.  Communicating with District Manager and Human Resources representatives as necessary in relation to personnel decisions;

vii.  Printing associate rosters; and

viii.  Scheduling and assigning meal and rest breaks.

h.  <u>Provide leadership and direction to store personnel:</u>

i.  Preparing notes to assistant managers;

ii.  Preparing assignment lists and three by five cards with associate assignments; and

iii.  Meeting the delivery trucks and directing where merchandise should be placed on the sales floor and in the stock room.

i.  <u>Communicate company policies to sales associates. Ensure associates comply with company policies and procedures, including safety guidelines and human resources policies:</u>

i.  Training and orientation of store associates, which includes ensuring that the associate filled out all forms in the new hire packet, entering required information into the Dollar Tree computer system, providing new associates with an Associate Handbook and sexual harassment brochure, filling out the New Hire Checklist, and telling associates Dollar Tree's meal and rest break policies;

ii.  Advising associates regarding the store's security procedures; and

iii.  Instructing associates to follow rules and regulations regarding alcohol sales and food stamp/EBT requirements.

j.   Analyze sales, expenses and profit, review reports, analyze competition, determine customer preferences, manages sales forecasts, meet sales and profit objectives and goals, determine product mix, determine most effective placement of product and ensure standards of merchandise presentation, displays and signage to maximize sales. Assist in developing promotions and advertisements as appropriate:

    i.   Reviewing reports of department sales, Top 200 SKUs and the Top 10 items sold;

    ii.   Using a PDT gun to order items in the store according to Dollar Tree's requirements;

    iii.   Ensuring store compliance with state regulations;

    iv.   Reviewing the Monthly Planner; and

    v.   Making appropriate assignments to keep shelves, end caps, displays, wow tables, and refrigerators/coolers clean and fully stocked.

k.   Control inventory, supervise ordering, receiving, stocking and pricing of goods. Ensure goods are properly marked and mark downs are properly recorded:

    i.   Reviewing reports of department sales, Top 200 SKUs and the Top 10 items sold;

    ii.   Requesting cycle counts;

    iii.   Generating and using the online Order Book to determine inventory on hand, what merchandise to order, and to order merchandise;

    iv.   Ensuring proper security of the building and proper accounting for markdowns according to Dollar Tree's requirements;

    v.   Making appropriate assignments to keep shelves, end caps, displays, wow tables, and refrigerators/coolers clean and fully stocked; and

    vi.   Making decisions and assignments to put stock in "grab bags" or to mark down stock.

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

l.   Responsible for overall cleanliness and appearance of store:

    i.    Assigning associates to mop, vacuum, clean windows, and clean restrooms;

    ii.    Training cashiers to keep their cash registers clean;

    iii.    Modifying window signage as appropriate; and

    iv.    Assigning individuals to retrieve shopping carts from the parking lot.

m.   Ensure the highest level of customer service. Handle customer complaints and problems:

    i.    Keeping a friendly environment in the store, talking to and greeting customers.

n.   Ensure accident reports and damage reports are completed in a timely and accurate manner:

    i.    Preparing reports on associate and/or customer injuries and accidents, explaining how an accident happened and why, including a claim and confirmation number; faxing the reports to the corporate office.

o.   Complete management reports in a timely and accurate manner:

    i.    Printing out the order scorecard, department sales, pull and hold, and Top 200 SKUs reports and putting them in the Playbook and/or posting them in the store office;

    ii.    Preparing schedules according to Dollar Tree's requirements;

    iii.    Ordering merchandise according to Dollar Tree's requirements;

    iv.    Completing the Certification of Duties;

    v.    Completing cycle count reports;

    vi.    Using and accessing the Dollar Tree computer system to complete and access reports as necessary;

    vii.    Completing the Deposit Log of all store deposits;

    viii.    Completing the Safe Fund Log at change of safe "ownership" from one member of management to another at shift change;

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

|    |    |      |                                                                           |
|----|----|------|---------------------------------------------------------------------------|
| 1  |    | ix.  | Reconciling selective Receiving Reports for DSD billing; and              |
| 2  |    | x.   | Completing and submitting the Tax Exempt Log.                             |
| 3  | p. |      | Ensure compliance with applicable laws and regulations:                   |
| 4  |    | i.   | Ensuring all licenses and permits are properly displayed;                 |
| 5  |    | ii.  | Ensuring the fire extinguisher is not outdated;                           |
| 6  |    | iii. | Instructing associates to take meal and rest breaks;                      |
| 7  |    | iv.  | Instructing associates to accurately record their time;                   |
| 8  |    | v.   | Reviewing and approving time records and releasing timekeeping            |
| 9  |    |      | information to ensure proper payment of wages; and                        |
| 10 |    | vi.  | Ensuring all accidents are reported.                                      |
| 11 | q. |      | Communicate professionally and effectively with customers, subordinates   |
| 12 |    |      | and supervisors:                                                          |
| 13 |    | i.   | Talking to District Managers in person, by telephone, and by email;       |
| 14 |    | ii.  | Reading and printing all emails from Dollar Tree Human Resources          |
| 15 |    |      | and higher-level management; and                                          |
| 16 |    | iii. | Walking the floor and talking to customers and associates.                |

6.     In addition to the duties listed above, Dollar Tree also requires its Store Managers to physically receive retail product by unloading trucks delivering merchandise from Dollar Tree Distribution Centers. Store Managers have to verify that the inventory received from the Distribution Center or a Direct Store Delivery service is consistent with store needs, orders placed or other delivery standards or protocols. Once merchandise is received, Store Managers are required to organize it in the stockroom and to physically place it on the shelves.

7.     Store Managers also have to cashier. This task includes posting transaction voids for customer refunds and covering the register as needed.

8.     Dollar Tree sets the price for all items; Store Managers have no authority to mark products down without express approval from Dollar Tree.

9.     Store Managers are not permitted to decide how to stock merchandise throughout the store any way they like. Instead, they are required to adhere to the Merchandising Display Guidelines

1 that Dollar Tree's Corporate management selects for the stores.

2    10.    Dollar Tree Corporate routinely sends its Store Managers Merchandising Display
3 Guidelines and Weekly Bulletins via email, which provide detailed instructions on where and how
4 merchandise should be displayed throughout the store. To my knowledge, every California Dollar
5 Tree Store Manager receives these Merchandising Display Guidelines and Weekly Bulletins.

6    11.    The duties of Store Manager include unloading the trucks when they arrive with new
7 shipments of products, counting the loads after they are removed from the trucks, carrying the loads
8 to the stock room, and organizing them. Dollar Tree restricts the payroll hours that Store Managers
9 are permitted to schedule to such a degree that they are required to personally unload shipments
10 alongside the hourly employees who work at their stores.

11    12.    The Store Manager job includes performing routine customer service. Specifically,
12 Store Managers respond to customer questions, handle certain transactions that only management
13 can carry out (such as voids), and cashier. On average, I spent about six to eight hours each workday
14 cashiering.

15    13.    The duties of Store Manager also include maintaining the cleanliness of the store and,
16 as such, Store Managers routinely clean up spills, vacuum, clean the bathroom, take trash to the
17 dumpster outside the store and personally handle merchandise recovery.

18    14.    Store Managers are also required to perform routine data entry on the computer and
19 to complete paperwork using pre-fabricated forms prepared by Dollar Tree.

20    15.    Store Managers do not have the authority to order the vast majority, if any, of the
21 supplies for their stores.

22    16.    Store Managers perform the same job tasks and duties on a week-to-week basis. They
23 are rarely, if ever, allowed to deviate from the detailed policies and procedures that Dollar Tree
24 publishes.

25    17.    Store Managers do not have the authority to discipline the employees working at their
26 stores. Before Store Managers can write up, suspend or terminate any employee, they are required
27 to get approval from Dollar Tree Corporate.

28

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE NADORIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

18.    I was rarely, if ever, able to take an uninterrupted meal period during a workday. When I did get a meal period, it was seldom a half hour or more, and I often did not get to take any meal periods during the first five hours of my shift. The vast majority of the rest breaks I take took were on-duty and frequently interrupted by work duties like responding to inquiries from employees, Dollar Tree management and customers.

19.    My typical workweek consisted of six days that varied in length from 11 to 12 hours. It was not rare for me to work seven days per week in order to accomplish all of the duties required of me as a Store Manager.

20.    I was paid the same amount of fixed compensation regardless of how many hours I worked during each pay period, and there was no connection between the number of hours I worked and the amount of my salary.

21.    I am glad that the Court certified this case as a class action so that I do not have to expend the time and energy that it could take to bring a case against Dollar Tree on my own. I would like this Court to expand the class definition to include Store Managers who worked for Dollar Tree in California through the conclusion of this case. I believe that nothing about the Store Manager position has changed since May 26, 2009, and that class treatment is no less appropriate now than it was then.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this _30_ day of December 2009 in Seaside, California.


SCOTT BROWN

# EXHIBIT 18

1  Scott Edward Cole, Esq. (S.B. #160744)
   Molly A. Kuehn, Esq. (S.B. #230763)
2  SCOTT COLE & ASSOCIATES, APC
   1970 Broadway, Ninth Floor
3  Oakland, California 94612
   Telephone: (510) 891-9800
4  Facsimile: (510) 891-7030
   web:    www.scalaw.com
5
   Attorneys for Representative Plaintiff
6  and the Plaintiff Class

7

8               UNITED STATES DISTRICT COURT

9      NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

10

11  MIGUEL A. CRUZ and JOHN D.              Case No.: C-07-02050 SC (*Consolidated Action*)
    HANSEN, individually, and on behalf
12  of all others similarly situated,       **CLASS ACTION**

13                    Plaintiffs,
    vs.
14
    DOLLAR TREE STORES, INC.
15
                      Defendant.
16  ─────────────────────────────────
    ROBERT RUNNINGS, individually,          Case No.: C-07-4012 SC
17  and on behalf of all others similarly
    situated,                               **CLASS ACTION**
18
                      Plaintiffs,           **DECLARATION OF STANLEY BUCK**
19  vs.

20  DOLLAR TREE STORES, INC.

21                    Defendant.

22

23      I, Stanley Buck, do hereby declare as follows:

24      1.    My address is 250 West Bullard Avenue, Apt. 211, Clovis, CA 93612. I have personal

25  knowledge of the facts set forth in this declaration and could and would testify competently thereto.

26      2.    I was employed by Dollar Tree Stores, Inc. (hereinafter "Dollar Tree") as a Store

27  Manager from approximately September 2007 through approximately August 2009. During that time

28  I worked at the Dollar Tree stores located in Sunnyvale, Fremont, South San Francisco and San Jose,

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

1   California.

2       3.      When I was hired as a Store Manager I underwent a mandatory eight-week training

3   period at the Dollar Tree stores in San Jose and South San Francisco. Thereafter I was assigned to

4   work at the Dollar Tree store in Sunnyvale, and I did not receive additional training after being

5   transferred.

6       4.      It is my understanding that Store Managers are required to follow the same policies

7   and procedures, as dictated by Dollar Tree, at every Dollar Tree store in California.

8       5.      I am familiar with Dollar Tree's Store Manger Position and Responsibilities. The

9   Store Manager duties require completion of various tasks, including those set forth below.

10              a.      Supervision of Associates:

11                      i.      Preparing associate work schedules by filling in data fields on the

12                              Kronos Timekeeping System;

13                      ii.     Posting associate schedules;

14                      iii.    Conducting new associate training and orientation by reviewing

15                              applicable rules and policies with associates and ensuring new

16                              associate paperwork is completed and entered into the computer;

17                      iv.     Preparing checklists of job assignments;

18                      v.      Walking the store using the Daily Tour Sheet;

19                      vi.     Communicating and interacting with associates and customers

20                              throughout the day;

21                      vii.    Assigning markdowns and checking to ensure they are properly

22                              completed based on Dollar Tree's polices;

23                      viii.   Keeping track of associate attendance; and

24                      ix.     Counting stockroom boxes or cartons to monitor and keep track of

25                              associate productivity.

