# EXHIBIT 23

Scott Edward Cole, Esq. (S.B. #160744)
Molly A. Kuehn, Esq. (S.B. #230763)
**SCOTT COLE & ASSOCIATES, APC**
1970 Broadway, Ninth Floor
Oakland, California 94612
Telephone: (510) 891-9800
Facsimile: (510) 891-7030
web: www.scalaw.com

Attorneys for Representative Plaintiff
and the Plaintiff Class

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

MIGUEL A. CRUZ and JOHN D. HANSEN, individually, and on behalf of all others similarly situated,

Plaintiffs,

vs.

DOLLAR TREE STORES, INC.

Defendant.

**Case No.: C-07-02050 SC** (*Consolidated Action*)

**CLASS ACTION**

---

ROBERT RUNNINGS, individually, and on behalf of all others similarly situated,

Plaintiffs,

vs.

DOLLAR TREE STORES, INC.

Defendant.

Case No.: C-07-4012 SC

CLASS ACTION

**DECLARATION OF RICK CAPERELLO**

---

I, Rick Caperello, do hereby declare as follows:

1. My address is 691 Grand Coulee Avenue, Apartment 4, Sunnyvale, California 94087. I have personal knowledge of the facts set forth in this declaration and could and would testify competently thereto.

2. I was employed by Dollar Tree Stores, Inc. (hereinafter "Dollar Tree") as a Store Manager from approximately September 2007 through approximately June 2008. During that time

I worked at the Dollar Tree stores located in Modesto, Riverbank, Merced, Madera, Atwater, Los Banos and Patterson, California.

3. When I was hired as a Store Manager I underwent a mandatory eight-week training period at the Plaza Parkway Dollar Tree Store in Modesto. I did not receive additional training after being transferred.

4. It is my understanding that Store Managers are required to follow the same policies and procedures, as dictated by Dollar Tree, at every Dollar Tree store in California.

5. I am familiar with Dollar Tree's Store Manger Position and Responsibilities. The Store Manager duties require completion of various tasks, including those set forth below.

a. Supervision of Associates:

i. Preparing associate work schedules by filling in data fields on the Kronos Timekeeping System;

ii. Posting associate schedules;

iii. Conducting new associate training and orientation by reviewing applicable rules and policies with associates and ensuring new associate paperwork is completed and entered into the computer;

iv. Preparing checklists of job assignments;

v. Communicating and interacting with associates and customers throughout the day;

vi. Assigning markdowns and checking to ensure they are properly completed based on Dollar Tree's polices;

vii. Keeping track of associate attendance; and

viii. Counting stockroom boxes or cartons to monitor and keep track of associate productivity.

b. Oversee daily store activities, including opening and closing the store:

i. Checking all door seals and ensuring door seal numbers match the most recent entry on the Door Seal Log;

ii. Correcting any time and attendance issues from the previous day;

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

iii. Completing cycle-counts before opening, per Dollar Tree procedures;

iv. Ensuring the store opens on time and closes on time;

v. Preparing associate schedules according to Dollar Tree's requirements by filling in data fields on the Kronos Timekeeping System;

vi. Timely posting of associate schedules;

vii. Ensuring there are no customers in the bathroom or back room prior to closing;

viii. Counting money and ensuring the receipts were balanced;

ix. Taking the deposit to the bank;

x. Unlocking and/or locking the store; and

xi. Assigning cashiers to cash registers and giving them a till.

c. Ensure customer and associate safety:

i. Completing paperwork in connection with associate on-the-job injuries;

ii. Ensuring associates who are injured on the job received proper medical care;

iii. Ensuring workers are properly trained on state and federal safety laws by providing them with materials sent from Dollar Tree Corporate;

iv. Ensuring that merchandise is properly placed on shelves according to Dollar Tree's requirements;

v. Viewing store security tapes;

vi. Preparing or checking the preparation of the bank deposit;

vii. Taking the deposit to the bank; and

viii. Checking all door seals and ensuring the door seal numbers match the most recent entry on the Door Seal Log.

d. Protect all company assets including store cash, merchandise and equipment:

i. Ensuring doors are properly locked and secured;

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL. (510) 891-9800

ii. Ensuring the alarm systems are on;

iii. Ensuring markdowns are properly completed and completing markdown reports according to Dollar Tree's requirements;

iv. Viewing store security tapes;

v. Ensuring there are no customers in the bathroom or back room prior to closing;

vi. Counting money and ensuring the receipts are balanced;

vii. Interacting and communicating with upper management regarding asset protection issues;

viii. Ensuring merchandise is not brought into the break room; and

ix. Checking emails for cycle counts and ensuring cycle count reports are filled out.

e. <u>Maintain proper sales, banking, inventory, accounting, productivity, payroll and time records:</u>

i. Preparing or checking the preparation of the bank deposit;

ii. Taking the deposit to the bank;

iii. Ordering merchandise according to Dollar Tree's instructions;

iv. Monitoring and completing required company paperwork;

v. Using the Order Scorecard to determine what items to order;

vi. Monitoring associate attendance using the Kronos Timekeeping System;

vii. Correcting time records as necessary using the Kronos Timekeeping System;

viii. Reviewing reports of Department Sales, the Top 200 SKUs and the Top 10 selling items;

ix. Completing cycle-counts before opening; and

x. Conducting store walks by department.

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

f. Maintain adequate staffing of the store, recruit, interview, hire, employ and train sales associates. Train associates to properly use all equipment and technology as well as provide thorough merchandise display training:

i. Reviewing job applications;

ii. Scheduling job interviews;

iii. Calling applicants to give them a job offer;

iv. Conducting new associate orientation, which includes ensuring that the associate filled out all forms in the new hire packet, entering required information into the Dollar Tree computer system, providing new associates with an Associate Handbook and sexual harassment brochure, filling out the New Hire Checklist, and telling associates Dollar Tree's meal and rest break policies;

v. Counseling, providing written and verbal discipline of store associates and assistant managers in accordance with Dollar Tree's polices;

vi. Communicating with District Managers and Human Resources representatives as necessary in relation to personnel decisions; and

vii. Using the computer system to access Dollar Tree's Human Resources functions including performance evaluations, hire documents, and termination documents.

g. Schedule and assign work to store personnel. Evaluate, motivate, counsel, develop, discipline and discharge sales associates appropriately. Maintain production reports to evaluate job performance of sales associates:

i. Preparing associate schedules according to Dollar Tree's requirements;

ii. Reviewing daily SUC reports showing use the of payroll hours;

iii. Using the COMPASS computer system to evaluate and prepare cashier schedules;

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

iv. Preparing written performance warnings according to Dollar Tree's polices;

v. Preparing performance evaluations according to Dollar Tree's policies;

vi. Communicating with District Manager and Human Resources representatives as necessary in relation to personnel decisions;

vii. Printing associate rosters; and

viii. Scheduling and assigning meal and rest breaks.

h. Provide leadership and direction to store personnel:

i. Preparing notes to assistant managers;

ii. Preparing assignment lists and three by five cards with associate assignments; and

iii. Meeting the delivery trucks and directing where merchandise should be placed on the sales floor and in the stock room.

i. Communicate company policies to sales associates. Ensure associates comply with company policies and procedures, including safety guidelines and human resources policies:

i. Training and orientation of store associates, which includes ensuring that the associate filled out all forms in the new hire packet, entering required information into the Dollar Tree computer system, providing new associates with an Associate Handbook and sexual harassment brochure, filling out the New Hire Checklist, and telling associates Dollar Tree's meal and rest break policies;

ii. Advising associates regarding the store's security procedures; and

iii. Instructing associates to follow rules and regulations regarding alcohol sales and food stamp/EBT requirements.

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

j. <u>Analyze sales, expenses and profit, review reports, analyze competition, determine customer preferences, manages sales forecasts, meet sales and profit objectives and goals, determine product mix, determine most effective placement of product and ensure standards of merchandise presentation, displays and signage to maximize sales. Assist in developing promotions and advertisements as appropriate:</u>

i. Reviewing reports of department sales, Top 200 SKUs and the Top 10 items sold;

ii. Using a PDT gun to order items in the store according to Dollar Tree's requirements;

iii. Ensuring store compliance with state regulations;

iv. Reviewing the Monthly Planner; and

v. Making appropriate assignments to keep shelves, end caps, displays, wow tables, and refrigerators/coolers clean and fully stocked.

k. <u>Control inventory, supervise ordering, receiving, stocking and pricing of goods. Ensure goods are properly marked and mark downs are properly recorded:</u>

i. Reviewing reports of department sales, Top 200 SKUs and the Top 10 items sold;

ii. Requesting cycle counts;

iii. Generating and using the online Order Book to determine inventory on hand, what merchandise to order, and to order merchandise;

iv. Ensuring proper security of the building and proper accounting for markdowns according to Dollar Tree's requirements;

v. Making appropriate assignments to keep shelves, end caps, displays, wow tables, and refrigerators/coolers clean and fully stocked; and

vi. Making decisions and assignments to put stock in "grab bags" or to mark down stock.

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

l. Responsible for overall cleanliness and appearance of store:

i. Assigning associates to mop, vacuum, clean windows, and clean restrooms;

ii. Training cashiers to keep their cash registers clean;

iii. Modifying window signage as appropriate; and

iv. Assigning individuals to retrieve shopping carts from the parking lot.

m. Ensure the highest level of customer service. Handle customer complaints and problems:

i. Keeping a friendly environment in the store, talking to and greeting customers.

n. Ensure accident reports and damage reports are completed in a timely and accurate manner:

i. Preparing reports on associate and/or customer injuries and accidents, explaining how an accident happened and why, including a claim and confirmation number; faxing the reports to the corporate office.

o. Complete management reports in a timely and accurate manner:

i. Printing out the order scorecard, department sales, pull and hold, and Top 200 SKUs reports and putting them in the Playbook and/or posting them in the store office;

ii. Preparing schedules according to Dollar Tree's requirements;

iii. Ordering merchandise according to Dollar Tree's requirements;

iv. Completing the Certification of Duties;

v. Completing cycle count reports;

vi. Using and accessing the Dollar Tree computer system to complete and access reports as necessary;

vii. Completing the Deposit Log of all store deposits;

viii. Completing the Safe Fund Log at change of safe "ownership" from one member of management to another at shift change;

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

ix. Reconciling selective Receiving Reports for DSD billing; and

x. Completing and submitting the Tax Exempt Log.

p. Ensure compliance with applicable laws and regulations:

i. Ensuring all licenses and permits are properly displayed;

ii. Ensuring the fire extinguisher is not outdated;

iii. Instructing associates to take meal and rest breaks;

iv. Instructing associates to accurately record their time;

v. Reviewing and approving time records and releasing timekeeping information to ensure proper payment of wages; and

vi. Ensuring all accidents are reported.

q. Communicate professionally and effectively with customers, subordinates and supervisors:

i. Talking to District Managers in person, by telephone, and by email;

ii. Reading and printing all emails from Dollar Tree Human Resources and higher-level management; and

iii. Walking the floor and talking to customers and associates.

6. I completed each of these tasks in accordance with Dollar Tree's specific requirements and instructions.

7. In addition to the duties listed above, Dollar Tree also requires its Store Managers to physically receive retail product by unloading trucks delivering merchandise from Dollar Tree Distribution Centers. Store Managers have to verify that the inventory received from the Distribution Center or a Direct Store Delivery service is consistent with store needs, orders placed or other delivery standards or protocols. Once merchandise is received, Store Managers are required to organize it in the stockroom and to physically place it on the shelves.

8. Store Managers also have to cashier. This task includes posting transaction voids for customer refunds and covering the register as needed.

9. Dollar Tree sets the price for all items; Store Managers have no authority to mark products down without express approval from Dollar Tree.

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

10. Store Managers are not permitted to decide how to stock merchandise throughout the store any way they like. Instead, they are required to adhere to the Merchandising Display Guidelines that Dollar Tree's Corporate management selects for the stores.

11. Dollar Tree Corporate routinely sends its Store Managers Merchandising Display Guidelines and Weekly Bulletins via email, which provide detailed instructions on where and how merchandise should be displayed throughout the store. To my knowledge, every California Dollar Tree Store Manager receives these Merchandising Display Guidelines and Weekly Bulletins.

12. The duties of Store Manager include unloading the trucks when they arrive with new shipments of products, counting the loads after they are removed from the trucks, carrying the loads to the stock room, and organizing them. Dollar Tree restricts the payroll hours that Store Managers are permitted to schedule to such a degree that they are required to personally unload shipments alongside the hourly employees who work at their stores.

13. The Store Manager job includes performing routine customer service. Specifically, Store Managers respond to customer questions, handle certain transactions that only management can carry out (such as voids), and cashier. On average, I spent about three to four hours each workday cashiering.

14. The duties of Store Manager also include maintaining the cleanliness of the store and, as such, Store Managers routinely clean up spills, vacuum, clean the bathroom, take trash to the dumpster outside the store and personally handle merchandise recovery.

15. Store Managers are also required to perform routine data entry on the computer and to complete paperwork using pre-fabricated forms prepared by Dollar Tree.

16. Store Managers do not have the authority to order the vast majority, if any, of the supplies for their stores.

17. Store Managers perform the same job tasks and duties on a week-to-week basis. They are rarely, if ever, allowed to deviate from the detailed policies and procedures that Dollar Tree publishes.

18. Store Managers do not have the authority to discipline the employees working at their stores. Before Store Managers can write up, suspend or terminate any employee, they are required

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

to get approval from Dollar Tree Corporate.

19. I was rarely, if ever, able to take an uninterrupted meal period during a workday. When I did get a meal period, it was seldom a half hour or more, and I often did not get to take any meal periods during the first five hours of my shift. The vast majority of the rest breaks I took were on-duty and frequently interrupted by work duties like responding to inquiries from employees, Dollar Tree management and customers.

20. My typical workweek consisted of six days that lasted for about 10 hours each day.

21. I was paid the same amount of fixed compensation regardless of how many hours I worked during each pay period, and there was no connection between the number of hours I worked and the amount of my salary.

22. I am glad that the Court certified this case as a class action so that I do not have to expend the time and energy that it could take to bring a case against Dollar Tree on my own. I would like this Court to expand the class definition to include Store Managers who worked for Dollar Tree in California through the conclusion of this case. I believe that nothing about the Store Manager position has changed since May 26, 2009, and that class treatment is no less appropriate now than it was then.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed this 1 day of February 2010 in Sunnyvale, California.

RICK CAPERELLO

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

# EXHIBIT 24

Scott Edward Cole, Esq. (S.B. #160744)
Molly A. Kuehn, Esq. (S.B. #230763)
**SCOTT COLE & ASSOCIATES, APC**
1970 Broadway, Ninth Floor
Oakland, California 94612
Telephone: (510) 891-9800
Facsimile: (510) 891-7030
web: www.scalaw.com

Attorneys for Representative Plaintiffs
and the Plaintiff Class

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| MIGUEL A. CRUZ and JOHN D. HANSEN, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>DOLLAR TREE STORES, INC.<br><br>Defendant. | **Case No.: C-07-02050 SC** (*Consolidated Action*)<br><br>**CLASS ACTION** |
| ROBERT RUNNINGS, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>DOLLAR TREE STORES, INC.<br><br>Defendant. | **Case No.: C-07-4012 SC**<br><br>**CLASS ACTION**<br><br>**DECLARATION OF WILLIAM CAREY** |

I, William Carey, do hereby declare as follows:

1. My address is 2836 Pernie Trail, Redding, California 96001. I have personal knowledge of the facts set forth in this declaration and could and would testify competently thereto.

2. I was employed by Dollar Tree Stores, Inc. (hereinafter "Dollar Tree") as a Store Manager from approximately July 2008 through approximately August 2009. During that time I worked at the Dollar Tree stores located in Sacramento and Redbluff, California.

3. When I was hired as a Store Manager I underwent a mandatory two-week training period at the Dollar Tree store in Sacramento. Thereafter I was assigned to work at the Dollar Tree store in Redbluff, and I did not receive additional training after being transferred.

4. It is my understanding that Store Managers are required to follow the same policies and procedures, as dictated by Dollar Tree, at every Dollar Tree store in California.

5. I am familiar with Dollar Tree's Store Manger Position and Responsibilities. The Store Manager duties require completion of various tasks, including those set forth below.

a. Supervision of Associates:

i. Preparing associate work schedules by filling in data fields on the Kronos Timekeeping System;

ii. Posting associate schedules;

iii. Conducting new associate training and orientation by reviewing applicable rules and policies with associates and ensuring new associate paperwork is completed and entered into the computer;

iv. Preparing checklists of job assignments;

v. Walking the store using the Daily Tour Sheet;

vi. Communicating and interacting with associates and customers throughout the day;

vii. Assigning markdowns and checking to ensure they are properly completed based on Dollar Tree's polices;

viii. Keeping track of associate attendance; and

ix. Counting stockroom boxes or cartons to monitor and keep track of associate productivity.

b. Oversee daily store activities, including opening and closing the store:

i. Walking the store for general overview of store appearance using the Daily Tour Sheet;

ii. Checking all door seals and ensuring door seal numbers match the most recent entry on the Door Seal Log;

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

iii. Correcting any time and attendance issues from the previous day;

iv. Completing cycle-counts before opening, per Dollar Tree procedures;

v. Ensuring the store opens on time and closes on time;

vi. Preparing associate schedules according to Dollar Tree's requirements by filling in data fields on the Kronos Timekeeping System;

vii. Timely posting of associate schedules;

viii. Calling the store as necessary to ensure proper opening and closing;

ix. Ensuring there are no customers in the bathroom or back room prior to closing;

x. Counting money and ensuring the receipts were balanced;

xi. Taking the deposit to the bank;

xii. Unlocking and/or locking the store; and

xiii. Assigning cashiers to cash registers and giving them a till.

c. <u>Ensure customer and associate safety:</u>

i. Completing paperwork in connection with associate on-the-job injuries;

ii. Ensuring associates who are injured on the job received proper medical care;

iii. Ensuring workers are properly trained on state and federal safety laws by providing them with materials sent from Dollar Tree Corporate;

iv. Ensuring that merchandise is properly placed on shelves according to Dollar Tree's requirements;

v. Viewing store security tapes; (only in stores that had one)

vi. Preparing or checking the preparation of the bank deposit;

vii. Taking the deposit to the bank; and

viii. Checking all door seals and ensuring the door seal numbers match the most recent entry on the Door Seal Log.

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

d. Protect all company assets including store cash, merchandise and equipment:

i. Ensuring doors are properly locked and secured;

ii. Ensuring the alarm systems are on;

iii. Ensuring markdowns are properly completed and completing markdown reports according to Dollar Tree's requirements;

iv. Viewing store security tapes; (only in stores that had one)

v. Ensuring there are no customers in the bathroom or back room prior to closing;

vi. Counting money and ensuring the receipts are balanced;

vii. Interacting and communicating with upper management regarding asset protection issues;

viii. Ensuring merchandise is not brought into the break room; and

ix. Checking emails for cycle counts and ensuring cycle count reports are filled out.

e. Maintain proper sales, banking, inventory, accounting, productivity, payroll and time records:

i. Preparing or checking the preparation of the bank deposit;

ii. Taking the deposit to the bank;

iii. Ordering merchandise according to Dollar Tree's instructions;

iv. Monitoring and completing required company paperwork;

v. Using the Order Scorecard to determine what items to order;

vi. Monitoring associate attendance using the Kronos Timekeeping System;

vii. Correcting time records as necessary using the Kronos Timekeeping System;

viii. Reviewing reports of Department Sales, the Top 200 SKUs and the Top 10 selling items;

ix. Completing cycle-counts before opening; and

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

x. Conducting store walks by department.

f. Maintain adequate staffing of the store, recruit, interview, hire, employ and train sales associates. Train associates to properly use all equipment and technology as well as provide thorough merchandise display training:

i. Reviewing job applications;

ii. Scheduling job interviews;

iii. Calling applicants to give them a job offer;

iv. Conducting new associate orientation, which includes ensuring that the associate filled out all forms in the new hire packet, entering required information into the Dollar Tree computer system, providing new associates with an Associate Handbook and sexual harassment brochure, filling out the New Hire Checklist, and telling associates Dollar Tree's meal and rest break policies;

v. Counseling, providing written and verbal discipline of store associates and assistant managers in accordance with Dollar Tree's polices;

vi. Communicating with District Managers and Human Resources representatives as necessary in relation to personnel decisions; and

vii. Using the computer system to access Dollar Tree's Human Resources functions including performance evaluations, hire documents, and termination documents.

g. Schedule and assign work to store personnel. Evaluate, motivate, counsel, develop, discipline and discharge sales associates appropriately. Maintain production reports to evaluate job performance of sales associates:

i. Preparing associate schedules according to Dollar Tree's requirements;

ii. Reviewing daily SUC reports showing use the of payroll hours;

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

iii. Using the COMPASS computer system to evaluate and prepare cashier schedules;

iv. Preparing written performance warnings according to Dollar Tree's polices;

v. Preparing performance evaluations according to Dollar Tree's policies;

vi. Communicating with District Manager and Human Resources representatives as necessary in relation to personnel decisions;

vii. Printing associate rosters; and

viii. Scheduling and assigning meal and rest breaks.

h. Provide leadership and direction to store personnel:

i. Preparing notes to assistant managers;

ii. Preparing assignment lists and three by five cards with associate assignments; and

iii. Meeting the delivery trucks and directing where merchandise should be placed on the sales floor and in the stock room.

i. Communicate company policies to sales associates. Ensure associates comply with company policies and procedures, including safety guidelines and human resources policies:

i. Training and orientation of store associates, which includes ensuring that the associate filled out all forms in the new hire packet, entering required information into the Dollar Tree computer system, providing new associates with an Associate Handbook and sexual harassment brochure, filling out the New Hire Checklist, and telling associates Dollar Tree's meal and rest break policies;

ii. Advising associates regarding the store's security procedures; and

iii. Instructing associates to follow rules and regulations regarding alcohol sales and food stamp/EBT requirements.

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

j. Analyze sales, expenses and profit, review reports, analyze competition, determine customer preferences, manages sales forecasts, meet sales and profit objectives and goals, determine product mix, determine most effective placement of product and ensure standards of merchandise presentation, displays and signage to maximize sales. Assist in developing promotions and advertisements as appropriate:

i. Reviewing reports of department sales, Top 200 SKUs and the Top 10 items sold;

ii. Using a PDT gun to order items in the store according to Dollar Tree's requirements;

iii. Ensuring store compliance with state regulations;

iv. Reviewing the Monthly Planner; and

v. Making appropriate assignments to keep shelves, end caps, displays, wow tables, and refrigerators/coolers clean and fully stocked.

k. Control inventory, supervise ordering, receiving, stocking and pricing of goods. Ensure goods are properly marked and mark downs are properly recorded:

i. Reviewing reports of department sales, Top 200 SKUs and the Top 10 items sold;

ii. Requesting cycle counts;

iii. Generating and using the online Order Book to determine inventory on hand, what merchandise to order, and to order merchandise;

iv. Ensuring proper security of the building and proper accounting for markdowns according to Dollar Tree's requirements;

v. Making appropriate assignments to keep shelves, end caps, displays, wow tables, and refrigerators/coolers clean and fully stocked; and

vi. Making decisions and assignments to put stock in "grab bags" or to mark down stock.

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

l. Responsible for overall cleanliness and appearance of store:

i. Assigning associates to mop, vacuum, clean windows, and clean restrooms;

ii. Training cashiers to keep their cash registers clean;

iii. Modifying window signage as appropriate; and

iv. Assigning individuals to retrieve shopping carts from the parking lot.

m. Ensure the highest level of customer service. Handle customer complaints and problems:

i. Keeping a friendly environment in the store, talking to and greeting customers.

n. Ensure accident reports and damage reports are completed in a timely and accurate manner:

i. Preparing reports on associate and/or customer injuries and accidents, explaining how an accident happened and why, including a claim and confirmation number; faxing the reports to the corporate office.

o. Complete management reports in a timely and accurate manner:

i. Printing out the order scorecard, department sales, pull and hold, and Top 200 SKUs reports and putting them in the Playbook and/or posting them in the store office;

ii. Preparing schedules according to Dollar Tree's requirements;

iii. Ordering merchandise according to Dollar Tree's requirements;

iv. Completing the Certification of Duties;

v. Completing cycle count reports;

vi. Using and accessing the Dollar Tree computer system to complete and access reports as necessary;

vii. Completing the Deposit Log of all store deposits;

viii. Completing the Safe Fund Log at change of safe "ownership" from one member of management to another at shift change;

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

ix. Reconciling selective Receiving Reports for DSD billing; and

x. Completing and submitting the Tax Exempt Log.

p. Ensure compliance with applicable laws and regulations:

i. Ensuring all licenses and permits are properly displayed;

ii. Ensuring the fire extinguisher is not outdated;

iii. Instructing associates to take meal and rest breaks;

iv. Instructing associates to accurately record their time;

v. Reviewing and approving time records and releasing timekeeping information to ensure proper payment of wages; and

vi. Ensuring all accidents are reported.

q. Communicate professionally and effectively with customers, subordinates and supervisors:

i. Talking to District Managers in person, by telephone, and by email;

ii. Reading and printing all emails from Dollar Tree Human Resources and higher-level management; and

iii. Walking the floor and talking to customers and associates.

