UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL A. CRUZ, and JOHN D. HANSEN, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>   v.<br><br>DOLLAR TREE STORES, INC.,<br><br>    Defendant.<br>_____<br>ROBERT RUNNINGS, individually, and on behalf of all others similarly situated,<br>    Plaintiffs,<br><br>   v.<br><br>DOLLAR TREE STORES, INC.,<br><br>    Defendant.<br>_____ | Case Nos. 07-2050 SC<br>          07-4012 SC<br><br>ORDER GRANTING<br>LIMITED EXTENSION OF<br><u>DISCOVERY DEADLINE</u> |

    On October 22, 2010, Defendant Dollar Tree Stores, Inc. ("Defendant") requested an extension of the discovery deadline for the limited purpose of having Magistrate Judge Spero determine whether Plaintiffs should be compelled to respond to two interrogatories served by Defendant on September 10, 2010. <u>Runnings</u> Docket No. 308.  October 15, 2010 was the cutoff date for all discovery in this case.  <u>Cruz</u> Docket No. 150.  These two interrogatories were served one day after the Court granted in part and denied in part Defendant's Motion for Decertification on

September 9, 2010, and over a month before the discovery cutoff date. See Cruz Docket No. 232. Plaintiffs objected to the two interrogatories on October 8, 2010. Johnson Decl. Ex. 3 ("Pls.' Objs").[1]  Since the two interrogatories were served well before the discovery cutoff date, the Court finds that Defendant is entitled to request that Plaintiffs be compelled to respond to them.

The Court therefore GRANTS Defendant's motion for a limited extension of the discovery cutoff date for the sole purpose of determining whether Plaintiffs must respond to the two interrogatories. The parties are to confer with Judge Spero's chambers regarding how the matter should be handled, but the Court expects the matter to be resolved within forty-five (45) days of this Order. There shall be no other extensions of any discovery deadline in this case.

IT IS SO ORDERED.

Dated: October 28, 2010

UNITED STATES DISTRICT JUDGE

---

[1] Krista Stevenson Johnson, counsel for Defendant, filed a declaration in support of the motion. Runnings Docket No. 309.

2