MAUREEN E. MCCLAIN, Bar No. 62050
MATTHEW P. VANDALL, Bar No. 196962
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA  94108.2693
Telephone:    415.433.1940
Facsimile:    415.399.8490
Email:         mmcclain@littler.com
               kjohnson@littler.com
               mvandall@littler.com

Attorneys for Defendant
DOLLAR TREE STORES, INC.

SCOTT EDWARD COLE, Bar No. 160744
MOLLY A. DeSARIO, Bar No. 230763
SCOTT COLE & ASSOCIATES, APC
1970 Broadway, Ninth Floor
Oakland, California  94612
Tel:    (510) 891-9800
Fax:    (510) 891-7030
Email:  scole@scalaw.com
        mdesario@scalaw.com

Attorneys for Plaintiffs
MIGUEL A. CRUZ, JOHN D. HANSEN, and ROBERT RUNNINGS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL A. CRUZ and JOHN D. HANSEN, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>DOLLAR TREE STORES, INC.,<br><br>    Defendant. | **Case Nos.  C 07 2050 SC and C 07 04012 SC**<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING TRIAL SETTING CONFERENCE**<br><br>Date:    June 10, 2011<br>Time:    10:00 a.m.<br>Dept.:   Crtrm. 1, 17th Floor<br>Judge:   Hon. Samuel Conti<br><br>Trial Date:   No Dates Set<br>Complaints Filed:   April 11, 2007<br>                    July 6, 2007 |
| ROBERT RUNNINGS, individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>DOLLAR TREE STORES, INC.,<br><br>    Defendant. | |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

**STIPULATION AND [PROPOSED] ORDER RE TRIAL SETTING CONFERENCE**

CASE NOS. **C 07 2050 SC** and **C 07 04012 SC**

WHEREAS the trial in this action was originally scheduled to commence on March 7, 2011;

WHEREAS the Court vacated the trial date on January 11, 2011 and scheduled a Trial Setting Conference for June 10, 2011;

WHEREAS Matthew P. Vandall, one of the counselors of record for Defendant Dollar Tree Stores, Inc. is unavailable to appear before the Court on June 10, 2011 because he will be out of the state on a previously planned vacation;

WHEREAS a brief extension of the Trial Setting Conference to any date of the Court's choosing during the week of June 13, 2011, or as soon thereafter as the Court may schedule such conference, will enable Mr. Vandall to attend both his pre-planned vacation and the Trial Setting Conference; and

WHEREAS Class counsel, Scott Cole & Associates, APC, has agreed to the extension request as a professional courtesy to accommodate Mr. Vandall's vacation plans.

**THE PARTIES THEREFORE AGREE AS FOLLOWS:**

Subject to the Court's approval and availability, the Trial Setting Conference will be contined from June 10, 2011 to June 17, 2011 at 10:00 a.m.

Dated: January 14, 2011

/s/ Molly DeSario
MOLLY DeSARIO
SCOTT COLE & ASSOCIATES, APC
Attorneys for Plaintiffs and the Plaintiff Class

Dated: January 14, 2011

/s/ Matthew P. Vandall
MATTHEW P. VANDALL
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
DOLLAR TREE STORES, INC.

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION AND [PROPOSED] ORDER RE TRIAL SETTING CONFERENCE   1.   CASE NOS. **C 07 2050 SC** and **C 07 04012 SC**

**IT IS HEREBY ORDERED** that:

The Trial Setting Conference scheduled presently for June 10, 2011 at 10:00 a.m. is hereby continued until ~~June 17, 2011~~ at 10:00 a.m. June 24, 2011

**IT IS SO ORDERED.**

Dated: __1/18__ 2011



The Hon. Samuel Conti
United States District Judge

Firmwide:99670558.1 061603.1004