| | |
|---|---|
| 1 | MAUREEN E. MCCLAIN, Bar No. 62050 |
|   | KRISTA STEVENSON JOHNSON, Bar No. 185241 |
| 2 | MATTHEW P. VANDALL, Bar No. 196962 |
|   | LITTLER MENDELSON, PC |
| 3 | 650 California Street, 20th Floor |
|   | San Francisco, CA  94108.2693 |
| 4 | Telephone:      415.433.1940 |
|   | Facsimile:       415.399.8490 |
| 5 | Email:            mmcclain@littler.com |
|   |                        kjohnson@littler.com |
| 6 |                        mvandall@littler.com |

Attorneys for Defendant
DOLLAR TREE STORES, INC.

Scott Edward Cole, Esq. (S.B. #160744)
Molly A. DeSario, Esq. (S.B. #230763)
SCOTT COLE & ASSOCIATES, APC
1970 Broadway, Ninth Floor
Oakland, California 94612
Telephone: (510) 891-9800
Facsimile: (510) 891-7030
Email: scole@scalaw.com
Email: mdesario@scalaw.com
Web:   www.scalaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MIGUEL A. CRUZ and JOHN D. HANSEN, individually and on behalf of all others similarly situated, | Case No. C-07-2050 SC |
|---|---|
| | **CONSOLIDATED ACTION** |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER DISMISSING PLAINTIFFS' FLSA ALLEGATIONS WITHOUT PREJUDICE** |
| v. | |
| DOLLAR TREE STORES, INC., | |
| Defendant. | |
| ROBERT RUNNINGS, individually, and on behalf of all others similarly situated, | **Case No.: C-07-4012 SC** |
| | **CONSOLIDATED ACTION** |
| Plaintiff, | |
| v. | **Date:**     TBD |
| DOLLAR TREE STORES, INC., | **Time**:     TBD |
| | **Dept**.:   Courtroom 1, 17th Floor |
| Defendant | **Judge**:   Hon. Samuel Conti |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

STIPULATION AND PROPOSED ORDER     1.     Case Nos. C 07 2050 SC and C 07 04012 SC

WHEREAS Plaintiffs John Hansen and Miguel Cruz included a claim arising under the Fair Labor Standards Act (the "FLSA") in their initial complaint.

WHEREAS Plaintiff Robert Runnings did not include an FLSA claim in his initial complaint;

WHEREAS Defendant Dollar Tree Stores, Inc. ("Defendant") denies that it violated the FLSA with respect to Plaintiffs Miguel A. Cruz, John D. Hansen and/or Robert Runnings ("Plaintiffs");

WHEREAS Plaintiffs' California state law claims subsume, as a practical matter, relief available via the FLSA claims alleged in the operative complaints;

WHEREAS no party will incur any prejudice as a result of this Stipulation; and

WHEREAS Plaintiffs Cruz and Hansen do not wish to pursue their FLSA claims through the instant litigation;

THE PARTIES, THEREFORE, AGREE AS FOLLOWS:

Plaintiffs request, and Defendant does not oppose, dismissal of Plaintiffs' FLSA claims <u>without</u> prejudice.

Dated: September 26, 2011        SCOTT COLE & ASSOCIATES, APC

By: /s/ Molly A. DeSario
Molly A. DeSario, Esq.
Attorneys for Plaintiffs

**I HEREBY ATTEST THAT THE CONTENT OF THIS DOCUMENT IS ACCEPTABLE TO ALL PERSONS REQUIRED TO SIGN THIS DOCUMENT**

Dated: September 26, 2011        LITTLER MENDELSON, APC

By: /s/Matthew P. Vandall
Matthew P. Vandall
Attorneys for Defendant
Dollar Tree Stores, Inc.

STIPULATION AND [PROPOSED] ORDER        2.        Case Nos. C 07 2050 SC and C 07 04012 SC

# [PROPOSED] ORDER

Plaintiffs' FLSA allegations are hereby dismissed without prejudice.

IT IS SO ORDERED.

Dated: __September 27__, 2011                    By: _____
                                                      The Honorable Samuel Conti
                                                      United States District Judge

*IT IS SO ORDERED.*
*Judge Samuel Conti*

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION AND [PROPOSED] ORDER    3.    Case Nos. C 07 2050 SC and C 07 04012 SC