1  MAUREEN E. MCCLAIN, Bar No. 62050
   KRISTA STEVENSON JOHNSON, Bar No. 185241
2  MATTHEW P. VANDALL, Bar No. 196962
   LITTLER MENDELSON, PC
3  650 California Street, 20th Floor
   San Francisco, CA  94108.2693
4  Telephone:    415.433.1940
   Facsimile:    415.399.8490
5  Email:        mmcclain@littler.com
                 kjohnson@littler.com
6                mvandall@littler.com

7  Attorneys for Defendant
   DOLLAR TREE STORES, INC.

8  Scott Edward Cole, Esq. (S.B. #160744)
   Molly A. DeSario, Esq. (S.B. #230763)
9  SCOTT COLE & ASSOCIATES, APC
   1970 Broadway, Ninth Floor
10 Oakland, California 94612
   Telephone: (510) 891-9800
11 Facsimile: (510) 891-7030
   Email: scole@scalaw.com
12 Email: mdesario@scalaw.com
   Web:   www.scalaw.com
13
   Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL A. CRUZ and JOHN D. HANSEN, individually and on behalf of all others similarly situated,<br><br>           Plaintiffs,<br><br>    v.<br><br>DOLLAR TREE STORES, INC.,<br><br>           Defendant. | **Case No. C-07-2050 SC**<br><br>**CONSOLIDATED ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING PLAINTIFFS' FLSA ALLEGATIONS WITHOUT PREJUDICE** |
| ROBERT RUNNINGS, individually, and on behalf of all others similarly situated,<br><br>           Plaintiff,<br><br>    v.<br><br>DOLLAR TREE STORES, INC.,<br><br>Defendant | **Case No.: C-07-4012 SC**<br><br>**CONSOLIDATED ACTION**<br><br>**Date:**     TBD<br>**Time**:    TBD<br>**Dept**.:   Courtroom 1, 17th Floor<br>**Judge**:   Hon. Samuel Conti |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

STIPULATION AND PROPOSED ORDER        1.        Case Nos. C 07 2050 SC and C 07 04012 SC

WHEREAS Plaintiffs John Hansen and Miguel Cruz included a claim arising under the Fair Labor Standards Act (the "FLSA") in their initial complaint.

WHEREAS Plaintiff Robert Runnings did not include an FLSA claim in his initial complaint;

WHEREAS Defendant Dollar Tree Stores, Inc. ("Defendant") denies that it violated the FLSA with respect to Plaintiffs Miguel A. Cruz, John D. Hansen and/or Robert Runnings ("Plaintiffs");

WHEREAS Plaintiffs' California state law claims subsume, as a practical matter, relief available via the FLSA claims alleged in the operative complaints;

WHEREAS no party will incur any prejudice as a result of this Stipulation; and

WHEREAS Plaintiffs Cruz and Hansen do not wish to pursue their FLSA claims through the instant litigation;

THE PARTIES, THEREFORE, AGREE AS FOLLOWS:

Plaintiffs request, and Defendant does not oppose, dismissal of Plaintiffs' FLSA claims <u>without</u> prejudice.

Dated: September 26, 2011            SCOTT COLE & ASSOCIATES, APC

                                     By:    /s/ Molly A. DeSario
                                            Molly A. DeSario, Esq.
                                            Attorneys for Plaintiffs

**I HEREBY ATTEST THAT THE CONTENT OF THIS DOCUMENT IS ACCEPTABLE TO ALL PERSONS REQUIRED TO SIGN THIS DOCUMENT**

Dated: September 26, 2011            LITTLER MENDELSON, APC

                                     By:    /s/Matthew P. Vandall
                                            Matthew P. Vandall
                                            Attorneys for Defendant
                                            Dollar Tree Stores, Inc.

STIPULATION AND [PROPOSED] ORDER          2.          Case Nos. C 07 2050 SC and C 07 04012 SC

# [PROPOSED] ORDER

Plaintiffs' FLSA allegations are hereby dismissed without prejudice.

IT IS SO ORDERED.

Dated: __September 27__, 2011

By: _____
The Honorable Samuel Conti
United States District Judge

*IT IS SO ORDERED*
*Judge Samuel Conti*

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION AND [PROPOSED] ORDER    3.    Case Nos. C 07 2050 SC and C 07 04012 SC