*Counsel of Record on Next Page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL A. CRUZ and JOHN D. HANSEN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br>DOLLAR TREE STORES, INC.,<br>Defendant. | Case Nos. **C 07 2050 SC** and **C 07 04012 SC**<br><br>CONSOLIDATED ACTION<br><br>STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE CONCERNING ALL CLAIMS ASSERTED BY PLAINTIFFS MIGUEL CRUZ, JOHN HANSEN AND ROBERT RUNNINGS<br><br>Dept.: Crtrm. 1, 17th Floor<br>Judge: Hon. Samuel Conti<br><br>Trial Date: No Dates Set<br>Complaints Filed: April 11, 2007<br>July 6, 2007 |
| ROBERT RUNNINGS, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br>DOLLAR TREE STORES, INC.,<br>Defendant. | |

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108 2693
415 433 1940

STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE OF ALL CLAIMS

CASE NOS. C 07 2050 SC and C 07 04012 SC

Scott Edward Cole, Esq. (S.B. #160744)
Molly A. DeSario, Esq. (S.B. #230763)
**SCOTT COLE & ASSOCIATES, APC**
1970 Broadway, Ninth Floor
Oakland, California 94612
Telephone: (510) 891-9800
Facsimile:  (510) 891-7030
Email:   scole@scalaw.com
Email:   mdesario@scalaw.com
Web:     www.scalaw.com

Attorneys for Plaintiffs Miguel Cruz, John Hansen,
and Robert Runnings


MAUREEN E. MCCLAIN, Bar No. 62050
KRISTA STEVENSON JOHNSON, Bar No. 185241
MATTHEW P. VANDALL, Bar No. 196962
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA  94108.2693
Telephone:    415.433.1940
Facsimile:    415.399.8490
Email:        mmcclain@littler.com
              kjohnson@littler.com
              mvandall@littler.com

Attorneys for Defendant
DOLLAR TREE STORES, INC.

BETH HIRSCH BERMAN, VA Bar No. 28091
WILLIAMS MULLEN
A Professional Corporation
999 Waterside Drive
1700 Dominion Tower
Norfolk, VA 23510
Telephone:    757.629.0604
Facsimile:    757.629.0660
Email:        bberman@williamsmullen.com

*Pro Hac Vice* Attorneys for Defendant
    DOLLAR TREE STORES, INC.

---

STIPULATION OF VOLUNTARY DISMISSAL
WITH PREJUDICE OF ALL CLAIMS

1.

CASE NOS. C 07 2050 SC
and C 07 04012 SC

The parties jointly submit this Stipulation of Voluntary Dismissal With Prejudice Concerning All Claims Asserted By Plaintiffs Miguel Cruz, John Hansen and Robert Runnings:

WHEREAS, on April 11, 2007, Plaintiffs Miguel Cruz and John Hansen (hereinafter respectively referred to as "Plaintiff Cruz" and "Plaintiff Hansen"), filed with the United States District Court in the Northern District of California (the "District Court") a class action complaint against Dollar Tree alleging that they were improperly classified as exempt managers and denied wages for overtime.

WHEREAS, the complaint filed by Plaintiff Cruz and Plaintiff Hansen alleged the following causes of action arising out of Plaintiff Cruz's employment with Dollar Tree: 1) failure to pay overtime wages; 2) failure to pay unpaid wages at the time of termination; (3) failure to provide accurate itemized wage statements; (4) meal break violations; (5) rest break violations; (6) unfair competition and unfair business practices; (7) fraud and deceit; (8) unjust enrichment/constructive trust; (9) request for preliminary and permanent injunction and other equitable relief; and (10) unlawful failure to pay overtime wages.

WHEREAS, on July 6, 2007, Plaintiff Robert Runnings ("Plaintiff Runnings") filed a complaint against Dollar Tree in the Superior Court of the State of California in and for Alameda County that was styled as a class action for damages, injunctive relief and restitution and alleged that Plaintiff Runnings and all persons employed by Dollar Tree in California as Store Managers were improperly classified as exempt managers and denied wages for overtime.

WHEREAS, the complaint filed by Plaintiff Runnings asserted the following causes of action against Dollar Tree: (1) Unfair Business Practices Under the Unfair Competition Act (Cal. Business & Professions Code §§ 17200-17208); (2) Unlawful Failure To Pay All Wages Due; (3) Failure To Provide Meal And Rest Periods; and (4) Failure To Provide Accurate Itemized Wage Statements.

STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE OF ALL CLAIMS — 2. — CASE NOS. C 07 2050 SC and C 07 04012 SC

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

WHEREAS, the July 6, 2007 complaint filed by Plaintiff Runnings was subsequently removed by Dollar Tree to the District Court.

WHEREAS, on November 20, 2007, the District Court signed a Joint Stipulation and Proposed Order for Consolidation of Actions which consolidated the two complaints.

WHEREAS, on May 26, 2009, the District Court issued its Order Granting Amended Motion For Class Certification allowing Plaintiff Runnings, Plaintiff Cruz and Plaintiff Hansen to act in a representative capacity with respect to their misclassification and related claims against Dollar Tree.

WHEREAS, on September 9, 2010, the District Court issued its Order Granting In Part and Denying In Part Dollar Tree's Motion to Decertify. A result of the September 9, 2010 Order was to remove Plaintiff Hansen and Plaintiff Cruz from the class leaving Plaintiff Runnings as the sole remaining class representative.

WHEREAS, on July 8, 2011, the District Court issued its Order Decertifying Class which decertified the remaining members of the class. All that remained of the Consolidated Action following the July 8, 2011 Order Decertifying Class were the individual misclassification and related claims of Plaintiff Runnings, Plaintiff Cruz and Plaintiff Hansen.

**IT IS HEREBY STIPULATED AND AGREED** by the parties to this action and their undersigned counsel, that Plaintiffs ROBERT RUNNINGS, MIGUEL CRUZ, and JOHN HANSEN, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby voluntarily withdraw and **DISMISS WITH PREJUDICE**, any and all claims asserted against Defendant DOLLAR TREE STORES, INC., its parents, subsidiaries, divisions, joint ventures, affiliates, its and their predecessors, successors and assigns, and all of its and their current and former directors, officers, managers, supervisors, employees, agents, and representatives. Each side shall bear their own fees and costs.

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108 269
415 433 1940

STIPULATION OF VOLUNTARY DISMISSAL
WITH PREJUDICE OF ALL CLAIMS    3.    CASE NOS. C 07 2050 SC
and C 07 04012 SC

**IT IS FURTHER STIPULATED AND AGREED** that a facsimile or scanned copy of the signature(s) on this stipulation may be treated as an original for all purposes.

DATED: November 30, 2011

_____
Plaintiff ROBERT RUNNINGS

DATED: November __, 2011

_____
Plaintiff MIGUEL A. CRUZ

DATED: November __, 2011

_____
Plaintiff JOHN HANSEN

DATED: November __, 2011

_____
AMY MORRISEY TURK, ESQ., Corporate Counsel for Defendant DOLLAR TREE STORES, INC.

APPROVED BY COUNSEL FOR ALL PARTIES:

LITTLER MENDELSON, P.C.                SCOTT COLE AND ASSOCIATES, A.P.C.

By: _____        By: _____
Maureen E. McClain                          Scott Cole
Matthew P. Vandall                          Molly DeSario
LITTLER MENDELSON, P.C.                     Attorney for Plaintiffs
Attorneys for Defendant                     1970 Broadway, Ninth Floor
650 California Street, 20th Floor           Oakland, CA 94612
San Francisco, CA 94108

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE OF ALL CLAIMS       4.       CASE NOS. C 07 2050 SC and C 07 04012 SC

1         **IT IS FURTHER STIPULATED AND AGREED** that a facsimile or scanned copy

2 of the signature(s) on this stipulation may be treated as an original for all purposes.

3

4 DATED: November ___, 2011

5                                       Plaintiff ROBERT RUNNINGS

6

7 DATED: November ___, 2011

                                        Plaintiff MIGUEL A. CRUZ

8

9 DATED: November 29, 2011

10                                       Plaintiff JOHN HANSEN

11

12 DATED: November ___, 2011

13                                       AMY MORRISEY TURK, ESQ., Corporate Counsel for Defendant DOLLAR TREE STORES, INC.

14

APPROVED BY COUNSEL FOR ALL PARTIES:

LITTLER MENDELSON, P.C.         SCOTT COLE AND ASSOCIATES, A.P.C.

