1  *Counsel of Record on Next Page*

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9  MIGUEL A. CRUZ and JOHN D.                  Case Nos. **C 07 2050 SC** and **C 07 04012 SC**
   HANSEN, individually and on behalf of all
10 others similarly situated,                   **CONSOLIDATED ACTION**

11              Plaintiffs,                     **STIPULATION OF VOLUNTARY
       v.                                       DISMISSAL WITH PREJUDICE
12                                              CONCERNING ALL CLAIMS ASSERTED
   DOLLAR TREE STORES, INC.,                    BY PLAINTIFFS MIGUEL CRUZ, JOHN
13                                              HANSEN AND ROBERT RUNNINGS**
                Defendant.
14                                              Dept.:     Crtrm. 1, 17th Floor
15                                              Judge:     Hon. Samuel Conti

16 ROBERT RUNNINGS, individually, and          Trial Date:    No Dates Set
   on behalf of all others similarly situated, Complaints Filed:  April 11, 2007
17                                                                 July 6, 2007
                Plaintiff,
18     v.

19 DOLLAR TREE STORES, INC.,

20              Defendant.

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108 2693
415 433 1940

STIPULATION OF VOLUNTARY DISMISSAL                    CASE NOS. **C 07 2050 SC**
WITH PREJUDICE OF ALL CLAIMS                          and **C 07 04012 SC**

1  Scott Edward Cole, Esq. (S.B. #160744)
2  Molly A. DeSario, Esq. (S.B. #230763)
   **SCOTT COLE & ASSOCIATES, APC**
3  1970 Broadway, Ninth Floor
   Oakland, California 94612
4  Telephone: (510) 891-9800
   Facsimile:  (510) 891-7030
5  Email:   scole@scalaw.com
   Email:   mdesario@scalaw.com
6  Web:     www.scalaw.com

7  Attorneys for Plaintiffs Miguel Cruz, John Hansen,
   and Robert Runnings

8

9
   MAUREEN E. MCCLAIN, Bar No. 62050
10 KRISTA STEVENSON JOHNSON, Bar No. 185241
   MATTHEW P. VANDALL, Bar No. 196962
11 LITTLER MENDELSON
   A Professional Corporation
12 650 California Street, 20th Floor
   San Francisco, CA  94108.2693
13 Telephone:    415.433.1940
   Facsimile:    415.399.8490
14 Email:        mmcclain@littler.com
                 kjohnson@littler.com
15               mvandall@littler.com

16 Attorneys for Defendant
   DOLLAR TREE STORES, INC.

17 BETH HIRSCH BERMAN, VA Bar No. 28091
   WILLIAMS MULLEN
18 A Professional Corporation
   999 Waterside Drive
19 1700 Dominion Tower
   Norfolk, VA  23510
20 Telephone:    757.629.0604
   Facsimile:    757.629.0660
21 Email:        bberman@williamsmullen.com

22 *Pro Hac Vice* Attorneys for Defendant
          DOLLAR TREE STORES, INC.
23
24
25
26
27
28

| STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE OF ALL CLAIMS | 1. | CASE NOS. C 07 2050 SC and C 07 04012 SC |

The parties jointly submit this Stipulation of Voluntary Dismissal With Prejudice Concerning All Claims Asserted By Plaintiffs Miguel Cruz, John Hansen and Robert Runnings:

WHEREAS, on April 11, 2007, Plaintiffs Miguel Cruz and John Hansen (hereinafter respectively referred to as "Plaintiff Cruz" and "Plaintiff Hansen"), filed with the United States District Court in the Northern District of California (the "District Court") a class action complaint against Dollar Tree alleging that they were improperly classified as exempt managers and denied wages for overtime.

WHEREAS, the complaint filed by Plaintiff Cruz and Plaintiff Hansen alleged the following causes of action arising out of Plaintiff Cruz's employment with Dollar Tree: 1) failure to pay overtime wages; 2) failure to pay unpaid wages at the time of termination; (3) failure to provide accurate itemized wage statements; (4) meal break violations; (5) rest break violations; (6) unfair competition and unfair business practices; (7) fraud and deceit; (8) unjust enrichment/constructive trust; (9) request for preliminary and permanent injunction and other equitable relief; and (10) unlawful failure to pay overtime wages.

WHEREAS, on July 6, 2007, Plaintiff Robert Runnings ("Plaintiff Runnings") filed a complaint against Dollar Tree in the Superior Court of the State of California in and for Alameda County that was styled as a class action for damages, injunctive relief and restitution and alleged that Plaintiff Runnings and all persons employed by Dollar Tree in California as Store Managers were improperly classified as exempt managers and denied wages for overtime.

