Scott Edward Cole, Esq. (S.B. #160744)
Molly A. DeSario, Esq. (S.B. #230763)
**SCOTT COLE & ASSOCIATES, APC**
1970 Broadway, Ninth Floor
Oakland, California 94612
Telephone: (510) 891-9800
Facsimile: (510) 891-7030
email: scole@scalaw.com
email: mdesario@scalaw.com
Web: www.scalaw.com

Attorneys for the Representative Plaintiffs
and the Plaintiff Class

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MIGUEL A. CRUZ and JOHN D. HANSEN,<br><br>    Plaintiffs,<br><br>vs.<br><br>DOLLAR TREE STORES, INC.,<br><br>    Defendants. | **Case No.: C-07-02050 SC**<br><br>**DECLARATION OF MOLLY A. DESARIO, ESQ. REGARDING CERTIFICATION OF COMPLIANCE WITH PROTECTIVE ORDER** |
| ROBERT RUNNINGS,<br><br>    Plaintiff,<br><br>vs.<br><br>DOLLAR TREE STORES, INC.,<br><br>    Defendants. | **Case No.: C-07-4012 SC** *(Consolidated Action)* |

Declaration of Molly A. DeSario, Esq. re: Compliance with Order Granting Motion to Enforce Protective Order

I, Molly A. DeSario, do hereby declare as follows:

1. I am an attorney-at-law, licensed to practice in all jurisdictions of this State, and I am a Senior Associate Attorney with the law offices of Scott Cole & Associates, APC, ("SCA") attorneys-of-record for the Plaintiff class in the above-entitled proceeding.

2. I make these statements based on personal knowledge, would so testify if called as a witness at trial, and have personal knowledge of the foregoing. I make this declaration to certify SCA's compliance with this Court's Order Granting Defendant's Motion to Enforce Protective Order (*Dckt No. 366*).

3. As of the date of this declaration, SCA has returned all electronic and archival copies of Dollar Tree's confidential material and deleted such materials from our server, except (i) copies of all papers and documents containing confidential material filed with the Court, and (ii) our work product (including documents used to develop legal thoughts and litigation strategy) that contains Dollar Tree's confidential material.

4. The retention of any documents containing Dollar Tree's confidential material is subject to the express terms of the Protective Order and shall not be used in any other litigation.

5. It must be noted, however, that our electronic files are backed-up on a separate server (the "back-up server"). The content on the back-up server is overwritten and re-written every 90 days. We have deleted our files from our primary server, but they will remain on the back-up server for 90 days, at which time they will be deleted from the back-up server.

6. We have attempted to delete Dollar Tree's confidential materials from our back-up server in advance of the imminent deletion after 90 days, but we are informed by our IT provider that we cannot selectively delete files from the back-up server unless we delete the entire back-up, which we are unable to do as it could potentially jeopardize the integrity of our files in our other cases.

7. We confirm that we will not access any of Dollar Tree's confidential materials on our back-up server during the 90-day period leading up to the impending automatic deletion.

1  I declare, under penalty of perjury under the laws of the United States and the State of
2  California that the foregoing is true and correct.

4  Executed on this 23rd day of May, 2012 at Oakland, California.

   /s/ Molly A. DeSario
   Molly A. DeSario

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

-3-
Declaration of Molly A. DeSario, Esq. re: Compliance with Order Granting Motion to Enforce Protective Order