26              b.      Oversee daily store activities, including opening and closing the store:

27                      i.      Walking the store for general overview of store appearance using the

28                              Daily Tour Sheet;

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY_NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
TREE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

ii.    Checking all door seals and ensuring door seal numbers match the most recent entry on the Door Seal Log;

iii.    Correcting any time and attendance issues from the previous day;

iv.    Completing cycle-counts before opening, per Dollar Tree procedures;

v.    Ensuring the store opens on time and closes on time;

vi.    Preparing associate schedules according to Dollar Tree's requirements by filling in data fields on the Kronos Timekeeping System;

vii.    Timely posting of associate schedules;

viii.    Calling the store as necessary to ensure proper opening and closing;

ix.    Ensuring there are no customers in the bathroom or back room prior to closing;

x.    Counting money and ensuring the receipts were balanced;

xi.    Taking the deposit to the bank;

xii.    Unlocking and/or locking the store; and

xiii.    Assigning cashiers to cash registers and giving them a till.

c.    Ensure customer and associate safety:

i.    Completing paperwork in connection with associate on-the-job injuries;

ii.    Ensuring associates who are injured on the job received proper medical care;

iii.    Ensuring workers are properly trained on state and federal safety laws by providing them with materials sent from Dollar Tree Corporate;

iv.    Ensuring that merchandise is properly placed on shelves according to Dollar Tree's requirements;

v.    Viewing store security tapes;

vi.    Preparing or checking the preparation of the bank deposit;

vii.    Taking the deposit to the bank; and

SCOTT COLE & ASSOCIATES, APC
ATTORNEY AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

viii.  Checking all door seals and ensuring the door seal numbers match the most recent entry on the Door Seal Log.

d.  Protect all company assets including store cash, merchandise and equipment:

    i.  Ensuring doors are properly locked and secured;

    ii.  Ensuring markdowns are properly completed and completing markdown reports according to Dollar Tree's requirements;

    iii.  Viewing store security tapes;

    iv.  Ensuring there are no customers in the bathroom or back room prior to closing;

    v.  Counting money and ensuring the receipts are balanced;

    vi.  Interacting and communicating with upper management regarding asset protection issues;

    vii.  Ensuring merchandise is not brought into the break room; and

    viii.  Checking emails for cycle counts and ensuring cycle count reports are filled out.

e.  Maintain proper sales, banking, inventory, accounting, productivity, payroll and time records:

    i.  Preparing or checking the preparation of the bank deposit;

    ii.  Taking the deposit to the bank;

    iii.  Ordering merchandise according to Dollar Tree's instructions;

    iv.  Monitoring and completing required company paperwork;

    v.  Using the Order Scorecard to determine what items to order;

    vi.  Monitoring associate attendance using the Kronos Timekeeping System;

    vii.  Correcting time records as necessary using the Kronos Timekeeping System;

    viii.  Reviewing reports of Department Sales, the Top 200 SKUs and the

1              Top 10 selling items; .

2         ix.   Completing cycle-counts before opening; and

3         x.    Conducting store walks by department.

4     f.   Maintain adequate staffing of the store, recruit, interview, hire, employ and

5         train sales associates. Train associates to properly use all equipment and

6         technology as well as provide thorough merchandise display training:

7         i.    Reviewing job applications;

8         ii.   Scheduling job interviews;

9         iii.  Calling applicants to give them a job offer;

10       iv.  Conducting new associate orientation, which includes ensuring that

11            the associate filled out all forms in the new hire packet, entering

12            required information into the Dollar Tree computer system, providing

13            new associates with an Associate Handbook and sexual harassment

14            brochure, filling out the New Hire Checklist, and telling associates

15            Dollar Tree's meal and rest break policies;

16       v.   Counseling, providing written and verbal discipline of store

17            associates and assistant managers in accordance with Dollar Tree's

18            polices;

19       vi.  Communicating with District Managers and Human Resources

20            representatives as necessary in relation to personnel decisions; and

21       vii.  Using the computer system to access Dollar Tree's Human Resources

22            functions including performance evaluations, hire documents, and

23            termination documents.

24     g.   Schedule and assign work to store personnel. Evaluate, motivate, counsel,

25         develop, discipline and discharge sales associates appropriately. Maintain

26         production reports to evaluate job performance of sales associates:

27       i.    Preparing associate schedules according to Dollar Tree's

28            requirements;

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

ii.   Reviewing daily SUC reports showing use the of payroll hours;

iii.   Using the COMPASS computer system to evaluate and prepare cashier schedules;

iv.   Preparing written performance warnings according to Dollar Tree's polices;

v.   Preparing performance evaluations according to Dollar Tree's policies;

vi.   Communicating with District Manager and Human Resources representatives as necessary in relation to personnel decisions;

vii.   Printing associate rosters; and

viii.   Scheduling and assigning meal and rest breaks.

h.   Provide leadership and direction to store personnel:

i.   Preparing notes to assistant managers;

ii.   Preparing assignment lists and three by five cards with associate assignments; and

iii.   Meeting the delivery trucks and directing whore merchandise should be placed on the sales floor and in the stock room.

i.   Communicate company policies to sales associates. Ensure associates comply with company policies and procedures, including safety guidelines and human resources policies:

i.   Training and orientation of store associates, which includes ensuring that the associate filled out all forms in the new hire packet, entering required information into the Dollar Tree computer system, providing new associates with an Associate Handbook and sexual harassment brochure, filling out the New Hire Checklist, and telling associates Dollar Tree's meal and rest break policies;

ii.   Advising associates regarding the store's security procedures; and

iii.   Instructing associates to follow rules and regulations regarding

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
TELE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

1                alcohol sales and food stamp/EBT requirements.

2     j.   Analyze sales, expenses and profit, review reports, analyze competition,

3         determine customer preferences, manages sales forecasts, meet sales and

4         profit objectives and goals, determine product mix, determine most effective

5         placement of product and ensure standards of merchandise presentation,

6         displays and signage to maximize sales. Assist in developing promotions and

7         advertisements as appropriate:

8         i.   Reviewing reports of department sales, Top 200 SKUs and the Top

9             10 items sold;

10        ii.   Using a PDT gun to order items in the store according to Dollar

11            Tree's requirements;

12        iii.   Ensuring store compliance with state regulations;

13        iv.   Reviewing the Monthly Planner; and

14        v.   Making appropriate assignments to keep shelves, end caps, displays,

15           wow tables, and refrigerators/coolers clean and fully stocked.

16     k.   Control inventory, supervise ordering, receiving, stocking and pricing of

17         goods. Ensure goods are properly marked and mark downs are properly

18         recorded:

19        i.   Reviewing reports of department sales, Top 200 SKUs and the Top

20           10 items sold;

21        ii.   Requesting cycle counts;

22        iii.   Generating and using the online Order Book to determine inventory

23           on hand, what merchandise to order, and to order merchandise;

24        iv.   Ensuring proper security of the building and proper accounting for

25           markdowns according to Dollar Tree's requirements;

26        v.   Making appropriate assignments to keep shelves, end caps, displays,

27           wow tables, and refrigerators/coolers clean and fully stocked; and

28        vi.   Making decisions and assignments to put stock in "grab bags" or to

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1999 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

1                     mark down stock.

2        l.   Responsible for overall cleanliness and appearance of store:

3            i.   Assigning associates to mop, vacuum, clean windows, and clean

4                restrooms;

5            ii.   Training cashiers to keep their cash registers clean;

6            iii.   Modifying window signage as appropriate; and

7            iv.   Assigning individuals to retrieve shopping carts from the parking lot.

8        m.   Ensure the highest level of customer service. Handle customer complaints

9           and problems:

10           i.   Keeping a friendly environment in the store, talking to and greeting

11              customers.

12        n.   Ensure accident reports and damage reports are completed in a timely and

13           accurate manner:

14           i.   Preparing reports on associate and/or customer injuries and accidents,

15              explaining how an accident happened and why, including a claim and

16              confirmation number; faxing the reports to the corporate office.

17        o.   Complete management reports in a timely and accurate manner:

18           i.   Printing out the order scorecard, department sales, pull and hold, and

19              Top 200 SKUs reports and putting them in the Playbook and/or

20              posting them in the store office;

21           ii.   Preparing schedules according to Dollar Tree's requirements;

22           iii.   Ordering merchandise according to Dollar Tree's requirements;

23           iv.   Completing the Certification of Duties;

24           v.   Completing cycle count reports;

25           vi.   Using and accessing the Dollar Tree computer system to complete

26              and access reports as necessary;

27           vii.   Completing the Deposit Log of all store deposits;

28           viii.   Completing the Safe Fund Log at change of safe "ownership" from

1          one member of management to another at shift change;

2      ix. Reconciling selective Receiving Reports for DSD billing; and

3      x. Completing and submitting the Tax Exempt Log.

4    p. Ensure compliance with applicable laws and regulations:

5      i. Ensuring all licenses and permits are properly displayed;

6      ii. Ensuring the fire extinguisher is not outdated;

7      iii. Instructing associates to take meal and rest breaks;

8      iv. Instructing associates to accurately record their time;

9      v. Reviewing and approving time records and releasing timekeeping

10      information to ensure proper payment of wages; and

11      vi. Ensuring all accidents are reported.

12    q. Communicate professionally and effectively with customers, subordinates

13    and supervisors:

14      i. Talking to District Managers in person, by telephone, and by email;

15      ii. Reading and printing all emails from Dollar Tree Human Resources

16      and higher-level management; and

17      iii. Walking the floor and talking to customers and associates.

18  6.  All of the tasks listed above are very elementary and require little or no particular

19 thought; I completed each of them in accordance with Dollar Tree's specific requirements and

20 instructions.

21  7.  In addition to the duties listed above, Dollar Tree also requires its Store Managers to

22 physically receive retail product by unloading trucks delivering merchandise from Dollar Tree

23 Distribution Centers. Store Managers have to verify that the inventory received from the Distribution

24 Center or a Direct Store Delivery service is consistent with store needs, orders placed or other

25 delivery standards or protocols. Once merchandise is received, Store Managers are required to

26 organize it in the stockroom and to physically place it on the shelves.

27  8.  Store Managers also have to cashier. This task includes posting transaction voids for

28 customer refunds and covering the register as needed.

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

1

2      9.     Dollar Tree sets the price for all items; Store Managers have no authority to mark

3      products down without express approval from Dollar Tree.

4      10.    Store Managers are not permitted to decide how to stock merchandise throughout the

5      store any way they like. Instead, they are required to adhere to the Merchandising Display Guidelines

6      that Dollar Tree's Corporate management selects for the stores.

7      11.    Dollar Tree Corporate routinely sends its Store Managers Merchandising Display

8      Guidelines and Weekly Bulletins via email, which provide detailed instructions on where and how

9      merchandise should be displayed throughout the store. To my knowledge, every California Dollar

10     Tree Store Manager receives these Merchandising Display Guidelines and Weekly Bulletins.

11     12.    The duties of Store Manager include unloading the trucks when they arrive with new

12     shipments of products, counting the loads after they are removed from the trucks, carrying the loads

13     to the stock room, and organizing them. Dollar Tree restricts the payroll hours that Store Managers

14     are permitted to schedule to such a degree that they are required to personally unload shipments

15     alongside the hourly employees who work at their stores.