6. All of the tasks listed above are very basic and require little or no complex thought; I completed each of them in accordance with Dollar Tree's specific requirements and instructions.

7. In addition to the duties listed above, Dollar Tree also requires its Store Managers to physically receive retail product by unloading trucks delivering merchandise from Dollar Tree Distribution Centers. Store Managers have to verify that the inventory received from the Distribution Center or a Direct Store Delivery service is consistent with store needs, orders placed or other delivery standards or protocols. Once merchandise is received, Store Managers are required to organize it in the stockroom and to physically place it on the shelves.

8. Store Managers also have to cashier. This task includes posting transaction voids for customer refunds and covering the register as needed.

9. Dollar Tree sets the price for all items; Store Managers have no authority to mark products down without express approval from Dollar Tree.

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

10. Store Managers are not permitted to decide how to stock merchandise throughout the store any way they like. Instead, they are required to adhere to the Merchandising Display Guidelines that Dollar Tree's Corporate management selects for the stores.

11. Dollar Tree Corporate routinely sends its Store Managers Merchandising Display Guidelines and Weekly Bulletins via email, which provide detailed instructions on where and how merchandise should be displayed throughout the store. To my knowledge, every California Dollar Tree Store Manager receives these Merchandising Display Guidelines and Weekly Bulletins.

12. The duties of Store Manager include unloading the trucks when they arrive with new shipments of products, counting the loads after they are removed from the trucks, carrying the loads to the stock room, and organizing them. Dollar Tree restricts the payroll hours that Store Managers are permitted to schedule to such a degree that they are required to personally unload shipments alongside the hourly employees who work at their stores.

13. The Store Manager job includes performing routine customer service. Specifically, Store Managers respond to customer questions, handle certain transactions that only management can carry out (such as voids), and cashier. On average, I spent about four to five hours each workday cashiering.

14. The duties of Store Manager also include maintaining the cleanliness of the store and, as such, Store Managers routinely clean up spills, vacuum, clean the bathroom, take trash to the dumpster outside the store and personally handle merchandise recovery.

15. Store Managers are also required to perform routine data entry on the computer and to complete paperwork using pre-fabricated forms prepared by Dollar Tree.

16. Store Managers do not have the authority to order the vast majority, if any, of the supplies for their stores.

17. Store Managers perform the same job tasks and duties on a week-to-week basis. They are rarely, if ever, allowed to deviate from the detailed policies and procedures that Dollar Tree publishes.

18. Store Managers do not have the authority to discipline the employees working at their stores. Before Store Managers can write up, suspend or terminate any employee, they are required

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL.: (510) 891-9800

to get approval from Dollar Tree Corporate.

19. I was rarely, if ever, able to take an uninterrupted meal period during a workday. When I did get a meal period, it was seldom a half hour or more, and I often did not get to take any meal periods during the first five hours of my shift. The vast majority of the rest breaks I took were on-duty and frequently interrupted by work duties like responding to inquiries from employees, Dollar Tree management and customers.

20. My typical workweek consisted of six days that varied in length from 10 to 11 hours. It was not rare for me to work seven days per week in order to accomplish all of the duties required of me as a Store Manager.

21. I was paid the same amount of fixed compensation regardless of how many hours I worked during each pay period, and there is no connection between the number of hours I worked and the amount of my salary.

22. I am glad that the Court certified this case as a class action so that I do not have to expend the time and energy that it could take to bring a case against Dollar Tree on my own. I would like this Court to expand the class definition to include Store Managers who worked for Dollar Tree in California through the conclusion of this case. I believe that nothing about the Store Manager position has changed since May 26, 2009, and that class treatment is no less appropriate now than it was then.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed this ____day of February 2010 in Redding, California.

WILLIAM CAREY

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

# EXHIBIT 25

Scott Edward Cole, Esq. (S.B. #160744)
Molly A. Kuehn, Esq. (S.B. #230763)
**SCOTT COLE & ASSOCIATES, APC**
1970 Broadway, Ninth Floor
Oakland, California 94612
Telephone: (510) 891-9800
Facsimile: (510) 891-7030
web: www.scalaw.com

Attorneys for Representative Plaintiffs
and the Plaintiff Class

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

MIGUEL A. CRUZ and JOHN D. HANSEN, individually, and on behalf of all others similarly situated,

Plaintiffs,

vs.

DOLLAR TREE STORES, INC.

Defendant.

**Case No.: C-07-02050 SC** (*Consolidated Action*)

**CLASS ACTION**

ROBERT RUNNINGS, individually, and on behalf of all others similarly situated,

Plaintiffs,

vs.

DOLLAR TREE STORES, INC.

Defendant.

**Case No.: C-07-4012 SC**

**CLASS ACTION**

**DECLARATION OF SPENCER COLEMAN**

I, Spencer Coleman, do hereby declare as follows:

1. My address is 7735 Texas Way, Fontana, California 92336. I have personal knowledge of the facts set forth in this declaration and could and would testify competently thereto.

2. I am employed by Dollar Tree Stores, Inc. (hereinafter "Dollar Tree") as a Store Manager from approximately June 2007 through the present. During that time I worked at the Dollar Tree stores located in Highland, Colton, and Barstow, California.

3.     When I was hired as a Store Manager I underwent a mandatory six-week training period at the Dollar Tree store in Highland. Thereafter I was assigned to work at the Dollar Tree store in Barstow, and I did not receive additional training after being transferred.

4.     It is my understanding that Store Managers are required to follow the same policies and procedures, as dictated by Dollar Tree, at every Dollar Tree store in California.

5.     I am familiar with Dollar Tree's Store Manger Position and Responsibilities. The Store Manager duties require completion of various tasks, including those set forth below.

    a.     <u>Supervision of Associates:</u>

        i.     Preparing associate work schedules by filling in data fields on the Kronos Timekeeping System;

        ii.     Posting associate schedules;

        iii.     Conducting new associate training and orientation by reviewing applicable rules and policies with associates and ensuring new associate paperwork is completed and entered into the computer;

        iv.     Preparing checklists of job assignments;

        v.     Walking the store using the Daily Tour Sheet;

        vi.     Communicating and interacting with associates and customers throughout the day;

        vii.     Assigning markdowns and checking to ensure they are properly completed based on Dollar Tree's polices;

        viii.     Keeping track of associate attendance; and

        ix.     Counting stockroom boxes or cartons to monitor and keep track of associate productivity.

    b.     <u>Oversee daily store activities, including opening and closing the store:</u>

        i.     Walking the store for general overview of store appearance using the Daily Tour Sheet;

        ii.     Checking all door seals and ensuring door seal numbers match the most recent entry on the Door Seal Log;

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

iii. Correcting any time and attendance issues from the previous day;

iv. Completing cycle-counts before opening, per Dollar Tree procedures;

v. Ensuring the store opens on time and closes on time;

vi. Preparing associate schedules according to Dollar Tree's requirements by filling in data fields on the Kronos Timekeeping System;

vii. Timely posting of associate schedules;

viii. Calling the store as necessary to ensure proper opening and closing;

ix. Ensuring there are no customers in the bathroom or back room prior to closing;

x. Counting money and ensuring the receipts were balanced;

xi. Taking the deposit to the bank;

xii. Unlocking and/or locking the store; and

xiii. Assigning cashiers to cash registers and giving them a till.

c. Ensure customer and associate safety:

i. Completing paperwork in connection with associate on-the-job injuries;

ii. Ensuring associates who are injured on the job received proper medical care;

iii. Ensuring workers are properly trained on state and federal safety laws by providing them with materials sent from Dollar Tree Corporate;

iv. Ensuring that merchandise is properly placed on shelves according to Dollar Tree's requirements;

v. Viewing store security tapes;

vi. Preparing or checking the preparation of the bank deposit;

vii. Taking the deposit to the bank; and

viii. Checking all door seals and ensuring the door seal numbers match the most recent entry on the Door Seal Log.

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

d. Protect all company assets including store cash, merchandise and equipment:

i. Ensuring doors are properly locked and secured;

ii. Ensuring the alarm systems are on;

iii. Ensuring markdowns are properly completed and completing markdown reports according to Dollar Tree's requirements;

iv. Viewing store security tapes;

v. Ensuring there are no customers in the bathroom or back room prior to closing;

vi. Counting money and ensuring the receipts are balanced;

vii. Interacting and communicating with upper management regarding asset protection issues;

viii. Ensuring merchandise is not brought into the break room; and

ix. Checking emails for cycle counts and ensuring cycle count reports are filled out.

e. Maintain proper sales, banking, inventory, accounting, productivity, payroll and time records:

i. Preparing or checking the preparation of the bank deposit;

ii. Taking the deposit to the bank;

iii. Ordering merchandise according to Dollar Tree's instructions;

iv. Monitoring and completing required company paperwork;

v. Using the Order Scorecard to determine what items to order;

vi. Monitoring associate attendance using the Kronos Timekeeping System;

vii. Correcting time records as necessary using the Kronos Timekeeping System;

viii. Reviewing reports of Department Sales, the Top 200 SKUs and the Top 10 selling items;

ix. Completing cycle-counts before opening; and

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

x. Conducting store walks by department.

f. Maintain adequate staffing of the store, recruit, interview, hire, employ and train sales associates. Train associates to properly use all equipment and technology as well as provide thorough merchandise display training:

i. Reviewing job applications;

ii. Scheduling job interviews;

iii. Calling applicants to give them a job offer;

iv. Conducting new associate orientation, which includes ensuring that the associate filled out all forms in the new hire packet, entering required information into the Dollar Tree computer system, providing new associates with an Associate Handbook and sexual harassment brochure, filling out the New Hire Checklist, and telling associates Dollar Tree's meal and rest break policies;

v. Counseling, providing written and verbal discipline of store associates and assistant managers in accordance with Dollar Tree's polices;

vi. Communicating with District Managers and Human Resources representatives as necessary in relation to personnel decisions; and

vii. Using the computer system to access Dollar Tree's Human Resources functions including performance evaluations, hire documents, and termination documents.

g. Schedule and assign work to store personnel. Evaluate, motivate, counsel, develop, discipline and discharge sales associates appropriately. Maintain production reports to evaluate job performance of sales associates:

i. Preparing associate schedules according to Dollar Tree's requirements;

ii. Reviewing daily SUC reports showing use the of payroll hours;

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

iii. Using the COMPASS computer system to evaluate and prepare cashier schedules;

iv. Preparing written performance warnings according to Dollar Tree's polices;

v. Preparing performance evaluations according to Dollar Tree's policies;

vi. Communicating with District Manager and Human Resources representatives as necessary in relation to personnel decisions;

vii. Printing associate rosters; and

viii. Scheduling and assigning meal and rest breaks.

h. Provide leadership and direction to store personnel:

i. Preparing notes to assistant managers;

ii. Preparing assignment lists and three by five cards with associate assignments; and

iii. Meeting the delivery trucks and directing where merchandise should be placed on the sales floor and in the stock room.

i. Communicate company policies to sales associates. Ensure associates comply with company policies and procedures, including safety guidelines and human resources policies:

i. Training and orientation of store associates, which includes ensuring that the associate filled out all forms in the new hire packet, entering required information into the Dollar Tree computer system, providing new associates with an Associate Handbook and sexual harassment brochure, filling out the New Hire Checklist, and telling associates Dollar Tree's meal and rest break policies;

ii. Advising associates regarding the store's security procedures; and

iii. Instructing associates to follow rules and regulations regarding alcohol sales and food stamp/EBT requirements.

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

j. Analyze sales, expenses and profit, review reports, analyze competition, determine customer preferences, manages sales forecasts, meet sales and profit objectives and goals, determine product mix, determine most effective placement of product and ensure standards of merchandise presentation, displays and signage to maximize sales. Assist in developing promotions and advertisements as appropriate:

i. Reviewing reports of department sales, Top 200 SKUs and the Top 10 items sold;

ii. Using a PDT gun to order items in the store according to Dollar Tree's requirements;

iii. Ensuring store compliance with state regulations;

iv. Reviewing the Monthly Planner; and

v. Making appropriate assignments to keep shelves, end caps, displays, wow tables, and refrigerators/coolers clean and fully stocked.

k. Control inventory, supervise ordering, receiving, stocking and pricing of goods. Ensure goods are properly marked and mark downs are properly recorded:

i. Reviewing reports of department sales, Top 200 SKUs and the Top 10 items sold;

ii. Requesting cycle counts;

iii. Generating and using the online Order Book to determine inventory on hand, what merchandise to order, and to order merchandise;

iv. Ensuring proper security of the building and proper accounting for markdowns according to Dollar Tree's requirements;

v. Making appropriate assignments to keep shelves, end caps, displays, wow tables, and refrigerators/coolers clean and fully stocked; and

vi. Making decisions and assignments to put stock in "grab bags" or to mark down stock.

l. Responsible for overall cleanliness and appearance of store:

i. Assigning associates to mop, vacuum, clean windows, and clean restrooms;

ii. Training cashiers to keep their cash registers clean;

iii. Modifying window signage as appropriate; and

iv. Assigning individuals to retrieve shopping carts from the parking lot.

m. Ensure the highest level of customer service. Handle customer complaints and problems:

i. Keeping a friendly environment in the store, talking to and greeting customers.

n. Ensure accident reports and damage reports are completed in a timely and accurate manner:

i. Preparing reports on associate and/or customer injuries and accidents, explaining how an accident happened and why, including a claim and confirmation number; faxing the reports to the corporate office.

o. Complete management reports in a timely and accurate manner:

i. Printing out the order scorecard, department sales, pull and hold, and Top 200 SKUs reports and putting them in the Playbook and/or posting them in the store office;

ii. Preparing schedules according to Dollar Tree's requirements;

iii. Ordering merchandise according to Dollar Tree's requirements;

iv. Completing the Certification of Duties;

v. Completing cycle count reports;

vi. Using and accessing the Dollar Tree computer system to complete and access reports as necessary;

vii. Completing the Deposit Log of all store deposits;

viii. Completing the Safe Fund Log at change of safe "ownership" from one member of management to another at shift change;

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

ix. Reconciling selective Receiving Reports for DSD billing; and

x. Completing and submitting the Tax Exempt Log.

p. Ensure compliance with applicable laws and regulations:

i. Ensuring all licenses and permits are properly displayed;

ii. Ensuring the fire extinguisher is not outdated;

iii. Instructing associates to take meal and rest breaks;

iv. Instructing associates to accurately record their time;

v. Reviewing and approving time records and releasing timekeeping information to ensure proper payment of wages; and

vi. Ensuring all accidents are reported.

q. Communicate professionally and effectively with customers, subordinates and supervisors:

i. Talking to District Managers in person, by telephone, and by email;

ii. Reading and printing all emails from Dollar Tree Human Resources and higher-level management; and

iii. Walking the floor and talking to customers and associates.

6. All of the tasks listed above are very basic and require little or no complex thought; I complete each of them in accordance with Dollar Tree's specific requirements and instructions.

7. In addition to the duties listed above, Dollar Tree also requires its Store Managers to physically receive retail product by unloading trucks delivering merchandise from Dollar Tree Distribution Centers. Store Managers have to verify that the inventory received from the Distribution Center or a Direct Store Delivery service is consistent with store needs, orders placed or other delivery standards or protocols. Once merchandise is received, Store Managers are required to organize it in the stockroom and to physically place it on the shelves.

8. Store Managers also have to cashier. This task includes posting transaction voids for customer refunds and covering the register as needed.

9. Dollar Tree sets the price for all items; Store Managers have no authority to mark products down without express approval from Dollar Tree.

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

10. Store Managers are not permitted to decide how to stock merchandise throughout the store any way they like. Instead, they are required to adhere to the Merchandising Display Guidelines that Dollar Tree's Corporate management selects for the stores.

11. Dollar Tree Corporate routinely sends its Store Managers Merchandising Display Guidelines and Weekly Bulletins via email, which provide detailed instructions on where and how merchandise should be displayed throughout the store. To my knowledge, every California Dollar Tree Store Manager receives these Merchandising Display Guidelines and Weekly Bulletins.

12. The duties of Store Manager include unloading the trucks when they arrive with new shipments of products, counting the loads after they are removed from the trucks, carrying the loads to the stock room, and organizing them. Dollar Tree restricts the payroll hours that Store Managers are permitted to schedule to such a degree that they are required to personally unload shipments alongside the hourly employees who work at their stores.

13. The Store Manager job includes performing routine customer service. Specifically, Store Managers respond to customer questions, handle certain transactions that only management can carry out (such as voids), and cashier. On average, I spend about eight to ten hours each workday cashiering.

14. The duties of Store Manager also include maintaining the cleanliness of the store and, as such, Store Managers routinely clean up spills, vacuum, clean the bathroom, take trash to the dumpster outside the store and personally handle merchandise recovery.

15. Store Managers are also required to perform routine data entry on the computer and to complete paperwork using pre-fabricated forms prepared by Dollar Tree.

16. Store Managers do not have the authority to order the vast majority, if any, of the supplies for their stores.

17. Store Managers perform the same job tasks and duties on a week-to-week basis. They are rarely, if ever, allowed to deviate from the detailed policies and procedures that Dollar Tree publishes.

18. Store Managers do not have the authority to discipline the employees working at their stores. Before Store Managers can write up, suspend or terminate any employee, they are required

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

to get approval from Dollar Tree Corporate.

19. I am rarely, if ever, able to take an uninterrupted meal period during a workday. When I do get a meal period, it is seldom a half hour or more, and I often do not get to take any meal periods during the first five hours of my shift. The vast majority of the rest breaks I take are on-duty and frequently interrupted by work duties like responding to inquiries from employees, Dollar Tree management and customers.

20. My typical workweek consists of six days that vary in length from 9 to 10 hours. It is not rare for me to work seven days per week in order to accomplish all of the duties required of me as a Store Manager.

21. I am paid the same amount of fixed compensation regardless of how many hours I work during each pay period, and there is no connection between the number of hours I work and the amount of my salary.

22. I am glad that the Court certified this case as a class action so that I do not have to expend the time and energy that it could take to bring a case against Dollar Tree on my own. I would like this Court to expand the class definition to include Store Managers who worked for Dollar Tree in California through the conclusion of this case. I believe that nothing about the Store Manager position has changed since May 26, 2009, and that class treatment is no less appropriate now than it was then.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 12 day of January 2010 in Fontana, California.

SPENCER COLEMAN

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

# EXHIBIT 26

Scott Edward Cole, Esq. (S.B. #160744)
Molly A. Kuehn, Esq. (S.B. #230763)
**SCOTT COLE & ASSOCIATES, APC**
1970 Broadway, Ninth Floor
Oakland, California 94612
Telephone: (510) 891-9800
Facsimile: (510) 891-7030
web: www.scalaw.com

Attorneys for Representative Plaintiffs
and the Plaintiff Class

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

MIGUEL A. CRUZ and JOHN D. HANSEN, individually, and on behalf of all others similarly situated,

Plaintiffs,

vs.

DOLLAR TREE STORES, INC.

Defendant.

**Case No.: C-07-02050 SC** (*Consolidated Action*)

**CLASS ACTION**

ROBERT RUNNINGS, individually, and on behalf of all others similarly situated,

Plaintiffs,

vs.

DOLLAR TREE STORES, INC.

Defendant.

**Case No.: C-07-4012 SC**

**CLASS ACTION**

**DECLARATION OF ALBERT CONTRERAS**

I, Albert Contreras, do hereby declare as follows:

1. My address is 1490 Almond Court, Lemoore, California 93245. I have personal knowledge of the facts set forth in this declaration and could and would testify competently thereto.

2. I was employed by Dollar Tree Stores, Inc. (hereinafter "Dollar Tree") as a Store Manager from approximately March 2003 through approximately July 2006. During that time I worked at the Dollar Tree stores located in Lemoore and Fresno, California.

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

3. When I was hired as a Store Manager I underwent a mandatory eight-week training period at the Dollar Tree store in Fresno. Thereafter I was assigned to work at the Dollar Tree store in Lemoore, and I did not receive additional training after being transferred.

4. It is my understanding that Store Managers are required to follow the same policies and procedures, as dictated by Dollar Tree, at every Dollar Tree store in California.

5. I am familiar with Dollar Tree's Store Manger Position and Responsibilities. The Store Manager duties require completion of various tasks, including those set forth below.

a. Supervision of Associates:

i. Posting associate schedules;

ii. Conducting new associate training and orientation by reviewing applicable rules and policies with associates and ensuring new associate paperwork is completed and entered into the computer;

iii. Preparing checklists of job assignments;

iv. Walking the store using the Daily Tour Sheet;

v. Communicating and interacting with associates and customers throughout the day;

vi. Assigning markdowns and checking to ensure they are properly completed based on Dollar Tree's polices;

vii. Keeping track of associate attendance; and

viii. Counting stockroom boxes or cartons to monitor and keep track of associate productivity.

b. Oversee daily store activities, including opening and closing the store:

i. Walking the store for general overview of store appearance using the Daily Tour Sheet;

ii. Correcting any time and attendance issues from the previous day;

iii. Completing cycle-counts before opening, per Dollar Tree procedures;

iv. Ensuring the store opens on time and closes on time;

v. Timely posting of associate schedules;

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

vi. Ensuring there are no customers in the bathroom or back room prior to closing;

vii. Counting money and ensuring the receipts were balanced;

viii. Taking the deposit to the bank;

ix. Unlocking and/or locking the store; and

x. Assigning cashiers to cash registers and giving them a till.

c. Ensure customer and associate safety:

i. Completing paperwork in connection with associate on-the-job injuries;

ii. Ensuring associates who are injured on the job received proper medical care;

iii. Ensuring workers are properly trained on state and federal safety laws by providing them with materials sent from Dollar Tree Corporate;

iv. Ensuring that merchandise is properly placed on shelves according to Dollar Tree's requirements;

v. Preparing or checking the preparation of the bank deposit; and

vi. Taking the deposit to the bank.

d. Protect all company assets including store cash, merchandise and equipment:

i. Ensuring doors are properly locked and secured;

ii. Ensuring the alarm systems are on;

iii. Ensuring markdowns are properly completed and completing markdown reports according to Dollar Tree's requirements;

iv. Ensuring there are no customers in the bathroom or back room prior to closing;

v. Counting money and ensuring the receipts are balanced;

vi. Ensuring merchandise is not brought into the break room; and

vii. Checking emails for cycle counts and ensuring cycle count reports are filled out.

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

e. Maintain proper sales, banking, inventory, accounting, productivity, payroll and time records:

i. Preparing or checking the preparation of the bank deposit;

ii. Taking the deposit to the bank;

iii. Ordering merchandise according to Dollar Tree's instructions;

iv. Monitoring and completing required company paperwork;

v. Using the Order Scorecard to determine what items to order;

vi. Completing cycle-counts before opening; and

vii. Conducting store walks by department.

f. Maintain adequate staffing of the store, recruit, interview, hire, employ and train sales associates. Train associates to properly use all equipment and technology as well as provide thorough merchandise display training:

i. Reviewing job applications;

ii. Scheduling job interviews;

iii. Calling applicants to give them a job offer;

iv. Conducting new associate orientation, which includes ensuring that the associate filled out all forms in the new hire packet, entering required information into the Dollar Tree computer system, providing new associates with an Associate Handbook and sexual harassment brochure, filling out the New Hire Checklist, and telling associates Dollar Tree's meal and rest break policies;

v. Counseling, providing written and verbal discipline of store associates and assistant managers in accordance with Dollar Tree's polices;

vi. Communicating with District Managers and Human Resources representatives as necessary in relation to personnel decisions; and

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

vii. Using the computer system to access Dollar Tree's Human Resources functions including performance evaluations, hire documents, and termination documents.

g. Schedule and assign work to store personnel. Evaluate, motivate, counsel, develop, discipline and discharge sales associates appropriately. Maintain production reports to evaluate job performance of sales associates:

i. Preparing associate schedules according to Dollar Tree's requirements;

ii. Preparing written performance warnings according to Dollar Tree's polices;

iii. Preparing performance evaluations according to Dollar Tree's policies; and

iv. Communicating with District Manager and Human Resources representatives as necessary in relation to personnel decisions.

h. Provide leadership and direction to store personnel:

i. Preparing notes to assistant managers; and

ii. Meeting the delivery trucks and directing where merchandise should be placed on the sales floor and in the stock room.

i. Communicate company policies to sales associates. Ensure associates comply with company policies and procedures, including safety guidelines and human resources policies:

i. Training and orientation of store associates, which includes ensuring that the associate filled out all forms in the new hire packet, entering required information into the Dollar Tree computer system, providing new associates with an Associate Handbook and sexual harassment brochure, filling out the New Hire Checklist, and telling associates Dollar Tree's meal and rest break policies; and

ii. Advising associates regarding the store's security procedures;

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

j. Analyze sales, expenses and profit, review reports, analyze competition, determine customer preferences, manages sales forecasts, meet sales and profit objectives and goals, determine product mix, determine most effective placement of product and ensure standards of merchandise presentation, displays and signage to maximize sales. Assist in developing promotions and advertisements as appropriate:

i. Using a PDT gun to order items in the store according to Dollar Tree's requirements;

ii. Ensuring store compliance with state regulations;

iii. Reviewing the Monthly Planner; and

iv. Making appropriate assignments to keep shelves, end caps, displays, wow tables, and refrigerators/coolers clean and fully stocked.

k. Control inventory, supervise ordering, receiving, stocking and pricing of goods. Ensure goods are properly marked and mark downs are properly recorded:

i. Requesting cycle counts;

ii. Generating and using the online Order Book to determine inventory on hand, what merchandise to order, and to order merchandise;

iii. Ensuring proper security of the building and proper accounting for markdowns according to Dollar Tree's requirements;

iv. Making appropriate assignments to keep shelves, end caps, displays, wow tables, and refrigerators/coolers clean and fully stocked; and

v. Making decisions and assignments to put stock in "grab bags" or to mark down stock.

l. Responsible for overall cleanliness and appearance of store:

i. Assigning associates to mop, vacuum, clean windows, and clean restrooms;

ii. Training cashiers to keep their cash registers clean;

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

iii. Modifying window signage as appropriate; and

iv. Assigning individuals to retrieve shopping carts from the parking lot.

m. Ensure the highest level of customer service. Handle customer complaints and problems:

i. Keeping a friendly environment in the store, talking to and greeting customers.

n. Ensure accident reports and damage reports are completed in a timely and accurate manner:

i. Preparing reports on associate and/or customer injuries and accidents, explaining how an accident happened and why, including a claim and confirmation number; faxing the reports to the corporate office.

o. Complete management reports in a timely and accurate manner:

i. Preparing schedules according to Dollar Tree's requirements;

ii. Ordering merchandise according to Dollar Tree's requirements;

iii. Completing the Certification of Duties;

iv. Completing cycle count reports;

v. Using and accessing the Dollar Tree computer system to complete and access reports as necessary;

vi. Completing the Deposit Log of all store deposits;

vii. Completing the Safe Fund Log at change of safe "ownership" from one member of management to another at shift change;

viii. Reconciling selective Receiving Reports for DSD billing; and

p. Ensure compliance with applicable laws and regulations:

i. Ensuring all licenses and permits are properly displayed;

ii. Ensuring the fire extinguisher is not outdated;

iii. Instructing associates to take meal and rest breaks;

iv. Instructing associates to accurately record their time;

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

v. Reviewing and approving time records and releasing timekeeping information to ensure proper payment of wages; and

vi. Ensuring all accidents are reported.

q. <u>Communicate professionally and effectively with customers, subordinates and supervisors:</u>

i. Talking to District Managers in person, by telephone, and by email;

ii. Reading and printing all emails from Dollar Tree Human Resources and higher-level management; and

iii. Walking the floor and talking to customers and associates.