By: _____       By: _____
Maureen E. McClain                     Scott Cole
Matthew P. Vandall                      Molly DeSario
LITTLER MENDELSON, P.C.         Attorney for Plaintiffs
Attorneys for Defendant                 1970 Broadway, Ninth Floor
650 California Street, 20th Floor      Oakland, CA 94612
San Francisco, CA 94108

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE OF ALL CLAIMS     4.     CASE NOS. C 07 2050 SC and C 07 04012 SC

IT IS FURTHER STIPULATED AND AGREED that a facsimile or scanned copy of the signature(s) on this stipulation may be treated as an original for all purposes.

DATED: November __, 2011

_____
Plaintiff ROBERT RUNNINGS

DATED: November 28, 2011

_____
Plaintiff MIGUEL A. CRUZ

DATED: November __, 2011

_____
Plaintiff JOHN HANSEN

DATED: November __, 2011

_____
AMY MORRISEY TURK, ESQ., Corporate Counsel for Defendant DOLLAR TREE STORES, INC.

APPROVED BY COUNSEL FOR ALL PARTIES:

LITTLER MENDELSON, P.C.　　　　SCOTT COLE AND ASSOCIATES, A.P.C.

By: _____　　By: _____
Maureen E. McClain　　　　　　　　Scott Cole
Matthew P. Vandall　　　　　　　　Molly DeSario
LITTLER MENDELSON, P.C.　　　　　Attorney for Plaintiffs
Attorneys for Defendant　　　　　　1970 Broadway, Ninth Floor
650 California Street, 20th Floor　　Oakland, CA 94612
San Francisco, CA 94108

STIPULATION OF VOLUNTARY DISMISSAL　　4.　　CASE NOS. C 07 2050 SC
WITH PREJUDICE OF ALL CLAIMS　　　　　　　　　　and C 07 04012 SC

**IT IS FURTHER STIPULATED AND AGREED** that a facsimile or scanned copy of the signature(s) on this stipulation may be treated as an original for all purposes.

DATED: November 30, 2011

_____
Plaintiff ROBERT RUNNINGS

DATED: November __, 2011

_____
Plaintiff MIGUEL A. CRUZ

DATED: November __, 2011

_____
Plaintiff JOHN HANSEN

DATED: November __, 2011

_____
AMY MORRISEY TURK, ESQ., Corporate Counsel for Defendant DOLLAR TREE STORES, INC.

APPROVED BY COUNSEL FOR ALL PARTIES:

LITTLER MENDELSON, P.C.

By: _____
Maureen E. McClain
Matthew P. Vandall
LITTLER MENDELSON, P.C.
Attorneys for Defendant
650 California Street, 20th Floor
San Francisco, CA 94108

SCOTT COLE AND ASSOCIATES, A.P.C.

By: _____
Scott Cole
Molly DeSario
Attorney for Plaintiffs
1970 Broadway, Ninth Floor
Oakland, CA 94612

STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE OF ALL CLAIMS  4.  CASE NOS. C 07 2050 SC and C 07 04012 SC

IT IS FURTHER STIPULATED AND AGREED that a facsimile or scanned copy of the signature(s) on this stipulation may be treated as an original for all purposes.

DATED: November 30, 2011

Plaintiff ROBERT RUNNINGS

DATED: November __, 2011

Plaintiff MIGUEL A. CRUZ

DATED: November __, 2011

Plaintiff JOHN HANSEN

DATED: November __, 2011

AMY MORRISEY TURK, ESQ., Corporate Counsel for Defendant DOLLAR TREE STORES, INC.

APPROVED BY COUNSEL FOR ALL PARTIES:

LITTLER MENDELSON, P.C.

SCOTT COLE AND ASSOCIATES, A.P.C.

By: _____
Maureen E. McClain
Matthew P. Vandall
LITTLER MENDELSON, P.C.
Attorneys for Defendant
650 California Street, 20th Floor
San Francisco, CA 94108

By: _____
Scott Cole
Molly DeSario
Attorney for Plaintiffs
1970 Broadway, Ninth Floor
Oakland, CA 94612

IT IS SO ORDERED
Judge Samuel Conti
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE OF ALL CLAIMS

4.

CASE NOS. C 07 2050 SC
and C 07 04012 SC