WHEREAS, the complaint filed by Plaintiff Runnings asserted the following causes of action against Dollar Tree: (1) Unfair Business Practices Under the Unfair Competition Act (Cal. Business & Professions Code §§ 17200-17208); (2) Unlawful Failure To Pay All Wages Due; (3) Failure To Provide Meal And Rest Periods; and (4) Failure To Provide Accurate Itemized Wage Statements.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.269
415.433.1940

STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE OF ALL CLAIMS

2.

CASE NOS. C 07 2050 SC and C 07 04012 SC

WHEREAS, the July 6, 2007 complaint filed by Plaintiff Runnings was subsequently removed by Dollar Tree to the District Court.

WHEREAS, on November 20, 2007, the District Court signed a Joint Stipulation and Proposed Order for Consolidation of Actions which consolidated the two complaints.

WHEREAS, on May 26, 2009, the District Court issued its Order Granting Amended Motion For Class Certification allowing Plaintiff Runnings, Plaintiff Cruz and Plaintiff Hansen to act in a representative capacity with respect to their misclassification and related claims against Dollar Tree.

WHEREAS, on September 9, 2010, the District Court issued its Order Granting In Part and Denying In Part Dollar Tree's Motion to Decertify. A result of the September 9, 2010 Order was to remove Plaintiff Hansen and Plaintiff Cruz from the class leaving Plaintiff Runnings as the sole remaining class representative.

WHEREAS, on July 8, 2011, the District Court issued its Order Decertifying Class which decertified the remaining members of the class. All that remained of the Consolidated Action following the July 8, 2011 Order Decertifying Class were the individual misclassification and related claims of Plaintiff Runnings, Plaintiff Cruz and Plaintiff Hansen.

**IT IS HEREBY STIPULATED AND AGREED** by the parties to this action and their undersigned counsel, that Plaintiffs ROBERT RUNNINGS, MIGUEL CRUZ, and JOHN HANSEN, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby voluntarily withdraw and **DISMISS WITH PREJUDICE**, any and all claims asserted against Defendant DOLLAR TREE STORES, INC., its parents, subsidiaries, divisions, joint ventures, affiliates, its and their predecessors, successors and assigns, and all of its and their current and former directors, officers, managers, supervisors, employees, agents, and representatives. Each side shall bear their own fees and costs.

IT IS FURTHER STIPULATED AND AGREED that a facsimile or scanned copy of the signature(s) on this stipulation may be treated as an original for all purposes.

DATED: November 30, 2011

_____
Plaintiff ROBERT RUNNINGS

DATED: November __, 2011

_____
Plaintiff MIGUEL A. CRUZ

DATED: November __, 2011

_____
Plaintiff JOHN HANSEN

DATED: November __, 2011

_____
AMY MORRISEY TURK, ESQ., Corporate Counsel for Defendant DOLLAR TREE STORES, INC.

APPROVED BY COUNSEL FOR ALL PARTIES:

LITTLER MENDELSON, P.C.              SCOTT COLE AND ASSOCIATES, A.P.C.

By: _____          By: _____
Maureen E. McClain                       Scott Cole
Matthew P. Vandall                       Molly DeSario
LITTLER MENDELSON, P.C.                  Attorney for Plaintiffs
Attorneys for Defendant                  1970 Broadway, Ninth Floor
650 California Street, 20th Floor        Oakland, CA 94612
San Francisco, CA 94108

STIPULATION OF VOLUNTARY DISMISSAL          4.          CASE NOS. C 07 2050 SC
WITH PREJUDICE OF ALL CLAIMS                                     and C 07 04012 SC

**IT IS FURTHER STIPULATED AND AGREED** that a facsimile or scanned copy of the signature(s) on this stipulation may be treated as an original for all purposes.

DATED: November __, 2011

_____
Plaintiff ROBERT RUNNINGS

DATED: November __, 2011

_____
Plaintiff MIGUEL A. CRUZ

DATED: November 29, 2011

_____
Plaintiff JOHN HANSEN

DATED: November __, 2011

_____
AMY MORRISEY TURK, ESQ., Corporate Counsel for Defendant DOLLAR TREE STORES, INC.

APPROVED BY COUNSEL FOR ALL PARTIES:

LITTLER MENDELSON, P.C.                SCOTT COLE AND ASSOCIATES, A.P.C.