16     13.    The Store Manager job includes performing routine customer service. Specifically,

17     Store Managers respond to customer questions, handle certain transactions that only management

18     can carry out (such as voids), and cashier. On average, I spent about four to five hours each workday

19     cashiering.

20     14.    The duties of Store Manager also include maintaining the cleanliness of the store and,

21     as such, Store Managers routinely clean up spills, vacuum, clean the bathroom, take trash to the

22     dumpster outside the store and personally handle merchandise recovery.

23     15.    Store Managers are also required to perform routine data entry on the computer and

24     to complete paperwork using pre-fabricated forms prepared by Dollar Tree.

25     16.    Store Managers do not have the authority to order the vast majority, if any, of the

26     supplies for their stores.

27     17.    Store Managers perform the same job tasks and duties on a week-to-week basis. They

28     are rarely, if ever, allowed to deviate from the detailed policies and procedures that Dollar Tree

- 10 -
Declaration of Stanley Buck

1    publishes.

2        18.    Store Managers do not have the authority to discipline the employees working at their

3    stores. Before Store Managers can write up, suspend or terminate any employee, they are required

4    to get approval from Dollar Tree Corporate.

5        19.    I was rarely, if ever, able to take an uninterrupted meal period during a workday.

6    When I did get a meal period, it was seldom a half hour or more, and I often did not get to take any

7    meal periods during the first five hours of my shift. The vast majority of the rest breaks I took were

8    on-duty and frequently interrupted by work duties like responding to inquiries from employees,

9    Dollar Tree management and customers.

10        20.    My typical workweek consisted of six days that varied in length from 10 to 12 hours.

11    It was not rare for me to work seven days per week in order to accomplish all of the duties required

12    of me as a Store Manager.

13        21.    I was paid the same amount of fixed compensation regardless of how many hours I

14    worked during each pay period, and there is no connection between the number of hours I worked

15    and the amount of my salary.

16        22.    I am glad that the Court certified this case as a class action so that I do not have to

17    expend the time and energy that it could take to bring a case against Dollar Tree on my own. I would

18    like this Court to expand the class definition to include Store Managers who worked for Dollar Tree

19    in California through the conclusion of this case. I believe that nothing about the Store Manager

20    position has changed since May 26, 2009, and that class treatment is no less appropriate now than

21    it was then.

22        I declare under penalty of perjury under the laws of the State of California that the foregoing

23    is true and correct. Executed this 29th day of December 2009 in Clovis, California.

24

25                                STANLEY BUCK

26

27

28

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WALDOTTA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL. (510) 891-9800

# EXHIBIT 19

1    Scott Edward Cole, Esq. (S.B. #160744)
     Molly A. Kuehn, Esq. (S.B. #230763)
2    **SCOTT COLE & ASSOCIATES, APC**
     1970 Broadway, Ninth Floor
3    Oakland, California 94612
     Telephone: (510) 891-9800
4    Facsimile: (510) 891-7030
     web:     www.scalaw.com

5

6    Attorneys for Representative Plaintiffs
     and the Plaintiff Class

7

8                 **UNITED STATES DISTRICT COURT**

9      **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

10

| | |
|---|---|
| 11   MIGUEL A. CRUZ and JOHN D.<br>HANSEN, individually, and on behalf | **Case No.: C-07-02050 SC** (*Consolidated Action*) |
| 12   of all others similarly situated, | **CLASS ACTION** |
| 13               Plaintiffs, | |
| 14   vs. | |
| 15   DOLLAR TREE STORES, INC. | |
|                Defendant. | |
| 16 | |
| 17   ROBERT RUNNINGS, individually,<br>and on behalf of all others similarly | **Case No.: C-07-4012 SC** |
| 18   situated, | **CLASS ACTION** |
| 19               Plaintiffs, | **DECLARATION OF JUSTIN BULLOCK** |
| 20   vs. | |
| 21   DOLLAR TREE STORES, INC. | |
|                Defendant. | |
| 22 | |

*(Left margin vertical text: SCOTT COLE & ASSOCIATES, APC  ATTORNEYS AT LAW  THE WACHOVIA TOWER  1970 BROADWAY, NINTH FLOOR  OAKLAND, CA 94612  TEL: (510) 891-9800)*

23       I, Justin Bullock, do hereby declare as follows:

24       1.      My address is 247 Phoenix Circle, Lincoln, California 95648. I have personal

25   knowledge of the facts set forth in this declaration and could and would testify competently thereto.

26       2.      I am employed by Dollar Tree Stores, Inc. (hereinafter "Dollar Tree") as a Store

27   Manager from approximately January 6, 2009 through the present. During that time I worked at the

28   Dollar Tree stores located in Auburn and Rocklin, California.

1   3.   When I was hired as a Store Manager I underwent a mandatory eight-week training
2   period at the Dollar Tree store in Rocklin. Thereafter I was assigned to work at the Dollar Tree store
3   in Auburn, and I did not receive additional training after being transferred.

4   4.   It is my understanding that Store Managers are required to follow the same policies
5   and procedures, as dictated by Dollar Tree, at every Dollar Tree store in California.

6   5.   I am familiar with Dollar Tree's Store Manger Position and Responsibilities. The
7   Store Manager duties require completion of various tasks, including those set forth below.

8       a.   Supervision of Associates:

9           i.   Preparing associate work schedules by filling in data fields on the
10              Kronos Timekeeping System;

11           ii.   Posting associate schedules;

12           iii.   Conducting new associate training and orientation by reviewing
13              applicable rules and policies with associates and ensuring new
14              associate paperwork is completed and entered into the computer;

15           iv.   Preparing checklists of job assignments;

16           v.   Walking the store using the Daily Tour Sheet;

17           vi.   Communicating and interacting with associates and customers
18              throughout the day;

19           vii.   Assigning markdowns and checking to ensure they are properly
20              completed based on Dollar Tree's polices;

21           viii.   Keeping track of associate attendance; and

22           ix.   Counting stockroom boxes or cartons to monitor and keep track of
23              associate productivity.

24       b.   Oversee daily store activities, including opening and closing the store:

25           i.   Walking the store for general overview of store appearance using the
26              Daily Tour Sheet;

27           ii.   Checking all door seals and ensuring door seal numbers match the
28              most recent entry on the Door Seal Log;

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

| | | | | |
|---|---|---|---|---|
| 1 | | | iii. | Correcting any time and attendance issues from the previous day; |
| 2 | | | iv. | Completing cycle-counts before opening, per Dollar Tree procedures; |
| 3 | | | v. | Ensuring the store opens on time and closes on time; |
| 4 | | | vi. | Preparing associate schedules according to Dollar Tree's |
| 5 | | | | requirements by filling in data fields on the Kronos Timekeeping |
| 6 | | | | System; |
| 7 | | | vii. | Timely posting of associate schedules; |
| 8 | | | viii. | Calling the store as necessary to ensure proper opening and closing; |
| 9 | | | ix. | Ensuring there are no customers in the bathroom or back room prior |
| 10 | | | | to closing; |
| 11 | | | x. | Counting money and ensuring the receipts were balanced; |
| 12 | | | xi. | Taking the deposit to the bank; |
| 13 | | | xii. | Unlocking and/or locking the store; and |
| 14 | | | xiii. | Assigning cashiers to cash registers and giving them a till. |
| 15 | | c. | | Ensure customer and associate safety: |
| 16 | | | i. | Completing paperwork in connection with associate on-the-job |
| 17 | | | | injuries; |
| 18 | | | ii. | Ensuring associates who are injured on the job received proper |
| 19 | | | | medical care; |
| 20 | | | iii. | Ensuring workers are properly trained on state and federal safety laws |
| 21 | | | | by providing them with materials sent from Dollar Tree Corporate; |
| 22 | | | iv. | Ensuring that merchandise is properly placed on shelves according |
| 23 | | | | to Dollar Tree's requirements; |
| 24 | | | v. | Preparing or checking the preparation of the bank deposit; |
| 25 | | | vi. | Taking the deposit to the bank; and |
| 26 | | | vii. | Checking all door seals and ensuring the door seal numbers match the |
| 27 | | | | most recent entry on the Door Seal Log. |
| 28 | | | | |

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
1970 BROADWAY, NINTH FLOOR
THE WACHOVIA TOWER
OAKLAND, CA 94612
TEL: (510) 891-9800

- 3 -
Declaration of Justin Bullock

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL. (510) 891-9800

d.   <u>Protect all company assets including store cash, merchandise and equipment:</u>

    i.      Ensuring doors are properly locked and secured;

    ii.     Ensuring the alarm systems are on;

    iii.    Ensuring markdowns are properly completed and completing markdown reports according to Dollar Tree's requirements;

    iv.    Ensuring there are no customers in the bathroom or back room prior to closing;

    v.      Counting money and ensuring the receipts are balanced;

    vi.    Interacting and communicating with upper management regarding asset protection issues;

    vii.   Ensuring merchandise is not brought into the break room; and

    viii.  Checking emails for cycle counts and ensuring cycle count reports are filled out.

e.   <u>Maintain proper sales, banking, inventory, accounting, productivity, payroll and time records:</u>

    i.      Preparing or checking the preparation of the bank deposit;

    ii.     Taking the deposit to the bank;

    iii.    Ordering merchandise according to Dollar Tree's instructions;

    iv.    Monitoring and completing required company paperwork;

    v.      Using the Order Scorecard to determine what items to order;

    vi.    Monitoring associate attendance using the Kronos Timekeeping System;

    vii.   Correcting time records as necessary using the Kronos Timekeeping System;

    viii.  Reviewing reports of Department Sales, the Top 200 SKUs and the Top 10 selling items;

    ix.    Completing cycle-counts before opening; and

    x.      Conducting store walks by department.

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL. (510) 891-9800

f.    Maintain adequate staffing of the store, recruit, interview, hire, employ and train sales associates. Train associates to properly use all equipment and technology as well as provide thorough merchandise display training:

    i.    Reviewing job applications;

    ii.    Scheduling job interviews;

    iii.    Calling applicants to give them a job offer;

    iv.    Conducting new associate orientation, which includes ensuring that the associate filled out all forms in the new hire packet, entering required information into the Dollar Tree computer system, providing new associates with an Associate Handbook and sexual harassment brochure, filling out the New Hire Checklist, and telling associates Dollar Tree's meal and rest break policies;

    v.    Counseling, providing written and verbal discipline of store associates and assistant managers in accordance with Dollar Tree's polices;

    vi.    Communicating with District Managers and Human Resources representatives as necessary in relation to personnel decisions; and

    vii.    Using the computer system to access Dollar Tree's Human Resources functions including performance evaluations, hire documents, and termination documents.

g.    Schedule and assign work to store personnel. Evaluate, motivate, counsel, develop, discipline and discharge sales associates appropriately. Maintain production reports to evaluate job performance of sales associates:

    i.    Preparing associate schedules according to Dollar Tree's requirements;

    ii.    Reviewing daily SUC reports showing use the of payroll hours;

    iii.    Using the COMPASS computer system to evaluate and prepare cashier schedules;

| | | |
|---|---|---|
| 1 | iv. | Preparing written performance warnings according to Dollar Tree's |
| 2 | | polices; |
| 3 | v. | Preparing performance evaluations according to Dollar Tree's |
| 4 | | policies; |
| 5 | vi. | Communicating with District Manager and Human Resources |
| 6 | | representatives as necessary in relation to personnel decisions; |
| 7 | vii. | Printing associate rosters; and |
| 8 | viii. | Scheduling and assigning meal and rest breaks. |

h. Provide leadership and direction to store personnel:

i. Preparing notes to assistant managers;

ii. Preparing assignment lists and three by five cards with associate assignments; and

iii. Meeting the delivery trucks and directing where merchandise should be placed on the sales floor and in the stock room.

i. Communicate company policies to sales associates. Ensure associates comply with company policies and procedures, including safety guidelines and human resources policies:

i. Training and orientation of store associates, which includes ensuring that the associate filled out all forms in the new hire packet, entering required information into the Dollar Tree computer system, providing new associates with an Associate Handbook and sexual harassment brochure, filling out the New Hire Checklist, and telling associates Dollar Tree's meal and rest break policies;

ii. Advising associates regarding the store's security procedures; and

iii. Instructing associates to follow rules and regulations regarding alcohol sales and food stamp/EBT requirements.