6. All of the tasks listed above are very basic and require little or no complex thought; I completed each of them in accordance with Dollar Tree's specific requirements and instructions.

7. In addition to the duties listed above, Dollar Tree also requires its Store Managers to physically receive retail product by unloading trucks delivering merchandise from Dollar Tree Distribution Centers. Store Managers have to verify that the inventory received from the Distribution Center or a Direct Store Delivery service is consistent with store needs, orders placed or other delivery standards or protocols. Once merchandise is received, Store Managers are required to organize it in the stockroom and to physically place it on the shelves.

8. Store Managers also have to cashier. This task includes posting transaction voids for customer refunds and covering the register as needed.

9. Dollar Tree sets the price for all items; Store Managers have no authority to mark products down without express approval from Dollar Tree.

10. Store Managers are not permitted to decide how to stock merchandise throughout the store any way they like. Instead, they are required to adhere to the Merchandising Display Guidelines that Dollar Tree's Corporate management selects for the stores.

11. Dollar Tree Corporate routinely sends its Store Managers Merchandising Display Guidelines and Weekly Bulletins via email, which provide detailed instructions on where and how merchandise should be displayed throughout the store. To my knowledge, every California Dollar Tree Store Manager receives these Merchandising Display Guidelines and Weekly Bulletins.

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

12. The duties of Store Manager include unloading the trucks when they arrive with new shipments of products, counting the loads after they are removed from the trucks, carrying the loads to the stock room, and organizing them. Dollar Tree restricts the payroll hours that Store Managers are permitted to schedule to such a degree that they are required to personally unload shipments alongside the hourly employees who work at their stores.

13. The Store Manager job includes performing routine customer service. Specifically, Store Managers respond to customer questions, handle certain transactions that only management can carry out (such as voids), and cashier. On average, I spent about five to six hours each workday cashiering.

14. The duties of Store Manager also include maintaining the cleanliness of the store and, as such, Store Managers routinely clean up spills, vacuum, clean the bathroom, take trash to the dumpster outside the store and personally handle merchandise recovery.

15. Store Managers are also required to perform routine data entry on the computer and to complete paperwork using pre-fabricated forms prepared by Dollar Tree.

16. Store Managers do not have the authority to order the vast majority, if any, of the supplies for their stores.

17. Store Managers perform the same job tasks and duties on a week-to-week basis. They are rarely, if ever, allowed to deviate from the detailed policies and procedures that Dollar Tree publishes.

18. Store Managers do not have the authority to discipline the employees working at their stores. Before Store Managers can write up, suspend or terminate any employee, they are required to get approval from Dollar Tree Corporate.

19. I was rarely, if ever, able to take an uninterrupted meal period during a workday. When I did get a meal period, it was seldom a half hour or more, and I often did not get to take any meal periods during the first five hours of my shift. The vast majority of the rest breaks I took were on-duty and frequently interrupted by work duties like responding to inquiries from employees, Dollar Tree management and customers.

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

20. My typical workweek consisted of six days that lasted for about 9 hours each workday.

21. I was paid the same amount of fixed compensation regardless of how many hours I worked during each pay period, and there is no connection between the number of hours I worked and the amount of my salary.

22. I am glad that the Court certified this case as a class action so that I do not have to expend the time and energy that it could take to bring a case against Dollar Tree on my own. I would like this Court to expand the class definition to include Store Managers who worked for Dollar Tree in California through the conclusion of this case. I believe that nothing about the Store Manager position has changed since May 26, 2009, and that class treatment is no less appropriate now than it was then.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 14 day of January 2010 in Leemore, California.

ALBERT CONTRERAS

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

# EXHIBIT 27

Scott Edward Cole, Esq. (S.B. #160744)
Molly A. Kuehn, Esq. (S.B. #230763)
**SCOTT COLE & ASSOCIATES, APC**
1970 Broadway, Ninth Floor
Oakland, California 94612
Telephone: (510) 891-9800
Facsimile: (510) 891-7030
web: www.scalaw.com

Attorneys for Representative Plaintiffs
and the Plaintiff Class

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

MIGUEL A. CRUZ and JOHN D. HANSEN, individually, and on behalf of all others similarly situated,

Plaintiffs,

vs.

DOLLAR TREE STORES, INC.

Defendant.

**Case No.: C-07-02050 SC** (*Consolidated Action*)

**CLASS ACTION**

---

ROBERT RUNNINGS, individually, and on behalf of all others similarly situated,

Plaintiffs,

vs.

DOLLAR TREE STORES, INC.

Defendant.

**Case No.: C-07-4012 SC**

**CLASS ACTION**

**DECLARATION OF BERNADETTE CORDON**

I, Bernadette Cordon, do hereby declare as follows:

1. My address is 6485 Gertrude Avenue, Winton, California 95388. I have personal knowledge of the facts set forth in this declaration and could and would testify competently thereto.

2. I am employed by Dollar Tree Stores, Inc. (hereinafter "Dollar Tree") as a Store Manager from approximately July 2004 through the present. During that time I worked at the Dollar Tree stores located in Fresno, Modesto, Ceres, Merced and Turlock, California.

3. When I was hired as a Store Manager I underwent a mandatory eight-week training period at the Dollar Tree store in Fresno. Thereafter I was assigned to work at the Dollar Tree store in Modesto, and I did not receive additional training after being transferred.

4. It is my understanding that Store Managers are required to follow the same policies and procedures, as dictated by Dollar Tree, at every Dollar Tree store in California.

5. I am familiar with Dollar Tree's Store Manger Position and Responsibilities. The Store Manager duties require completion of various tasks, including those set forth below.

a. <u>Supervision of Associates:</u>

i. Preparing associate work schedules by filling in data fields on the Kronos Timekeeping System;

ii. Posting associate schedules;

iii. Conducting new associate training and orientation by reviewing applicable rules and policies with associates and ensuring new associate paperwork is completed and entered into the computer;

iv. Preparing checklists of job assignments;

v. Walking the store using the Daily Tour Sheet;

vi. Communicating and interacting with associates and customers throughout the day;

vii. Assigning markdowns and checking to ensure they are properly completed based on Dollar Tree's polices;

viii. Keeping track of associate attendance; and

ix. Counting stockroom boxes or cartons to monitor and keep track of associate productivity.

b. <u>Oversee daily store activities, including opening and closing the store:</u>

i. Walking the store for general overview of store appearance using the Daily Tour Sheet;

ii. Checking all door seals and ensuring door seal numbers match the most recent entry on the Door Seal Log;

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

iii. Correcting any time and attendance issues from the previous day;

iv. Completing cycle-counts before opening, per Dollar Tree procedures;

v. Ensuring the store opens on time and closes on time;

vi. Preparing associate schedules according to Dollar Tree's requirements by filling in data fields on the Kronos Timekeeping System;

vii. Timely posting of associate schedules;

viii. Calling the store as necessary to ensure proper opening and closing;

ix. Counting money and ensuring the receipts were balanced;

x. Taking the deposit to the bank;

xi. Unlocking and/or locking the store; and

xii. Assigning cashiers to cash registers and giving them a till.

c. Ensure customer and associate safety:

i. Completing paperwork in connection with associate on-the-job injuries;

ii. Ensuring associates who are injured on the job received proper medical care;

iii. Ensuring workers are properly trained on state and federal safety laws by providing them with materials sent from Dollar Tree Corporate;

iv. Ensuring that merchandise is properly placed on shelves according to Dollar Tree's requirements;

v. Viewing store security tapes;

vi. Preparing or checking the preparation of the bank deposit;

vii. Taking the deposit to the bank; and

viii. Checking all door seals and ensuring the door seal numbers match the most recent entry on the Door Seal Log.

d. Protect all company assets including store cash, merchandise and equipment:

i. Ensuring doors are properly locked and secured;

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

ii. Ensuring the alarm systems are on;

iii. Ensuring markdowns are properly completed and completing markdown reports according to Dollar Tree's requirements;

iv. Viewing store security tapes;

v. Counting money and ensuring the receipts are balanced;

vi. Interacting and communicating with upper management regarding asset protection issues;

vii. Ensuring merchandise is not brought into the break room; and

viii. Checking emails for cycle counts and ensuring cycle count reports are filled out.

e. Maintain proper sales, banking, inventory, accounting, productivity, payroll and time records:

i. Preparing or checking the preparation of the bank deposit;

ii. Taking the deposit to the bank;

iii. Ordering merchandise according to Dollar Tree's instructions;

iv. Monitoring and completing required company paperwork;

v. Using the Order Scorecard to determine what items to order;

vi. Monitoring associate attendance using the Kronos Timekeeping System;

vii. Correcting time records as necessary using the Kronos Timekeeping System;

viii. Reviewing reports of Department Sales, the Top 200 SKUs and the Top 10 selling items;

ix. Completing cycle-counts before opening; and

x. Conducting store walks by department.

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

f. Maintain adequate staffing of the store, recruit, interview, hire, employ and train sales associates. Train associates to properly use all equipment and technology as well as provide thorough merchandise display training:

i. Reviewing job applications;

ii. Scheduling job interviews;

iii. Calling applicants to give them a job offer;

iv. Conducting new associate orientation, which includes ensuring that the associate filled out all forms in the new hire packet, entering required information into the Dollar Tree computer system, providing new associates with an Associate Handbook and sexual harassment brochure, filling out the New Hire Checklist, and telling associates Dollar Tree's meal and rest break policies;

v. Counseling, providing written and verbal discipline of store associates and assistant managers in accordance with Dollar Tree's polices;

vi. Communicating with District Managers and Human Resources representatives as necessary in relation to personnel decisions; and

vii. Using the computer system to access Dollar Tree's Human Resources functions including performance evaluations, hire documents, and termination documents.

g. Schedule and assign work to store personnel. Evaluate, motivate, counsel, develop, discipline and discharge sales associates appropriately. Maintain production reports to evaluate job performance of sales associates:

i. Preparing associate schedules according to Dollar Tree's requirements;

ii. Reviewing daily SUC reports showing use the of payroll hours;

iii. Using the COMPASS computer system to evaluate and prepare cashier schedules;

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

iv. Preparing written performance warnings according to Dollar Tree's polices;

v. Preparing performance evaluations according to Dollar Tree's policies;

vi. Communicating with District Manager and Human Resources representatives as necessary in relation to personnel decisions;

vii. Printing associate rosters; and

viii. Scheduling and assigning meal and rest breaks.

h. Provide leadership and direction to store personnel:

i. Preparing notes to assistant managers;

ii. Preparing assignment lists and three by five cards with associate assignments; and

iii. Meeting the delivery trucks and directing where merchandise should be placed on the sales floor and in the stock room.

i. Communicate company policies to sales associates. Ensure associates comply with company policies and procedures, including safety guidelines and human resources policies:

i. Training and orientation of store associates, which includes ensuring that the associate filled out all forms in the new hire packet, entering required information into the Dollar Tree computer system, providing new associates with an Associate Handbook and sexual harassment brochure, filling out the New Hire Checklist, and telling associates Dollar Tree's meal and rest break policies;

ii. Advising associates regarding the store's security procedures; and

iii. Instructing associates to follow rules and regulations regarding alcohol sales and food stamp/EBT requirements.

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

j. Analyze sales, expenses and profit, review reports, analyze competition, determine customer preferences, manages sales forecasts, meet sales and profit objectives and goals, determine product mix, determine most effective placement of product and ensure standards of merchandise presentation, displays and signage to maximize sales. Assist in developing promotions and advertisements as appropriate:

i. Reviewing reports of department sales, Top 200 SKUs and the Top 10 items sold;

ii. Using a PDT gun to order items in the store according to Dollar Tree's requirements;

iii. Ensuring store compliance with state regulations;

iv. Reviewing the Monthly Planner; and

v. Making appropriate assignments to keep shelves, end caps, displays, wow tables, and refrigerators/coolers clean and fully stocked.

k. Control inventory, supervise ordering, receiving, stocking and pricing of goods. Ensure goods are properly marked and mark downs are properly recorded:

i. Reviewing reports of department sales, Top 200 SKUs and the Top 10 items sold;

ii. Requesting cycle counts;

iii. Generating and using the online Order Book to determine inventory on hand, what merchandise to order, and to order merchandise;

iv. Ensuring proper security of the building and proper accounting for markdowns according to Dollar Tree's requirements;

v. Making appropriate assignments to keep shelves, end caps, displays, wow tables, and refrigerators/coolers clean and fully stocked; and

vi. Making decisions and assignments to put stock in "grab bags" or to mark down stock.

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

l. Responsible for overall cleanliness and appearance of store:

i. Assigning associates to mop, vacuum, clean windows, and clean restrooms;

ii. Training cashiers to keep their cash registers clean;

iii. Modifying window signage as appropriate; and

iv. Assigning individuals to retrieve shopping carts from the parking lot.

m. Ensure the highest level of customer service. Handle customer complaints and problems:

i. Keeping a friendly environment in the store, talking to and greeting customers.

n. Ensure accident reports and damage reports are completed in a timely and accurate manner:

i. Preparing reports on associate and/or customer injuries and accidents, explaining how an accident happened and why, including a claim and confirmation number; faxing the reports to the corporate office.

o. Complete management reports in a timely and accurate manner:

i. Printing out the order scorecard, department sales, pull and hold, and Top 200 SKUs reports and putting them in the Playbook and/or posting them in the store office;

ii. Preparing schedules according to Dollar Tree's requirements;

iii. Ordering merchandise according to Dollar Tree's requirements;

iv. Completing the Certification of Duties;

v. Completing cycle count reports;

vi. Using and accessing the Dollar Tree computer system to complete and access reports as necessary;

vii. Completing the Deposit Log of all store deposits;

viii. Completing the Safe Fund Log at change of safe "ownership" from one member of management to another at shift change;

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

ix. Reconciling selective Receiving Reports for DSD billing; and

x. Completing and submitting the Tax Exempt Log.

p. Ensure compliance with applicable laws and regulations:

i. Ensuring all licenses and permits are properly displayed;

ii. Ensuring the fire extinguisher is not outdated;

iii. Instructing associates to take meal and rest breaks;

iv. Instructing associates to accurately record their time;

v. Reviewing and approving time records and releasing timekeeping information to ensure proper payment of wages; and

vi. Ensuring all accidents are reported.

q. Communicate professionally and effectively with customers, subordinates and supervisors:

i. Talking to District Managers in person, by telephone, and by email;

ii. Reading and printing all emails from Dollar Tree Human Resources and higher-level management; and

iii. Walking the floor and talking to customers and associates.

6. All of the tasks listed above are very basic and require little or no complex thought; I complete each of them in accordance with Dollar Tree's specific requirements and instructions.

7. In addition to the duties listed above, Dollar Tree also requires its Store Managers to physically receive retail product by unloading trucks delivering merchandise from Dollar Tree Distribution Centers. Store Managers have to verify that the inventory received from the Distribution Center or a Direct Store Delivery service is consistent with store needs, orders placed or other delivery standards or protocols. Once merchandise is received, Store Managers are required to organize it in the stockroom and to physically place it on the shelves.

8. Store Managers also have to cashier. This task includes posting transaction voids for customer refunds and covering the register as needed.

9. Dollar Tree sets the price for all items; Store Managers have no authority to mark products down without express approval from Dollar Tree.

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

10. Store Managers are not permitted to decide how to stock merchandise throughout the store any way they like. Instead, they are required to adhere to the Merchandising Display Guidelines that Dollar Tree's Corporate management selects for the stores.

11. Dollar Tree Corporate routinely sends its Store Managers Merchandising Display Guidelines and Weekly Bulletins via email, which provide detailed instructions on where and how merchandise should be displayed throughout the store. To my knowledge, every California Dollar Tree Store Manager receives these Merchandising Display Guidelines and Weekly Bulletins.

12. The duties of Store Manager include unloading the trucks when they arrive with new shipments of products, counting the loads after they are removed from the trucks, carrying the loads to the stock room, and organizing them. Dollar Tree restricts the payroll hours that Store Managers are permitted to schedule to such a degree that they are required to personally unload shipments alongside the hourly employees who work at their stores.

13. The Store Manager job includes performing routine customer service. Specifically, Store Managers respond to customer questions, handle certain transactions that only management can carry out (such as voids), and cashier. On average, I spend about three to four hours each workday cashiering.

14. The duties of Store Manager also include maintaining the cleanliness of the store and, as such, Store Managers routinely clean up spills, vacuum, clean the bathroom, take trash to the dumpster outside the store and personally handle merchandise recovery.

15. Store Managers are also required to perform routine data entry on the computer and to complete paperwork using pre-fabricated forms prepared by Dollar Tree.

16. Store Managers do not have the authority to order the vast majority, if any, of the supplies for their stores.

17. Store Managers perform the same job tasks and duties on a week-to-week basis. They are rarely, if ever, allowed to deviate from the detailed policies and procedures that Dollar Tree publishes.

18. Store Managers do not have the authority to discipline the employees working at their stores. Before Store Managers can write up, suspend or terminate any employee, they are required

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

to get approval from Dollar Tree Corporate.

19. I am rarely, if ever, able to take an uninterrupted meal period during a workday. When I do get a meal period, it is seldom a half hour or more, and I often do not get to take any meal periods during the first five hours of my shift. The vast majority of the rest breaks I take are on-duty and frequently interrupted by work duties like responding to inquiries from employees, Dollar Tree management and customers.

20. My typical workweek consists of six days that vary in length from 10 to 11 hours. It is not rare for me to work seven days per week in order to accomplish all of the duties required of me as a Store Manager.

21. I am paid the same amount of fixed compensation regardless of how many hours I work during each pay period, and there is no connection between the number of hours I work and the amount of my salary.

22. I am glad that the Court certified this case as a class action so that I do not have to expend the time and energy that it could take to bring a case against Dollar Tree on my own. I would like this Court to expand the class definition to include Store Managers who worked for Dollar Tree in California through the conclusion of this case. I believe that nothing about the Store Manager position has changed since May 26, 2009, and that class treatment is no less appropriate now than it was then.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 31 day of January 2010 in Winton, California.

BERNADETTE CORDON

1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

# EXHIBIT 28

Scott Edward Cole, Esq. (S.B. #160744)
Molly A. Kuehn, Esq. (S.B. #230763)
**SCOTT COLE & ASSOCIATES, APC**
1970 Broadway, Ninth Floor
Oakland, California 94612
Telephone: (510) 891-9800
Facsimile: (510) 891-7030
web: www.scalaw.com

Attorneys for Representative Plaintiffs
and the Plaintiff Class

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

MIGUEL A. CRUZ and JOHN D. HANSEN, individually, and on behalf of all others similarly situated,

Plaintiffs,

vs.

DOLLAR TREE STORES, INC.

Defendant.

**Case No.: C-07-02050 SC** (*Consolidated Action*)

**<u>CLASS ACTION</u>**

ROBERT RUNNINGS, individually, and on behalf of all others similarly situated,

Plaintiffs,

vs.

DOLLAR TREE STORES, INC.

Defendant.

**Case No.: C-07-4012 SC**

**<u>CLASS ACTION</u>**

**DECLARATION OF NICHOLAS COY**

I, Nicholas Coy, do hereby declare as follows:

1. My address is 1136 West Langley Avenue, Ridgecrest, California 93555. I have personal knowledge of the facts set forth in this declaration and could and would testify competently thereto.

2. I was employed by Dollar Tree Stores, Inc. (hereinafter "Dollar Tree") as a Store Manager from approximately April 2005 through approximately November 2008. During that time

I worked at the Dollar Tree stores located in Bakersfield and Ridgecrest, California.

3. When I was hired as a Store Manager I underwent a mandatory eight-week training period at the Dollar Tree store in Bakersfield. Thereafter I was assigned to work at the Dollar Tree store in Ridgecrest, and I did not receive additional training after being transferred.

4. It is my understanding that Store Managers are required to follow the same policies and procedures, as dictated by Dollar Tree, at every Dollar Tree store in California.