By: _____          By: _____
Maureen E. McClain                         Scott Cole
Matthew P. Vandall                         Molly DeSario
LITTLER MENDELSON, P.C.                    Attorney for Plaintiffs
Attorneys for Defendant                    1970 Broadway, Ninth Floor
650 California Street, 20th Floor          Oakland, CA 94612
San Francisco, CA 94108

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION OF VOLUNTARY DISMISSAL
WITH PREJUDICE OF ALL CLAIMS           4.           CASE NOS. C 07 2050 SC
                                                    and C 07 04012 SC

IT IS FURTHER STIPULATED AND AGREED that a facsimile or scanned copy of the signature(s) on this stipulation may be treated as an original for all purposes.

DATED: November __, 2011

_____
Plaintiff ROBERT RUNNINGS

DATED: November 28, 2011

_____
Plaintiff MIGUEL A. CRUZ

DATED: November __, 2011

_____
Plaintiff JOHN HANSEN

DATED: November __, 2011

_____
AMY MORRISEY TURK, ESQ., Corporate Counsel for Defendant DOLLAR TREE STORES, INC.

APPROVED BY COUNSEL FOR ALL PARTIES:

LITTLER MENDELSON, P.C.                    SCOTT COLE AND ASSOCIATES, A.P.C.

By: _____            By: _____
Maureen E. McClain                         Scott Cole
Matthew P. Vandall                         Molly DeSario
LITTLER MENDELSON, P.C.                    Attorney for Plaintiffs
Attorneys for Defendant                    1970 Broadway, Ninth Floor
650 California Street, 20th Floor          Oakland, CA 94612
San Francisco, CA 94108

STIPULATION OF VOLUNTARY DISMISSAL                    4.                    CASE NOS. C 07 2050 SC
WITH PREJUDICE OF ALL CLAIMS                                                and C 07 04012 SC

**IT IS FURTHER STIPULATED AND AGREED** that a facsimile or scanned copy of the signature(s) on this stipulation may be treated as an original for all purposes.

DATED: November 30, 2011

_[signature]_
Plaintiff ROBERT RUNNINGS

DATED: November __, 2011

_____
Plaintiff MIGUEL A. CRUZ

DATED: November __, 2011

_____
Plaintiff JOHN HANSEN

DATED: November __, 2011

_____
AMY MORRISEY TURK, ESQ., Corporate Counsel for Defendant DOLLAR TREE STORES, INC.

APPROVED BY COUNSEL FOR ALL PARTIES:

LITTLER MENDELSON, P.C.

By: _[signature]_
Maureen E. McClain
Matthew P. Vandall
LITTLER MENDELSON, P.C.
Attorneys for Defendant
650 California Street, 20th Floor
San Francisco, CA 94108

SCOTT COLE AND ASSOCIATES, A.P.C.

By: _[signature]_
Scott Cole
Molly DeSario
Attorney for Plaintiffs
1970 Broadway, Ninth Floor
Oakland, CA 94612

IT IS FURTHER STIPULATED AND AGREED that a facsimile or scanned copy of the signature(s) on this stipulation may be treated as an original for all purposes.

DATED: November 30, 2011                    _____
                                            Plaintiff ROBERT RUNNINGS

DATED: November __, 2011                    _____
                                            Plaintiff MIGUEL A. CRUZ

DATED: November __, 2011                    _____
                                            Plaintiff JOHN HANSEN

DATED: November __, 2011                    _____
                                            AMY MORRISEY TURK, ESQ., Corporate
                                            Counsel for Defendant DOLLAR TREE
                                            STORES, INC.

APPROVED BY COUNSEL FOR ALL PARTIES:

LITTLER MENDELSON, P.C.                     SCOTT COLE AND ASSOCIATES, A.P.C.

By: _____          By: _____
    Maureen E. McClain                          Scott Cole
    Matthew P. Vandall                          Molly DeSario
    LITTLER MENDELSON, P.C.                     Attorney for Plaintiffs
    Attorneys for Defendant                     1970 Broadway, Ninth Floor
    650 California Street, 20th Floor           Oakland, CA 94612
    San Francisco, CA 94108

IT IS SO ORDERED
*Samuel Conti*
Judge Samuel Conti
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108
415.433.1940

STIPULATION OF VOLUNTARY DISMISSAL
WITH PREJUDICE OF ALL CLAIMS          4.          CASE NOS. C 07 2050 SC
                                                  and C 07 04012 SC