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL.: (510) 891-9800

1  j.  Analyze sales, expenses and profit, review reports, analyze competition,
2      determine customer preferences, manages sales forecasts, meet sales and
3      profit objectives and goals, determine product mix, determine most effective
4      placement of product and ensure standards of merchandise presentation,
5      displays and signage to maximize sales. Assist in developing promotions and
6      advertisements as appropriate:

7      i.  Reviewing reports of department sales, Top 200 SKUs and the Top
8          10 items sold;

9      ii.  Using a PDT gun to order items in the store according to Dollar
10         Tree's requirements;

11     iii.  Ensuring store compliance with state regulations;

12     iv.  Reviewing the Monthly Planner; and

13     v.  Making appropriate assignments to keep shelves, end caps, displays,
14        wow tables, and refrigerators/coolers clean and fully stocked.

15  k.  Control inventory, supervise ordering, receiving, stocking and pricing of
16      goods. Ensure goods are properly marked and mark downs are properly
17      recorded:

18     i.  Reviewing reports of department sales, Top 200 SKUs and the Top
19         10 items sold;

20     ii.  Requesting cycle counts;

21     iii.  Generating and using the online Order Book to determine inventory
22         on hand, what merchandise to order, and to order merchandise;

23     iv.  Ensuring proper security of the building and proper accounting for
24         markdowns according to Dollar Tree's requirements;

25     v.  Making appropriate assignments to keep shelves, end caps, displays,
26        wow tables, and refrigerators/coolers clean and fully stocked; and

27     vi.  Making decisions and assignments to put stock in "grab bags" or to
28        mark down stock.

l.   Responsible for overall cleanliness and appearance of store:

    i.    Assigning associates to mop, vacuum, clean windows, and clean restrooms;

    ii.    Training cashiers to keep their cash registers clean;

    iii.    Modifying window signage as appropriate; and

    iv.    Assigning individuals to retrieve shopping carts from the parking lot.

m.   Ensure the highest level of customer service. Handle customer complaints and problems:

    i.    Keeping a friendly environment in the store, talking to and greeting customers.

n.   Ensure accident reports and damage reports are completed in a timely and accurate manner:

    i.    Preparing reports on associate and/or customer injuries and accidents, explaining how an accident happened and why, including a claim and confirmation number; faxing the reports to the corporate office.

o.   Complete management reports in a timely and accurate manner:

    i.    Printing out the order scorecard, department sales, pull and hold, and Top 200 SKUs reports and putting them in the Playbook and/or posting them in the store office;

    ii.    Preparing schedules according to Dollar Tree's requirements;

    iii.    Ordering merchandise according to Dollar Tree's requirements;

    iv.    Completing the Certification of Duties;

    v.    Completing cycle count reports;

    vi.    Using and accessing the Dollar Tree computer system to complete and access reports as necessary;

    vii.    Completing the Deposit Log of all store deposits;

    viii.    Completing the Safe Fund Log at change of safe "ownership" from one member of management to another at shift change;

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL. (510) 891-9800

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL (510) 891-9800

         ix.    Reconciling selective Receiving Reports for DSD billing; and

         x.    Completing and submitting the Tax Exempt Log.

    p.    Ensure compliance with applicable laws and regulations:

         i.    Ensuring all licenses and permits are properly displayed;

         ii.    Ensuring the fire extinguisher is not outdated;

         iii.    Instructing associates to take meal and rest breaks;

         iv.    Instructing associates to accurately record their time;

         v.    Reviewing and approving time records and releasing timekeeping information to ensure proper payment of wages; and

         vi.    Ensuring all accidents are reported.

    q.    Communicate professionally and effectively with customers, subordinates and supervisors:

         i.    Talking to District Managers in person, by telephone, and by email;

         ii.    Reading and printing all emails from Dollar Tree Human Resources and higher-level management; and

         iii.    Walking the floor and talking to customers and associates.

6.    All of the tasks listed above are very basic and require little or no complex thought; I complete each of them in accordance with Dollar Tree's specific requirements and instructions.

7.    In addition to the duties listed above, Dollar Tree also requires its Store Managers to physically receive retail product by unloading trucks delivering merchandise from Dollar Tree Distribution Centers. Store Managers have to verify that the inventory received from the Distribution Center or a Direct Store Delivery service is consistent with store needs, orders placed or other delivery standards or protocols. Once merchandise is received, Store Managers are required to organize it in the stockroom and to physically place it on the shelves.

8.    Store Managers also have to cashier. This task includes posting transaction voids for customer refunds and covering the register as needed.

9.    Dollar Tree sets the price for all items; Store Managers have no authority to mark products down without express approval from Dollar Tree.

1        10.    Store Managers are not permitted to decide how to stock merchandise throughout the

2 store any way they like. Instead, they are required to adhere to the Merchandising Display

3 Guidelines that Dollar Tree's Corporate management selects for the stores.

4        11.    Dollar Tree Corporate routinely sends its Store Managers Merchandising Display

5 Guidelines and Weekly Bulletins via email, which provide detailed instructions on where and how

6 merchandise should be displayed throughout the store. To my knowledge, every California Dollar

7 Tree Store Manager receives these Merchandising Display Guidelines and Weekly Bulletins.

8        12.    The duties of Store Manager include unloading the trucks when they arrive with new

9 shipments of products, counting the loads after they are removed from the trucks, carrying the loads

10 to the stock room, and organizing them. Dollar Tree restricts the payroll hours that Store Managers

11 are permitted to schedule to such a degree that they are required to personally unload shipments

12 alongside the hourly employees who work at their stores.

13       13.    The Store Manager job includes performing routine customer service. Specifically,

14 Store Managers respond to customer questions, handle certain transactions that only management

15 can carry out (such as voids), and cashier. On average, I spend about one to six hours each workday

16 cashiering.

17       14.    The duties of Store Manager also include maintaining the cleanliness of the store and,

18 as such, Store Managers routinely clean up spills, vacuum, clean the bathroom, take trash to the

19 dumpster outside the store and personally handle merchandise recovery.

20       15.    Store Managers are also required to perform routine data entry on the computer and

21 to complete paperwork using pre-fabricated forms prepared by Dollar Tree.

22       16.    Store Managers do not have the authority to order the vast majority, if any, of the

23 supplies for their stores.

24       17.    Store Managers perform the same job tasks and duties on a week-to-week basis. They

25 are rarely, if ever, allowed to deviate from the detailed policies and procedures that Dollar Tree

26 publishes.

27       18.    Store Managers do not have the authority to discipline the employees working at their

28 stores. Before Store Managers can write up, suspend or terminate any employee, they are required

- 10 -
Declaration of Justin Bullock

1    to get approval from Dollar Tree Corporate.

2        19.    I am rarely, if ever, able to take an uninterrupted meal period during a workday.

3    When I do get a meal period, it is seldom a half hour or more, and I often do not get to take any meal

4    periods during the first five hours of my shift. The vast majority of the rest breaks I take are on-duty

5    and frequently interrupted by work like responding to inquiries from employees, Dollar Tree

6    management and customers.

7        20.    My typical workweek consists of six days that vary in length from 10 to 13 hours.

8        21.    I am paid the same amount of fixed compensation regardless of how many hours I

9    work during each pay period, and there is no connection between the number of hours I work and

10   the amount of my salary.

11       22.    I am glad that the Court certified this case as a class action so that I do not have to

12   expend the time and energy that it could take to bring a case against Dollar Tree on my own. I would

13   like this Court to expand the class definition to include Store Managers who worked for Dollar Tree

14   in California through the conclusion of this case. I believe that nothing about the Store Manager

15   position has changed since May 26, 2009, and that class treatment is no less appropriate now than

16   it was then.

17       I declare under penalty of perjury under the laws of the United States and the State of

18   California that the foregoing is true and correct. Executed this 29 day of January 2010 in Lincoln,

19   California.

20

21                                              _____

22                                              JUSTIN BULLOCK

23

24

25

26

27

28

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

# EXHIBIT 20

Scott Edward Cole, Esq. (S.B. #160744)
Molly A. Kuehn, Esq. (S.B. #230763)
**SCOTT COLE & ASSOCIATES, APC**
1970 Broadway, Ninth Floor
Oakland, California 94612
Telephone: (510) 891-9800
Facsimile: (510) 891-7030
web:     www.scalaw.com

Attorneys for Representative Plaintiffs
and the Plaintiff Class

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MIGUEL A. CRUZ and JOHN D. HANSEN, individually, and on behalf of all others similarly situated, | **Case No.: C-07-02050 SC** (*Consolidated Action*) |
| Plaintiffs, | **CLASS ACTION** |
| vs. | |
| DOLLAR TREE STORES, INC. | |
| Defendant. | |
| ROBERT RUNNINGS, individually, and on behalf of all others similarly situated, | **Case No.: C-07-4012 SC** |
| | **CLASS ACTION** |
| Plaintiffs, | **DECLARATION OF RON BURGER** |
| vs. | |
| DOLLAR TREE STORES, INC. | |
| Defendant. | |

I, Ron Burger, do hereby declare as follows:

1.     My address is 9054 North Winery Avenue, Fresno, California 93720. I have personal knowledge of the facts set forth in this declaration and could and would testify competently thereto.

2.     I was employed by Dollar Tree Stores, Inc. (hereinafter "Dollar Tree") as a Store Manager from approximately February 2003 through approximately August 2005. During that time I worked at two Dollar Tree stores located on Blackstone Avenue and Shields Street in Fresno,

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

1 | California.

2     3.     When I was hired as a Store Manager I underwent a mandatory eight-week training

3 | period at the Dollar Tree store on Blackstone Avenue in Fresno. Thereafter I was assigned to work

4 | at the Dollar Tree store on Shields Street in Fresno, and I did not receive additional training after

5 | being transferred.

6     4.     It is my understanding that Store Managers are required to follow the same policies

7 | and procedures, as dictated by Dollar Tree, at every Dollar Tree store in California.

8     5.     I am familiar with Dollar Tree's Store Manger Position and Responsibilities. The

9 | Store Manager duties require completion of various tasks, including those set forth below.

10         a.    Supervision of Associates:

11              i.    Preparing associate work schedules by filling in data fields on the

12                  Kronos Timekeeping System;

13             ii.   Posting associate schedules;

14             iii.  Conducting new associate training and orientation by reviewing

15                  applicable rules and policies with associates and ensuring new

16                  associate paperwork is completed and entered into the computer;

17             iv.  Preparing checklists of job assignments;

18             v.   Walking the store using the Daily Tour Sheet;

19             vi.  Communicating and interacting with associates and customers

20                  throughout the day;

21            vii.  Keeping track of associate attendance; and

22            viii.  Counting stockroom boxes or cartons to monitor and keep track of

23                  associate productivity.