5. I am familiar with Dollar Tree's Store Manger Position and Responsibilities. The Store Manager duties require completion of various tasks, including those set forth below.

a. Supervision of Associates:

i. Preparing associate work schedules by filling in data fields on the Kronos Timekeeping System;

ii. Posting associate schedules;

iii. Conducting new associate training and orientation by reviewing applicable rules and policies with associates and ensuring new associate paperwork is completed and entered into the computer;

iv. Preparing checklists of job assignments;

v. Walking the store using the Daily Tour Sheet;

vi. Communicating and interacting with associates and customers throughout the day;

vii. Assigning markdowns and checking to ensure they are properly completed based on Dollar Tree's polices;

viii. Keeping track of associate attendance; and

ix. Counting stockroom boxes or cartons to monitor and keep track of associate productivity.

b. Oversee daily store activities, including opening and closing the store:

i. Walking the store for general overview of store appearance using the Daily Tour Sheet;

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

ii. Checking all door seals and ensuring door seal numbers match the most recent entry on the Door Seal Log;

iii. Correcting any time and attendance issues from the previous day;

iv. Completing cycle-counts before opening, per Dollar Tree procedures;

v. Ensuring the store opens on time and closes on time;

vi. Preparing associate schedules according to Dollar Tree's requirements by filling in data fields on the Kronos Timekeeping System;

vii. Timely posting of associate schedules;

viii. Calling the store as necessary to ensure proper opening and closing;

ix. Ensuring there are no customers in the bathroom or back room prior to closing;

x. Counting money and ensuring the receipts were balanced;

xi. Taking the deposit to the bank;

xii. Unlocking and/or locking the store; and

xiii. Assigning cashiers to cash registers and giving them a till.

c. <u>Ensure customer and associate safety:</u>

i. Completing paperwork in connection with associate on-the-job injuries;

ii. Ensuring associates who are injured on the job received proper medical care;

iii. Ensuring workers are properly trained on state and federal safety laws by providing them with materials sent from Dollar Tree Corporate;

iv. Ensuring that merchandise is properly placed on shelves according to Dollar Tree's requirements;

v. Viewing store security tapes;

vi. Preparing or checking the preparation of the bank deposit;

vii. Taking the deposit to the bank; and

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

viii. Checking all door seals and ensuring the door seal numbers match the most recent entry on the Door Seal Log.

d. Protect all company assets including store cash, merchandise and equipment:

i. Ensuring doors are properly locked and secured;

ii. Ensuring the alarm systems are on;

iii. Ensuring markdowns are properly completed and completing markdown reports according to Dollar Tree's requirements;

iv. Viewing store security tapes;

v. Ensuring there are no customers in the bathroom or back room prior to closing;

vi. Counting money and ensuring the receipts are balanced;

vii. Interacting and communicating with upper management regarding asset protection issues;

viii. Ensuring merchandise is not brought into the break room; and

ix. Checking emails for cycle counts and ensuring cycle count reports are filled out.

e. Maintain proper sales, banking, inventory, accounting, productivity, payroll and time records:

i. Preparing or checking the preparation of the bank deposit;

ii. Taking the deposit to the bank;

iii. Ordering merchandise according to Dollar Tree's instructions;

iv. Monitoring and completing required company paperwork;

v. Using the Order Scorecard to determine what items to order;

vi. Monitoring associate attendance using the Kronos Timekeeping System;

vii. Correcting time records as necessary using the Kronos Timekeeping System;

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

viii. Reviewing reports of Department Sales, the Top 200 SKUs and the Top 10 selling items;

ix. Completing cycle-counts before opening; and

x. Conducting store walks by department.

f. Maintain adequate staffing of the store, recruit, interview, hire, employ and train sales associates. Train associates to properly use all equipment and technology as well as provide thorough merchandise display training:

i. Reviewing job applications;

ii. Scheduling job interviews;

iii. Calling applicants to give them a job offer;

iv. Conducting new associate orientation, which includes ensuring that the associate filled out all forms in the new hire packet, entering required information into the Dollar Tree computer system, providing new associates with an Associate Handbook and sexual harassment brochure, filling out the New Hire Checklist, and telling associates Dollar Tree's meal and rest break policies;

v. Counseling, providing written and verbal discipline of store associates and assistant managers in accordance with Dollar Tree's polices;

vi. Communicating with District Managers and Human Resources representatives as necessary in relation to personnel decisions; and

vii. Using the computer system to access Dollar Tree's Human Resources functions including performance evaluations, hire documents, and termination documents.

g. Schedule and assign work to store personnel. Evaluate, motivate, counsel, develop, discipline and discharge sales associates appropriately. Maintain production reports to evaluate job performance of sales associates:

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

i. Preparing associate schedules according to Dollar Tree's requirements;

ii. Reviewing daily SUC reports showing use the of payroll hours;

iii. Using the COMPASS computer system to evaluate and prepare cashier schedules;

iv. Preparing written performance warnings according to Dollar Tree's polices;

v. Preparing performance evaluations according to Dollar Tree's policies;

vi. Communicating with District Manager and Human Resources representatives as necessary in relation to personnel decisions;

vii. Printing associate rosters; and

viii. Scheduling and assigning meal and rest breaks.

h. Provide leadership and direction to store personnel:

i. Preparing notes to assistant managers;

ii. Preparing assignment lists and three by five cards with associate assignments; and

iii. Meeting the delivery trucks and directing where merchandise should be placed on the sales floor and in the stock room.

i. Communicate company policies to sales associates. Ensure associates comply with company policies and procedures, including safety guidelines and human resources policies:

i. Training and orientation of store associates, which includes ensuring that the associate filled out all forms in the new hire packet, entering required information into the Dollar Tree computer system, providing new associates with an Associate Handbook and sexual harassment brochure, filling out the New Hire Checklist, and telling associates Dollar Tree's meal and rest break policies;

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

ii. Advising associates regarding the store's security procedures; and

iii. Instructing associates to follow rules and regulations regarding alcohol sales and food stamp/EBT requirements.

j. Analyze sales, expenses and profit, review reports, analyze competition, determine customer preferences, manages sales forecasts, meet sales and profit objectives and goals, determine product mix, determine most effective placement of product and ensure standards of merchandise presentation, displays and signage to maximize sales. Assist in developing promotions and advertisements as appropriate:

i. Reviewing reports of department sales, Top 200 SKUs and the Top 10 items sold;

ii. Using a PDT gun to order items in the store according to Dollar Tree's requirements;

iii. Ensuring store compliance with state regulations;

iv. Reviewing the Monthly Planner; and

v. Making appropriate assignments to keep shelves, end caps, displays, wow tables, and refrigerators/coolers clean and fully stocked.

k. Control inventory, supervise ordering, receiving, stocking and pricing of goods. Ensure goods are properly marked and mark downs are properly recorded:

i. Reviewing reports of department sales, Top 200 SKUs and the Top 10 items sold;

ii. Requesting cycle counts;

iii. Generating and using the online Order Book to determine inventory on hand, what merchandise to order, and to order merchandise;

iv. Ensuring proper security of the building and proper accounting for markdowns according to Dollar Tree's requirements;

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

v.      Making appropriate assignments to keep shelves, end caps, displays, wow tables, and refrigerators/coolers clean and fully stocked; and

vi.     Making decisions and assignments to put stock in "grab bags" or to mark down stock.

l.   Responsible for overall cleanliness and appearance of store:

i.      Assigning associates to mop, vacuum, clean windows, and clean restrooms;

ii.     Training cashiers to keep their cash registers clean;

iii.    Modifying window signage as appropriate; and

iv.     Assigning individuals to retrieve shopping carts from the parking lot.

m.   Ensure the highest level of customer service. Handle customer complaints and problems:

i.      Keeping a friendly environment in the store, talking to and greeting customers.

n.   Ensure accident reports and damage reports are completed in a timely and accurate manner:

i.      Preparing reports on associate and/or customer injuries and accidents, explaining how an accident happened and why, including a claim and confirmation number; faxing the reports to the corporate office.

o.   Complete management reports in a timely and accurate manner:

i.      Printing out the order scorecard, department sales, pull and hold, and Top 200 SKUs reports and putting them in the Playbook and/or posting them in the store office;

ii.     Preparing schedules according to Dollar Tree's requirements;

iii.    Ordering merchandise according to Dollar Tree's requirements;

iv.     Completing the Certification of Duties;

v.      Completing cycle count reports;

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

vi. Using and accessing the Dollar Tree computer system to complete and access reports as necessary;

vii. Completing the Deposit Log of all store deposits;

viii. Completing the Safe Fund Log at change of safe "ownership" from one member of management to another at shift change;

ix. Reconciling selective Receiving Reports for DSD billing; and

x. Completing and submitting the Tax Exempt Log.

p. Ensure compliance with applicable laws and regulations:

i. Ensuring all licenses and permits are properly displayed;

ii. Ensuring the fire extinguisher is not outdated;

iii. Instructing associates to take meal and rest breaks;

iv. Instructing associates to accurately record their time;

v. Reviewing and approving time records and releasing timekeeping information to ensure proper payment of wages; and

vi. Ensuring all accidents are reported.

q. Communicate professionally and effectively with customers, subordinates and supervisors:

i. Talking to District Managers in person, by telephone, and by email;

ii. Reading and printing all emails from Dollar Tree Human Resources and higher-level management; and

iii. Walking the floor and talking to customers and associates.

6. All of the tasks listed above are very basic and require little or no complex thought; I completed each of them in accordance with Dollar Tree's specific requirements and instructions.

7. In addition to the duties listed above, Dollar Tree also requires its Store Managers to physically receive retail product by unloading trucks delivering merchandise from Dollar Tree Distribution Centers. Store Managers have to verify that the inventory received from the Distribution Center or a Direct Store Delivery service is consistent with store needs, orders placed or other delivery standards or protocols. Once merchandise is received, Store Managers are required to

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

organize it in the stockroom and to physically place it on the shelves.

8. Store Managers also have to cashier. This task includes posting transaction voids for customer refunds and covering the register as needed.

9. Dollar Tree sets the price for all items; Store Managers have no authority to mark products down without express approval from Dollar Tree.

10. Store Managers are not permitted to decide how to stock merchandise throughout the store any way they like. Instead, they are required to adhere to the Merchandising Display Guidelines that Dollar Tree's Corporate management selects for the stores.

11. Dollar Tree Corporate routinely sends its Store Managers Merchandising Display Guidelines and Weekly Bulletins via email, which provide detailed instructions on where and how merchandise should be displayed throughout the store. To my knowledge, every California Dollar Tree Store Manager receives these Merchandising Display Guidelines and Weekly Bulletins.

12. The duties of Store Manager include unloading the trucks when they arrive with new shipments of products, counting the loads after they are removed from the trucks, carrying the loads to the stock room, and organizing them. Dollar Tree restricts the payroll hours that Store Managers are permitted to schedule to such a degree that they are required to personally unload shipments alongside the hourly employees who work at their stores.

13. The Store Manager job includes performing routine customer service. Specifically, Store Managers respond to customer questions, handle certain transactions that only management can carry out (such as voids), and cashier. On average, I spent about five to six hours each workday cashiering.

14. The duties of Store Manager also include maintaining the cleanliness of the store and, as such, Store Managers routinely clean up spills, vacuum, clean the bathroom, take trash to the dumpster outside the store and personally handle merchandise recovery.

15. Store Managers are also required to perform routine data entry on the computer and to complete paperwork using pre-fabricated forms prepared by Dollar Tree.

16. Store Managers do not have the authority to order the vast majority, if any, of the supplies for their stores.

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

17. Store Managers perform the same job tasks and duties on a week-to-week basis. They are rarely, if ever, allowed to deviate from the detailed policies and procedures that Dollar Tree publishes.

18. As a Store Manager I could write up an employee, but I could not suspend or terminate any employee, without pre-approval from Dollar Tree Corporate.

19. I was rarely, if ever, able to take an uninterrupted meal period during a workday. When I did get a meal period, it was seldom a half hour or more, and I often did not get to take any meal periods during the first five hours of my shift. The vast majority of the rest breaks I took were on-duty and frequently interrupted by work duties like responding to inquiries from employees, Dollar Tree management and customers.

20. My typical workweek consisted of six days that varied in length from 10 to 16 hours. It was not rare for me to work seven days per week in order to accomplish all of the duties required of me as a Store Manager.

21. I was paid the same amount of fixed compensation regardless of how many hours I worked during each pay period, and there is no connection between the number of hours I worked and the amount of my salary.

22. I am glad that the Court certified this case as a class action so that I do not have to expend the time and energy that it could take to bring a case against Dollar Tree on my own. I would like this Court to expand the class definition to include Store Managers who worked for Dollar Tree in California through the conclusion of this case. I believe that nothing about the Store Manager position has changed since May 26, 2009, and that class treatment is no less appropriate now than it was then.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 26 day of January 2010 in Ridgecrest, California.

NICHOLAS COY

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

# EXHIBIT 29

Scott Edward Cole, Esq. (S.B. #160744)
Molly A. Kuehn, Esq. (S.B. #230763)
**SCOTT COLE & ASSOCIATES, APC**
1970 Broadway, Ninth Floor
Oakland, California 94612
Telephone: (510) 891-9800
Facsimile: (510) 891-7030
web: www.scalaw.com

Attorneys for Representative Plaintiffs
and the Plaintiff Class

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

MIGUEL A. CRUZ and JOHN D. HANSEN, individually, and on behalf of all others similarly situated,

Plaintiffs,

vs.

DOLLAR TREE STORES, INC.

Defendant.

**Case No.: C-07-02050 SC** (*Consolidated Action*)

**CLASS ACTION**

---

ROBERT RUNNINGS, individually, and on behalf of all others similarly situated,

Plaintiffs,

vs.

DOLLAR TREE STORES, INC.

Defendant.

**Case No.: C-07-4012 SC**

**CLASS ACTION**

**DECLARATION OF KIMBERLY DAVIS**

I, Kimberly Davis, do hereby declare as follows:

1. My address is 717 Souza Avenue, Modesto, California 95351. I have personal knowledge of the facts set forth in this declaration and could and would testify competently thereto.

2. I was employed by Dollar Tree Stores, Inc. (hereinafter "Dollar Tree") as a Store Manager from approximately October 1, 2002 through approximately December 2008. During that time I worked at the Dollar Tree stores located in Modesto, California.

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

3. When I was hired as a Store Manager I never underwent a mandatory eight-week training period at any Dollar Tree store.

4. It is my understanding that Store Managers are required to follow the same policies and procedures, as dictated by Dollar Tree, at every Dollar Tree store in California.

5. I am familiar with Dollar Tree's Store Manger Position and Responsibilities. The Store Manager duties require completion of various tasks, including those set forth below.

a. Supervision of Associates:

i. Preparing associate work schedules by filling in data fields on the Kronos Timekeeping System;

ii. Posting associate schedules;

iii. Conducting new associate training and orientation by reviewing applicable rules and policies with associates and ensuring new associate paperwork is completed and entered into the computer;

iv. Preparing checklists of job assignments;

v. Walking the store using the Daily Tour Sheet;

vi. Communicating and interacting with associates and customers throughout the day;

vii. Assigning markdowns and checking to ensure they are properly completed based on Dollar Tree's polices;

viii. Keeping track of associate attendance; and

ix. Counting stockroom boxes or cartons to monitor and keep track of associate productivity.

b. Oversee daily store activities, including opening and closing the store:

i. Walking the store for general overview of store appearance using the Daily Tour Sheet;

ii. Checking all door seals and ensuring door seal numbers match the most recent entry on the Door Seal Log;

iii. Correcting any time and attendance issues from the previous day;

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

iv. Completing cycle-counts before opening, per Dollar Tree procedures;

v. Ensuring the store opens on time and closes on time;

vi. Preparing associate schedules according to Dollar Tree's requirements by filling in data fields on the Kronos Timekeeping System;

vii. Timely posting of associate schedules;

viii. Calling the store as necessary to ensure proper opening and closing;

ix. Ensuring there are no customers in the bathroom or back room prior to closing;

x. Counting money and ensuring the receipts were balanced;

xi. Taking the deposit to the bank;

xii. Unlocking and/or locking the store; and

xiii. Assigning cashiers to cash registers and giving them a till.

c. <u>Ensure customer and associate safety:</u>

i. Completing paperwork in connection with associate on-the-job injuries;

ii. Ensuring associates who are injured on the job received proper medical care;

iii. Ensuring workers are properly trained on state and federal safety laws by providing them with materials sent from Dollar Tree Corporate;

iv. Ensuring that merchandise is properly placed on shelves according to Dollar Tree's requirements;

v. Preparing or checking the preparation of the bank deposit;

vi. Taking the deposit to the bank; and

vii. Checking all door seals and ensuring the door seal numbers match the most recent entry on the Door Seal Log.

d. <u>Protect all company assets including store cash, merchandise and equipment:</u>

i. Ensuring doors are properly locked and secured;

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

ii. Ensuring markdowns are properly completed and completing markdown reports according to Dollar Tree's requirements;

iii. Ensuring there are no customers in the bathroom or back room prior to closing;

iv. Counting money and ensuring the receipts are balanced;

v. Interacting and communicating with upper management regarding asset protection issues;

vi. Ensuring merchandise is not brought into the break room; and

vii. Checking emails for cycle counts and ensuring cycle count reports are filled out.

e. Maintain proper sales, banking, inventory, accounting, productivity, payroll and time records:

i. Preparing or checking the preparation of the bank deposit;

ii. Taking the deposit to the bank;

iii. Ordering merchandise according to Dollar Tree's instructions;

iv. Monitoring and completing required company paperwork;

v. Using the Order Scorecard to determine what items to order;

vi. Monitoring associate attendance using the Kronos Timekeeping System;

vii. Correcting time records as necessary using the Kronos Timekeeping System;

viii. Reviewing reports of Department Sales, the Top 200 SKUs and the Top 10 selling items;

ix. Completing cycle-counts before opening; and

x. Conducting store walks by department.

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

f. Maintain adequate staffing of the store, recruit, interview, hire, employ and train sales associates. Train associates to properly use all equipment and technology as well as provide thorough merchandise display training:

i. Reviewing job applications;

ii. Scheduling job interviews;

iii. Calling applicants to give them a job offer;

iv. Conducting new associate orientation, which includes ensuring that the associate filled out all forms in the new hire packet, entering required information into the Dollar Tree computer system, providing new associates with an Associate Handbook and sexual harassment brochure, filling out the New Hire Checklist, and telling associates Dollar Tree's meal and rest break policies;

v. Counseling, providing written and verbal discipline of store associates and assistant managers in accordance with Dollar Tree's polices;

vi. Communicating with District Managers and Human Resources representatives as necessary in relation to personnel decisions; and

vii. Using the computer system to access Dollar Tree's Human Resources functions including performance evaluations, hire documents, and termination documents.

g. Schedule and assign work to store personnel. Evaluate, motivate, counsel, develop, discipline and discharge sales associates appropriately. Maintain production reports to evaluate job performance of sales associates:

i. Preparing associate schedules according to Dollar Tree's requirements;

ii. Reviewing daily SUC reports showing use the of payroll hours;

iii. Using the COMPASS computer system to evaluate and prepare cashier schedules;

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

iv. Preparing written performance warnings according to Dollar Tree's polices;

v. Preparing performance evaluations according to Dollar Tree's policies;

vi. Communicating with District Manager and Human Resources representatives as necessary in relation to personnel decisions; and

vii. Scheduling and assigning meal and rest breaks.

h. Provide leadership and direction to store personnel:

i. Preparing notes to assistant managers;

ii. Preparing assignment lists and three by five cards with associate assignments; and

iii. Meeting the delivery trucks and directing where merchandise should be placed on the sales floor and in the stock room.

i. Communicate company policies to sales associates. Ensure associates comply with company policies and procedures, including safety guidelines and human resources policies:

i. Training and orientation of store associates, which includes ensuring that the associate filled out all forms in the new hire packet, entering required information into the Dollar Tree computer system, providing new associates with an Associate Handbook and sexual harassment brochure, filling out the New Hire Checklist, and telling associates Dollar Tree's meal and rest break policies;

ii. Advising associates regarding the store's security procedures; and

iii. Instructing associates to follow rules and regulations regarding alcohol sales and food stamp/EBT requirements.

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

j. Analyze sales, expenses and profit, review reports, analyze competition, determine customer preferences, manages sales forecasts, meet sales and profit objectives and goals, determine product mix, determine most effective placement of product and ensure standards of merchandise presentation, displays and signage to maximize sales. Assist in developing promotions and advertisements as appropriate:

i. Reviewing reports of department sales, Top 200 SKUs and the Top 10 items sold;

ii. Using a PDT gun to order items in the store according to Dollar Tree's requirements;

iii. Ensuring store compliance with state regulations;

iv. Reviewing the Monthly Planner; and

v. Making appropriate assignments to keep shelves, end caps, displays, wow tables, and refrigerators/coolers clean and fully stocked.

k. Control inventory, supervise ordering, receiving, stocking and pricing of goods. Ensure goods are properly marked and mark downs are properly recorded:

i. Reviewing reports of department sales, Top 200 SKUs and the Top 10 items sold;

ii. Requesting cycle counts;

iii. Generating and using the online Order Book to determine inventory on hand, what merchandise to order, and to order merchandise;

iv. Ensuring proper security of the building and proper accounting for markdowns according to Dollar Tree's requirements;

v. Making appropriate assignments to keep shelves, end caps, displays, wow tables, and refrigerators/coolers clean and fully stocked; and

vi. Making decisions and assignments to put stock in "grab bags" or to mark down stock.

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

l. Responsible for overall cleanliness and appearance of store:

i. Assigning associates to mop, vacuum, clean windows, and clean restrooms;

ii. Training cashiers to keep their cash registers clean;

iii. Modifying window signage as appropriate; and

iv. Assigning individuals to retrieve shopping carts from the parking lot.

m. Ensure the highest level of customer service. Handle customer complaints and problems:

i. Keeping a friendly environment in the store, talking to and greeting customers.

n. Ensure accident reports and damage reports are completed in a timely and accurate manner:

i. Preparing reports on associate and/or customer injuries and accidents, explaining how an accident happened and why, including a claim and confirmation number; faxing the reports to the corporate office.

o. Complete management reports in a timely and accurate manner:

i. Printing out the order scorecard, department sales, pull and hold, and Top 200 SKUs reports and putting them in the Playbook and/or posting them in the store office;

ii. Preparing schedules according to Dollar Tree's requirements;

iii. Ordering merchandise according to Dollar Tree's requirements;

iv. Completing the Certification of Duties;

v. Completing cycle count reports;

vi. Using and accessing the Dollar Tree computer system to complete and access reports as necessary;

vii. Completing the Deposit Log of all store deposits;

viii. Completing the Safe Fund Log at change of safe "ownership" from one member of management to another at shift change;

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

ix. Reconciling selective Receiving Reports for DSD billing; and

x. Completing and submitting the Tax Exempt Log.

p. <u>Ensure compliance with applicable laws and regulations:</u>

i. Ensuring all licenses and permits are properly displayed;

ii. Ensuring the fire extinguisher is not outdated;

iii. Instructing associates to take meal and rest breaks;

iv. Instructing associates to accurately record their time;

v. Reviewing and approving time records and releasing timekeeping information to ensure proper payment of wages; and

vi. Ensuring all accidents are reported.

q. <u>Communicate professionally and effectively with customers, subordinates and supervisors:</u>

i. Talking to District Managers in person, by telephone, and by email;

ii. Reading and printing all emails from Dollar Tree Human Resources and higher-level management; and

iii. Walking the floor and talking to customers and associates.

6. All of the tasks listed above are very basic and require little or no complex thought; I completed each of them in accordance with Dollar Tree's specific requirements and instructions.

7. In addition to the duties listed above, Dollar Tree also requires its Store Managers to physically receive retail product by unloading trucks delivering merchandise from Dollar Tree Distribution Centers. Store Managers have to verify that the inventory received from the Distribution Center or a Direct Store Delivery service is consistent with store needs, orders placed or other delivery standards or protocols. Once merchandise is received, Store Managers are required to organize it in the stockroom and to physically place it on the shelves.

8. Store Managers also have to cashier. This task includes posting transaction voids for customer refunds and covering the register as needed.

9. Dollar Tree sets the price for all items; Store Managers have no authority to mark products down without express approval from Dollar Tree.

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

10. Store Managers are not permitted to decide how to stock merchandise throughout the store any way they like. Instead, they are required to adhere to the Merchandising Display Guidelines that Dollar Tree's Corporate management selects for the stores.

11. Dollar Tree Corporate routinely sends its Store Managers Merchandising Display Guidelines and Weekly Bulletins via email, which provide detailed instructions on where and how merchandise should be displayed throughout the store. To my knowledge, every California Dollar Tree Store Manager receives these Merchandising Display Guidelines and Weekly Bulletins.

12. The duties of Store Manager include unloading the trucks when they arrive with new shipments of products, counting the loads after they are removed from the trucks, carrying the loads to the stock room, and organizing them. Dollar Tree restricts the payroll hours that Store Managers are permitted to schedule to such a degree that they are required to personally unload shipments alongside the hourly employees who work at their stores.

13. The Store Manager job includes performing routine customer service. Specifically, Store Managers respond to customer questions, handle certain transactions that only management can carry out (such as voids), and cashier. On average, I spent about five to six hours each workday cashiering.

14. The duties of Store Manager also include maintaining the cleanliness of the store and, as such, Store Managers routinely clean up spills, vacuum, clean the bathroom, take trash to the dumpster outside the store and personally handle merchandise recovery.

15. Store Managers are also required to perform routine data entry on the computer and to complete paperwork using pre-fabricated forms prepared by Dollar Tree.

16. Store Managers do not have the authority to order the vast majority, if any, of the supplies for their stores.

17. Store Managers perform the same job tasks and duties on a week-to-week basis. They are rarely, if ever, allowed to deviate from the detailed policies and procedures that Dollar Tree publishes.

18. Store Managers do not have the authority to discipline the employees working at their stores. Before Store Managers can write up, suspend or terminate any employee, they are required

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

to get approval from Dollar Tree Corporate.

19. I was rarely, if ever, able to take an uninterrupted meal period during a workday. When I did get a meal period, it was seldom a half hour or more, and I often did not get to take any meal periods during the first five hours of my shift. The vast majority of the rest breaks I took were on-duty and frequently interrupted by work duties like responding to inquiries from employees, Dollar Tree management and customers.

20. My typical workweek consisted of six days that varied in length from 10 to 12 hours. It was not rare for me to work seven days per week in order to accomplish all of the duties required of me as a Store Manager.

21. I was paid the same amount of fixed compensation regardless of how many hours I worked during each pay period, and there is no connection between the number of hours I worked and the amount of my salary.

22. I am glad that the Court certified this case as a class action so that I do not have to expend the time and energy that it could take to bring a case against Dollar Tree on my own. I would like this Court to expand the class definition to include Store Managers who worked for Dollar Tree in California through the conclusion of this case. I believe that nothing about the Store Manager position has changed since May 26, 2009, and that class treatment is no less appropriate now than it was then.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed this ____day of February 2010 in Modesto, California.

KIMBERLY DAVIS

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

# EXHIBIT 30

Scott Edward Cole, Esq. (S.B. #160744)
Molly A. Kuehn, Esq. (S.B. #230763)
**SCOTT COLE & ASSOCIATES, APC**
1970 Broadway, Ninth Floor
Oakland, California 94612
Telephone: (510) 891-9800
Facsimile: (510) 891-7030
web: www.scalaw.com

Attorneys for Representative Plaintiffs
and the Plaintiff Class

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

MIGUEL A. CRUZ and JOHN D. HANSEN, individually, and on behalf of all others similarly situated,

Plaintiffs,

vs.

DOLLAR TREE STORES, INC.

Defendant.

**Case No.: C-07-02050 SC** (*Consolidated Action*)

**CLASS ACTION**

ROBERT RUNNINGS, individually, and on behalf of all others similarly situated,

Plaintiffs,

vs.

DOLLAR TREE STORES, INC.

Defendant.