24         b.    Oversee daily store activities, including opening and closing the store:

25              i.    Walking the store for general overview of store appearance using the

26                  Daily Tour Sheet;

27             ii.   Checking all door seals and ensuring door seal numbers match the

28                  most recent entry on the Door Seal Log;

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

iii. Correcting any time and attendance issues from the previous day;

iv. Completing cycle-counts before opening, per Dollar Tree procedures;

v. Ensuring the store opens on time and closes on time;

vi. Preparing associate schedules according to Dollar Tree's requirements by filling in data fields on the Kronos Timekeeping System;

vii. Timely posting of associate schedules;

viii. Calling the store as necessary to ensure proper opening and closing;

ix. Ensuring there are no customers in the bathroom or back room prior to closing;

x. Counting money and ensuring the receipts were balanced;

xi. Taking the deposit to the bank;

xii. Unlocking and/or locking the store; and

xiii. Assigning cashiers to cash registers and giving them a till.

c. Ensure customer and associate safety:

i. Completing paperwork in connection with associate on-the-job injuries;

ii. Ensuring associates who are injured on the job received proper medical care;

iii. Ensuring workers are properly trained on state and federal safety laws by providing them with materials sent from Dollar Tree Corporate;

iv. Ensuring that merchandise is properly placed on shelves according to Dollar Tree's requirements;

v. Preparing or checking the preparation of the bank deposit;

vi. Taking the deposit to the bank; and

vii. Checking all door seals and ensuring the door seal numbers match the most recent entry on the Door Seal Log.

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

d.    Protect all company assets including store cash, merchandise and equipment:

     i.      Ensuring doors are properly locked and secured;

     ii.      Ensuring the alarm systems are on;

     iii.      Ensuring there are no customers in the bathroom or back room prior to closing;

     iv.      Counting money and ensuring the receipts are balanced;

     v.      Interacting and communicating with upper management regarding asset protection issues;

     vi.      Ensuring merchandise is not brought into the break room; and

     vii.      Checking emails for cycle counts and ensuring cycle count reports are filled out.

e.    Maintain proper sales, banking, inventory, accounting, productivity, payroll and time records:

     i.      Preparing or checking the preparation of the bank deposit;

     ii.      Taking the deposit to the bank;

     iii.      Ordering merchandise according to Dollar Tree's instructions;

     iv.      Monitoring and completing required company paperwork;

     v.      Monitoring associate attendance using the Kronos Timekeeping System;

     vi.      Correcting time records as necessary using the Kronos Timekeeping System;

     vii.      Completing cycle-counts before opening; and

     viii.      Conducting store walks by department.

f.    Maintain adequate staffing of the store, recruit, interview, hire, employ and train sales associates. Train associates to properly use all equipment and technology as well as provide thorough merchandise display training:

     i.      Reviewing job applications;

     ii.      Scheduling job interviews;

1          iii.    Calling applicants to give them a job offer;

2          iv.    Conducting new associate orientation, which includes ensuring that

3               the associate filled out all forms in the new hire packet, entering

4               required information into the Dollar Tree computer system, providing

5               new associates with an Associate Handbook and sexual harassment

6               brochure, filling out the New Hire Checklist, and telling associates

7               Dollar Tree's meal and rest break policies;

8          v.    Counseling, providing written and verbal discipline of store

9               associates and assistant managers in accordance with Dollar Tree's

10               polices; and

11          vi.    Using the computer system to access Dollar Tree's Human Resources

12               functions including performance evaluations, hire documents, and

13               termination documents.

14     g.    Schedule and assign work to store personnel. Evaluate, motivate, counsel,

15         develop, discipline and discharge sales associates appropriately. Maintain

16         production reports to evaluate job performance of sales associates:

17          i.    Preparing associate schedules according to Dollar Tree's

18               requirements;

19          ii.    Reviewing daily SUC reports showing use the of payroll hours;

20          iii.    Using the COMPASS computer system to evaluate and prepare

21               cashier schedules;

22          iv.    Preparing written performance warnings according to Dollar Tree's

23               polices;

24          v.    Preparing performance evaluations according to Dollar Tree's

25               policies;

26          vi.    Communicating with District Manager and Human Resources

27               representatives as necessary in relation to personnel decisions;

28          vii.    Printing associate rosters; and

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

1                         viii.    Scheduling and assigning meal and rest breaks.

2         h.     Provide leadership and direction to store personnel:

3                       i.    Preparing notes to assistant managers;

4                     ii.    Preparing assignment lists and three by five cards with associate

5                         assignments; and

6                     iii.   Meeting the delivery trucks and directing where merchandise should

7                         be placed on the sales floor and in the stock room.

8         i.     Communicate company policies to sales associates. Ensure associates comply

9             with company policies and procedures, including safety guidelines and

10           human resources policies:

11                     i.    Training and orientation of store associates, which includes ensuring

12                         that the associate filled out all forms in the new hire packet, entering

13                         required information into the Dollar Tree computer system, providing

14                         new associates with an Associate Handbook and sexual harassment

15                         brochure, filling out the New Hire Checklist, and telling associates

16                         Dollar Tree's meal and rest break policies;

17                     ii.    Advising associates regarding the store's security procedures; and

18                     iii.   Instructing associates to follow rules and regulations regarding

19                         alcohol sales and food stamp/EBT requirements.

20         j.     Analyze sales, expenses and profit, review reports, analyze competition,

21             determine customer preferences, manages sales forecasts, meet sales and

22             profit objectives and goals, determine product mix, determine most effective

23             placement of product and ensure standards of merchandise presentation,

24             displays and signage to maximize sales. Assist in developing promotions and

25             advertisements as appropriate:

26                     i.    Ensuring store compliance with state regulations;

27                     ii.    Reviewing the Monthly Planner; and

28

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL. (510) 891-9800

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL. (510) 891-9800

iii.    Making appropriate assignments to keep shelves, end caps, displays, wow tables, and refrigerators/coolers clean and fully stocked.

k.    <u>Control inventory, supervise ordering, receiving, stocking and pricing of goods. Ensure goods are properly marked and mark downs are properly recorded:</u>

i.    Requesting cycle counts;

ii.    Generating and using the online Order Book to determine inventory on hand, what merchandise to order, and to order merchandise;

iii.    Ensuring proper security of the building and proper accounting for markdowns according to Dollar Tree's requirements;

iv.    Making appropriate assignments to keep shelves, end caps, displays, wow tables, and refrigerators/coolers clean and fully stocked; and

v.    Making decisions and assignments to put stock in "grab bags" or to mark down stock.

l.    <u>Responsible for overall cleanliness and appearance of store:</u>

i.    Assigning associates to mop, vacuum, clean windows, and clean restrooms;

ii.    Training cashiers to keep their cash registers clean;

iii.    Modifying window signage as appropriate; and

iv.    Assigning individuals to retrieve shopping carts from the parking lot.

m.    <u>Ensure the highest level of customer service. Handle customer complaints and problems:</u>

i.    Keeping a friendly environment in the store, talking to and greeting customers.

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL (510) 891-9800

1      n.   Ensure accident reports and damage reports are completed in a timely and

2          accurate manner:

3          i.   Preparing reports on associate and/or customer injuries and accidents,

4            explaining how an accident happened and why, including a claim and

5            confirmation number; faxing the reports to the corporate office.

6      o.   Complete management reports in a timely and accurate manner:

7          i.   Preparing schedules according to Dollar Tree's requirements;

8          ii.   Ordering merchandise according to Dollar Tree's requirements;

9          iii.   Completing the Certification of Duties;

10          iv.   Completing cycle count reports;

11          v.   Using and accessing the Dollar Tree computer system to complete

12            and access reports as necessary;

13          vi.   Completing the Deposit Log of all store deposits;

14          vii.   Completing the Safe Fund Log at change of safe "ownership" from

15            one member of management to another at shift change;

16          viii.   Reconciling selective Receiving Reports for DSD billing; and

17          ix.   Completing and submitting the Tax Exempt Log.

18      p.   Ensure compliance with applicable laws and regulations:

19          i.   Ensuring all licenses and permits are properly displayed;

20          ii.   Ensuring the fire extinguisher is not outdated;

21          iii.   Instructing associates to take meal and rest breaks;

22          iv.   Instructing associates to accurately record their time;

23          v.   Reviewing and approving time records and releasing timekeeping

24            information to ensure proper payment of wages; and

25          vi.   Ensuring all accidents are reported.

26

27

28

q.   Communicate professionally and effectively with customers, subordinates and supervisors:

    i.   Reading and printing all emails from Dollar Tree Human Resources and higher-level management; and

    ii.   Walking the floor and talking to customers and associates.

6.   Dollar Tree also requires its Store Managers to physically receive retail product by unloading trucks delivering merchandise from Dollar Tree Distribution Centers. Store Managers have to verify that the inventory received from the Distribution Center or a Direct Store Delivery service is consistent with store needs, orders placed or other delivery standards or protocols. Once merchandise is received, Store Managers are required to organize it in the stockroom and to physically place it on the shelves.

7.   Store Managers also have to cashier. This task includes posting transaction voids for customer refunds and covering the register as needed.

8.   Dollar Tree sets the price for all items; Store Managers have no authority to mark products down without express approval from Dollar Tree.

9.   Store Managers are not permitted to decide how to stock merchandise throughout the store any way they like. Instead, they are required to adhere to the Merchandising Display Guidelines that Dollar Tree's Corporate management selects for the stores.

10.   Dollar Tree Corporate routinely sends its Store Managers Merchandising Display Guidelines and Weekly Bulletins via email, which provide detailed instructions on where and how merchandise should be displayed throughout the store. To my knowledge, every California Dollar Tree Store Manager receives these Merchandising Display Guidelines and Weekly Bulletins.

11.   The duties of Store Manager include unloading the trucks when they arrive with new shipments of products, counting the loads after they are removed from the trucks, carrying the loads to the stock room, and organizing them. Dollar Tree restricts the payroll hours that Store Managers are permitted to schedule to such a degree that they are required to personally unload shipments alongside the hourly employees who work at their stores.

1    12.    The Store Manager job includes performing routine customer service. Specifically,

2    Store Managers respond to customer questions, handle certain transactions that only management

3    can carry out (such as voids), and cashier. On average, I spent about four to six hours each workday

4    cashiering.

5    13.    The duties of Store Manager also include maintaining the cleanliness of the store and,

6    as such, Store Managers routinely clean up spills, vacuum, clean the bathroom, take trash to the

7    dumpster outside the store and personally handle merchandise recovery.

8    14.    Store Managers are also required to perform routine data entry on the computer and

9    to complete paperwork using pre-fabricated forms prepared by Dollar Tree.

10    15.    Store Managers do not have the authority to order the vast majority, if any, of the

11    supplies for their stores.

12    16.    Store Managers perform the same job tasks and duties on a week-to-week basis. They

13    are rarely, if ever, allowed to deviate from the detailed policies and procedures that Dollar Tree

14    publishes.

15    17.    Store Managers do not have the authority to discipline the employees working at their

16    stores. Before Store Managers can write up, suspend or terminate any employee, they are required

17    to get approval from Dollar Tree Corporate.

18    18.    I was rarely, if ever, able to take an uninterrupted meal period during a workday.

19    When I did get a meal period, it was seldom a half hour or more, and I often did not get to take any

20    meal periods during the first five hours of my shift. The vast majority of the rest breaks I took were

21    on-duty and frequently interrupted by work duties like responding to inquiries from employees,

22    Dollar Tree management and customers.

23    19.    My typical workweek consisted of six days that lasted for approximately 10 hours

24    per workday. It was not rare for me to work seven days per week in order to accomplish all of the

25    duties required of me as a Store Manager.