**Case No.: C-07-4012 SC**

**CLASS ACTION**

**DECLARATION OF JEFFREY DONOFRIO**

I, Jeffrey Donofrio, do hereby declare as follows:

1. My address is 8189 Tasman Court, Sacramento, California 95828. I have personal knowledge of the facts set forth in this declaration and could and would testify competently thereto.

2. Upon being hired as a Store Manager I underwent a mandatory eight-week training period at the Dollar Tree store in Las Vegas. Thereafter I was assigned to work at a different Dollar Tree store in Las Vegas, and I did not receive additional training after being transferred.

3. I was employed by Dollar Tree Stores, Inc. (hereinafter "Dollar Tree") as a Store Manager from approximately April 3, 2003 through approximately July 2007. During that time I worked at the Dollar Tree stores located in Las Vegas and Henderson, Nevada, as well as the Dollar Tree stores located in Ridgecrest, Chino and Sacramento, California

4. It is my understanding that Store Managers are required to follow the same policies and procedures, as dictated by Dollar Tree, at every Dollar Tree store in California.

5. I am familiar with Dollar Tree's Store Manager Position and Responsibilities. The Store Manager duties require completion of various tasks, including those set forth below.

a. Ensure compliance with applicable laws and regulations:

i. Instructing associates to take meal and rest breaks;

ii. Ensuring the fire extinguisher is not outdated;

iii. Ensuring all licenses and permits are properly displayed;

iv. Ensuring all accidents are reported;

v. Instructing associates to accurately record their time; and

vi. Reviewing and approving time records and releasing timekeeping information to ensure proper payment of wages.

b. Ensure the highest level of customer service. Handle customer complaints and problems:

i. Keeping a friendly environment in the store, talking to and greeting customers.

c. Analyze sales, expenses and profit, review reports, analyze competition, determine customer preferences, manages sales forecasts, meet sales and profit objectives and goals, determine product mix, determine most effective placement of product and ensure standards of merchandise presentation, displays and signage to maximize sales. Assist in developing promotions and advertisements as appropriate:

i. Making appropriate assignments to keep shelves, end caps, displays, wow tables, and refrigerators/coolers clean and fully stocked;

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

ii. Reviewing the Monthly Planner;

iii. Using a PDT gun to order items in the store according to Dollar Tree's requirements; and

iv. Reviewing reports of department sales, Top 200 SKUs and the Top 10 items sold.

d. <u>Complete management reports in a timely and accurate manner:</u>

i. Completing the Safe Fund Log at change of safe "ownership" from one member of management to another at shift change;

ii. Printing out the order scorecard, department sales, pull and hold, and Top 200 SKUs reports and putting them in the Playbook and/or posting them in the store office;

iii. Ordering merchandise according to Dollar Tree's requirements;

iv. Completing cycle count reports;

v. Completing the Certification of Duties;

vi. Completing and submitting the Tax Exempt Log;

vii. Using and accessing the Dollar Tree computer system to complete and access reports as necessary;

viii. Completing the Deposit Log of all store deposits; and

ix. Reconciling selective Receiving Reports for DSD billing.

e. <u>Provide leadership and direction to store personnel:</u>

i. Meeting the delivery trucks and directing where merchandise should be placed on the sales floor and in the stock room;

ii. Preparing notes to assistant managers; and

iii. Preparing assignment lists and three by five cards with associate assignments.

f. <u>Supervision of Associates:</u>

i. Posting associate schedules;

ii. Preparing checklists of job assignments;

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

iii. Walking the store using the Daily Tour Sheet;

iv. Counting stockroom boxes or cartons to monitor and keep track of associate productivity;

v. Assigning markdowns and checking to ensure they are properly completed based on Dollar Tree's policies;

vi. Conducting new associate training and orientation by reviewing applicable rules and policies with associates and ensuring new associate paperwork is completed and entered into the computer;

vii. Preparing associate work schedules by filling in data fields on the Kronos Timekeeping System;

viii. Communicating and interacting with associates and customers throughout the day; and

ix. Keeping track of associate attendance.

g. Maintain proper sales, banking, inventory, accounting, productivity, payroll and time records:

i. Monitoring and completing required company paperwork;

ii. Conducting store walks by department;

iii. Completing cycle-counts before opening;

iv. Preparing or checking the preparation of the bank deposit;

v. Correcting time records as necessary using the Kronos Timekeeping System;

vi. Reviewing reports of Department Sales, the Top 200 SKUs and the Top 10 selling items;

vii. Monitoring associate attendance using the Kronos Timekeeping System;

viii. Taking the deposit to the bank;

ix. Using the Order Scorecard to determine what items to order; and

x. Ordering merchandise according to Dollar Tree's instructions.

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

h. Communicate professionally and effectively with customers, subordinates and supervisors:

i. Walking the floor and talking to customers and associates;

ii. Talking to District Managers in person, by telephone, and by email; and

iii. Reading and printing all emails from Dollar Tree Human Resources and higher-level management.

i. Schedule and assign work to store personnel. Evaluate, motivate, counsel, develop, discipline and discharge sales associates appropriately. Maintain production reports to evaluate job performance of sales associates:

i. Scheduling and assigning meal and rest breaks;

ii. Preparing performance evaluations according to Dollar Tree's policies;

iii. Using the COMPASS computer system to evaluate and prepare cashier schedules;

iv. Communicating with District Manager and Human Resources representatives as necessary in relation to personnel decisions;

v. Printing associate rosters;

vi. Preparing associate schedules according to Dollar Tree's requirements;

vii. Preparing written performance warnings according to Dollar Tree's policies; and

viii. Reviewing daily SUC reports showing use of the payroll hours.

j. Protect all company assets including store cash, merchandise and equipment:

i. Counting money and ensuring the receipts are balanced;

ii. Ensuring doors are properly locked and secured;

iii. Checking emails for cycle counts and ensuring cycle count reports are filled out;

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

iv. Ensuring the alarm systems are on;

v. Viewing store security tapes;

vi. Interacting and communicating with upper management regarding asset protection issues;

vii. Ensuring markdowns are properly completed and completing markdown reports according to Dollar Tree's requirements;

viii. Ensuring merchandise is not brought into the break room; and

ix. Ensuring there are no customers in the bathroom or back room prior to closing.

k. Communicate company policies to sales associates. Ensure associates comply with company policies and procedures, including safety guidelines and human resources policies:

i. Instructing associates to follow rules and regulations regarding alcohol sales and food stamp/EBT requirements;

ii. Training and orientation of store associates, which includes ensuring that the associate filled out all forms in the new hire packet, entering required information into the Dollar Tree computer system, providing new associates with an Associate Handbook and sexual harassment brochure, filling out the New Hire Checklist, and telling associates Dollar Tree's meal and rest break policies; and

iii. Advising associates regarding the store's security procedures.

l. Maintain adequate staffing of the store, recruit, interview, hire, employ and train sales associates. Train associates to properly use all equipment and technology as well as provide thorough merchandise display training:

i. Using the computer system to access Dollar Tree's Human Resources functions including performance evaluations, hire documents, and termination documents;

ii. Scheduling job interviews;

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

iii. Reviewing job applications;

iv. Calling applicants to give them a job offer;

v. Communicating with District Managers and Human Resources representatives as necessary in relation to personnel decisions;

vi. Conducting new associate orientation, which includes ensuring that the associate filled out all forms in the new hire packet, entering required information into the Dollar Tree computer system, providing new associates with an Associate Handbook and sexual harassment brochure, filling out the New Hire Checklist, and telling associates Dollar Tree's meal and rest break policies; and

vii. Counseling, providing written and verbal discipline of store associates and assistant managers in accordance with Dollar Tree's policies.

m. <u>Oversee daily store activities, including opening and closing the store:</u>

i. Correcting any time and attendance issues from the previous day;

ii. Ensuring the store opens on time and closes on time;

iii. Timely posting of associate schedules;

iv. Counting money and ensuring the receipts were balanced;

v. Assigning cashiers to cash registers and giving them a till;

vi. Walking the store for general overview of store appearance using the Daily Tour Sheet;

vii. Completing cycle-counts before opening, per Dollar Tree procedures;

viii. Unlocking and/or locking the store;

ix. Calling the store as necessary to ensure proper opening and closing;

x. Preparing associate schedules according to Dollar Tree's requirements by filling in data fields on the Kronos Timekeeping System;

xi. Taking the deposit to the bank;

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

xii. Ensuring there are no customers in the bathroom or back room prior to closing; and

xiii. Checking all door seals and ensuring door seal numbers match the most recent entry on the Door Seal Log.

n. Responsible for overall cleanliness and appearance of store:

i. Assigning individuals to retrieve shopping carts from the parking lot;

ii. Assigning associates to mop, vacuum, clean windows, and clean restrooms;

iii. Modifying window signage as appropriate; and

iv. Training cashiers to keep their cash registers clean.

o. Ensure customer and associate safety:

i. Ensuring that merchandise is properly placed on shelves according to Dollar Tree's requirements;

ii. Completing paperwork in connection with associate on-the-job injuries;

iii. Checking all door seals and ensuring the door seal numbers match the most recent entry on the Door Seal Log;

iv. Taking the deposit to the bank;

v. Ensuring workers are properly trained on state and federal safety laws by providing them with materials sent from Dollar Tree Corporate;

vi. Viewing store security tapes;

vii. Preparing or checking the preparation of the bank deposit; and

viii. Ensuring associates who are injured on the job received proper medical care.

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

p. Ensure accident reports and damage reports are completed in a timely and accurate manner;

i. Preparing reports on associate and/or customer injuries and accidents, explaining how an accident happened and why, including a claim and confirmation number; faxing the reports to the corporate office.

q. Control inventory, supervise ordering, receiving, stocking and pricing of goods. Ensure goods are properly marked and mark downs are properly recorded;

i. Making decisions and assignments to put stock in "grab bags" or to mark down stock;

ii. Generating and using the online Order Book to determine inventory on hand, what merchandise to order, and to order merchandise;

iii. Making appropriate assignments to keep shelves, end caps, displays, wow tables, and refrigerators/coolers clean and fully stocked;

iv. Reviewing reports of department sales, Top 200 SKUs and the Top 10 items sold;

v. Ensuring proper security of the building and proper accounting for markdowns according to Dollar Tree's requirements; and

vi. Requesting cycle counts.

6. All of the tasks listed above are very basic and require little or no complex thought; I completed each of them in accordance with Dollar Tree's specific requirements and instructions.

7. The task of cashiering includes posting transaction voids for customer refunds and covering the register as needed. Store Managers also have to do this.

8. Store Managers are required to adhere to the Merchandising Display Guidelines that Dollar Tree's Corporate management selects for the stores. They are not permitted to decide how to stock merchandise throughout the store.

9. Store Managers routinely clean up spills, vacuum, clean the bathroom, take trash to the dumpster outside the store and personally handle merchandise recovery. As a Store Manager

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

maintaining the cleanliness of the store was a duty required of me.

10. Dollar Tree sets the price for all items; Store Managers have no authority to mark products down without express approval from Dollar Tree.

11. In addition to the duties listed above, Dollar Tree also requires its Store Managers to physically receive retail product by unloading trucks delivering merchandise from Dollar Tree Distribution Centers. Store Managers have to verify that the inventory received from the Distribution Center or a Direct Store Delivery service is consistent with store needs, orders placed or other delivery standards or protocols. Once merchandise is received, Store Managers are required to organize it in the stockroom and to physically place it on the shelves.

12. My typical workweek consisted of six days that varied in length from 10 to 12 hours. It was not rare for me to work seven days per week in order to accomplish all of the duties required of me as a Store Manager.

13. The Store Manager job includes performing routine customer service. Specifically, Store Managers respond to customer questions, handle certain transactions that only management can carry out (such as voids), and cashier. On average, I spent about two to three hours each workday cashiering.

14. I was paid the same amount of fixed compensation regardless of how many hours I worked during each pay period, and there is no connection between the number of hours I worked and the amount of my salary.

15. Store Managers can not write up, suspend or terminate any employee, they are required to get approval from Dollar Tree Corporate. As such, Store Managers have no authority to discipline the employees working at their stores.

16.. The detailed policies and procedures that Dollar Tree publishes require Store Managers to perform the same job tasks and duties on a week-to week basis. Store Managers are rarely, if ever, allowed to deviate from these guidelines.

17. I was rarely, if ever, able to take an uninterrupted meal period during a workday. When I did get a meal period, it was seldom a half hour or more, and I often did not get to take any meal periods during the first five hours of my shift. The vast majority of the rest breaks I took were

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

on-duty and frequently interrupted by work duties like responding to inquiries from employees, Dollar Tree management and customers.

18. Dollar Tree Corporate routinely sends its Store Managers Merchandising Display Guidelines and Weekly Bulletins via email, which provide detailed instructions on where and how merchandise should be displayed throughout the store. To my knowledge, every California Dollar Tree Store Manager receives these Merchandising Display Guidelines and Weekly Bulletins.

19. Store Managers are also required to perform routine data entry on the computer and to complete paperwork using pre-fabricated forms prepared by Dollar Tree.

20. Dollar Tree restricts the payroll hours that Store Managers are permitted to schedule to such a degree that they are required to personally unload shipments alongside the hourly employees who work at their stores. As such, the duties of Store Manager include unloading the trucks when they arrive with new shipments of products, counting the loads after they are removed from the trucks, carrying the loads to the stock room, and organizing them.

21. Store Managers do not have the authority to order the vast majority, if any, of the supplies for their stores.

22. I am glad that the Court certified this case as a class action so that I do not have to expend the time and energy that it could take to bring a case against Dollar Tree on my own. I would like this Court to expand the class definition to include Store Managers who worked for Dollar Tree in California through the conclusion of this case. I believe that nothing about the Store Manager position has changed since May 26, 2009, and that class treatment is no less appropriate now than it was then.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed this 12th day of March, 2010 in Sacramento, California.

JEFFREY DONOFRIO

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612

# EXHIBIT 31

Scott Edward Cole, Esq. (S.B. #160744)
Molly A. Kuehn, Esq. (S.B. #230763)
**SCOTT COLE & ASSOCIATES, APC**
1970 Broadway, Ninth Floor
Oakland, California 94612
Telephone: (510) 891-9800
Facsimile: (510) 891-7030
web: www.scalaw.com

Attorneys for Representative Plaintiffs
and the Plaintiff Class

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

MIGUEL A. CRUZ and JOHN D. HANSEN, individually, and on behalf of all others similarly situated,

Plaintiffs,

vs.

DOLLAR TREE STORES, INC.

Defendant.

**Case No.: C-07-02050 SC** (*Consolidated Action*)

**CLASS ACTION**

---

ROBERT RUNNINGS, individually, and on behalf of all others similarly situated,

Plaintiffs,

vs.

DOLLAR TREE STORES, INC.

Defendant.

**Case No.: C-07-4012 SC**

**CLASS ACTION**

**DECLARATION OF VELVET DOTY**

I, Velvet Doty, do hereby declare as follows:

1. My address is 4009 East Ironhorse Road, Gilbert, Arizona 85297. I have personal knowledge of the facts set forth in this declaration and could and would testify competently thereto.

2. I was employed by Dollar Tree Stores, Inc. (hereinafter "Dollar Tree") as a Store Manager from approximately January 2003 through approximately March 2007. During that time I worked at the Dollar Tree store located in Victorville, California (Store #1504).

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

3. When I was hired as a Store Manager I underwent a mandatory eight-week training period at the Dollar Tree store in Victorville. I did not receive additional training after being transferred.

4. It is my understanding that Store Managers are required to follow the same policies and procedures, as dictated by Dollar Tree, at every Dollar Tree store in California.

5. I am familiar with Dollar Tree's Store Manger Position and Responsibilities. The Store Manager duties require completion of various tasks, including those set forth below.

a. Supervision of Associates:

i. Preparing associate work schedules by filling in data fields on the Compass Timekeeping System;

ii. Posting associate schedules;

iii. Conducting new associate training and orientation by reviewing applicable rules and policies with associates and ensuring new associate paperwork is completed and entered into the computer;

iv. Preparing checklists of job assignments;

v. Walking the store using the Daily Tour Sheet;

vi. Communicating and interacting with associates and customers throughout the day;

vii. Assigning markdowns and checking to ensure they are properly completed based on Dollar Tree's polices;

viii. Keeping track of associate attendance; and

ix. Counting stockroom boxes or cartons to monitor and keep track of associate productivity.

b. Oversee daily store activities, including opening and closing the store:

i. Walking the store for general overview of store appearance using the Daily Tour Sheet;

ii. Checking all door seals and ensuring door seal numbers match the most recent entry on the Door Seal Log;

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

iii.   Correcting any time and attendance issues from the previous day;

iv.   Completing cycle-counts before opening, per Dollar Tree procedures;

v.   Ensuring the store opens on time and closes on time;

vi.   Preparing associate schedules according to Dollar Tree's requirements by filling in data fields on the Compass Timekeeping System;

vii.   Timely posting of associate schedules;

viii.   Calling the store as necessary to ensure proper opening and closing;

ix.   Ensuring there are no customers in the bathroom or back room prior to closing;

x.   Counting money and ensuring the receipts were balanced;

xi.   Taking the deposit to the bank;

xii.   Unlocking and/or locking the store; and

xiii.   Assigning cashiers to cash registers and giving them a till.

c.   <u>Ensure customer and associate safety:</u>

i.   Completing paperwork in connection with associate on-the-job injuries;

ii.   Ensuring associates who are injured on the job received proper medical care;

iii.   Ensuring workers are properly trained on state and federal safety laws by providing them with materials sent from Dollar Tree Corporate;

iv.   Ensuring that merchandise is properly placed on shelves according to Dollar Tree's requirements;

v.   Viewing store security tapes;

vi.   Preparing or checking the preparation of the bank deposit;

vii.   Taking the deposit to the bank; and

viii.   Checking all door seals and ensuring the door seal numbers match the most recent entry on the Door Seal Log.

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

d. Protect all company assets including store cash, merchandise and equipment:

i. Ensuring doors are properly locked and secured;

ii. Ensuring the alarm systems are on;

iii. Ensuring markdowns are properly completed and completing markdown reports according to Dollar Tree's requirements;

iv. Viewing store security tapes;

v. Ensuring there are no customers in the bathroom or back room prior to closing;

vi. Counting money and ensuring the receipts are balanced;

vii. Interacting and communicating with upper management regarding asset protection issues;

viii. Ensuring merchandise is not brought into the break room; and

ix. Checking emails for cycle counts and ensuring cycle count reports are filled out.

e. Maintain proper sales, banking, inventory, accounting, productivity, payroll and time records:

i. Preparing or checking the preparation of the bank deposit;

ii. Taking the deposit to the bank;

iii. Ordering merchandise according to Dollar Tree's instructions;

iv. Monitoring and completing required company paperwork;

v. Using the Order Scorecard to determine what items to order;

vi. Reviewing reports of Department Sales, the Top 200 SKUs and the Top 10 selling items;

vii. Completing cycle-counts before opening; and

viii. Conducting store walks by department.

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

f. Maintain adequate staffing of the store, recruit, interview, hire, employ and train sales associates. Train associates to properly use all equipment and technology as well as provide thorough merchandise display training:

i. Reviewing job applications;

ii. Scheduling job interviews;

iii. Calling applicants to give them a job offer;

iv. Conducting new associate orientation, which includes ensuring that the associate filled out all forms in the new hire packet, entering required information into the Dollar Tree computer system, providing new associates with an Associate Handbook and sexual harassment brochure, filling out the New Hire Checklist, and telling associates Dollar Tree's meal and rest break policies;

v. Counseling, providing written and verbal discipline of store associates and assistant managers in accordance with Dollar Tree's polices;

vi. Communicating with District Managers and Human Resources representatives as necessary in relation to personnel decisions; and

vii. Using the computer system to access Dollar Tree's Human Resources functions including performance evaluations, hire documents, and termination documents.

g. Schedule and assign work to store personnel. Evaluate, motivate, counsel, develop, discipline and discharge sales associates appropriately. Maintain production reports to evaluate job performance of sales associates:

i. Preparing associate schedules according to Dollar Tree's requirements;

ii. Reviewing daily SUC reports showing use the of payroll hours;

iii. Using the COMPASS computer system to evaluate and prepare cashier schedules;

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

iv. Preparing written performance warnings according to Dollar Tree's polices;

v. Preparing performance evaluations according to Dollar Tree's policies;

vi. Communicating with District Manager and Human Resources representatives as necessary in relation to personnel decisions;

vii. Printing associate rosters; and

viii. Scheduling and assigning meal and rest breaks.

h. Provide leadership and direction to store personnel:

i. Preparing notes to assistant managers;

ii. Preparing assignment lists and three by five cards with associate assignments; and

iii. Meeting the delivery trucks and directing where merchandise should be placed on the sales floor and in the stock room.

i. Communicate company policies to sales associates. Ensure associates comply with company policies and procedures, including safety guidelines and human resources policies:

i. Training and orientation of store associates, which includes ensuring that the associate filled out all forms in the new hire packet, entering required information into the Dollar Tree computer system, providing new associates with an Associate Handbook and sexual harassment brochure, filling out the New Hire Checklist, and telling associates Dollar Tree's meal and rest break policies;

ii. Advising associates regarding the store's security procedures; and

iii. Instructing associates to follow rules and regulations regarding alcohol sales and food stamp/EBT requirements.

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

j. Analyze sales, expenses and profit, review reports, analyze competition, determine customer preferences, manages sales forecasts, meet sales and profit objectives and goals, determine product mix, determine most effective placement of product and ensure standards of merchandise presentation, displays and signage to maximize sales. Assist in developing promotions and advertisements as appropriate:

i. Reviewing reports of department sales, Top 200 SKUs and the Top 10 items sold;

ii. Using a PDT gun to order items in the store according to Dollar Tree's requirements;

iii. Ensuring store compliance with state regulations;

iv. Reviewing the Monthly Planner; and

v. Making appropriate assignments to keep shelves, end caps, displays, wow tables, and refrigerators/coolers clean and fully stocked.

k. Control inventory, supervise ordering, receiving, stocking and pricing of goods. Ensure goods are properly marked and mark downs are properly recorded:

i. Reviewing reports of department sales, Top 200 SKUs and the Top 10 items sold;

ii. Requesting cycle counts;

iii. Generating and using the online Order Book to determine inventory on hand, what merchandise to order, and to order merchandise;

iv. Ensuring proper security of the building and proper accounting for markdowns according to Dollar Tree's requirements;

v. Making appropriate assignments to keep shelves, end caps, displays, wow tables, and refrigerators/coolers clean and fully stocked; and

vi. Making decisions and assignments to put stock in "grab bags" or to mark down stock.

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

l. Responsible for overall cleanliness and appearance of store:

i. Assigning associates to mop, vacuum, clean windows, and clean restrooms;

ii. Training cashiers to keep their cash registers clean;

iii. Modifying window signage as appropriate; and

iv. Assigning individuals to retrieve shopping carts from the parking lot.

m. Ensure the highest level of customer service. Handle customer complaints and problems:

i. Keeping a friendly environment in the store, talking to and greeting customers.

n. Ensure accident reports and damage reports are completed in a timely and accurate manner:

i. Preparing reports on associate and/or customer injuries and accidents, explaining how an accident happened and why, including a claim and confirmation number; faxing the reports to the corporate office.

o. Complete management reports in a timely and accurate manner:

i. Printing out the order scorecard, department sales, pull and hold, and Top 200 SKUs reports and putting them in the Playbook and/or posting them in the store office;

ii. Preparing schedules according to Dollar Tree's requirements;

iii. Ordering merchandise according to Dollar Tree's requirements;

iv. Completing the Certification of Duties;

v. Completing cycle count reports;

vi. Using and accessing the Dollar Tree computer system to complete and access reports as necessary;

vii. Completing the Deposit Log of all store deposits;

viii. Completing the Safe Fund Log at change of safe "ownership" from one member of management to another at shift change; and

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

ix. Reconciling selective Receiving Reports for DSD billing.

p. <u>Ensure compliance with applicable laws and regulations:</u>

i. Ensuring all licenses and permits are properly displayed;

ii. Ensuring the fire extinguisher is not outdated;

iii. Instructing associates to take meal and rest breaks;

iv. Instructing associates to accurately record their time;

v. Reviewing and approving time records and releasing timekeeping information to ensure proper payment of wages; and

vi. Ensuring all accidents are reported.

q. <u>Communicate professionally and effectively with customers, subordinates and supervisors:</u>

i. Talking to District Managers in person, by telephone, and by email;

ii. Reading and printing all emails from Dollar Tree Human Resources and higher-level management; and

iii. Walking the floor and talking to customers and associates.

6. All of the tasks listed above are very basic and require little or no complex thought; I completed each of them in accordance with Dollar Tree's specific requirements and instructions.

7. In addition to the duties listed above, Dollar Tree also requires its Store Managers to physically receive retail product by unloading trucks delivering merchandise from Dollar Tree Distribution Centers. Store Managers have to verify that the inventory received from the Distribution Center or a Direct Store Delivery service is consistent with store needs, orders placed or other delivery standards or protocols. Once merchandise is received, Store Managers are required to organize it in the stockroom and to physically place it on the shelves.

8. Store Managers also have to cashier. This task includes posting transaction voids for customer refunds and covering the register as needed.