26    20.    I was paid the same amount of fixed compensation regardless of how many hours I

27    worked during each pay period, and there was no connection between the number of hours I worked

28    and the amount of my salary.

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL (510) 891-9800

21.     I am glad that the Court certified this case as a class action so that I do not have to expend the time and energy that it could take to bring a case against Dollar Tree on my own. I would like this Court to expand the class definition to include Store Managers who worked for Dollar Tree in California through the conclusion of this case. I believe that nothing about the Store Manager position has changed since May 26, 2009, and that class treatment is no less appropriate now than it was then.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this _15_ day of January 2010 in Fresno, California.


RON BURGER

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

- 11 -
Declaration of Ron Burger

# EXHIBIT 21

1 | Scott Edward Cole, Esq. (S.B. #160744)
2 | Molly A. Kuehn, Esq. (S.B. #230763)
  | **SCOTT COLE & ASSOCIATES, APC**
3 | 1970 Broadway, Ninth Floor
  | Oakland, California 94612
4 | Telephone: (510) 891-9800
  | Facsimile: (510) 891-7030
5 | web:     www.scalaw.com

6 | Attorneys for Representative Plaintiffs
  | and the Plaintiff Class

7 |

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

10 |

MIGUEL A. CRUZ and JOHN D. HANSEN, individually, and on behalf of all others similarly situated,

Plaintiffs,

vs.

DOLLAR TREE STORES, INC.

Defendant.

Case No.: C-07-02050 SC (*Consolidated Action*)

**CLASS ACTION**

ROBERT RUNNINGS, individually, and on behalf of all others similarly situated,

Plaintiffs,

vs.

DOLLAR TREE STORES, INC.

Defendant.

Case No.: C-07-4012 SC

**CLASS ACTION**

**DECLARATION OF THELMA CAINGLET**

I, Thelma Cainglet, do hereby declare as follows:

1.      My address is 45370 Essex Lane, Lancaster, California 93534. I have personal knowledge of the facts set forth in this declaration and could and would testify competently thereto.

2.      I was employed by Dollar Tree Stores, Inc. (hereinafter "Dollar Tree") as a Store Manager from approximately September 2006 through approximately April 2008. During that time I worked at the Dollar Tree stores located in Lancaster and Palmdale, California.

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

3.     When I was hired as a Store Manager I never underwent a mandatory eight-week training period at any Dollar Tree store.

4.     It is my understanding that Store Managers are required to follow the same policies and procedures, as dictated by Dollar Tree, at every Dollar Tree store in California.

5.     I am familiar with Dollar Tree's Store Manger Position and Responsibilities. The Store Manager duties require completion of various tasks, including those set forth below.

         a.     Supervision of Associates:

              i.     Preparing associate work schedules by filling in data fields on the Kronos Timekeeping System;

              ii.     Posting associate schedules;

              iii.     Conducting new associate training and orientation by reviewing applicable rules and policies with associates and ensuring new associate paperwork is completed and entered into the computer;

              iv.     Preparing checklists of job assignments;

              v.     Walking the store using the Daily Tour Sheet;

              vi.     Communicating and interacting with associates and customers throughout the day;

              vii.     Assigning markdowns and checking to ensure they are properly completed based on Dollar Tree's polices;

              viii.     Keeping track of associate attendance; and

              ix.     Counting stockroom boxes or cartons to monitor and keep track of associate productivity.

         b.     Oversee daily store activities, including opening and closing the store:

              i.     Walking the store for general overview of store appearance using the Daily Tour Sheet;

              ii.     Checking all door seals and ensuring door seal numbers match the most recent entry on the Door Seal Log;

              iii.     Correcting any time and attendance issues from the previous day;

SCOTT COLE & ASSOCIATES, APC
ATTORNEY AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

|  |  |  |  |
|---|---|---|---|
| 1 |  | iv. | Completing cycle-counts before opening, per Dollar Tree procedures; |
| 2 |  | v. | Ensuring the store opens on time and closes on time; |
| 3 |  | vi. | Preparing associate schedules according to Dollar Tree's |
| 4 |  |  | requirements by filling in data fields on the Kronos Timekeeping |
| 5 |  |  | System; |

i. v. vi.

vii. Timely posting of associate schedules;

viii. Counting money and ensuring the receipts were balanced;

ix. Taking the deposit to the bank;

x. Unlocking and/or locking the store; and

xi. Assigning cashiers to cash registers and giving them a till.

c. Ensure customer and associate safety:

i. Completing paperwork in connection with associate on-the-job injuries;

ii. Ensuring associates who are injured on the job received proper medical care;

iii. Ensuring workers are properly trained on state and federal safety laws by providing them with materials sent from Dollar Tree Corporate;

iv. Ensuring that merchandise is properly placed on shelves according to Dollar Tree's requirements;

v. Viewing store security tapes;

vi. Preparing or checking the preparation of the bank deposit;

vii. Taking the deposit to the bank; and

viii. Checking all door seals and ensuring the door seal numbers match the most recent entry on the Door Seal Log.

d. Protect all company assets including store cash, merchandise and equipment:

i. Ensuring doors are properly locked and secured;

ii. Ensuring markdowns are properly completed and completing markdown reports according to Dollar Tree's requirements;

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL. (510) 891-9800

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

|    |    |       |                                                                    |
|----|----|-------|--------------------------------------------------------------------|
| 1  |    | iii.  | Viewing store security tapes;                                      |
| 2  |    | iv.   | Ensuring there are no customers in the bathroom or back room prior |
| 3  |    |       | to closing;                                                        |
| 4  |    | v.    | Counting money and ensuring the receipts are balanced;            |
| 5  |    | vi.   | Interacting and communicating with upper management regarding      |
| 6  |    |       | asset protection issues;                                           |
| 7  |    | vii.  | Ensuring merchandise is not brought into the break room; and      |
| 8  |    | viii. | Checking emails for cycle counts and ensuring cycle count reports |
| 9  |    |       | are filled out.                                                    |

10   e.   Maintain proper sales, banking, inventory, accounting, productivity, payroll
11        and time records:

12        i.   Preparing or checking the preparation of the bank deposit;

13        ii.  Taking the deposit to the bank;

14        iii. Ordering merchandise according to Dollar Tree's instructions;

15        iv.  Monitoring and completing required company paperwork;

16        v.   Using the Order Scorecard to determine what items to order;

17        vi.  Monitoring associate attendance using the Kronos Timekeeping

18             System;

19        vii. Correcting time records as necessary using the Kronos Timekeeping

20             System;

21        viii. Reviewing reports of Department Sales, the Top 200 SKUs and the

22             Top 10 selling items;

23        ix.  Completing cycle-counts before opening; and

24        x.   Conducting store walks by department.

25   f.   Maintain adequate staffing of the store, recruit, interview, hire, employ and

26        train sales associates. Train associates to properly use all equipment and

27        technology as well as provide thorough merchandise display training:

28        i.   Reviewing job applications;

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

|   |   |   |   |
|---|---|---|---|
| 1 |   | ii. | Scheduling job interviews; |
| 2 |   | iii. | Calling applicants to give them a job offer; |
| 3 |   | iv. | Conducting new associate orientation, which includes ensuring that |
| 4 |   |   | the associate filled out all forms in the new hire packet, entering |
| 5 |   |   | required information into the Dollar Tree computer system, providing |
| 6 |   |   | new associates with an Associate Handbook and sexual harassment |
| 7 |   |   | brochure, filling out the New Hire Checklist, and telling associates |
| 8 |   |   | Dollar Tree's meal and rest break policies; |

9       v.    Counseling, providing written and verbal discipline of store

10         associates and assistant managers in accordance with Dollar Tree's

11         polices;

12      vi.   Communicating with District Managers and Human Resources

13         representatives as necessary in relation to personnel decisions; and

14      vii.   Using the computer system to access Dollar Tree's Human Resources

15         functions including performance evaluations, hire documents, and

16         termination documents.

17    g.    Schedule and assign work to store personnel. Evaluate, motivate, counsel,

18         develop, discipline and discharge sales associates appropriately. Maintain

19         production reports to evaluate job performance of sales associates:

20      i.    Preparing associate schedules according to Dollar Tree's

21         requirements;

22      ii.   Reviewing daily SUC reports showing use the of payroll hours;

23      iii.   Using the COMPASS computer system to evaluate and prepare

24         cashier schedules;

25      iv.   Preparing written performance warnings according to Dollar Tree's

26         polices;

27      v.    Preparing performance evaluations according to Dollar Tree's

28         policies;

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

|   |   |      |                                                                                                                                                  |
|---|---|------|--------------------------------------------------------------------------------------------------------------------------------------------------|
|   |   | vi.  | Communicating with District Manager and Human Resources representatives as necessary in relation to personnel decisions;                          |
|   |   | vii. | Printing associate rosters; and                                                                                                                  |
|   |   | viii.| Scheduling and assigning meal and rest breaks.                                                                                                   |

h. Provide leadership and direction to store personnel:

   i. Preparing notes to assistant managers;

   ii. Preparing assignment lists and three by five cards with associate assignments; and

   iii. Meeting the delivery trucks and directing where merchandise should be placed on the sales floor and in the stock room.

i. Communicate company policies to sales associates. Ensure associates comply with company policies and procedures, including safety guidelines and human resources policies:

   i. Training and orientation of store associates, which includes ensuring that the associate filled out all forms in the new hire packet, entering required information into the Dollar Tree computer system, providing new associates with an Associate Handbook and sexual harassment brochure, filling out the New Hire Checklist, and telling associates Dollar Tree's meal and rest break policies;

   ii. Advising associates regarding the store's security procedures; and

   iii. Instructing associates to follow rules and regulations regarding alcohol sales and food stamp/EBT requirements.

j. Analyze sales, expenses and profit, review reports, analyze competition, determine customer preferences, manages sales forecasts, meet sales and profit objectives and goals, determine product mix, determine most effective placement of product and ensure standards of merchandise presentation, displays and signage to maximize sales. Assist in developing promotions and advertisements as appropriate:

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WAKOPVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

1        i.    Reviewing reports of department sales, Top 200 SKUs and the Top

2           10 items sold;

3        ii.    Using a PDT gun to order items in the store according to Dollar

4           Tree's requirements;

5        iii.    Ensuring store compliance with state regulations;

6        iv.    Reviewing the Monthly Planner; and

7        v.    Making appropriate assignments to keep shelves, end caps, displays,

8           wow tables, and refrigerators/coolers clean and fully stocked.

9   k.   Control inventory, supervise ordering, receiving, stocking and pricing of

10      goods. Ensure goods are properly marked and mark downs are properly

11      recorded:

12        i.    Reviewing reports of department sales, Top 200 SKUs and the Top

13           10 items sold;

14        ii.    Requesting cycle counts;

15        iii.    Generating and using the online Order Book to determine inventory

16           on hand, what merchandise to order, and to order merchandise;

17        iv.    Ensuring proper security of the building and proper accounting for

18           markdowns according to Dollar Tree's requirements;

19        v.    Making appropriate assignments to keep shelves, end caps, displays,

20           wow tables, and refrigerators/coolers clean and fully stocked; and

21        vi.    Making decisions and assignments to put stock in "grab bags" or to

22           mark down stock.