9. Dollar Tree sets the price for all items; Store Managers have no authority to mark products down without express approval from Dollar Tree.

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

10. Store Managers are not permitted to decide how to stock merchandise throughout the store any way they like. Instead, they are required to adhere to the Merchandising Display Guidelines that Dollar Tree's Corporate management selects for the stores.

11. Dollar Tree Corporate routinely sends its Store Managers Merchandising Display Guidelines and Weekly Bulletins via email, which provide detailed instructions on where and how merchandise should be displayed throughout the store. To my knowledge, every California Dollar Tree Store Manager receives these Merchandising Display Guidelines and Weekly Bulletins.

12. The duties of Store Manager include unloading the trucks when they arrive with new shipments of products, counting the loads after they are removed from the trucks, carrying the loads to the stock room, and organizing them. Dollar Tree restricts the payroll hours that Store Managers are permitted to schedule to such a degree that they are required to personally unload shipments alongside the hourly employees who work at their stores.

13. The Store Manager job includes performing routine customer service. Specifically, Store Managers respond to customers questions, handle certain transactions that only management can carry out (such as voids), and cashier. On average, I spent about six to seven hours each workday cashiering.

14. The duties of Store Manager also include maintaining the cleanliness of the store and, as such, Store Managers routinely clean up spills, vacuum, clean the bathroom, take trash to the dumpster outside the store and personally handle merchandise recovery.

15. Store Managers are also required to perform routine data entry on the computer and to complete paperwork using pre-fabricated forms prepared by Dollar Tree.

16. Store Managers do not have the authority to order the vast majority, if any, of the supplies for their stores.

17. Store Managers perform the same job tasks and duties on a week-to-week basis. They are rarely, if ever, allowed to deviate from the detailed policies and procedures that Dollar Tree publishes.

18. Store Managers do not have the authority to discipline the employees working at their stores. Before Store Managers can write up, suspend or terminate any employee, they are required

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

to get approval from Dollar Tree Corporate.

19. I was rarely, if ever, able to take an uninterrupted meal period during a workday. When I did get a meal period, it was seldom a half hour or more, and I often did not get to take any meal periods during the first five hours of my shift. The vast majority of the rest breaks I took were on-duty and frequently interrupted my work duties such as responding to inquiries from employees, Dollar Tree management and customers.

20. My typical workweek consisted of six days that varied in length from 10 to12 hours. It was not rare for me to work seven days per week in order to accomplish all of the duties required of me as a Store Manager.

21. I was paid the same amount of fixed compensation regardless of how many hours I worked during each pay period, and there is no connection between the number of hours I worked and the amount of my salary.

22. I am glad that the Court certified this case as a class action so that I do not have to expend the time and energy that it could take to bring a case against Dollar Tree on my own. I would like this Court to expand the class definition to include Store Managers who worked for Dollar Tree in California through the conclusion of this case. I believe that nothing about the Store Manager position has changed since May 26, 2009, and that class treatment is no less appropriate now than it was then.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 31 day of January 2010 in Gilbert, Arizona.

VELVET DOTY

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL. (510) 891-9800

# EXHIBIT 32

Scott Edward Cole, Esq. (S.B. #160744)
Molly A. Kuehn, Esq. (S.B. #230763)
**SCOTT COLE & ASSOCIATES, APC**
1970 Broadway, Ninth Floor
Oakland, California 94612
Telephone: (510) 891-9800
Facsimile: (510) 891-7030
web: www.scalaw.com

Attorneys for Representative Plaintiff
and the Plaintiff Class

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| MIGUEL A. CRUZ and JOHN D. HANSEN, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DOLLAR TREE STORES, INC.<br><br>Defendant. | **Case No.: C-07-02050 SC** (*Consolidated Action*)<br><br>**CLASS ACTION** |
| ROBERT RUNNINGS, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DOLLAR TREE STORES, INC.<br><br>Defendant. | Case No.: C-07-4012 SC<br><br>CLASS ACTION<br><br>**DECLARATION OF ALAN DURBIN** |

I, Alan Durbin, do hereby declare as follows:

1. My address is 2960 North Olive Avenue, Turlock, CA 95382. I have personal knowledge of the facts set forth in this declaration and could and would testify competently thereto.

2. I was employed by Dollar Tree Stores, Inc. (hereinafter "Dollar Tree") as a Store Manager from approximately June 2000 through approximately April 2007. During that time I worked at the Dollar Tree stores located in Ceres, Turlock and Modesto, California.

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

3.     It is my understanding that Store Managers are required to follow the same policies and procedures, as dictated by Dollar Tree, at every Dollar Tree store in California.

4.     I am familiar with Dollar Tree's Store Manger Position and Responsibilities. The Store Manager duties require completion of various tasks, including those set forth below.

    a.     Supervision of Associates:

        i.     Preparing associate work schedules by filling in data fields on the Kronos Timekeeping System;

        ii.     Posting associate schedules;

        iii.     Conducting new associate training and orientation by reviewing applicable rules and policies with associates and ensuring new associate paperwork is completed and entered into the computer;

        iv.     Preparing checklists of job assignments;

        v.     Walking the store using the Daily Tour Sheet;

        vi.     Communicating and interacting with associates and customers throughout the day;

        vii.     Assigning markdowns and checking to ensure they are properly completed based on Dollar Tree's polices;

        viii.     Keeping track of associate attendance; and

        ix.     Counting stockroom boxes or cartons to monitor and keep track of associate productivity.

    b.     Oversee daily store activities, including opening and closing the store:

        i.     Walking the store for general overview of store appearance using the Daily Tour Sheet;

        ii.     Checking all door seals and ensuring door seal numbers match the most recent entry on the Door Seal Log;

        iii.     Correcting any time and attendance issues from the previous day;

        iv.     Completing cycle-counts before opening, per Dollar Tree procedures;

        v.     Ensuring the store opens on time and closes on time;

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

vi. Preparing associate schedules according to Dollar Tree's requirements by filling in data fields on the Kronos Timekeeping System;

vii. Timely posting of associate schedules;

viii. Calling the store as necessary to ensure proper opening and closing;

ix. Ensuring there are no customers in the bathroom or back room prior to closing;

x. Counting money and ensuring the receipts were balanced;

xi. Taking the deposit to the bank;

xii. Unlocking and/or locking the store; and

xiii. Assigning cashiers to cash registers and giving them a till.

c. <u>Ensure customer and associate safety:</u>

i. Completing paperwork in connection with associate on-the-job injuries;

ii. Ensuring associates who are injured on the job received proper medical care;

iii. Ensuring workers are properly trained on state and federal safety laws by providing them with materials sent from Dollar Tree Corporate;

iv. Ensuring that merchandise is properly placed on shelves according to Dollar Tree's requirements;

v. Viewing store security tapes;

vi. Preparing or checking the preparation of the bank deposit;

vii. Taking the deposit to the bank; and

viii. Checking all door seals and ensuring the door seal numbers match the most recent entry on the Door Seal Log.

d. <u>Protect all company assets including store cash, merchandise and equipment:</u>

i. Ensuring doors are properly locked and secured;

ii. Ensuring the alarm systems are on;

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

iii. Ensuring markdowns are properly completed and completing markdown reports according to Dollar Tree's requirements;

iv. Viewing store security tapes;

v. Ensuring there are no customers in the bathroom or back room prior to closing;

vi. Counting money and ensuring the receipts are balanced;

vii. Interacting and communicating with upper management regarding asset protection issues;

viii. Ensuring merchandise is not brought into the break room; and

ix. Checking emails for cycle counts and ensuring cycle count reports are filled out.

e. <u>Maintain proper sales, banking, inventory, accounting, productivity, payroll and time records:</u>

i. Preparing or checking the preparation of the bank deposit;

ii. Taking the deposit to the bank;

iii. Ordering merchandise according to Dollar Tree's instructions;

iv. Monitoring and completing required company paperwork;

v. Using the Order Scorecard to determine what items to order;

vi. Monitoring associate attendance using the Kronos Timekeeping System;

vii. Correcting time records as necessary using the Kronos Timekeeping System;

viii. Reviewing reports of Department Sales, the Top 200 SKUs and the Top 10 selling items;

ix. Completing cycle-counts before opening; and

x. Conducting store walks by department.

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

f. Maintain adequate staffing of the store, recruit, interview, hire, employ and train sales associates. Train associates to properly use all equipment and technology as well as provide thorough merchandise display training:

i. Reviewing job applications;

ii. Scheduling job interviews;

iii. Calling applicants to give them a job offer;

iv. Conducting new associate orientation, which includes ensuring that the associate filled out all forms in the new hire packet, entering required information into the Dollar Tree computer system, providing new associates with an Associate Handbook and sexual harassment brochure, filling out the New Hire Checklist, and telling associates Dollar Tree's meal and rest break policies;

v. Counseling, providing written and verbal discipline of store associates and assistant managers in accordance with Dollar Tree's polices;

vi. Communicating with District Managers and Human Resources representatives as necessary in relation to personnel decisions; and

vii. Using the computer system to access Dollar Tree's Human Resources functions including performance evaluations, hire documents, and termination documents.

g. Schedule and assign work to store personnel. Evaluate, motivate, counsel, develop, discipline and discharge sales associates appropriately. Maintain production reports to evaluate job performance of sales associates:

i. Preparing associate schedules according to Dollar Tree's requirements;

ii. Reviewing daily SUC reports showing use the of payroll hours;

iii. Using the COMPASS computer system to evaluate and prepare cashier schedules;

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

iv. Preparing written performance warnings according to Dollar Tree's polices;

v. Preparing performance evaluations according to Dollar Tree's policies;

vi. Communicating with District Manager and Human Resources representatives as necessary in relation to personnel decisions;

vii. Printing associate rosters; and

viii. Scheduling and assigning meal and rest breaks.

h. Provide leadership and direction to store personnel:

i. Preparing notes to assistant managers;

ii. Preparing assignment lists and three by five cards with associate assignments; and

iii. Meeting the delivery trucks and directing where merchandise should be placed on the sales floor and in the stock room.

i. Communicate company policies to sales associates. Ensure associates comply with company policies and procedures, including safety guidelines and human resources policies:

i. Training and orientation of store associates, which includes ensuring that the associate filled out all forms in the new hire packet, entering required information into the Dollar Tree computer system, providing new associates with an Associate Handbook and sexual harassment brochure, filling out the New Hire Checklist, and telling associates Dollar Tree's meal and rest break policies;

ii. Advising associates regarding the store's security procedures; and

iii. Instructing associates to follow rules and regulations regarding alcohol sales and food stamp/EBT requirements.

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

j.     <u>Analyze sales, expenses and profit, review reports, analyze competition, determine customer preferences, manages sales forecasts, meet sales and profit objectives and goals, determine product mix, determine most effective placement of product and ensure standards of merchandise presentation, displays and signage to maximize sales. Assist in developing promotions and advertisements as appropriate:</u>

     i.     Reviewing reports of department sales, Top 200 SKUs and the Top 10 items sold;

     ii.     Using a PDT gun to order items in the store according to Dollar Tree's requirements;

     iii.     Ensuring store compliance with state regulations;

     iv.     Reviewing the Monthly Planner; and

     v.     Making appropriate assignments to keep shelves, end caps, displays, wow tables, and refrigerators/coolers clean and fully stocked.

k.     <u>Control inventory, supervise ordering, receiving, stocking and pricing of goods. Ensure goods are properly marked and mark downs are properly recorded:</u>

     i.     Reviewing reports of department sales, Top 200 SKUs and the Top 10 items sold;

     ii.     Requesting cycle counts;

     iii.     Generating and using the online Order Book to determine inventory on hand, what merchandise to order, and to order merchandise;

     iv.     Ensuring proper security of the building and proper accounting for markdowns according to Dollar Tree's requirements;

     v.     Making appropriate assignments to keep shelves, end caps, displays, wow tables, and refrigerators/coolers clean and fully stocked; and

     vi.     Making decisions and assignments to put stock in "grab bags" or to mark down stock.

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

l. Responsible for overall cleanliness and appearance of store:

i. Assigning associates to mop, vacuum, clean windows, and clean restrooms;

ii. Training cashiers to keep their cash registers clean;

iii. Modifying window signage as appropriate; and

iv. Assigning individuals to retrieve shopping carts from the parking lot.

m. Ensure the highest level of customer service. Handle customer complaints and problems:

i. Keeping a friendly environment in the store, talking to and greeting customers.

n. Ensure accident reports and damage reports are completed in a timely and accurate manner:

i. Preparing reports on associate and/or customer injuries and accidents, explaining how an accident happened and why, including a claim and confirmation number; faxing the reports to the corporate office.

o. Complete management reports in a timely and accurate manner:

i. Printing out the order scorecard, department sales, pull and hold, and Top 200 SKUs reports and putting them in the Playbook and/or posting them in the store office;

ii. Preparing schedules according to Dollar Tree's requirements;

iii. Ordering merchandise according to Dollar Tree's requirements;

iv. Completing the Certification of Duties;

v. Completing cycle count reports;

vi. Using and accessing the Dollar Tree computer system to complete and access reports as necessary;

vii. Completing the Deposit Log of all store deposits;

viii. Completing the Safe Fund Log at change of safe "ownership" from one member of management to another at shift change;

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

ix. Reconciling selective Receiving Reports for DSD billing; and

x. Completing and submitting the Tax Exempt Log.

p. Ensure compliance with applicable laws and regulations:

i. Ensuring all licenses and permits are properly displayed;

ii. Ensuring the fire extinguisher is not outdated;

iii. Instructing associates to take meal and rest breaks;

iv. Instructing associates to accurately record their time;

v. Reviewing and approving time records and releasing timekeeping information to ensure proper payment of wages; and

vi. Ensuring all accidents are reported.

q. Communicate professionally and effectively with customers, subordinates and supervisors:

i. Talking to District Managers in person, by telephone, and by email;

ii. Reading and printing all emails from Dollar Tree Human Resources and higher-level management; and

iii. Walking the floor and talking to customers and associates.

5. All of the tasks listed above are very elementary and require little or no particular thought; I completed each of them in accordance with Dollar Tree's specific requirements and instructions.

6. In addition to the duties listed above, Dollar Tree also requires its Store Managers to physically receive retail product by unloading trucks delivering merchandise from Dollar Tree Distribution Centers. Store Managers have to verify that the inventory received from the Distribution Center or a Direct Store Delivery service is consistent with store needs, orders placed or other delivery standards or protocols. Once merchandise is received, Store Managers are required to organize it in the stockroom and to physically place it on the shelves.

7. Store Managers also have to cashier. This task includes posting transaction voids for customer refunds and covering the register as needed.

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

8. Dollar Tree sets the price for all items; Store Managers have no authority to mark products down without express approval from Dollar Tree.

9. Store Managers are not permitted to decide how to stock merchandise throughout the store any way they like. Instead, they are required to adhere to the Merchandising Display Guidelines that Dollar Tree's Corporate management selects for the stores.

10. Dollar Tree Corporate routinely sends its Store Managers Merchandising Display Guidelines and Weekly Bulletins via email, which provide detailed instructions on where and how merchandise should be displayed throughout the store. To my knowledge, every California Dollar Tree Store Manager receives these Merchandising Display Guidelines and Weekly Bulletins.

11. The duties of Store Manager include unloading the trucks when they arrive with new shipments of products, counting the loads after they are removed from the trucks, carrying the loads to the stock room, and organizing them. Dollar Tree restricts the payroll hours that Store Managers are permitted to schedule to such a degree that they are required to personally unload shipments alongside the hourly employees who work at their stores.

12. The Store Manager job includes performing routine customer service. Specifically, Store Managers respond to customer questions, handle certain transactions that only management can carry out (such as voids), and cashier. On average, I spent about three to four hours each workday cashiering.

13. The duties of Store Manager also include maintaining the cleanliness of the store and, as such, Store Managers routinely clean up spills, vacuum, clean the bathroom, take trash to the dumpster outside the store and personally handle merchandise recovery.

14. Store Managers are also required to perform routine data entry on the computer and to complete paperwork using pre-fabricated forms prepared by Dollar Tree.

15. Store Managers do not have the authority to order the vast majority, if any, of the supplies for their stores.

16. Store Managers perform the same job tasks and duties on a week-to-week basis. They are rarely, if ever, allowed to deviate from the detailed policies and procedures that Dollar Tree publishes.

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

17. Store Managers do not have the authority to discipline the employees working at their stores. Before Store Managers can write up, suspend or terminate any employee, they are required to get approval from Dollar Tree Corporate.

18. I was rarely, if ever, able to take an uninterrupted meal period during a workday. When I did get a meal period, it was seldom a half hour or more, and I often did not get to take any meal periods during the first five hours of my shift. The vast majority of the rest breaks I took were on-duty and frequently interrupted by work duties like responding to inquiries from employees, Dollar Tree management and customers.

19. My typical workweek consisted of five days that varied in length from 10 to 12 hours.

20. I was paid the same amount of fixed compensation regardless of how many hours I worked during each pay period, and there is no connection between the number of hours I worked and the amount of my salary.

21. I am glad that the Court certified this case as a class action so that I do not have to expend the time and energy that it could take to bring a case against Dollar Tree on my own. I would like this Court to expand the class definition to include Store Managers who worked for Dollar Tree in California through the conclusion of this case. I believe that nothing about the Store Manager position has changed since May 26, 2009, and that class treatment is no less appropriate now than it was then.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 28 day of December 2009 in Turlock, California.

ALAN DURBIN

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

# EXHIBIT 33

Scott Edward Cole, Esq. (S.B. #160744)
Molly A. Kuehn, Esq. (S.B. #230763)
**SCOTT COLE & ASSOCIATES, APC**
1970 Broadway, Ninth Floor
Oakland, California 94612
Telephone: (510) 891-9800
Facsimile: (510) 891-7030
web: www.scalaw.com

Attorneys for Representative Plaintiffs
and the Plaintiff Class

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

MIGUEL A. CRUZ and JOHN D. HANSEN, individually, and on behalf of all others similarly situated,

Plaintiffs,

vs.

DOLLAR TREE STORES, INC.

Defendant.

**Case No.: C-07-02050 SC** (*Consolidated Action*)

**CLASS ACTION**

ROBERT RUNNINGS, individually, and on behalf of all others similarly situated,

Plaintiffs,

vs.

DOLLAR TREE STORES, INC.

Defendant.

**Case No.: C-07-4012 SC**

**CLASS ACTION**

**DECLARATION OF FRED FOSTER**

I, Fred Foster, do hereby declare as follows:

1. My address is 605 Washington Avenue, Bakersfield, California 93308. I have personal knowledge of the facts set forth in this declaration and could and would testify competently thereto.

2. I was employed by Dollar Tree Stores, Inc. (hereinafter "Dollar Tree") as a Store Manager from approximately November 2005 through approximately May 2007. During that time

I worked at three Dollar Tree stores located in Bakersfield, California.

3. When I was hired as a Store Manager I never underwent a mandatory eight-week training period at any Dollar Tree store.

4. It is my understanding that Store Managers are required to follow the same policies and procedures, as dictated by Dollar Tree, at every Dollar Tree store in California.

5. I am familiar with Dollar Tree's Store Manger Position and Responsibilities. The Store Manager duties require completion of various tasks, including those set forth below.

a. <u>Supervision of Associates:</u>

i. Preparing associate work schedules by filling in data fields on the Kronos Timekeeping System;

ii. Posting associate schedules;

iii. Conducting new associate training and orientation by reviewing applicable rules and policies with associates and ensuring new associate paperwork is completed and entered into the computer;

iv. Preparing checklists of job assignments;

v. Walking the store using the Daily Tour Sheet;

vi. Communicating and interacting with associates and customers throughout the day;

vii. Assigning markdowns and checking to ensure they are properly completed based on Dollar Tree's polices;

viii. Keeping track of associate attendance; and

ix. Counting stockroom boxes or cartons to monitor and keep track of associate productivity.

b. <u>Oversee daily store activities, including opening and closing the store:</u>

i. Walking the store for general overview of store appearance using the Daily Tour Sheet;

ii. Checking all door seals and ensuring door seal numbers match the most recent entry on the Door Seal Log;

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

iii. Correcting any time and attendance issues from the previous day;

iv. Completing cycle-counts before opening, per Dollar Tree procedures;

v. Ensuring the store opens on time and closes on time;

vi. Preparing associate schedules according to Dollar Tree's requirements by filling in data fields on the Kronos Timekeeping System;

vii. Timely posting of associate schedules;

viii. Calling the store as necessary to ensure proper opening and closing;

ix. Ensuring there are no customers in the bathroom or back room prior to closing;

x. Counting money and ensuring the receipts were balanced;

xi. Taking the deposit to the bank;

xii. Unlocking and/or locking the store; and

xiii. Assigning cashiers to cash registers and giving them a till.

c. <u>Ensure customer and associate safety:</u>

i. Completing paperwork in connection with associate on-the-job injuries;

ii. Ensuring associates who are injured on the job received proper medical care;

iii. Ensuring workers are properly trained on state and federal safety laws by providing them with materials sent from Dollar Tree Corporate;

iv. Ensuring that merchandise is properly placed on shelves according to Dollar Tree's requirements;

v. Viewing store security tapes;

vi. Preparing or checking the preparation of the bank deposit;

vii. Taking the deposit to the bank; and

viii. Checking all door seals and ensuring the door seal numbers match the most recent entry on the Door Seal Log.

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

d. Protect all company assets including store cash, merchandise and equipment:

i. Ensuring doors are properly locked and secured;

ii. Ensuring the alarm systems are on;

iii. Ensuring markdowns are properly completed and completing markdown reports according to Dollar Tree's requirements;

iv. Viewing store security tapes;

v. Ensuring there are no customers in the bathroom or back room prior to closing;

vi. Counting money and ensuring the receipts are balanced;

vii. Interacting and communicating with upper management regarding asset protection issues;

viii. Ensuring merchandise is not brought into the break room; and

ix. Checking emails for cycle counts and ensuring cycle count reports are filled out.

e. Maintain proper sales, banking, inventory, accounting, productivity, payroll and time records:

i. Preparing or checking the preparation of the bank deposit;

ii. Taking the deposit to the bank;

iii. Ordering merchandise according to Dollar Tree's instructions;

iv. Monitoring and completing required company paperwork;

v. Using the Order Scorecard to determine what items to order;

vi. Monitoring associate attendance using the Kronos Timekeeping System;

vii. Correcting time records as necessary using the Kronos Timekeeping System;

viii. Reviewing reports of Department Sales, the Top 200 SKUs and the Top 10 selling items;

ix. Completing cycle-counts before opening; and

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

x. Conducting store walks by department.

f. <u>Maintain adequate staffing of the store, recruit, interview, hire, employ and train sales associates. Train associates to properly use all equipment and technology as well as provide thorough merchandise display training:</u>

i. Reviewing job applications;

ii. Scheduling job interviews;

iii. Calling applicants to give them a job offer;

iv. Conducting new associate orientation, which includes ensuring that the associate filled out all forms in the new hire packet, entering required information into the Dollar Tree computer system, providing new associates with an Associate Handbook and sexual harassment brochure, filling out the New Hire Checklist, and telling associates Dollar Tree's meal and rest break policies;

v. Counseling, providing written and verbal discipline of store associates and assistant managers in accordance with Dollar Tree's polices;

vi. Communicating with District Managers and Human Resources representatives as necessary in relation to personnel decisions; and

vii. Using the computer system to access Dollar Tree's Human Resources functions including performance evaluations, hire documents, and termination documents.

g. <u>Schedule and assign work to store personnel. Evaluate, motivate, counsel, develop, discipline and discharge sales associates appropriately. Maintain production reports to evaluate job performance of sales associates:</u>

i. Preparing associate schedules according to Dollar Tree's requirements;

ii. Reviewing daily SUC reports showing use the of payroll hours;

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

iii. Using the COMPASS computer system to evaluate and prepare cashier schedules;

iv. Preparing written performance warnings according to Dollar Tree's polices;

v. Preparing performance evaluations according to Dollar Tree's policies;

vi. Communicating with District Manager and Human Resources representatives as necessary in relation to personnel decisions;

vii. Printing associate rosters; and

viii. Scheduling and assigning meal and rest breaks.

h. Provide leadership and direction to store personnel:

i. Preparing notes to assistant managers;

ii. Preparing assignment lists and three by five cards with associate assignments; and

iii. Meeting the delivery trucks and directing where merchandise should be placed on the sales floor and in the stock room.

i. Communicate company policies to sales associates. Ensure associates comply with company policies and procedures, including safety guidelines and human resources policies:

i. Training and orientation of store associates, which includes ensuring that the associate filled out all forms in the new hire packet, entering required information into the Dollar Tree computer system, providing new associates with an Associate Handbook and sexual harassment brochure, filling out the New Hire Checklist, and telling associates Dollar Tree's meal and rest break policies;

ii. Advising associates regarding the store's security procedures; and

iii. Instructing associates to follow rules and regulations regarding alcohol sales and food stamp/EBT requirements.