23   l.   Responsible for overall cleanliness and appearance of store:

24        i.    Assigning associates to mop, vacuum, clean windows, and clean

25           restrooms;

26        ii.    Training cashiers to keep their cash registers clean;

27        iii.    Modifying window signage as appropriate; and

28        iv.    Assigning individuals to retrieve shopping carts from the parking lot.

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

1  m.    Ensure the highest level of customer service. Handle customer complaints

2       and problems:

3       i.    Keeping a friendly environment in the store, talking to and greeting

4         customers.

5  n.    Ensure accident reports and damage reports are completed in a timely and

6       accurate manner:

7       i.    Preparing reports on associate and/or customer injuries and accidents,

8         explaining how an accident happened and why, including a claim and

9         confirmation number; faxing the reports to the corporate office.

10 o.    Complete management reports in a timely and accurate manner:

11      i.    Printing out the order scorecard, department sales, pull and hold, and

12        Top 200 SKUs reports and putting them in the Playbook and/or

13        posting them in the store office;

14      ii.    Preparing schedules according to Dollar Tree's requirements;

15      iii.    Ordering merchandise according to Dollar Tree's requirements;

16      iv.    Completing the Certification of Duties;

17      v.    Completing cycle count reports;

18      vi.    Using and accessing the Dollar Tree computer system to complete

19        and access reports as necessary;

20      vii.    Completing the Deposit Log of all store deposits;

21      viii.    Completing the Safe Fund Log at change of safe "ownership" from

22        one member of management to another at shift change;

23      ix.    Reconciling selective Receiving Reports for DSD billing; and

24      x.    Completing and submitting the Tax Exempt Log.

25 p.    Ensure compliance with applicable laws and regulations:

26      i.    Ensuring all licenses and permits are properly displayed;

27      ii.    Ensuring the fire extinguisher is not outdated;

28      iii.    Instructing associates to take meal and rest breaks;

|    |     |      |                                                                          |
|----|-----|------|--------------------------------------------------------------------------|
| 1  |     | iv.  | Instructing associates to accurately record their time;                  |
| 2  |     | v.   | Reviewing and approving time records and releasing timekeeping           |
| 3  |     |      | information to ensure proper payment of wages; and                       |
| 4  |     | vi.  | Ensuring all accidents are reported.                                     |
| 5  | q.  |      | Communicate professionally and effectively with customers, subordinates  |
| 6  |     |      | and supervisors:                                                         |
| 7  |     | i.   | Talking to District Managers in person, by telephone, and by email;      |
| 8  |     | ii.  | Reading and printing all emails from Dollar Tree Human Resources         |
| 9  |     |      | and higher-level management; and                                         |
| 10 |     | iii. | Walking the floor and talking to customers and associates.               |

6. All of the tasks listed above are very basic and require little or no complex thought; I completed each of them in accordance with Dollar Tree's specific requirements and instructions.

7. In addition to the duties listed above, Dollar Tree also requires its Store Managers to physically receive retail product by unloading trucks delivering merchandise from Dollar Tree Distribution Centers. Store Managers have to verify that the inventory received from the Distribution Center or a Direct Store Delivery service is consistent with store needs, orders placed or other delivery standards or protocols. Once merchandise is received, Store Managers are required to organize it in the stockroom and to physically place it on the shelves.

8. Store Managers also have to cashier. This task includes posting transaction voids for customer refunds and covering the register as needed.

9. Dollar Tree sets the price for all items; Store Managers have no authority to mark products down without express approval from Dollar Tree.

10. Store Managers are not permitted to decide how to stock merchandise throughout the store any way they like. Instead, they are required to adhere to the Merchandising Display Guidelines that Dollar Tree's Corporate management selects for the stores.

11. Dollar Tree Corporate routinely sends its Store Managers Merchandising Display Guidelines and Weekly Bulletins via email, which provide detailed instructions on where and how merchandise should be displayed throughout the store. To my knowledge, every California Dollar

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WAKEFIELD TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL. (510) 891-9800

1  Tree Store Manager receives these Merchandising Display Guidelines and Weekly Bulletins.

2      12.     The duties of Store Manager include unloading the trucks when they arrive with new
3  shipments of products, counting the loads after they are removed from the trucks, carrying the loads
4  to the stock room, and organizing them. Dollar Tree restricts the payroll hours that Store Managers
5  are permitted to schedule to such a degree that they are required to personally unload shipments
6  alongside the hourly employees who work at their stores.

7      13.     The Store Manager job includes performing routine customer service. Specifically,
8  Store Managers respond to customer questions, handle certain transactions that only management
9  can carry out (such as voids), and cashier. On average, I spent about five to six hours each workday
10  cashiering.

11      14.     The duties of Store Manager also include maintaining the cleanliness of the store and,
12  as such, Store Managers routinely clean up spills, vacuum, clean the bathroom, take trash to the
13  dumpster outside the store and personally handle merchandise recovery.

14      15.     Store Managers are also required to perform routine data entry on the computer and
15  to complete paperwork using pre-fabricated forms prepared by Dollar Tree.

16      16.     Store Managers do not have the authority to order the vast majority, if any, of the
17  supplies for their stores.

18      17.     Store Managers perform the same job tasks and duties on a week-to-week basis. They
19  are rarely, if ever, allowed to deviate from the detailed policies and procedures that Dollar Tree
20  publishes.

21      18.     As a Store Manager I had limited authority to discipline the employees working at
22  my store. I could write up an employee, but I could not suspend or terminate any employees. These
23  actions required me to get approval from Dollar Tree Corporate.

24      19.     I was rarely, if ever, able to take an uninterrupted meal period during a workday.
25  When I did get a meal period, it was seldom a half hour or more, and I often did not get to take any
26  meal periods during the first five hours of my shift. The vast majority of the rest breaks I took were
27  on-duty and frequently interrupted by work duties like responding to inquiries from employees,
28  Dollar Tree management and customers.

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

1    20.    My typical workweek consisted of six days that varied in length from 14 to 17 hours.

2  It was not rare for me to work seven days per week in order to accomplish all of the duties required

3  of me as a Store Manager.

4    21.    I was paid the same amount of fixed compensation regardless of how many hours I

5  worked during each pay period, and there is no connection between the number of hours I worked

6  and the amount of my salary.

7    22.    I am glad that the Court certified this case as a class action so that I do not have to

8  expend the time and energy that it could take to bring a case against Dollar Tree on my own. I would

9  like this Court to expand the class definition to include Store Managers who worked for Dollar Tree

10  in California through the conclusion of this case. I believe that nothing about the Store Manager

11  position has changed since May 26, 2009, and that class treatment is no less appropriate now than

12  it was then.

13    I declare under penalty of perjury under the laws of the State of California that the foregoing

14  is true and correct. Executed this _26_ day of January 2010 in Lancaster, California.

THELMA CAINGLET

# EXHIBIT 22

1  Scott Edward Cole, Esq. (S.B. #160744)
   Molly A. Kuehn, Esq. (S.B. #230763)
2  **SCOTT COLE & ASSOCIATES, APC**
   1970 Broadway, Ninth Floor
3  Oakland, California 94612
   Telephone: (510) 891-9800
4  Facsimile: (510) 891-7030
   web:      www.scalaw.com
5
   Attorneys for Representative Plaintiffs
6  and the Plaintiff Class

7

8              UNITED STATES DISTRICT COURT

9     NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

10

11  MIGUEL A. CRUZ and JOHN D.          )  **Case No.: C-07-02050 SC** (*Consolidated Action*)
    HANSEN, individually, and on behalf )
12  of all others similarly situated,    )  **CLASS ACTION**
                                         )
13              Plaintiffs,              )
    vs.                                  )
14                                       )
    DOLLAR TREE STORES, INC.             )
15                                       )
                Defendant.               )
16  _____  )
    ROBERT RUNNINGS, individually,       )  **Case No.: C-07-4012 SC**
17  and on behalf of all others similarly)
    situated,                            )  **CLASS ACTION**
18                                       )
                Plaintiffs,              )  **DECLARATION OF REGGIE CAMPA**
19  vs.                                  )
                                         )
20  DOLLAR TREE STORES, INC.             )
                                         )
21              Defendant.               )
    _____  )
22

23        I, Reggie Campa, do hereby declare as follows:

24        1.      My address is 8400 Langdon Avenue, Apartment 12, North Hills, California 91343.

25  I have personal knowledge of the facts set forth in this declaration and could and would testify

26  competently thereto.

27        2.      Upon being hired as a Store Manager I never underwent a mandatory eight-week

28  training period at any Dollar Tree store.

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL. (510) 891-9800

3. I was employed by Dollar Tree Stores, Inc. (hereinafter "Dollar Tree") as a Store Manager from approximately January 23, 2005 through approximately October 2, 2005. During that time I worked at the Dollar Tree stores located in Panama City, Receda, California.

4. It is my understanding that Store Managers are required to follow the same policies and procedures, as dictated by Dollar Tree, at every Dollar Tree store in California.

5. I am familiar with Dollar Tree's Store Manger Position and Responsibilities. The Store Manager duties require completion of various tasks, including those set forth below.

    a.    Ensure compliance with applicable laws and regulations:

        i.    Instructing associates to take meal and rest breaks;

        ii.    Ensuring all licenses and permits are properly displayed;

        iii.    Ensuring all accidents are reported;

        iv.    Instructing associates to accurately record their time; and

        v.    Reviewing and approving time records and releasing timekeeping information to ensure proper payment of wages.

    b.    Ensure the highest level of customer service. Handle customer complaints and problems:

        i.    Keeping a friendly environment in the store, talking to and greeting customers.

    c.    Analyze sales, expenses and profit, review reports, analyze competition, determine customer preferences, manages sales forecasts, meet sales and profit objectives and goals, determine product mix, determine most effective placement of product and ensure standards of merchandise presentation, displays and signage to maximize sales. Assist in developing promotions and advertisements as appropriate:

        i.    Making appropriate assignments to keep shelves, end caps, displays, wow tables, and refrigerators/coolers clean and fully stocked;

        ii.    Reviewing the Monthly Planner;

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL. (510) 891-9800

iii.    Using a PDT gun to order items in the store according to Dollar Tree's requirements; and

iv.    Reviewing reports of department sales, Top 200 SKUs and the Top 10 items sold.

d.    <u>Complete management reports in a timely and accurate manner:</u>

i.    Completing the Safe Fund Log at change of safe "ownership" from one member of management to another at shift change;

ii.    Printing out the order scorecard, department sales, pull and hold, and Top 200 SKUs reports and putting them in the Playbook and/or posting them in the store office;

iii.    Ordering merchandise according to Dollar Tree's requirements;

iv.    Completing cycle count reports;

v.    Completing the Certification of Duties;

vi.    Using and accessing the Dollar Tree computer system to complete and access reports as necessary;

vii.    Completing the Deposit Log of all store deposits; and

viii.    Reconciling selective Receiving Reports for DSD billing.

e.    <u>Provide leadership and direction to store personnel:</u>

i.    Meeting the delivery trucks and directing where merchandise should be placed on the sales floor and in the stock room;

ii.    Preparing notes to assistant managers; and

iii.    Preparing assignment lists and three by five cards with associate assignments.

f.    <u>Supervision of Associates:</u>

i.    Posting associate schedules;

ii.    Preparing checklists of job assignments;

iii.    Walking the store using the Daily Tour Sheet;

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL. (510) 891-9800

iv.   Counting stockroom boxes or cartons to monitor and keep track of associate productivity;

v.    Assigning markdowns and checking to ensure they are properly completed based on Dollar Tree's polices;

vi.   Conducting new associate training and orientation by reviewing applicable rules and policies with associates and ensuring new associate paperwork is completed and entered into the computer;

vii.  Preparing associate work schedules by filling in data fields on the Kronos Timekeeping System;

viii. Communicating and interacting with associates and customers throughout the day; and

ix.   Keeping track of associate attendance.

g.   Maintain proper sales, banking, inventory, accounting, productivity, payroll and time records:

i.    Monitoring and completing required company paperwork;

ii.   Conducting store walks by department;

iii.  Completing cycle-counts before opening;

iv.   Preparing or checking the preparation of the bank deposit;

v.    Correcting time records as necessary using the Kronos Timekeeping System;

vi.   Reviewing reports of Department Sales, the Top 200 SKUs and the Top 10 selling items;

vii.  Monitoring associate attendance using the Kronos Timekeeping System;

viii. Taking the deposit to the bank;

ix.   Using the Order Scorecard to determine what items to order; and

x.    Ordering merchandise according to Dollar Tree's instructions.