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

j. Analyze sales, expenses and profit, review reports, analyze competition, determine customer preferences, manages sales forecasts, meet sales and profit objectives and goals, determine product mix, determine most effective placement of product and ensure standards of merchandise presentation, displays and signage to maximize sales. Assist in developing promotions and advertisements as appropriate:

i. Reviewing reports of department sales, Top 200 SKUs and the Top 10 items sold;

ii. Using a PDT gun to order items in the store according to Dollar Tree's requirements;

iii. Ensuring store compliance with state regulations;

iv. Reviewing the Monthly Planner; and

v. Making appropriate assignments to keep shelves, end caps, displays, wow tables, and refrigerators/coolers clean and fully stocked.

k. Control inventory, supervise ordering, receiving, stocking and pricing of goods. Ensure goods are properly marked and mark downs are properly recorded:

i. Reviewing reports of department sales, Top 200 SKUs and the Top 10 items sold;

ii. Requesting cycle counts;

iii. Generating and using the online Order Book to determine inventory on hand, what merchandise to order, and to order merchandise;

iv. Ensuring proper security of the building and proper accounting for markdowns according to Dollar Tree's requirements;

v. Making appropriate assignments to keep shelves, end caps, displays, wow tables, and refrigerators/coolers clean and fully stocked; and

vi. Making decisions and assignments to put stock in "grab bags" or to mark down stock.

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

l. Responsible for overall cleanliness and appearance of store:

i. Assigning associates to mop, vacuum, clean windows, and clean restrooms;

ii. Training cashiers to keep their cash registers clean;

iii. Modifying window signage as appropriate; and

iv. Assigning individuals to retrieve shopping carts from the parking lot.

m. Ensure the highest level of customer service. Handle customer complaints and problems:

i. Keeping a friendly environment in the store, talking to and greeting customers.

n. Ensure accident reports and damage reports are completed in a timely and accurate manner:

i. Preparing reports on associate and/or customer injuries and accidents, explaining how an accident happened and why, including a claim and confirmation number; faxing the reports to the corporate office.

o. Complete management reports in a timely and accurate manner:

i. Printing out the order scorecard, department sales, pull and hold, and Top 200 SKUs reports and putting them in the Playbook and/or posting them in the store office;

ii. Preparing schedules according to Dollar Tree's requirements;

iii. Ordering merchandise according to Dollar Tree's requirements;

iv. Completing the Certification of Duties;

v. Completing cycle count reports;

vi. Using and accessing the Dollar Tree computer system to complete and access reports as necessary;

vii. Completing the Deposit Log of all store deposits;

viii. Completing the Safe Fund Log at change of safe "ownership" from one member of management to another at shift change;

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

ix. Reconciling selective Receiving Reports for DSD billing; and

x. Completing and submitting the Tax Exempt Log.

p. Ensure compliance with applicable laws and regulations:

i. Ensuring all licenses and permits are properly displayed;

ii. Ensuring the fire extinguisher is not outdated;

iii. Instructing associates to take meal and rest breaks;

iv. Instructing associates to accurately record their time;

v. Reviewing and approving time records and releasing timekeeping information to ensure proper payment of wages; and

vi. Ensuring all accidents are reported.

q. Communicate professionally and effectively with customers, subordinates and supervisors:

i. Talking to District Managers in person, by telephone, and by email;

ii. Reading and printing all emails from Dollar Tree Human Resources and higher-level management; and

iii. Walking the floor and talking to customers and associates.

6. All of the tasks listed above are very basic and require little or no complex thought; I complete each of them in accordance with Dollar Tree's specific requirements and instructions.

7. In addition to the duties listed above, Dollar Tree also requires its Store Managers to physically receive retail product by unloading trucks delivering merchandise from Dollar Tree Distribution Centers. Store Managers have to verify that the inventory received from the Distribution Center or a Direct Store Delivery service is consistent with store needs, orders placed or other delivery standards or protocols. Once merchandise is received, Store Managers are required to organize it in the stockroom and to physically place it on the shelves.

8. Store Managers also have to cashier. This task includes posting transaction voids for customer refunds and covering the register as needed.

9. Dollar Tree sets the price for all items; Store Managers have no authority to mark products down without express approval from Dollar Tree.

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

10. Store Managers are not permitted to decide how to stock merchandise throughout the store any way they like. Instead, they are required to adhere to the Merchandising Display Guidelines that Dollar Tree's Corporate management selects for the stores.

11. Dollar Tree Corporate routinely sends its Store Managers Merchandising Display Guidelines and Weekly Bulletins via email, which provide detailed instructions on where and how merchandise should be displayed throughout the store. To my knowledge, every California Dollar Tree Store Manager receives these Merchandising Display Guidelines and Weekly Bulletins.

12. The duties of Store Manager include unloading the trucks when they arrive with new shipments of products, counting the loads after they are removed from the trucks, carrying the loads to the stock room, and organizing them. Dollar Tree restricts the payroll hours that Store Managers are permitted to schedule to such a degree that they are required to personally unload shipments alongside the hourly employees who work at their stores.

13. The Store Manager job includes performing routine customer service. Specifically, Store Managers respond to customer questions, handle certain transactions that only management can carry out (such as voids), and cashier. On average, I spent about four to six hours each workday cashiering.

14. The duties of Store Manager also include maintaining the cleanliness of the store and, as such, Store Managers routinely clean up spills, vacuum, clean the bathroom, take trash to the dumpster outside the store and personally handle merchandise recovery.

15. Store Managers are also required to perform routine data entry on the computer and to complete paperwork using pre-fabricated forms prepared by Dollar Tree.

16. Store Managers do not have the authority to order the vast majority, if any, of the supplies for their stores.

17. Store Managers perform the same job tasks and duties on a week-to-week basis. They are rarely, if ever, allowed to deviate from the detailed policies and procedures that Dollar Tree publishes.

18. Store Managers do not have the authority to discipline the employees working at their stores. Before Store Managers can write up, suspend or terminate any employee, they are required

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

to get approval from Dollar Tree Corporate.

19. I was rarely, if ever, able to take an uninterrupted meal period during a workday. When I did get a meal period, it was seldom a half hour or more, and I often did not get to take any meal periods during the first five hours of my shift. The vast majority of the rest breaks I took were on-duty and frequently interrupted by work duties like responding to inquiries from employees, Dollar Tree management and customers.

20. My typical workweek consisted of six days that varied in length from 14 to 16 hours. It was not rare for me to work seven days per week in order to accomplish all of the duties required of me as a Store Manager.

21. I was paid the same amount of fixed compensation regardless of how many hours I worked during each pay period, and there is no connection between the number of hours I worked and the amount of my salary.

22. I am glad that the Court certified this case as a class action so that I do not have to expend the time and energy that it could take to bring a case against Dollar Tree on my own. I would like this Court to expand the class definition to include Store Managers who worked for Dollar Tree in California through the conclusion of this case. I believe that nothing about the Store Manager position has changed since May 26, 2009, and that class treatment is no less appropriate now than it was then.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed this 15 day of February, 2010 in Bakersfield, California.

FRED FOSTER

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

# EXHIBIT 34

Scott Edward Cole, Esq. (S.B. #160744)
Molly A. Kuehn, Esq. (S.B. #230763)
**SCOTT COLE & ASSOCIATES, APC**
1970 Broadway, Ninth Floor
Oakland, California 94612
Telephone: (510) 891-9800
Facsimile: (510) 891-7030
web: www.scalaw.com

Attorneys for Representative Plaintiffs
and the Plaintiff Class

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| MIGUEL A. CRUZ and JOHN D. HANSEN, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DOLLAR TREE STORES, INC.<br><br>Defendant. | **Case No.: C-07-02050 SC** (*Consolidated Action*)<br><br>**CLASS ACTION** |
| ROBERT RUNNINGS, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DOLLAR TREE STORES, INC.<br><br>Defendant. | **Case No.: C-07-4012 SC**<br><br>**CLASS ACTION**<br><br>**DECLARATION OF JUDY FRAGA** |

I, Judy Fraga, do hereby declare as follows:

1. My address is 4658 Poppy Hills Lane, Tracy, California 95377. I have personal knowledge of the facts set forth in this declaration and could and would testify competently thereto.

2. Upon being hired as a Store Manager I underwent a mandatory eight-week training period at the Dollar Tree store in Manteca (Store #2189). Thereafter I was assigned to work at another Dollar Tree store in Manteca (Store #1238), and I did not receive additional training after

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

being transferred.

3. I was employed by Dollar Tree Stores, Inc. (hereinafter "Dollar Tree") as a Store Manager from approximately September 3, 2003 through approximately April 10, 2007. During that time I worked at two Dollar Tree stores in Manteca and two Dollar Tree stores in Tracy, California.

4. It is my understanding that Store Managers are required to follow the same policies and procedures, as dictated by Dollar Tree, at every Dollar Tree store in California.

5. I am familiar with Dollar Tree's Store Manger Position and Responsibilities. The Store Manager duties require completion of various tasks, including those set forth below.

a. Ensure compliance with applicable laws and regulations:

i. Instructing associates to take meal and rest breaks;

ii. Ensuring the fire extinguisher is not outdated;

iii. Ensuring all licenses and permits are properly displayed;

iv. Ensuring all accidents are reported;

v. Instructing associates to accurately record their time; and

vi. Reviewing and approving time records and releasing timekeeping information to ensure proper payment of wages.

b. Ensure the highest level of customer service. Handle customer complaints and problems:

i. Keeping a friendly environment in the store, talking to and greeting customers.

c. Analyze sales, expenses and profit, review reports, analyze competition, determine customer preferences, manages sales forecasts, meet sales and profit objectives and goals, determine product mix, determine most effective placement of product and ensure standards of merchandise presentation, displays and signage to maximize sales. Assist in developing promotions and advertisements as appropriate:

i. Making appropriate assignments to keep shelves, end caps, displays, wow tables, and refrigerators/coolers clean and fully stocked;

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

ii.      Reviewing the Monthly Planner;

iii.     Using a PDT gun to order items in the store according to Dollar Tree's requirements; and

iv.     Reviewing reports of department sales, Top 200 SKUs and the Top 10 items sold.

d.     <u>Complete management reports in a timely and accurate manner:</u>

i.     Completing the Safe Fund Log at change of safe "ownership" from one member of management to another at shift change;

ii.     Printing out the order scorecard, department sales, pull and hold, and Top 200 SKUs reports and putting them in the Playbook and/or posting them in the store office;

iii.     Ordering merchandise according to Dollar Tree's requirements;

iv.     Completing cycle count reports;

v.     Completing the Certification of Duties;

vi.     Completing and submitting the Tax Exempt Log;

vii.     Using and accessing the Dollar Tree computer system to complete and access reports as necessary;

viii.     Completing the Deposit Log of all store deposits; and

ix.     Reconciling selective Receiving Reports for DSD billing.

e.     <u>Provide leadership and direction to store personnel:</u>

i.     Meeting the delivery trucks and directing where merchandise should be placed on the sales floor and in the stock room;

ii.     Preparing notes to assistant managers; and

iii.     Preparing assignment lists and three by five cards with associate assignments.

f.     <u>Supervision of Associates:</u>

i.     Posting associate schedules;

ii.     Preparing checklists of job assignments;

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

iii. Walking the store using the Daily Tour Sheet;

iv. Counting stockroom boxes or cartons to monitor and keep track of associate productivity;

v. Assigning markdowns and checking to ensure they are properly completed based on Dollar Tree's polices;

vi. Conducting new associate training and orientation by reviewing applicable rules and policies with associates and ensuring new associate paperwork is completed and entered into the computer;

vii. Preparing associate work schedules by filling in data fields on the Compass Timekeeping System;

viii. Communicating and interacting with associates and customers throughout the day; and

ix. Keeping track of associate attendance.

g. Maintain proper sales, banking, inventory, accounting, productivity, payroll and time records:

i. Monitoring and completing required company paperwork;

ii. Conducting store walks by department;

iii. Completing cycle-counts before opening;

iv. Preparing or checking the preparation of the bank deposit;

v. Correcting time records as necessary using the Compass Timekeeping System;

vi. Reviewing reports of Department Sales, the Top 200 SKUs and the Top 10 selling items;

vii. Monitoring associate attendance using the Compass Timekeeping System;

viii. Taking the deposit to the bank;

ix. Using the Order Scorecard to determine what items to order; and

x. Ordering merchandise according to Dollar Tree's instructions.

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

h. Communicate professionally and effectively with customers, subordinates and supervisors:

i. Walking the floor and talking to customers and associates;

ii. Talking to District Managers in person, by telephone, and by email; and

iii. Reading and printing all emails from Dollar Tree Human Resources and higher-level management.

i. Schedule and assign work to store personnel. Evaluate, motivate, counsel, develop, discipline and discharge sales associates appropriately. Maintain production reports to evaluate job performance of sales associates:

i. Scheduling and assigning meal and rest breaks;

ii. Preparing performance evaluations according to Dollar Tree's policies;

iii. Using the COMPASS computer system to evaluate and prepare cashier schedules;

iv. Communicating with District Manager and Human Resources representatives as necessary in relation to personnel decisions;

v. Printing associate rosters;

vi. Preparing associate schedules according to Dollar Tree's requirements;

vii. Preparing written performance warnings according to Dollar Tree's polices; and

viii. Reviewing daily SUC reports showing use the of payroll hours.

j. Protect all company assets including store cash, merchandise and equipment:

i. Counting money and ensuring the receipts are balanced;

ii. Ensuring doors are properly locked and secured;

iii. Checking emails for cycle counts and ensuring cycle count reports are filled out;

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

iv. Ensuring the alarm systems are on;

v. Viewing store security tapes;

vi. Interacting and communicating with upper management regarding asset protection issues;

vii. Ensuring markdowns are properly completed and completing markdown reports according to Dollar Tree's requirements;

viii. Ensuring merchandise is not brought into the break room; and

ix. Ensuring there are no customers in the bathroom or back room prior to closing.

k. Communicate company policies to sales associates. Ensure associates comply with company policies and procedures, including safety guidelines and human resources policies:

i. Instructing associates to follow rules and regulations regarding alcohol sales and food stamp/EBT requirements;

ii. Training and orientation of store associates, which includes ensuring that the associate filled out all forms in the new hire packet, entering required information into the Dollar Tree computer system, providing new associates with an Associate Handbook and sexual harassment brochure, filling out the New Hire Checklist, and telling associates Dollar Tree's meal and rest break policies; and

iii. Advising associates regarding the store's security procedures.

l. Maintain adequate staffing of the store, recruit, interview, hire, employ and train sales associates. Train associates to properly use all equipment and technology as well as provide thorough merchandise display training:

i. Using the computer system to access Dollar Tree's Human Resources functions including performance evaluations, hire documents, and termination documents;

ii. Scheduling job interviews;

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

iii. Reviewing job applications;

iv. Calling applicants to give them a job offer;

v. Communicating with District Managers and Human Resources representatives as necessary in relation to personnel decisions;

vi. Conducting new associate orientation, which includes ensuring that the associate filled out all forms in the new hire packet, entering required information into the Dollar Tree computer system, providing new associates with an Associate Handbook and sexual harassment brochure, filling out the New Hire Checklist, and telling associates Dollar Tree's meal and rest break policies; and

vii. Counseling, providing written and verbal discipline of store associates and assistant managers in accordance with Dollar Tree's polices.

m. Oversee daily store activities, including opening and closing the store:

i. Correcting any time and attendance issues from the previous day;

ii. Ensuring the store opens on time and closes on time;

iii. Timely posting of associate schedules;

iv. Counting money and ensuring the receipts were balanced;

v. Assigning cashiers to cash registers and giving them a till;

vi. Walking the store for general overview of store appearance using the Daily Tour Sheet;

vii. Completing cycle-counts before opening, per Dollar Tree procedures;

viii. Unlocking and/or locking the store;

ix. Calling the store as necessary to ensure proper opening and closing;

x. Preparing associate schedules according to Dollar Tree's requirements by filling in data fields on the Compass Timekeeping System;

xi. Taking the deposit to the bank;

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

xii. Ensuring there are no customers in the bathroom or back room prior to closing; and

xiii. Checking all door seals and ensuring door seal numbers match the most recent entry on the Door Seal Log.

n. <u>Responsible for overall cleanliness and appearance of store:</u>

i. Assigning individuals to retrieve shopping carts from the parking lot;

ii. Assigning associates to mop, vacuum, clean windows, and clean restrooms;

iii. Modifying window signage as appropriate; and

iv. Training cashiers to keep their cash registers clean.

o. <u>Ensure customer and associate safety:</u>

i. Ensuring that merchandise is properly placed on shelves according to Dollar Tree's requirements;

ii. Completing paperwork in connection with associate on-the-job injuries;

iii. Checking all door seals and ensuring the door seal numbers match the most recent entry on the Door Seal Log;

iv. Taking the deposit to the bank;

v. Ensuring workers are properly trained on state and federal safety laws by providing them with materials sent from Dollar Tree Corporate;

vi. Viewing store security tapes;

vii. Preparing or checking the preparation of the bank deposit; and

viii. Ensuring associates who are injured on the job received proper medical care.

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

p. Ensure accident reports and damage reports are completed in a timely and accurate manner:

i. Preparing reports on associate and/or customer injuries and accidents, explaining how an accident happened and why, including a claim and confirmation number; faxing the reports to the corporate office.

q. Control inventory, supervise ordering, receiving, stocking and pricing of goods. Ensure goods are properly marked and mark downs are properly recorded:

i. Making decisions and assignments to put stock in "grab bags" or to mark down stock;

ii. Generating and using the online Order Book to determine inventory on hand, what merchandise to order, and to order merchandise;

iii. Making appropriate assignments to keep shelves, end caps, displays, wow tables, and refrigerators/coolers clean and fully stocked;

iv. Reviewing reports of department sales, Top 200 SKUs and the Top 10 items sold;

v. Ensuring proper security of the building and proper accounting for markdowns according to Dollar Tree's requirements; and

vi. Requesting cycle counts.

6. All of the tasks listed above are very basic and require little or no complex thought; I completed each of them in accordance with Dollar Tree's specific requirements and instructions.

7. The task of cashiering includes posting transaction voids for customer refunds and covering the register as needed. Store Managers also have to do this.

8. Store Managers routinely clean up spills, vacuum, clean the bathroom, take trash to the dumpster outside the store and personally handle merchandise recovery. As a Store Manager maintaining the cleanliness of the store was a duty required of me.

9. Dollar Tree sets the price for all items; Store Managers have no authority to mark products down without express approval from Dollar Tree.

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

10. In addition to the duties listed above, Dollar Tree also requires its Store Managers to physically receive retail product by unloading trucks delivering merchandise from Dollar Tree Distribution Centers. Store Managers have to verify that the inventory received from the Distribution Center or a Direct Store Delivery service is consistent with store needs, orders placed or other delivery standards or protocols. Once merchandise is received, Store Managers are required to organize it in the stockroom and to physically place it on the shelves.

11. My typical workweek consisted of six days that varied in length from 10 to 11 hours.

12. The Store Manager job includes performing routine customer service. Specifically, Store Managers respond to customer questions, handle certain transactions that only management can carry out (such as voids), and cashier. On average, I spent about three to fours hours each workday cashiering.

13. I was paid the same amount of fixed compensation regardless of how many hours I worked during each pay period, and there is no connection between the number of hours I worked and the amount of my salary.

14. The detailed polices and procedures that Dollar Tree publishes require Store Managers to perform the same job tasks and duties on a week-to week basis. Store Managers are rarely, if ever, allowed to deviate from these guidelines.

15. I was rarely, if ever, able to take an uninterrupted meal period during a workday. When I did get a meal period, it was seldom a half hour or more, and I often did not get to take any meal periods during the first five hours of my shift. The vast majority of the rest breaks I took were on-duty and frequently interrupted by work duties like responding to inquiries from employees, Dollar Tree management and customers.

16. Dollar Tree Corporate routinely sends its Store Managers Merchandising Display Guidelines and Weekly Bulletins via email, which provide detailed instructions on where and how merchandise should be displayed throughout the store. To my knowledge, every California Dollar Tree Store Manager receives these Merchandising Display Guidelines and Weekly Bulletins.

17. Store Managers are also required to perform routine data entry on the computer and to complete paperwork using pre-fabricated forms prepared by Dollar Tree.

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

18. Dollar Tree restricts the payroll hours that Store Managers are permitted to schedule to such a degree that they are required to personally unload shipments alongside the hourly employees who work at their stores. As such, the duties of Store Manager include unloading the trucks when they arrive with new shipments of products, counting the loads after they are removed from the trucks, carrying the loads to the stock room, and organizing them.

19. Store Managers do not have the authority to order the vast majority, if any, of the supplies for their stores.

20. I am glad that the Court certified this case as a class action so that I do not have to expend the time and energy that it could take to bring a case against Dollar Tree on my own. I would like this Court to expand the class definition to include Store Managers who worked for Dollar Tree in California through the conclusion of this case. I believe that nothing about the Store Manager position has changed since May 26, 2009, and that class treatment is no less appropriate now than it was then.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed this 22nd day of February, 2010 in Tracy, California.

Judy Fraga

JUDY FRAGA

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL (510) 891-9800

# EXHIBIT 35

Scott Edward Cole, Esq. (S.B. #160744)
Molly A. Kuehn, Esq. (S.B. #230763)
**SCOTT COLE & ASSOCIATES, APC**
1970 Broadway, Ninth Floor
Oakland, California 94612
Telephone: (510) 891-9800
Facsimile: (510) 891-7030
web: www.scalaw.com

Attorneys for Representative Plaintiff
and the Plaintiff Class

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

MIGUEL A. CRUZ and JOHN D. HANSEN, individually, and on behalf of all others similarly situated,

Plaintiffs,

vs.

DOLLAR TREE STORES, INC.

Defendant.

**Case No.: C-07-02050 SC** (*Consolidated Action*)

**CLASS ACTION**

ROBERT RUNNINGS, individually, and on behalf of all others similarly situated,

Plaintiffs,

vs.

DOLLAR TREE STORES, INC.

Defendant.

Case No.: C-07-4012 SC

CLASS ACTION

**DECLARATION OF THOMAS FRANZE**

I, Thomas Franze, do hereby declare as follows:

1. My address is 747 Illinois Avenue, Apartment 2, Los Banos, California 93635. I have personal knowledge of the facts set forth in this declaration and could and would testify competently thereto.

2. I was employed by Dollar Tree Stores, Inc. (hereinafter "Dollar Tree") as a Store Manager from approximately January 29, 2007 through approximately April 2009. During that time

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

I worked at the Dollar Tree stores located in Charleston and Walterboro, South Carolina and Los Banos, California.

3. When I was hired as a Store Manager I underwent a mandatory eight-week training period at the Dollar Tree store in Charleston, South Carolina. Thereafter I was assigned to work at the Dollar Tree store in Walterboro, South Carolina, and I did not receive additional training after being transferred.

4. It is my understanding that Store Managers are required to follow the same policies and procedures, as dictated by Dollar Tree, at every Dollar Tree store in California.

5. I am familiar with Dollar Tree's Store Manger Position and Responsibilities. The Store Manager duties require completion of various tasks, including those set forth below.

a. Supervision of Associates:

i. Preparing associate work schedules by filling in data fields on the Kronos Timekeeping System;

ii. Posting associate schedules;

iii. Conducting new associate training and orientation by reviewing applicable rules and policies with associates and ensuring new associate paperwork is completed and entered into the computer;

iv. Preparing checklists of job assignments;

v. Walking the store using the Daily Tour Sheet;

vi. Communicating and interacting with associates and customers throughout the day;

vii. Assigning markdowns and checking to ensure they are properly completed based on Dollar Tree's polices;

viii. Keeping track of associate attendance; and

ix. Counting stockroom boxes or cartons to monitor and keep track of associate productivity.