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL. (510) 891-9800

| | | h. | Communicate professionally and effectively with customers, subordinates |
|---|---|---|---|

h. Communicate professionally and effectively with customers, subordinates and supervisors:

    i. Walking the floor and talking to customers and associates;

    ii. Talking to District Managers in person, by telephone, and by email; and

    iii. Reading and printing all emails from Dollar Tree Human Resources and higher-level management.

i. Schedule and assign work to store personnel. Evaluate, motivate, counsel, develop, discipline and discharge sales associates appropriately. Maintain production reports to evaluate job performance of sales associates:

    i. Scheduling and assigning meal and rest breaks;

    ii. Preparing performance evaluations according to Dollar Tree's policies;

    iii. Using the COMPASS computer system to evaluate and prepare cashier schedules;

    iv. Communicating with District Manager and Human Resources representatives as necessary in relation to personnel decisions;

    v. Printing associate rosters;

    vi. Preparing associate schedules according to Dollar Tree's requirements;

    vii. Preparing written performance warnings according to Dollar Tree's polices; and

    viii. Reviewing daily SUC reports showing use the of payroll hours.

j. Protect all company assets including store cash, merchandise and equipment:

    i. Counting money and ensuring the receipts are balanced;

    ii. Ensuring doors are properly locked and secured;

    iii. Checking emails for cycle counts and ensuring cycle count reports are filled out;

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

| | | | iv. | Ensuring the alarm systems are on; |
|---|---|---|---|---|

iv.    Ensuring the alarm systems are on;

v.     Viewing store security tapes;

vi.    Interacting and communicating with upper management regarding asset protection issues;

vii.   Ensuring markdowns are properly completed and completing markdown reports according to Dollar Tree's requirements;

viii.  Ensuring merchandise is not brought into the break room; and

ix.    Ensuring there are no customers in the bathroom or back room prior to closing.

k.  Communicate company policies to sales associates. Ensure associates comply with company policies and procedures, including safety guidelines and human resources policies:

i.     Instructing associates to follow rules and regulations regarding alcohol sales and food stamp/EBT requirements;

ii.    Training and orientation of store associates, which includes ensuring that the associate filled out all forms in the new hire packet, entering required information into the Dollar Tree computer system, providing new associates with an Associate Handbook and sexual harassment brochure, filling out the New Hire Checklist, and telling associates Dollar Tree's meal and rest break policies; and

iii.   Advising associates regarding the store's security procedures.

l.  Maintain adequate staffing of the store, recruit, interview, hire, employ and train sales associates. Train associates to properly use all equipment and technology as well as provide thorough merchandise display training:

i.     Using the computer system to access Dollar Tree's Human Resources functions including performance evaluations, hire documents, and termination documents;

ii.    Scheduling job interviews;

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL. (510) 891-9800

iii.   Reviewing job applications;

iv.   Calling applicants to give them a job offer;

v.   Communicating with District Managers and Human Resources representatives as necessary in relation to personnel decisions;

vi.   Conducting new associate orientation, which includes ensuring that the associate filled out all forms in the new hire packet, entering required information into the Dollar Tree computer system, providing new associates with an Associate Handbook and sexual harassment brochure, filling out the New Hire Checklist, and telling associates Dollar Tree's meal and rest break policies; and

vii.   Counseling, providing written and verbal discipline of store associates and assistant managers in accordance with Dollar Tree's polices.

m.   Oversee daily store activities, including opening and closing the store:

i.   Correcting any time and attendance issues from the previous day;

ii.   Ensuring the store opens on time and closes on time;

iii.   Timely posting of associate schedules;

iv.   Counting money and ensuring the receipts were balanced;

v.   Assigning cashiers to cash registers and giving them a till;

vi.   Walking the store for general overview of store appearance using the Daily Tour Sheet;

vii.   Completing cycle-counts before opening, per Dollar Tree procedures;

viii.   Unlocking and/or locking the store;

ix.   Preparing associate schedules according to Dollar Tree's requirements by filling in data fields on the Kronos Timekeeping System;

x.   Taking the deposit to the bank;

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

|     |     |       |                                                                              |
|-----|-----|-------|------------------------------------------------------------------------------|
| 1   |     | xi.   | Ensuring there are no customers in the bathroom or back room prior            |
| 2   |     |       | to closing; and                                                              |
| 3   |     | xii.  | Checking all door seals and ensuring door seal numbers match the             |
| 4   |     |       | most recent entry on the Door Seal Log.                                       |

n.  Responsible for overall cleanliness and appearance of store:

    i.   Assigning individuals to retrieve shopping carts from the parking lot;

    ii.  Assigning associates to mop, vacuum, clean windows, and clean restrooms;

    iii.  Modifying window signage as appropriate; and

    iv.  Training cashiers to keep their cash registers clean.

o.  Ensure customer and associate safety:

    i.   Ensuring that merchandise is properly placed on shelves according to Dollar Tree's requirements;

    ii.  Completing paperwork in connection with associate on-the-job injuries;

    iii.  Checking all door seals and ensuring the door seal numbers match the most recent entry on the Door Seal Log;

    iv.  Taking the deposit to the bank;

    v.   Ensuring workers are properly trained on state and federal safety laws by providing them with materials sent from Dollar Tree Corporate;

    vi.  Viewing store security tapes;

    vii.  Preparing or checking the preparation of the bank deposit; and

    viii. Ensuring associates who are injured on the job received proper medical care.

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

1      p.  Ensure accident reports and damage reports are completed in a timely and

2          accurate manner:

3          i.  Preparing reports on associate and/or customer injuries and accidents,

4              explaining how an accident happened and why, including a claim and

5              confirmation number; faxing the reports to the corporate office.

6      q.  Control inventory, supervise ordering, receiving, stocking and pricing of

7          goods. Ensure goods are properly marked and mark downs are properly

8          recorded:

9          i.  Making decisions and assignments to put stock in "grab bags" or to

10             mark down stock;

11         ii. Generating and using the online Order Book to determine inventory

12             on hand, what merchandise to order, and to order merchandise;

13         iii. Making appropriate assignments to keep shelves, end caps, displays,

14              wow tables, and refrigerators/coolers clean and fully stocked;

15         iv. Reviewing reports of department sales, Top 200 SKUs and the Top

16             10 items sold;

17         v.  Ensuring proper security of the building and proper accounting for

18             markdowns according to Dollar Tree's requirements; and

19         vi. Requesting cycle counts.

20  6.  All of the tasks listed above are very basic and require little or no complex thought;

21  I completed each of them in accordance with Dollar Tree's specific requirements and instructions.

22  7.  The task of cashiering includes posting transaction voids for customer refunds and

23  covering the register as needed. Store Managers also have to do this.

24  8.  Store Managers are required to adhere to the Merchandising Display Guidelines that

25  Dollar Tree's Corporate management selects for the stores. They are not permitted to decide how

26  to stock merchandise throughout the store.

27  9.  Store Managers routinely clean up spills, vacuum, clean the bathroom, take trash to

28  the dumpster outside the store and personally handle merchandise recovery. As a Store Manager

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

1  maintaining the cleanliness of the store was a duty required of me.

2      10.    Dollar Tree sets the price for all items; Store Managers have no authority to mark

3  products down without express approval from Dollar Tree.

4      11.    In addition to the duties listed above, Dollar Tree also requires its Store Managers

5  to physically receive retail product by unloading trucks delivering merchandise from Dollar Tree

6  Distribution Centers. Store Managers have to verify that the inventory received from the Distribution

7  Center or a Direct Store Delivery service is consistent with store needs, orders placed or other

8  delivery standards or protocols. Once merchandise is received, Store Managers are required to

9  organize it in the stockroom and to physically place it on the shelves.

10      12.    My typical workweek consisted of six days that varied in length from 8 to 10 hours.

11  It was not rare for me to work seven days per week in order to accomplish all of the duties required

12  of me as a Store Manager.

13      13.    The Store Manager job includes performing routine customer service. Specifically,

14  Store Managers respond to customer questions, handle certain transactions that only management

15  can carry out (such as voids), and cashier. On average, I spent about two hours each workday

16  cashiering.

17      14.    I was paid the same amount of fixed compensation regardless of how many hours I

18  worked during each pay period, and there is no connection between the number of hours I worked

19  and the amount of my salary.

20      15.    Store Managers can not write up, suspend or terminate any employee, they are

21  required to get approval from Dollar Tree Corporate. As such, Store Managers have no authority to

22  discipline the employees working at their stores.

23      16.    The detailed polices and procedures that Dollar Tree publishes require Store

24  Managers to perform the same job tasks and duties on a week-to week basis. Store Managers are

25  rarely, if ever, allowed to deviate from these guidelines.

26      17.    I was rarely, if ever, able to take an uninterrupted meal period during a workday.

27  When I did get a meal period, it was seldom a half hour or more, and I often did not get to take any

28  meal periods during the first five hours of my shift. The vast majority of the rest breaks I took on-

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL. (510) 891-9800

1 | duty and frequently interrupted by work duties like responding to inquiries from employees, Dollar
2 | Tree management and customers.

3      18.     Dollar Tree Corporate routinely sends its Store Managers Merchandising Display
4 | Guidelines and Weekly Bulletins via email, which provide detailed instructions on where and how
5 | merchandise should be displayed throughout the store. To my knowledge, every California Dollar
6 | Tree Store Manager receives these Merchandising Display Guidelines and Weekly Bulletins.

7      19.     Store Managers are also required to perform routine data entry on the computer and
8 | to complete paperwork using pre-fabricated forms prepared by Dollar Tree.

9      20.     Dollar Tree restricts the payroll hours that Store Managers are permitted to schedule
10 | to such a degree that they are required to personally unload shipments alongside the hourly
11 | employees who work at their stores. As such, the duties of Store Manager include unloading the
12 | trucks when they arrive with new shipments of products, counting the loads after they are removed
13 | from the trucks, carrying the loads to the stock room, and organizing them.

14      21.     Store Managers do not have the authority to order the vast majority, if any, of the
15 | supplies for their stores.

16      22.     I am glad that the Court certified this case as a class action so that I do not have to
17 | expend the time and energy that it could take to bring a case against Dollar Tree on my own. I would
18 | like this Court to expand the class definition to include Store Managers who worked for Dollar Tree
19 | in California through the conclusion of this case. I believe that nothing about the Store Manager
20 | position has changed since May 26, 2009, and that class treatment is no less appropriate now than
21 | it was then.

22      I declare under penalty of perjury under the laws of the United States and the State of
23 | California that the foregoing is true and correct. Executed this ____ day of February, 2010 in North
24 | Hills, California.

25

26

27

28

REGGIE CAMPA

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WAKEFIELD TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800