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

b. Oversee daily store activities, including opening and closing the store:

i. Walking the store for general overview of store appearance using the Daily Tour Sheet;

ii. Checking all door seals and ensuring door seal numbers match the most recent entry on the Door Seal Log;

iii. Correcting any time and attendance issues from the previous day;

iv. Completing cycle-counts before opening, per Dollar Tree procedures;

v. Ensuring the store opens on time and closes on time;

vi. Preparing associate schedules according to Dollar Tree's requirements by filling in data fields on the Kronos Timekeeping System;

vii. Timely posting of associate schedules;

viii. Calling the store as necessary to ensure proper opening and closing;

ix. Ensuring there are no customers in the bathroom or back room prior to closing;

x. Counting money and ensuring the receipts were balanced;

xi. Taking the deposit to the bank;

xii. Unlocking and/or locking the store; and

xiii. Assigning cashiers to cash registers and giving them a till.

c. Ensure customer and associate safety:

i. Completing paperwork in connection with associate on-the-job injuries;

ii. Ensuring associates who are injured on the job received proper medical care;

iii. Ensuring workers are properly trained on state and federal safety laws by providing them with materials sent from Dollar Tree Corporate;

iv. Ensuring that merchandise is properly placed on shelves according to Dollar Tree's requirements;

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

v. Viewing store security tapes;

vi. Preparing or checking the preparation of the bank deposit;

vii. Taking the deposit to the bank; and

viii. Checking all door seals and ensuring the door seal numbers match the most recent entry on the Door Seal Log.

d. Protect all company assets including store cash, merchandise and equipment:

i. Ensuring doors are properly locked and secured;

ii. Ensuring the alarm systems are on;

iii. Ensuring markdowns are properly completed and completing markdown reports according to Dollar Tree's requirements;

iv. Viewing store security tapes;

v. Ensuring there are no customers in the bathroom or back room prior to closing;

vi. Counting money and ensuring the receipts are balanced;

vii. Interacting and communicating with upper management regarding asset protection issues;

viii. Ensuring merchandise is not brought into the break room; and

ix. Checking emails for cycle counts and ensuring cycle count reports are filled out.

e. Maintain proper sales, banking, inventory, accounting, productivity, payroll and time records:

i. Preparing or checking the preparation of the bank deposit;

ii. Taking the deposit to the bank;

iii. Ordering merchandise according to Dollar Tree's instructions;

iv. Monitoring and completing required company paperwork;

v. Using the Order Scorecard to determine what items to order;

vi. Monitoring associate attendance using the Kronos Timekeeping System;

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

vii. Correcting time records as necessary using the Kronos Timekeeping System;

viii. Reviewing reports of Department Sales, the Top 200 SKUs and the Top 10 selling items;

ix. Completing cycle-counts before opening; and

x. Conducting store walks by department.

f. Maintain adequate staffing of the store, recruit, interview, hire, employ and train sales associates. Train associates to properly use all equipment and technology as well as provide thorough merchandise display training:

i. Reviewing job applications;

ii. Scheduling job interviews;

iii. Calling applicants to give them a job offer;

iv. Conducting new associate orientation, which includes ensuring that the associate filled out all forms in the new hire packet, entering required information into the Dollar Tree computer system, providing new associates with an Associate Handbook and sexual harassment brochure, filling out the New Hire Checklist, and telling associates Dollar Tree's meal and rest break policies;

v. Counseling, providing written and verbal discipline of store associates and assistant managers in accordance with Dollar Tree's polices;

vi. Communicating with District Managers and Human Resources representatives as necessary in relation to personnel decisions; and

vii. Using the computer system to access Dollar Tree's Human Resources functions including performance evaluations, hire documents, and termination documents.

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

g. Schedule and assign work to store personnel. Evaluate, motivate, counsel, develop, discipline and discharge sales associates appropriately. Maintain production reports to evaluate job performance of sales associates:

i. Preparing associate schedules according to Dollar Tree's requirements;

ii. Reviewing daily SUC reports showing use the of payroll hours;

iii. Using the COMPASS computer system to evaluate and prepare cashier schedules;

iv. Preparing written performance warnings according to Dollar Tree's polices;

v. Preparing performance evaluations according to Dollar Tree's policies;

vi. Communicating with District Manager and Human Resources representatives as necessary in relation to personnel decisions;

vii. Printing associate rosters; and

viii. Scheduling and assigning meal and rest breaks.

h. Provide leadership and direction to store personnel:

i. Preparing notes to assistant managers;

ii. Preparing assignment lists and three by five cards with associate assignments; and

iii. Meeting the delivery trucks and directing where merchandise should be placed on the sales floor and in the stock room.

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

i. Communicate company policies to sales associates. Ensure associates comply with company policies and procedures, including safety guidelines and human resources policies:

i. Training and orientation of store associates, which includes ensuring that the associate filled out all forms in the new hire packet, entering required information into the Dollar Tree computer system, providing new associates with an Associate Handbook and sexual harassment brochure, filling out the New Hire Checklist, and telling associates Dollar Tree's meal and rest break policies;

ii. Advising associates regarding the store's security procedures; and

iii. Instructing associates to follow rules and regulations regarding alcohol sales and food stamp/EBT requirements.

j. Analyze sales, expenses and profit, review reports, analyze competition, determine customer preferences, manages sales forecasts, meet sales and profit objectives and goals, determine product mix, determine most effective placement of product and ensure standards of merchandise presentation, displays and signage to maximize sales. Assist in developing promotions and advertisements as appropriate:

i. Reviewing reports of department sales, Top 200 SKUs and the Top 10 items sold;

ii. Using a PDT gun to order items in the store according to Dollar Tree's requirements;

iii. Ensuring store compliance with state regulations;

iv. Reviewing the Monthly Planner; and

v. Making appropriate assignments to keep shelves, end caps, displays, wow tables, and refrigerators/coolers clean and fully stocked.

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

k. Control inventory, supervise ordering, receiving, stocking and pricing of goods. Ensure goods are properly marked and mark downs are properly recorded:

i. Reviewing reports of department sales, Top 200 SKUs and the Top 10 items sold;

ii. Requesting cycle counts;

iii. Generating and using the online Order Book to determine inventory on hand, what merchandise to order, and to order merchandise;

iv. Ensuring proper security of the building and proper accounting for markdowns according to Dollar Tree's requirements;

v. Making appropriate assignments to keep shelves, end caps, displays, wow tables, and refrigerators/coolers clean and fully stocked; and

vi. Making decisions and assignments to put stock in "grab bags" or to mark down stock.

l. Responsible for overall cleanliness and appearance of store:

i. Assigning associates to mop, vacuum, clean windows, and clean restrooms;

ii. Training cashiers to keep their cash registers clean;

iii. Modifying window signage as appropriate; and

iv. Assigning individuals to retrieve shopping carts from the parking lot.

m. Ensure the highest level of customer service. Handle customer complaints and problems:

i. Keeping a friendly environment in the store, talking to and greeting customers.

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

n. Ensure accident reports and damage reports are completed in a timely and accurate manner:

i. Preparing reports on associate and/or customer injuries and accidents, explaining how an accident happened and why, including a claim and confirmation number; faxing the reports to the corporate office.

o. Complete management reports in a timely and accurate manner:

i. Printing out the order scorecard, department sales, pull and hold, and Top 200 SKUs reports and putting them in the Playbook and/or posting them in the store office;

ii. Preparing schedules according to Dollar Tree's requirements;

iii. Ordering merchandise according to Dollar Tree's requirements;

iv. Completing the Certification of Duties;

v. Completing cycle count reports;

vi. Using and accessing the Dollar Tree computer system to complete and access reports as necessary;

vii. Completing the Deposit Log of all store deposits;

viii. Completing the Safe Fund Log at change of safe "ownership" from one member of management to another at shift change;

ix. Reconciling selective Receiving Reports for DSD billing; and

x. Completing and submitting the Tax Exempt Log.

p. Ensure compliance with applicable laws and regulations:

i. Ensuring all licenses and permits are properly displayed;

ii. Ensuring the fire extinguisher is not outdated;

iii. Instructing associates to take meal and rest breaks;

iv. Instructing associates to accurately record their time;

v. Reviewing and approving time records and releasing timekeeping information to ensure proper payment of wages; and

vi. Ensuring all accidents are reported.

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

q. Communicate professionally and effectively with customers, subordinates and supervisors:

i. Talking to District Managers in person, by telephone, and by email;

ii. Reading and printing all emails from Dollar Tree Human Resources and higher-level management; and

iii. Walking the floor and talking to customers and associates.

6. All of the tasks listed above are very elementary and require little or no particular thought; I completed each of them in accordance with Dollar Tree's specific requirements and instructions.

7. In addition to the duties listed above, Dollar Tree also requires its Store Managers to physically receive retail product by unloading trucks delivering merchandise from Dollar Tree Distribution Centers. Store Managers have to verify that the inventory received from the Distribution Center or a Direct Store Delivery service is consistent with store needs, orders placed or other delivery standards or protocols. Once merchandise is received, Store Managers are required to organize it in the stockroom and to physically place it on the shelves.

8. Store Managers also have to cashier. This task includes posting transaction voids for customer refunds and covering the register as needed.

9. Dollar Tree sets the price for all items; Store Managers have no authority to mark products down without express approval from Dollar Tree.

10. Store Managers are not permitted to decide how to stock merchandise throughout the store any way they like. Instead, they are required to adhere to the Merchandising Display Guidelines that Dollar Tree's Corporate management selects for the stores.

11. Dollar Tree Corporate routinely sends its Store Managers Merchandising Display Guidelines and Weekly Bulletins via email, which provide detailed instructions on where and how merchandise should be displayed throughout the store. To my knowledge, every California Dollar Tree Store Manager receives these Merchandising Display Guidelines and Weekly Bulletins.

12. The duties of Store Manager include unloading the trucks when they arrive with new shipments of products, counting the loads after they are removed from the trucks, carrying the loads

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

to the stock room, and organizing them. Dollar Tree restricts the payroll hours that Store Managers are permitted to schedule to such a degree that they are required to personally unload shipments alongside the hourly employees who work at their stores.

13. The Store Manager job includes performing routine customer service. Specifically, Store Managers respond to customer questions, handle certain transactions that only management can carry out (such as voids), and cashier. On average, I spent about eight to ten hours each workday cashiering.

14. The duties of Store Manager also include maintaining the cleanliness of the store and, as such, Store Managers routinely clean up spills, vacuum, clean the bathroom, take trash to the dumpster outside the store and personally handle merchandise recovery.

15. Store Managers are also required to perform routine data entry on the computer and to complete paperwork using pre-fabricated forms prepared by Dollar Tree.

16. Store Managers do not have the authority to order the vast majority, if any, of the supplies for their stores.

17. Store Managers perform the same job tasks and duties on a week-to-week basis. They are rarely, if ever, allowed to deviate from the detailed policies and procedures that Dollar Tree publishes.

18. Store Managers do not have the authority to discipline the employees working at their stores. Before Store Managers can write up, suspend or terminate any employee, they are required to get approval from Dollar Tree Corporate.

19. I was rarely, if ever, able to take an uninterrupted meal period during a workday. When I did get a meal period, it was seldom a half hour or more, and I often did not get to take any meal periods during the first five hours of my shift. The vast majority of the rest breaks I took were on-duty and frequently interrupted by work duties like responding to inquiries from employees, Dollar Tree management and customers.

20. My typical workweek consisted of six days that varied in length from 10 to 12 hours. It was not rare for me to work seven days per week in order to accomplish all of the duties required of me as a Store Manager.

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL. (510) 891-9800

21. I was paid the same amount of fixed compensation regardless of how many hours I worked during each pay period, and there is no connection between the number of hours I worked and the amount of my salary.

22. I am glad that the Court certified this case as a class action so that I do not have to expend the time and energy that it could take to bring a case against Dollar Tree on my own. I would like this Court to expand the class definition to include Store Managers who worked for Dollar Tree in California through the conclusion of this case. I believe that nothing about the Store Manager position has changed since May 26, 2009, and that class treatment is no less appropriate now than it was then.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 18 day of January 2010 in Los Banos, California.

THOMAS FRANZE

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

# EXHIBIT 36

Scott Edward Cole, Esq. (S.B. #160744)
Molly A. Kuehn, Esq. (S.B. #230763)
**SCOTT COLE & ASSOCIATES, APC**
1970 Broadway, Ninth Floor
Oakland, California 94612
Telephone: (510) 891-9800
Facsimile: (510) 891-7030
web: www.scalaw.com

Attorneys for Representative Plaintiffs and the Plaintiff Class

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

MIGUEL A. CRUZ and JOHN D. HANSEN, individually, and on behalf of all others similarly situated,

Plaintiffs,

vs.

DOLLAR TREE STORES, INC.

Defendant.

**Case No.: C-07-02050 SC** (*Consolidated Action*)

**CLASS ACTION**

ROBERT RUNNINGS, individually, and on behalf of all others similarly situated,

Plaintiffs,

vs.

DOLLAR TREE STORES, INC.

Defendant.

**Case No.: C-07-4012 SC**

**CLASS ACTION**

**DECLARATION OF GABRIELA GONZALEZ**

I, Gabriela Gonzalez, do hereby declare as follows:

1. My address is 2470 Washington Street, San Leandro, CA 94577. I have personal knowledge of the facts set forth in this declaration and could and would testify competently thereto.

2. I was employed by Dollar Tree Stores, Inc. (hereinafter "Dollar Tree") as a Store Manager from approximately January 2004 through approximately July 2005 and then again January 2008 through October 2009. During that time I worked at the Dollar Tree stores located in San

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

Leandro, Concord, Pleasant Hill, and Hayward California.

3. When I was hired as a Store Manager I underwent a mandatory eight-week training period at the Dollar Tree store in Oakland. Thereafter I was assigned to work at the Dollar Tree store in San Leandro, and I did not receive additional training after being transferred.

4. It is my understanding that Store Managers are required to follow the same policies and procedures, as dictated by Dollar Tree, at every Dollar Tree store in California.

5. I am familiar with Dollar Tree's Store Manger Position and Responsibilities. The Store Manager duties require completion of various tasks, including those set forth below.

a. Supervision of Associates:

i. Preparing associate work schedules by filling in data fields on the Kronos Timekeeping System;

ii. Posting associate schedules;

iii. Conducting new associate training and orientation by reviewing applicable rules and policies with associates and ensuring new associate paperwork is completed and entered into the computer;

iv. Preparing checklists of job assignments;

v. Walking the store using the Daily Tour Sheet;

vi. Communicating and interacting with associates and customers throughout the day;

vii. Assigning markdowns and checking to ensure they are properly completed based on Dollar Tree's polices;

viii. Keeping track of associate attendance; and

ix. Counting stockroom boxes or cartons to monitor and keep track of associate productivity.

b. Oversee daily store activities, including opening and closing the store:

i. Walking the store for general overview of store appearance using the Daily Tour Sheet;

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

ii. Checking all door seals and ensuring door seal numbers match the most recent entry on the Door Seal Log;

iii. Correcting any time and attendance issues from the previous day;

iv. Completing cycle-counts before opening, per Dollar Tree procedures;

v. Ensuring the store opens on time and closes on time;

vi. Preparing associate schedules according to Dollar Tree's requirements by filling in data fields on the Kronos Timekeeping System;

vii. Timely posting of associate schedules;

viii. Calling the store as necessary to ensure proper opening and closing;

ix. Ensuring there are no customers in the bathroom or back room prior to closing;

x. Counting money and ensuring the receipts were balanced;

xi. Taking the deposit to the bank;

xii. Unlocking and/or locking the store; and

xiii. Assigning cashiers to cash registers and giving them a till.

c. Ensure customer and associate safety:

i. Completing paperwork in connection with associate on-the-job injuries;

ii. Ensuring associates who are injured on the job received proper medical care;

iii. Ensuring workers are properly trained on state and federal safety laws by providing them with materials sent from Dollar Tree Corporate;

iv. Ensuring that merchandise is properly placed on shelves according to Dollar Tree's requirements;

v. Viewing store security tapes;

vi. Preparing or checking the preparation of the bank deposit;

vii. Taking the deposit to the bank; and

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL. (510) 891-9800

viii. Checking all door seals and ensuring the door seal numbers match the most recent entry on the Door Seal Log.

d. Protect all company assets including store cash, merchandise and equipment:

i. Ensuring doors are properly locked and secured;

ii. Ensuring the alarm systems are on;

iii. Ensuring markdowns are properly completed and completing markdown reports according to Dollar Tree's requirements;

iv. Viewing store security tapes;

v. Ensuring there are no customers in the bathroom or back room prior to closing;

vi. Counting money and ensuring the receipts are balanced;

vii. Interacting and communicating with upper management regarding asset protection issues;

viii. Ensuring merchandise is not brought into the break room; and

ix. Checking emails for cycle counts and ensuring cycle count reports are filled out.

e. Maintain proper sales, banking, inventory, accounting, productivity, payroll and time records:

i. Preparing or checking the preparation of the bank deposit;

ii. Taking the deposit to the bank;

iii. Ordering merchandise according to Dollar Tree's instructions;

iv. Monitoring and completing required company paperwork;

v. Using the Order Scorecard to determine what items to order;

vi. Monitoring associate attendance using the Kronos Timekeeping System;

vii. Correcting time records as necessary using the Kronos Timekeeping System;

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL. (510) 891-9800

viii. Reviewing reports of Department Sales, the Top 200 SKUs and the Top 10 selling items;

ix. Completing cycle-counts before opening; and

x. Conducting store walks by department.

f. <u>Maintain adequate staffing of the store, recruit, interview, hire, employ and train sales associates. Train associates to properly use all equipment and technology as well as provide thorough merchandise display training:</u>

i. Reviewing job applications;

ii. Scheduling job interviews;

iii. Calling applicants to give them a job offer;

iv. Conducting new associate orientation, which includes ensuring that the associate filled out all forms in the new hire packet, entering required information into the Dollar Tree computer system, providing new associates with an Associate Handbook and sexual harassment brochure, filling out the New Hire Checklist, and telling associates Dollar Tree's meal and rest break policies;

v. Counseling, providing written and verbal discipline of store associates and assistant managers in accordance with Dollar Tree's polices;

vi. Communicating with District Managers and Human Resources representatives as necessary in relation to personnel decisions; and

vii. Using the computer system to access Dollar Tree's Human Resources functions including performance evaluations, hire documents, and termination documents.

g. <u>Schedule and assign work to store personnel. Evaluate, motivate, counsel, develop, discipline and discharge sales associates appropriately. Maintain production reports to evaluate job performance of sales associates:</u>

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL. (510) 891-9800

i. Preparing associate schedules according to Dollar Tree's requirements;

ii. Reviewing daily SUC reports showing use the of payroll hours;

iii. Using the COMPASS computer system to evaluate and prepare cashier schedules;

iv. Preparing written performance warnings according to Dollar Tree's polices;

v. Preparing performance evaluations according to Dollar Tree's policies;

vi. Communicating with District Manager and Human Resources representatives as necessary in relation to personnel decisions;

vii. Printing associate rosters; and

viii. Scheduling and assigning meal and rest breaks.

h. <u>Provide leadership and direction to store personnel:</u>

i. Preparing notes to assistant managers;

ii. Preparing assignment lists and three by five cards with associate assignments; and

iii. Meeting the delivery trucks and directing where merchandise should be placed on the sales floor and in the stock room.

i. <u>Communicate company policies to sales associates. Ensure associates comply with company policies and procedures, including safety guidelines and human resources policies:</u>

i. Training and orientation of store associates, which includes ensuring that the associate filled out all forms in the new hire packet, entering required information into the Dollar Tree computer system, providing new associates with an Associate Handbook and sexual harassment brochure, filling out the New Hire Checklist, and telling associates Dollar Tree's meal and rest break policies;

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

ii. Advising associates regarding the store's security procedures; and

iii. Instructing associates to follow rules and regulations regarding alcohol sales and food stamp/EBT requirements.

j. Analyze sales, expenses and profit, review reports, analyze competition, determine customer preferences, manages sales forecasts, meet sales and profit objectives and goals, determine product mix, determine most effective placement of product and ensure standards of merchandise presentation, displays and signage to maximize sales. Assist in developing promotions and advertisements as appropriate:

i. Reviewing reports of department sales, Top 200 SKUs and the Top 10 items sold;

ii. Using a PDT gun to order items in the store according to Dollar Tree's requirements;

iii. Ensuring store compliance with state regulations;

iv. Reviewing the Monthly Planner; and

v. Making appropriate assignments to keep shelves, end caps, displays, wow tables, and refrigerators/coolers clean and fully stocked.

k. Control inventory, supervise ordering, receiving, stocking and pricing of goods. Ensure goods are properly marked and mark downs are properly recorded:

i. Reviewing reports of department sales, Top 200 SKUs and the Top 10 items sold;

ii. Requesting cycle counts;

iii. Generating and using the online Order Book to determine inventory on hand, what merchandise to order, and to order merchandise;

iv. Ensuring proper security of the building and proper accounting for markdowns according to Dollar Tree's requirements;

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

v. Making appropriate assignments to keep shelves, end caps, displays, wow tables, and refrigerators/coolers clean and fully stocked; and

vi. Making decisions and assignments to put stock in "grab bags" or to mark down stock.

l. <u>Responsible for overall cleanliness and appearance of store:</u>

i. Assigning associates to mop, vacuum, clean windows, and clean restrooms;

ii. Training cashiers to keep their cash registers clean;

iii. Modifying window signage as appropriate; and

iv. Assigning individuals to retrieve shopping carts from the parking lot.

m. <u>Ensure the highest level of customer service. Handle customer complaints and problems:</u>

i. Keeping a friendly environment in the store, talking to and greeting customers.

n. <u>Ensure accident reports and damage reports are completed in a timely and accurate manner:</u>

i. Preparing reports on associate and/or customer injuries and accidents, explaining how an accident happened and why, including a claim and confirmation number; faxing the reports to the corporate office.

o. <u>Complete management reports in a timely and accurate manner:</u>

i. Printing out the order scorecard, department sales, pull and hold, and Top 200 SKUs reports and putting them in the Playbook and/or posting them in the store office;

ii. Preparing schedules according to Dollar Tree's requirements;

iii. Ordering merchandise according to Dollar Tree's requirements;

iv. Completing the Certification of Duties;

v. Completing cycle count reports;

vi. Using and accessing the Dollar Tree computer system to complete and access reports as necessary;

vii. Completing the Deposit Log of all store deposits;

viii. Completing the Safe Fund Log at change of safe "ownership" from one member of management to another at shift change;

ix. Reconciling selective Receiving Reports for DSD billing; and

x. Completing and submitting the Tax Exempt Log.

p. Ensure compliance with applicable laws and regulations:

i. Ensuring all licenses and permits are properly displayed;

ii. Ensuring the fire extinguisher is not outdated;

iii. Instructing associates to take meal and rest breaks;

iv. Instructing associates to accurately record their time;

v. Reviewing and approving time records and releasing timekeeping information to ensure proper payment of wages; and

vi. Ensuring all accidents are reported.

q. Communicate professionally and effectively with customers, subordinates and supervisors:

i. Talking to District Managers in person, by telephone, and by email;

ii. Reading and printing all emails from Dollar Tree Human Resources and higher-level management; and

iii. Walking the floor and talking to customers and associates.

6. All of the tasks listed above are very basic and require little or no complex thought; I completed each of them in accordance with Dollar Tree's specific requirements and instructions.

7. In addition to the duties listed above, Dollar Tree also requires its Store Managers to physically receive retail product by unloading trucks delivering merchandise from Dollar Tree Distribution Centers. Store Managers have to verify that the inventory received from the Distribution Center or a Direct Store Delivery service is consistent with store needs, orders placed or other delivery standards or protocols. Once merchandise is received, Store Managers are required to

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

organize it in the stockroom and to physically place it on the shelves.

8. Store Managers also have to cashier. This task includes posting transaction voids for customer refunds and covering the register as needed.

9. Dollar Tree sets the price for all items; Store Managers have no authority to mark products down without express approval from Dollar Tree.

10. Store Managers are not permitted to decide how to stock merchandise throughout the store any way they like. Instead, they are required to adhere to the Merchandising Display Guidelines that Dollar Tree's Corporate management selects for the stores.

11. Dollar Tree Corporate routinely sends its Store Managers Merchandising Display Guidelines and Weekly Bulletins via email, which provide detailed instructions on where and how merchandise should be displayed throughout the store. To my knowledge, every California Dollar Tree Store Manager receives these Merchandising Display Guidelines and Weekly Bulletins.

12. The duties of Store Manager include unloading the trucks when they arrive with new shipments of products, counting the loads after they are removed from the trucks, carrying the loads to the stock room, and organizing them. Dollar Tree restricts the payroll hours that Store Managers are permitted to schedule to such a degree that they are required to personally unload shipments alongside the hourly employees who work at their stores.

13. The Store Manager job includes performing routine customer service. Specifically, Store Managers respond to customer questions, handle certain transactions that only management can carry out (such as voids), and cashier. On average, I spent about four to seven hours each workday cashiering.

14. The duties of Store Manager also include maintaining the cleanliness of the store and, as such, Store Managers routinely clean up spills, vacuum, clean the bathroom, take trash to the dumpster outside the store and personally handle merchandise recovery.

15. Store Managers are also required to perform routine data entry on the computer and to complete paperwork using pre-fabricated forms prepared by Dollar Tree.

16. Store Managers do not have the authority to order the vast majority, if any, of the supplies for their stores.

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

17. Store Managers perform the same job tasks and duties on a week-to-week basis. They are rarely, if ever, allowed to deviate from the detailed policies and procedures that Dollar Tree publishes.

18. Store Managers do not have the authority to discipline the employees working at their stores. Before Store Managers can write up, suspend or terminate any employee, they are required to get approval from Dollar Tree Corporate.

19. I was rarely, if ever, able to take an uninterrupted meal period during a workday. When I did get a meal period, it was seldom a half hour or more, and I often did not get to take any meal periods during the first five hours of my shift. The vast majority of the rest breaks I take were on-duty and frequently interrupted by work duties like responding to inquiries from employees, Dollar Tree management and customers.

20. My typical workweek consisted of six days that varied in length from 10 to 12 hours. It was not rare for me to work seven days per week in order to accomplish all of the duties required of me as a Store Manager.

21. I was paid the same amount of fixed compensation regardless of how many hours I worked during each pay period, and there is no connection between the number of hours I worked and the amount of my salary.

22. I am glad that the Court certified this case as a class action so that I do not have to expend the time and energy that it could take to bring a case against Dollar Tree on my own. I would like this Court to expand the class definition to include Store Managers who worked for Dollar Tree in California through the conclusion of this case. I believe that nothing about the Store Manager position has changed since May 26, 2009, and that class treatment is no less appropriate now than it was then.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 6 day of January 2010 in San Leandro, California.

GABRIELA GONZALEZ

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800